**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
   tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*pro hac vice admission to be requested*)
   sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff YELLOWCAKE, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation, | **Case No.:** |
| Plaintiff, | **PLAINTIFF'S COMPLAINT AND JURY DEMAND** |
| v. | |
| HYPHY MUSIC, INC., | Judge: |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

1
**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONTRIBUTORY INFRINGMENT, INJUNCTIVE RELIEF, AND JURY DEMAND**

Plaintiff Yellowcake, Inc. ("Plaintiff" or "Yellowcake"), through its undersigned attorneys, alleges the following against Defendants:

### NATURE OF THE ACTION

1. By this complaint, Yellowcake, a California corporation that owns, holds and exploits intellectual property, seeks redress for Defendant's direct and contributory infringement of Yellowcake's copyrighted works. Yellowcake alleges that Defendant willfully and intentionally infringed its rights in seven (7) copyrighted sound recordings registered with the United States Copyright Office ("Yellowcake's Copyrighted Works").

2. Defendant exploited, and continues to exploit, Yellowcake's Copyrighted Works by, *inter alia*, their unauthorized reproduction, sale, synchronization, distribution and public performance via digital transmission on online platforms, including without limitation iTunes, Apple Music, Spotify, Amazon Music and www.YouTube.com ("YouTube"). As a result, Defendant benefitted, and continues to benefit, from said unauthorized exploitations of Yellowcake's Copyrighted Works. Despite being on notice of its infringement, Defendant has refused to remedy its wrongdoing, leaving Yellowcake no alternative but to bring this action.

### JURISDICTION AND VENUE

3. This is a civil action in which Plaintiff seeks monetary damages and injunctive relief against Defendant for copyright infringement under the copyright laws of the United States: 17 U.S.C. § 101 *et seq*.

4. This Court has jurisdiction under 17 U.S.C. § 101 *et seq*.; 28 U.S.C. § 1331 (federal question jurisdiction); and 28 U.S.C. § 1338(a) (copyright).

5. This Court has supplemental jurisdiction over all common law claims pursuant to 28 U.S.C. § 1367.

6. This Court has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and (d) and 28 U.S.C. § 1400(a), in that the Defendant or its agents are conducting business in this District, Yellowcake is located

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

in, and conducts business in, this District, and a substantial part of the acts of infringement complained of herein occurred in this District.

## PARTIES

7. Plaintiff is a California corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of California, County of Stanislaus.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant Hyphy Music, Inc. ("Hyphy") is a corporation for profit duly organized and existing under the laws of the State of California with its principal place of business in the State of California, County of Fresno.

9. Plaintiff is informed and believes, and thereon alleges, that Hyphy is in the business of selling and distributing music.

## FACTUAL ALLEGATIONS

10. Plaintiff is primarily engaged in the business of exploiting intellectual property rights.

11. Plaintiff Yellowcake or its predecessor in interest has always owned, maintained, and controlled the exclusive, true, and valid copyrights in Yellowcake's Copyrighted Works.

12. Yellowcake has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. § 101 *et seq*. Yellowcake has registered the sound recordings with the United States Copyright Office and was issued a Certificate of Registration for each copyrighted sound recording that comprises Yellowcake's Copyrighted Works.

13. The copyright registration information for each of Yellowcake's Copyrighted Works is annexed hereto as **Exhibit "A"**.

14. All of Yellowcake's Copyrighted Works are and were published with a copyright notice.

15. Yellowcake is informed and believes, and thereon alleges, that Defendant has engaged in a number of unauthorized exploitations of Yellowcake's Copyrighted

Works in violation of Yellowcake's exclusive rights under 17 U.S.C. § 106 including, but not limited to, the sale, reproduction, synchronization, distribution, and public performance of Yellowcake's Copyrighted Works via digital transmission on the online platforms, including but not limited to, iTunes, Apple Music, Spotify, Amazon Music and YouTube, without Yellowcake's authorization.

16. Yellowcake is informed and believes, and thereon alleges, that Defendant created and/or uploaded, or caused to be created and/or uploaded, videos containing unauthorized derivative works of Yellowcake's Copyrighted Works to YouTube.

17. Yellowcake is informed and believes, and thereon alleges, that Defendant benefitted, and continues to benefit, from said unauthorized exploitations of Yellowcake's Copyrighted Works.

18. In or about May and June 2020, Yellowcake notified Defendant and/or one of Defendant's agents and business affiliates of Defendant's unauthorized exploitation of Yellowcake's Copyrighted Works.

19. Despite having notice of its infringement, Defendant has continued its unauthorized exploitation of Yellowcake's Copyrighted Works.

## FIRST CAUSE OF ACTION

## Copyright Infringement Under 17 U.S.C. § 101 *et seq.*

### (Against Defendant)

20. Plaintiff Yellowcake incorporates the allegations set forth in paragraphs 1 through 19 hereof, as though the same were set forth herein.

21. This cause of action arises under 17 U.S.C. § 501.

22. Each of the sound recordings and albums comprising the Yellowcake Copyrighted Works was registered with the United States Copyright Office either by Yellowcake or by its predecessor in interest.

23. At all times relevant, Yellowcake, or its predecessor in interest, has owned Yellowcake's Copyrighted Works and has been the only owner of the exclusive rights provided under 17 U.S.C. § 106.

24. Yellowcake's Copyrighted Works are sound recordings and are original works of authorship constituting copyrightable subject matter within the meaning of 17 U.S.C. § 102.

25. Defendant infringed Yellowcake's Copyrighted Works by selling, reproducing, synchronizing, distributing, publicly performing, and making derivative works of Yellowcake's Copyrighted Works without authorization from Yellowcake.

