**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
   tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*pro hac vice admission to be requested*)
   sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff YELLOWCAKE, INC.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>HYPHY MUSIC, INC.,<br><br>            Defendant. | Case No.: :20-cv-00988-DAD-BAM<br><br>**DECLARATION OF KEVIN BERGER IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Magistrate Judge: Barbara A. McAuliffe |

KEVIN BERGER, declares under penalty of perjury and states:

1. I am a shareholder and the Chief Executive Officer of Plaintiff Yellowcake, Inc. ("Yellowcake").

---
1
**DECLARATION OF KEVIN BERGER IN RESPONSE TO ORDER TO SHOW CAUSE**

2. I submit this declaration in support of Seth L. Berman's application to be admitted *pro hac vice* to United States District Court for the Eastern District of California ("Eastern District") in the above referenced matter.

3. As set forth in detail below, I have engaged Mr. Berman to represent both Yellowcake and myself as co-counsel in connection with the above captioned matter and a number of other separate actions that involve common issues concerning certain copyrighted sound recordings owned by Yellowcake (the "Actions").

4. The Actions all involve common issues concerning copyrighted sound recordings but also involve different facts and different parties which necessitated the filing multiple discrete actions.

5. By way of background, Yellowcake is engaged in the business of intellectual property rights management and exploitation, including sound recordings of music.

6. Yellowcake owns and manages hundreds of thousands of sound recordings and distributes and monetizes some of the sound recordings it owns through a company known as Colonize Media, Inc. ("Colonize"). Both Colonize and its President, Jose David Hernandez, are common parties in the Actions and are both represented by Mr. Berman.

7. Over the years, Yellowcake has acquired many of its sound recordings through asset purchase agreements, recording agreements and licenses.

8. The music business is a very competitive business and it is not uncommon for disputes to arise amongst various rights holders and alleged claimants over the chain of title of assets that have been sold or assigned multiple times.

9. It is also not uncommon for parties that have disputes alleging copyright infringement in connection with the ownership disputes.

10. I recently discovered issues with several catalogs that Yellowcake had acquired and that we are being infringed by several competitors that resulted in the filing of the multiple recent Actions for which Mr. Berman applied for *pro hac vice*

admission in the Eastern District.

11. To be clear, I have engaged local counsel, Hefner, Stark and Marois, LLP to represent both me and Yellowcake in all the Actions. However, the Actions involve highly nuanced and technical issues concerning the authenticity of certain sound recordings, the chain of title to certain sound recordings and interpretation of music related transactional documents. In addition, there are millions of dollars at stake in the Actions and the outcome of the Actions will have a profound effect on both Yellowcake and me personally.

12. As such, I believe that it is in the best interest of both Yellowcake and me to engage Mr. Berman as special litigation counsel to support Hefner, Stark and Marois, LLP in connection with the Actions, because of Mr. Berman's unique experience and expertise regarding these issues.

13. Mr. Berman came highly recommended to me by a music publishing executive based in Los Angeles with whom I have business dealings.

14. I researched Mr. Berman's background and determined that his technical, music industry and legal experience was an ideal fit for the issues involved in the Actions.

15. As such, I contacted Mr. Berman to inquire about representing Yellowcake and myself as co-counsel in these Actions. Mr. Berman did not solicit me or otherwise contact me before I contacted him.

16. After initially speaking with Mr. Berman, I determined that he would be a valued part of Yellowcake's legal team.

17. Mr. Berman and Hefner, Stark & Marois, LLP are my chosen counsel in these high stakes Actions, the outcome of which will have tremendous impact on both Yellowcake and me personally.

18. As such, I respectfully request that Mr. Berman be admitted to the Eastern District of California *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF KEVIN BERGER IN RESPONSE
TO ORDER TO SHOW CAUSE

1  Executed on September 2, 2020.

_____
KEVIN BERGER

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

**DECLARATION OF KEVIN BERGER IN RESPONSE
TO ORDER TO SHOW CAUSE**