**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
 tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, FORMATO, FERRARA,
WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*pro hac vice admission to be requested*)
 sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff YELLOWCAKE, INC.

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HYPHY MUSIC, INC.,<br><br>　　　　　Defendant. | **Case No.: 1:20-CV-00988-DAD-BAM**<br><br>**STIPULATION EXTENDING TIME TO ANSWER FIRST AMENDED COUNTERCLAIM**<br><br>Magistrate Judge: Barbara A. McAuliffe |

---

1

**STIPULATION EXTENDING TIME TO ANSWER FIRST AMENDED COUNTERCLAIM**

|   |   |
|---|---|
| HYPHY MUSIC, INC., | ) |
|  | ) |
| Counterclaimant, | ) |
|  | ) |
| v. | ) |
|  | ) |
| YELLOWCAKE, INC., COLONIZE MEDIAL, INC., JOSE DAVID HERNANDEZ, JESUS CHAVES, SR., | ) ) ) |
|  | ) |
| Counterdefendants. |  |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties as follows:

1. Plaintiff/Counterdefendant YELLOWCAKE, INC. and Counterdefendants JOSE DAVID HERNANDEZ's shall file their response to the First Amended Counterclaim filed by HYPHY MUSIC, INC., in this matter on or before October 2, 2020; and

2. The reason for the request is for medical issues regarding counsel for Plaintiff/Counterdefendant YELLOWCAKE, INC. and Counterdefendants JOSE DAVID HERNANDEZ's as well as the upcoming Jewish Holidays.

There has been no previous request for extension of time in connection with this matter.

Dated: September 16, 2020

        HEFNER STARK & MAROIS, LLP

        By: *Thomas P. Griffin*
           Thomas P. Griffin, Jr., Esq.
        *Attorneys for Plaintiff/Counter defendant YELLOWCAKE, INC. and Counterdefendants JOSE DAVID HERNANDEZ*

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

**STIPULATION EXTENDING TIME TO ANSWER FIRST AMENDED COUNTERCLAIM**

**LOPEZ AND PRAJIN**

By:_____
George L. Prajin, Esq.
*Attorney for
Defendant/Counterclaimant*

**Hefner, Stark & Marois, LLP**
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127