UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>HYPHY MUSIC, INC.,<br><br>           Defendant.<br>_____<br>HYPHY MUSIC, INC.,<br><br>           Counter Claimant,<br><br>    v.<br><br>YELLOWCAKE, INC.; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ; JESUS CHAVEZ SR.,<br><br>           Counter Defendants. | Case No.  1:20-cv-00988-DAD-BAM<br><br>**ORDER REGARDING STIPULATION EXTENDING TIME TO ANSWER FIRST AMENDED COUNTERCLAIM**<br><br>(Doc. No. 17) |

Pursuant to the parties' stipulation, and good cause appearing, the deadline for Plaintiff/Counter Defendant Yellowcake, Inc. and Counter Defendant Jose David Hernandez to file a response to the First Amended Counterclaim is GRANTED.  (Doc. No. 14.)

Plaintiff/Counter Defendant Yellowcake, Inc. and Counter Defendant Jose David Hernandez shall

1

file their response to the First Amended Counterclaim on or before October 2, 2020.

IT IS SO ORDERED.

Dated: **September 21, 2020**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE