# EXHIBIT A

**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
   tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*pro hac vice admission to be requested*)
   sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff YELLOWCAKE, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>HYPHY MUSIC, INC.,<br><br>            Defendant. | **Case No.:**<br><br>**PLAINTIFF'S COMPLAINT AND JURY DEMAND**<br><br>Judge: |

/ / /

/ / /

/ / /

/ / /

---

1
**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONTRIBUTORY INFRINGMENT, INJUNCTIVE RELIEF, AND JURY DEMAND**

Plaintiff Yellowcake, Inc. ("Plaintiff" or "Yellowcake"), through its undersigned attorneys, alleges the following against Defendants:

## NATURE OF THE ACTION

1. By this complaint, Yellowcake, a California corporation that owns, holds and exploits intellectual property, seeks redress for Defendant's direct and contributory infringement of Yellowcake's copyrighted works. Yellowcake alleges that Defendant willfully and intentionally infringed its rights in seven (7) copyrighted sound recordings registered with the United States Copyright Office ("Yellowcake's Copyrighted Works").

2. Defendant exploited, and continues to exploit, Yellowcake's Copyrighted Works by, *inter alia*, their unauthorized reproduction, sale, synchronization, distribution and public performance via digital transmission on online platforms, including without limitation iTunes, Apple Music, Spotify, Amazon Music and www.YouTube.com ("YouTube"). As a result, Defendant benefitted, and continues to benefit, from said unauthorized exploitations of Yellowcake's Copyrighted Works. Despite being on notice of its infringement, Defendant has refused to remedy its wrongdoing, leaving Yellowcake no alternative but to bring this action.

## JURISDICTION AND VENUE

3. This is a civil action in which Plaintiff seeks monetary damages and injunctive relief against Defendant for copyright infringement under the copyright laws of the United States: 17 U.S.C. § 101 *et seq*.

4. This Court has jurisdiction under 17 U.S.C. § 101 *et seq*.; 28 U.S.C. § 1331 (federal question jurisdiction); and 28 U.S.C. § 1338(a) (copyright).

5. This Court has supplemental jurisdiction over all common law claims pursuant to 28 U.S.C. § 1367.

6. This Court has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and (d) and 28 U.S.C. § 1400(a), in that the Defendant or its agents are conducting business in this District, Yellowcake is located

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

in, and conducts business in, this District, and a substantial part of the acts of infringement complained of herein occurred in this District.

## PARTIES

7. Plaintiff is a California corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of California, County of Stanislaus.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant Hyphy Music, Inc. ("Hyphy") is a corporation for profit duly organized and existing under the laws of the State of California with its principal place of business in the State of California, County of Fresno.

9. Plaintiff is informed and believes, and thereon alleges, that Hyphy is in the business of selling and distributing music.

## FACTUAL ALLEGATIONS

10. Plaintiff is primarily engaged in the business of exploiting intellectual property rights.

11. Plaintiff Yellowcake or its predecessor in interest has always owned, maintained, and controlled the exclusive, true, and valid copyrights in Yellowcake's Copyrighted Works.

12. Yellowcake has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. § 101 *et seq*. Yellowcake has registered the sound recordings with the United States Copyright Office and was issued a Certificate of Registration for each copyrighted sound recording that comprises Yellowcake's Copyrighted Works.

13. The copyright registration information for each of Yellowcake's Copyrighted Works is annexed hereto as **Exhibit "A"**.

14. All of Yellowcake's Copyrighted Works are and were published with a copyright notice.

15. Yellowcake is informed and believes, and thereon alleges, that Defendant has engaged in a number of unauthorized exploitations of Yellowcake's Copyrighted

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

Works in violation of Yellowcake's exclusive rights under 17 U.S.C. § 106 including, but not limited to, the sale, reproduction, synchronization, distribution, and public performance of Yellowcake's Copyrighted Works via digital transmission on the online platforms, including but not limited to, iTunes, Apple Music, Spotify, Amazon Music and YouTube, without Yellowcake's authorization.

