# EXHIBIT E



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Yellowcake, Inc.
Search Results: Displaying 19 of 23 entries



Labeled View

***Los Principios (Album: 15 Corridos Inmortales ) & 137 other titles.***

**Type of Work:** Recorded Document
**Document Number:** V9970D519
**Date of Recordation:** 2020-02-24
**Entire Copyright Document:** V9970 D519 P1-19
**Date of Execution:** effective as of 21Mar19
**Date of Certification:** 02/20/2020
**Title:** Los Principios (Album: 15 Corridos Inmortales ) & 137 other titles.
**Notes:** Asset purchase & assignment agreement.
**Party 1:** Jesus Chavez, Sr.,, dba Enoch Records.
**Party 2:** Yellowcake, Inc.
**Links:** List of Titles
**Names:** Chavez, Sr.,, Jesus
         Enoch Records
         Yellowcake, Inc.





| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

This list contains titles in document **V9970D519**

Document title: Los Principios (Album: 15 Corridos Inmortales ) & 137 other titles.

The complete document is: **V9970 D519 P1-19**

List of titles:

001    Los Principios (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

002    Santos Cantu (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

003    El Regio Traficante (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

004    Se Les Pelo Baltazar (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

005    Juan Martha (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

006    El Rayo de Sinaloa (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

007    El Cabo de Michoacan (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

008    El Corrido de los Perez (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

009    El Malvado (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

010    La Raza Contenta (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

011    Charlando Con la Muerte (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

012    Gallo de Raza Fina (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

013    El Preso de Nuevo Leon (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

014    Juan Perez (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

015    El Corrido de Joselo (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

016    50 Mentadas; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

017    El Costal Lleno de Piedras; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

Case 1:20-cv-00988-JLT-BAM　Document 23-6　Filed 10/02/20　Page 5 of 10

018　Ni por Todo el Dinero del Mundo; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

019　Volver a Vivir; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

020　El Ahijado de la Muerte; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

021　El Fierros; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

022　Don Miguel Magan�?�?a; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

023　Maldito Compadre; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

024　Maldito Vicio; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

025　Por Alguien; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

026　El Tartanero; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

027　Corre y Dile; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

028　La Muerte de Manuelon; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

029　Falsa y Mentirosa; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

030　Fiesta en Mi Rancho; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

031　Regalo Equivocado; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

032　Amigos Y Contrarios; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

033　El Tucan; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

034　El Buchon; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

035　El Puma De Tlazacaca; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

036　Custodio Alvarez; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

037　Dos Perros Malnacidos; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

038　Rolando Junior; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

039　Javier Guerrero; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

040　Hugo Salazar; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

041　Hoy Que Mis Hijos Se Fueron; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

042　Jesus Herrera; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

043　Corrido Del Mochis; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

044　Hartate Mugroso; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

045　La Carera; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

046　El Dia Que Me Dejaste; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

Case 1:20-cv-00988-JLT-BAM    Document 23-6    Filed 10/03/20    Page 6 of 10

047    Tragos Amargos; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

048    Los Consejos; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

049    Tomando Licores; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

050    Mujer Bonita; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

051    Ensename a Olvidar; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

052    Vaciando Botellas; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

053    La Palomita; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

054    Te Llevaste; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

055    Corazones Rotos; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

056    El Sinaloense; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

057    Celebrando; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

058    El Carlichi; Sound Recording / Los Originales de San Juan; From (Album)

059    Sin Fortuna ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

060    El Fantasma ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

061    Javier Fernandez ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

062    El Original ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

063    Manuel Gonzalez ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

064    Amanda Varela( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

065    Cuando Se Nace Rico ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

066    Mi Viejo ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

067    Tan Solo Penas ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

068    Mi Ultimo Deseo (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

069    La Peda (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

070    Paloma en Su Nido (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

071    El Morralito (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

072   Linea de Acero (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

073   Naci Con Suerte de Rey (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

074   El Tequilero (En Vivo(Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

075   El Clavo (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

076   El Jabali (En Vivo)(Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

077   Con una Copa en Mi Mano (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

078   La Cantina de Mi Barrio (En Vivo)(Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

079   El Carlichi (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

080   La Vida Prestada (En Vivo)(Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

081   Fuiste Todo para Mi (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

082   Eliado Mora (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From El Campesino (Album)

083   El Campesino; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

084   Solo Dios; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

085   El Arbol; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

086   El Paniqueado; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

087   Dinero Manchado; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

088   Corrido del Cach; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

089   El Corrido de Camilo; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

090   El Martelito; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

091   Chicano Jalicience; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

092   Miguel Fuentes; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

093   En una Cajita de Oro; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

094   Mis Hijos Son Mi Tesoro; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

095   Marili; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

096    Suplica de un Padre; Sound Recording / Los Originales de San Juan; From 14 Campestre (Album)

097    Me Voy; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

098    Amigo Martin; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

099    Segundo Lugar; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

100    El Huerfanito; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

101    Nube Viajera; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

102    No Te Puedes Ir; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

103    Padre; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

104    Que Bueno; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

105    Que Te Vaya Bonito; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

106    Tu Camino y El Mio; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

107    Ya Es Por Demas; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

108    Cuando Dos Almas; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

109    El Fierros; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

110    Mi Padre Querido; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

111    Naci Con Suerte de Rey (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

112    Don Miguel Herrera(Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

113    Volver a Vivir (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

114    Fiesta en Mi Rancho (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

115    Que Bonito (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

116    Que Vuelva Conmigo (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

117    Padre (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

118    Sin Llorar y Como Amigos (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

119    Devuelveme el Corazon (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

120    Que de Raro Tiene (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

121  Tartas (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

122  Miraron Llorar a Este Hombre (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

123  El Rey del Crystal (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

124  El Aguacatero (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

125  El Patas de Diablo (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

126  El Cara de Chango (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

127  La Raza de Michoacan (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

128  La Caspa del Diablo (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

129  La Troca del Mono Negro (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

130  Deje de Engordar Maranos (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

131  El Jardinero (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

132  El Grande de Michoacan (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

133  Rey de Reyes (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

134  Pacas de a Kilo (En Vivo)(Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

135  La Muerte de Manuelon (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

136  El Corrido del Charapo (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

137  Los Cuatro Amigos (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

138  El Numero Gratis (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

---

End of titles list for document **V9970D519**

*This is not a legal document.*

Case 1:20-cv-00982-JLT-BAM   Document 23-6   Filed 10/02/20   Page 10 of 10

**How to obtain a copy of a recorded document:** https://www.copyright.gov/circs/circ06.pdf

*U.S. Copyright Office*

*101 Independence Ave., S.E.*

*Washington, D.C. 20559-6000*

*(202) 707-3000*