# EXHIBIT A

Case 1:20-cv-00988-JLT-BAM     Document 28-2     Filed 10/27/20     Page 2 of 3



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000869114
Search Results: Displaying 1 of 1 entries

previous | next

Labeled View

*Los Originales de San Juan - Corridos De Poca M...*

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000869114 / 2020-04-13 |
| **Application Title:** | Los Originales de San Juan - Corridos De Poca M... |
| **Title:** | Los Originales de San Juan - Corridos De Poca M... |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Hyphy Music, Inc. Address: 2727 N. Grove Industrial Dr., #155, Fresno, CA, 93727, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-02-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hyphy Music, Inc., employer for hire; Domicile: United States. Authorship: sound recording. |
| **Rights and Permissions:** | Hyphy Music, Inc., cj@hyphymusicinc.com |
| **Copyright Note:** | C.O. correspondence. |
| | Basis for Registration: collective work. |
| **Contents:** | El Carlichi. |
| | Sin Fortuna. |
| | El Fantasma. |
| | Javier Fernandez. |
| | El Original. |
| | Manuel Gonzalez. |
| | Amanda Varela. |
| | Cuando No Se Nace Rico. |
| | Mi Viejo. |
| | Tan Solo Penas. |
| **Names:** | [Hyphy Music, Inc.](#) |

previous | next

**Save, Print and Email ([Help Page](#))**

Select Download Format Full Record [Format for Print/Save]
Enter your email address: [ ] [Email]

**Help** | **Search** | **History** | **Titles** | **Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page