# EXHIBIT B

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000876925
Search Results: Displaying 1 of 1 entries

*Los Originales de San Juan - Nuestra Historia (En Vivo)*

|  |  |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000876925 / 2020-08-02 |
| **Application Title:** | Los Originales de San Juan - Nuestra Historia (En Vivo) |
| **Title:** | Los Originales de San Juan - Nuestra Historia (En Vivo) |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Hyphy Music, Inc. Address: 2727 N. Grove Industrial Drive, #155, Fresno, CA, 93727, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-03-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hyphy Music, Inc., employer for hire; Domicile: United States. Authorship: sound recording of entire concert. |
| **Rights and Permissions:** | cj@hyphymusicinc.com |
| **Copyright Note:** | C.O. correspondence. |
| **Contents:** | El Rey del Cristal. |
|  | El Aguacatero. |
|  | El Patas de Diablo. |
|  | El Cara de Chango. |
|  | La Raza de Michoacan. |
|  | La Caspa del Diablo (ft. El Sinaloa) |
|  | La Troca del Mono Negro. |
|  | Deje de Engordar Maranos. |
|  | El Jardinero. |
|  | El Grande de Michoacan. |
|  | Rey de Reyes. |
|  | Pacas de a Kilo. |
|  | La Muerte de Manuelon. |
|  | El Corrido del Charapo. |
|  | Los Cuatro Amigos. |
|  | El Numero Gratis. |

8/28/2020, WebVoyage Record View 1

**Names:** Hyphy Music, Inc.



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address: _____  Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page