# EXHIBIT C

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000820139
Search Results: Displaying 1 of 1 entries



*Los Originales de San Juan - En Vivo Desde La Cantina de Mi Barrio.*

|               |               |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000820139 / 2018-05-09 |
| **Application Title:** | Los Originales de San Juan - En Vivo Desde La Cantina de Mi Barrio. |
| **Title:** | Los Originales de San Juan - En Vivo Desde La Cantina de Mi Barrio. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Hyphy Music, Inc. Address: 2727 N. Grove Industrial Drive, #155, Fresno, CA, 93727, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-03-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hyphy Music, Inc., employer for hire; Domicile: United States. Authorship: sound recording. |
| **Rights and Permissions:** | info@hyphymusicinc.com |
| **Copyright Note:** | Basis for Registration: collective work. |
| **Contents:** | Mi Ultimo Deseo. |
|  | La Peda. |
|  | Paloma En Su Nido. |
|  | El Morralito. |
|  | Me Llamen Lineas De A Metro. |
|  | Naci Con Suerte De Rey. |
|  | El Tequilero. |
|  | El Clavo. |
|  | El Jabali. |
|  | Con Una Copa En Mi Mano. |
|  | La Cantina De Mi Barrio. |
|  | El Carlichi. |
|  | Vida Prestada. |
|  | Fuiste Todo Para Mi. |
|  | Eladio Mora. |
| **Names:** | Hyphy Music, Inc. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▼   [Format for Print/Save] |
| Enter your email address: _____  [Email] |

**Help**　**Search**　**History**　**Titles**　**Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page