# EXHIBIT D

Case 1:20-cv-00988-JLT-BAM    Document 28-5    Filed 10/27/20    Page 2 of 3



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000810777
Search Results: Displaying 1 of 1 entries



*Los Originales de San Juan - El Campesino.*

| | |
|---:|:---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000810777 / 2017-03-17 |
| **Application Title:** | Los Originales de San Juan - El Campesino. |
| **Title:** | Los Originales de San Juan - El Campesino. |
| **Description:** | Compact Disc. |
| **Copyright Claimant:** | Hyphy Music, Inc., Transfer: By written agreement. Address: 2660 West Shaw Lane, Suite 110, Fresno, CA, 93711, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-05-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Veronica Portillo; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| | Jesus Chavez, Jr.; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| | Eliodoro Barajo; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| | Mario Delgado; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| | Jesus Chavez; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| | Gabino Ayala; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| | Manuel Uzueta; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| **Pre-existing Material:** | sound recording. |
| **Basis of Claim:** | sound recording. |
| **Rights and Permissions:** | C.J. Ramirez, Hyphy Music, Inc., 2660 West Shaw Lane, Suite 110, Fresno, CA, 93711, United States, cj@hyphymusicinc.com |
| **Copyright Note:** | C.O. correspondence. |
| | Basis for Registration: Collective work |
| **Contents:** | El Campesino. |

Solo Dios.
El Arbol.
El Paniqueado.
Dinero Manchado.
El Corrido Del Cach.
El Corrido De Camilo.
El Martelito.
Chicano Jaliciense.
Miguel Fuentes.
En Una Cajita De Oro.
Mis Hijos Son Mi Tesoro.
Marili.
Suplica De Un Padre.

**Names:** Portillo, Veronica
Chavez, Jesus, Jr.
Barajo, Eliodoro
Delgado, Mario
Chavez, Jesus
Ayala, Gabino
Uzueta, Manuel
Hyphy Music, Inc.



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address:  _____  Email |

---

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page