# EXHIBIT E



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000863319
Search Results: Displaying 1 of 1 entries



*Album Title: Corridos de Poca M [performed by] Los Originales de San Juan.*

|  |  |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000863319 / 2020-02-07 |
| **Application Title:** | Album Title: Corridos de Poca M [performed by] Los Originales de San Juan. |
| **Title:** | Album Title: Corridos de Poca M [performed by] Los Originales de San Juan. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | YELLOWCAKE, INC., Transfer: By written contract. Address: 701 E Canal Drive, Turlock, CA, 95380, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-02-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jesus Chavez, Sr.; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| **Rights and Permissions:** | YELLOWCAKE, INC., 701 E Canal Drive, Turlock, CA, 95380, United States, (209) 632-9938, (415) 735-8236, yellowcakecorp@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
|  | Basis for Registration: Collective work. |
| **Contents:** | El Carlichi. |
|  | Sin Fortuna. |
|  | El Fantasma. |
|  | Javier Fernandez. |
|  | El Original. |
|  | Manuel Gonzalez. |
|  | Amanda Varela. |
|  | Cuando Se Nace Rico. |
|  | Mi Viejo. |
|  | Tan Solo Penas. |

**Names:** Chavez, Jesus, Sr.
YELLOWCAKE, INC.



| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format  Full Record  Format for Print/Save | |
| Enter your email address: | Email |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page