# EXHIBIT F

# Copyright
United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000864336
Search Results: Displaying 1 of 1 entries

◁ previous | next ▷

Labeled View

***Album Title: Nuestra Historia En Vivo [performed by] Los Originales De San...***

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000864336 / 2020-02-11 |
| **Application Title:** | Album Title: Nuestra Historia En Vivo [performed by] Los Originales De San Juan. |
| **Title:** | Album Title: Nuestra Historia En Vivo [performed by] Los Originales De San Juan. |
| **Description:** | Compact disc (CD) |
| **Copyright Claimant:** | YELLOWCAKE, INC., Transfer: By written contract. Address: 701 E Canal Drive, Turlock, CA, 95380, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-03-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jesus Chavez, Sr.; Domicile: United States; Citizenship: United States. Authorship: a sound recording of entire concert. |
| **Rights and Permissions:** | YELLOWCAKE, INC., 701 E Canal Drive, Turlock, CA, 95380, United States, (209) 632-9938, (415) 735-8236, yellowcakecorp@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Contents:** | El Rey Del Cristal (En Vivo) |
| | El Aguacatero (En Vivo) |
| | El Patas de Diablo (En Vivo) |
| | El Cara De Chango (En Vivo) |
| | La Raza De Michoacan (En Vivo) |
| | La Caspa Del Diablo (En Vivo) |
| | La Troca Del Mono Negro (En Vivo) |
| | Deje De Engordar Marranos (En Vivo) |
| | El Jadrinero (En Vivo) |
| | El Grande Michoacan (En Vivo) |
| | Rey De Reyes (En Vivo) |
| | Pakas De A Kilo (En Vivo) |

La Muerte De Manuelon (En Vivo)
El Corrido Del Charapo (En Vivo)
Los Cuatro Amigos (En Vivo)
El Numero Gratis (En Vivo)

**Names:** Chavez, Jesus, Sr.
YELLOWCAKE, INC.



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page