# EXHIBIT G

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000866471
Search Results: Displaying 1 of 1 entries



*Album Title: Desde La Cantina De Mi Barrio [performed by] Los Originales De...*

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000866471 / 2020-02-11 |
| **Application Title:** | Album Title: Desde La Cantina De Mi Barrio [performed by] Los Originales De San Juan. |
| **Title:** | Album Title: Desde La Cantina De Mi Barrio [performed by] Los Originales De San Juan. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | YELLOWCAKE, INC., Transfer: By written contract. Address: 701 E Canal Drive, Turlock, CA, 95380, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-03-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jesus Chavez, Sr.; Domicile: United States; Citizenship: United States. Authorship: a sound recording of entire concert. |
| **Rights and Permissions:** | YELLOWCAKE, INC., 701 E Canal Drive, Turlock, CA, 95380, United States, (209) 632-9938, (415) 735-8236, yellowcakecorp@gmail.com |
| **Copyright Note:** | C.O. correspondence. Regarding deposit: Special Relief granted under 37 CFR 202.20(d) of Copyright Office regulations. |
| **Contents:** | 1. Mi Ultimo Deseo (En Vivo); 2. La Peda (En Vivo); 3. Paloma En Su Nido (En Vivo); 4. El Morralito (En Vivo); 5. Lineas de a Metro (En Vivo); 6. Naci Con Suerte De Rey (En Vivo); 7. El Tequilero (En Vivo); 8. El Clavo (En Vivo); 9. El Jabali (En Vivo); 10. Con Una Copa En Mi Mano (En Vivo); 11. La Cantina De Mi Barrio (En Vivo); 12. El Carlichi (En Vivo); 13. La Vida Prestada (En Vivo); 14. Fuiste Todo Para Mi (En Vivo); 15. Eladio Mora (En Vivo) |
| **Names:** | Chavez, Sr., Jesus<br>YELLOWCAKE, INC. |



| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page