26. By selling, reproducing, synchronizing, distributing, making derivative works of, and publicly performing by means of digital transmission, videos containing Yellowcake's Copyrighted Works, Defendant's acts violate Yellowcake's exclusive rights under 17 U.S.C. § 106.

27. Yellowcake has never granted Defendant the right, or otherwise authorized, Defendant to exploit Yellowcake's Copyrighted Works.

28. Yellowcake is informed and believes, and thereon alleges, that Defendant had actual knowledge that Yellowcake was, and remains, the lawful owner of Yellowcake's Copyrighted Works.

29. Yellowcake is informed and believes, and thereon alleges, that Defendant had actual knowledge that it did not have the rights to exploit Yellowcake's Copyrighted Works.

30. Defendant had actual or constructive awareness that its unauthorized use of Yellowcake's Copyrighted Works constituted infringement of Yellowcake's Copyrighted Works. Alternatively, Defendant's acts of infringement resulted from a reckless disregard for, or willful blindness to, Yellowcake's rights.

31. Yellowcake is entitled to an injunction restraining Defendant, its officers, directors, agents, employees, representatives, and all persons acting in concert with Defendant from further engaging in such acts of copyright infringement.

32. Pursuant to 17 U.S.C. § 504, Yellowcake is further entitled to recover from Defendant actual damages, or statutory damages in an amount up to One Hundred Fifty Thousand Dollars ($150,000.00) for each work infringed by Defendant.

33. Pursuant to 17 U.S.C. § 505, Yellowcake is further entitled to recover from Defendant the reasonable attorneys' fees and legal costs incurred by Yellowcake as a result of Defendant's acts of copyright infringement.

34. Upon information and belief, Yellowcake is entitled to damages not readily ascertainable but believed to be in excess of One Million Fifty Thousand Dollars ($1,050,000.00).

## SECOND CAUSE OF ACTION

### Injunctive Relief

### (Against Defendant)

35. Plaintiff Yellowcake incorporates the allegations set forth in paragraphs 1 through 34 hereof, as though the same were set forth herein.

36. By reason of Defendant's continued willful infringement, Yellowcake has sustained and will continue to sustain substantial injury, loss and damage to its ownership rights in Yellowcake's Copyrighted Works.

37. The conduct of Defendant is currently causing and, unless enjoined and restrained by this Court, will continue to cause Yellowcake great and irreparable injury that cannot fully be compensated or measured in money. Yellowcake has no adequate remedy at law.

38. Pursuant to 17 U.S.C. §§ 502 and 503, Yellowcake is entitled to injunctive relief prohibiting Defendant from further infringing Yellowcake's copyrights, and ordering Defendant to destroy all copies of Yellowcake's Copyrighted Works in its possession.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

First Cause of Action:

1. For actual or statutory damages for each of Yellowcake's Copyrighted Works infringed pursuant to 17 U.S.C. § 504, in an amount to be elected and proven at the time of trial and believed to be in excess of One Million Fifty Thousand Dollars

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

($1,050,000).

2. For exemplary or punitive damages in an amount to be established at trial according to proof.

3. For Plaintiff's costs in this action.

4. For Plaintiff's reasonable attorneys' fees incurred herein pursuant to statute.

5. For such other and further relief as the Court may deem just and proper.

Second Cause of Action:

1. For a temporary, preliminary and permanent injunction providing: "Defendant shall be and hereby is enjoined from directly or indirectly infringing upon Yellowcake's rights under federal or state law in Yellowcake's Copyrighted Works and any sound recording, whether now in existence or later created, that is owned or controlled by Yellowcake (or any parent, subsidiary, or affiliate record label of Yellowcake) including without limitation using the Internet, any media distribution system or any other means to reproduce, download or otherwise obtain possession of any of Yellowcake's Copyrighted Works; or to distribute, upload or otherwise make any of Yellowcake's Copyrighted Works available for distribution to the public, except pursuant to a lawful license or with the express written authority of Yellowcake. Defendant also shall destroy all copies of Yellowcake's Copyrighted Works that Defendant has downloaded, uploaded, maintained or stored in any way, without Yellowcake's express written authorization and shall destroy all copies of Yellowcake's Copyrighted Works transferred to or fixed in any physical medium or device in Defendant's possession, custody, or control."

2. For Plaintiff's costs in this action.

3. For Plaintiff's reasonable attorneys' fees incurred herein pursuant to statute.

4. For such other and further relief as the Court may deem just and proper.

/ / /

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONTRIBUTORY INFRINGMENT, INJUNCTIVE RELIEF, AND JURY DEMAND**

## DEMAND FOR JURY TRIAL

Plaintiff requests a trial by jury on all issues so triable.

Dated: July 16, 2020

Respectfully submitted,

**HEFNER STARK & MAROIS, LLP**

By: /s/ Thomas P. Griffin
Thomas P. Griffin, Jr., Esq.
*Attorneys for Plaintiff Yellowcake*

# EXHIBIT A

| Artist | Album | Tracks | SR NUMBER | INFRINGING UPC |
|---|---|---|---|---|
| Los Originales de San Juan | Amigos y Contrarios | 14 | SR0000863320 | 888003162808 |
| Los Originales de San Juan | Corridos de Poca M | 10 | SR0000863319 | 889176663055 |
| Los Originales de San Juan | Desde La Cantina de Mi Barrio (En Vivo) | 15 | SR0000866471 | 191018998417 |
| Los Originales de San Juan | El Campesino (Album) | 14 | SR0000863321 | 190374798310 |
| Los Originales de San Juan | Chuy Chavez y Sus Amigos | 14 | SR0000864338 | 89269600237 |
| Los Originales de San Juan | Naci Con Suerte de Rey (Mariachi) | 12 | SR0000864340 | 758381471444 |
| Los Originales de San Juan | Nuestra Historia (En Vivo) | 16 | SR0000864336 | 758381471451 |