16. Yellowcake is informed and believes, and thereon alleges, that Defendant created and/or uploaded, or caused to be created and/or uploaded, videos containing unauthorized derivative works of Yellowcake's Copyrighted Works to YouTube.

17. Yellowcake is informed and believes, and thereon alleges, that Defendant benefitted, and continues to benefit, from said unauthorized exploitations of Yellowcake's Copyrighted Works.

18. In or about May and June 2020, Yellowcake notified Defendant and/or one of Defendant's agents and business affiliates of Defendant's unauthorized exploitation of Yellowcake's Copyrighted Works.

19. Despite having notice of its infringement, Defendant has continued its unauthorized exploitation of Yellowcake's Copyrighted Works.

## FIRST CAUSE OF ACTION

### Copyright Infringement Under 17 U.S.C. § 101 *et seq.*

**(Against Defendant)**

20. Plaintiff Yellowcake incorporates the allegations set forth in paragraphs 1 through 19 hereof, as though the same were set forth herein.

21. This cause of action arises under 17 U.S.C. § 501.

22. Each of the sound recordings and albums comprising the Yellowcake Copyrighted Works was registered with the United States Copyright Office either by Yellowcake or by its predecessor in interest.

23. At all times relevant, Yellowcake, or its predecessor in interest, has owned Yellowcake's Copyrighted Works and has been the only owner of the exclusive rights provided under 17 U.S.C. § 106.

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

24. Yellowcake's Copyrighted Works are sound recordings and are original works of authorship constituting copyrightable subject matter within the meaning of 17 U.S.C. § 102.

25. Defendant infringed Yellowcake's Copyrighted Works by selling, reproducing, synchronizing, distributing, publicly performing, and making derivative works of Yellowcake's Copyrighted Works without authorization from Yellowcake.

26. By selling, reproducing, synchronizing, distributing, making derivative works of, and publicly performing by means of digital transmission, videos containing Yellowcake's Copyrighted Works, Defendant's acts violate Yellowcake's exclusive rights under 17 U.S.C. § 106.

27. Yellowcake has never granted Defendant the right, or otherwise authorized, Defendant to exploit Yellowcake's Copyrighted Works.

28. Yellowcake is informed and believes, and thereon alleges, that Defendant had actual knowledge that Yellowcake was, and remains, the lawful owner of Yellowcake's Copyrighted Works.

29. Yellowcake is informed and believes, and thereon alleges, that Defendant had actual knowledge that it did not have the rights to exploit Yellowcake's Copyrighted Works.

30. Defendant had actual or constructive awareness that its unauthorized use of Yellowcake's Copyrighted Works constituted infringement of Yellowcake's Copyrighted Works. Alternatively, Defendant's acts of infringement resulted from a reckless disregard for, or willful blindness to, Yellowcake's rights.

31. Yellowcake is entitled to an injunction restraining Defendant, its officers, directors, agents, employees, representatives, and all persons acting in concert with Defendant from further engaging in such acts of copyright infringement.

32. Pursuant to 17 U.S.C. § 504, Yellowcake is further entitled to recover from Defendant actual damages, or statutory damages in an amount up to One Hundred Fifty Thousand Dollars ($150,000.00) for each work infringed by Defendant.

33. Pursuant to 17 U.S.C. § 505, Yellowcake is further entitled to recover from Defendant the reasonable attorneys' fees and legal costs incurred by Yellowcake as a result of Defendant's acts of copyright infringement.

34. Upon information and belief, Yellowcake is entitled to damages not readily ascertainable but believed to be in excess of One Million Fifty Thousand Dollars ($1,050,000.00).

## SECOND CAUSE OF ACTION

### Injunctive Relief

### (Against Defendant)

35. Plaintiff Yellowcake incorporates the allegations set forth in paragraphs 1 through 34 hereof, as though the same were set forth herein.

36. By reason of Defendant's continued willful infringement, Yellowcake has sustained and will continue to sustain substantial injury, loss and damage to its ownership rights in Yellowcake's Copyrighted Works.

37. The conduct of Defendant is currently causing and, unless enjoined and restrained by this Court, will continue to cause Yellowcake great and irreparable injury that cannot fully be compensated or measured in money. Yellowcake has no adequate remedy at law.

38. Pursuant to 17 U.S.C. §§ 502 and 503, Yellowcake is entitled to injunctive relief prohibiting Defendant from further infringing Yellowcake's copyrights, and ordering Defendant to destroy all copies of Yellowcake's Copyrighted Works in its possession.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

First Cause of Action:

1. For actual or statutory damages for each of Yellowcake's Copyrighted Works infringed pursuant to 17 U.S.C. § 504, in an amount to be elected and proven at the time of trial and believed to be in excess of One Million Fifty Thousand Dollars

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

1  ($1,050,000).

2      2. For exemplary or punitive damages in an amount to be established at trial
3  according to proof.

4      3. For Plaintiff's costs in this action.

5      4. For Plaintiff's reasonable attorneys' fees incurred herein pursuant to
6  statute.

7      5. For such other and further relief as the Court may deem just and proper.

8  Second Cause of Action:

9      1. For a temporary, preliminary and permanent injunction providing: "Defendant shall be and hereby is enjoined from directly or indirectly infringing upon Yellowcake's rights under federal or state law in Yellowcake's Copyrighted Works and any sound recording, whether now in existence or later created, that is owned or controlled by Yellowcake (or any parent, subsidiary, or affiliate record label of Yellowcake) including without limitation using the Internet, any media distribution system or any other means to reproduce, download or otherwise obtain possession of any of Yellowcake's Copyrighted Works; or to distribute, upload or otherwise make any of Yellowcake's Copyrighted Works available for distribution to the public, except pursuant to a lawful license or with the express written authority of Yellowcake. Defendant also shall destroy all copies of Yellowcake's Copyrighted Works that Defendant has downloaded, uploaded, maintained or stored in any way, without Yellowcake's express written authorization and shall destroy all copies of Yellowcake's Copyrighted Works transferred to or fixed in any physical medium or device in Defendant's possession, custody, or control."

24      2. For Plaintiff's costs in this action.

25      3. For Plaintiff's reasonable attorneys' fees incurred herein pursuant to
26  statute.

27      4. For such other and further relief as the Court may deem just and proper.

28  ///

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

## DEMAND FOR JURY TRIAL

Plaintiff requests a trial by jury on all issues so triable.

Dated: July 16, 2020

Respectfully submitted,

**HEFNER STARK & MAROIS, LLP**

By: *[signature]*
Thomas P. Griffin, Jr., Esq.
*Attorneys for Plaintiff Yellowcake*

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

# EXHIBIT A

| Artist | Album | Tracks | SR NUMBER | INFRINGING UPC |
|---|---|---|---|---|
| Los Originales de San Juan | Amigos y Contrarios | 14 | SR0000863320 | 888003162808 |
| Los Originales de San Juan | Corridos de Poca M | 10 | SR0000863319 | 889176663055 |
| Los Originales de San Juan | Desde La Cantina de Mi Barrio (En Vivo) | 15 | SR0000866471 | 191018998417 |
| Los Originales de San Juan | El Campesino (Album) | 14 | SR0000863321 | 190374798310 |
| Los Originales de San Juan | Chuy Chavez y Sus Amigos | 14 | SR0000864338 | 89269600237 |
| Los Originales de San Juan | Naci Con Suerte de Rey (Mariachi) | 12 | SR0000864340 | 758381471444 |
| Los Originales de San Juan | Nuestra Historia (En Vivo) | 16 | SR0000864336 | 758381471451 |

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
YELLOWCAKE, INC., a California corporation

## DEFENDANTS
HYPHY MUSIC, INC.

(b) County of Residence of First Listed Plaintiff **Stanislaus**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Fresno**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
HEFNER, STARK & MAROIS, LLP
Thomas P. Griffin, Jr., Esq.
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833          Tel No. 916-925-6620

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☒ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Copyright Infringement Under 17 U.S.C. § 101 et seq.
Brief description of cause:
Defendant violated Plaintiff's copyrights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 1,050,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 07/16/2020
SIGNATURE OF ATTORNEY OF RECORD *Thomas P. Griffin* (signature)

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
 (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
 (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: **federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.