# EXHIBIT H

# Copyright
United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000863321
Search Results: Displaying 1 of 1 entries

[◀ previous] [next ▶]



***Album Title: El Campesino [performed by] Los Originales De San Juan)***

|  |  |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000863321 / 2020-02-07 |
| **Application Title:** | Album Title: El Campesino [performed by] Los Originales De San Juan) |
| **Title:** | Album Title: El Campesino [performed by] Los Originales De San Juan) |
| **Description:** | Compact disc (CD) |
| **Copyright Claimant:** | YELLOWCAKE, INC., Transfer: By written contracts. Address: 701 E Canal Drive, Turlock, CA, 95380, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-05-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jesus Chavez, Sr.; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| **Rights and Permissions:** | YELLOWCAKE, INC., 701 E Canal Drive, Turlock, CA, 95380, United States, (209) 632-9938, (415) 735-8236, yellowcakecorp@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
|  | Basis for Registration: collective work |
| **Contents:** | El Campesino. |
|  | Solo Dios. |
|  | El Arbol. |
|  | El Paniqueado. |
|  | Dinero Manchado. |
|  | Corrido del Cach. |
|  | El Corrido De Camilo. |
|  | El Martelito. |
|  | Chicano Jalicience. |
|  | Miguel Fuentes. |
|  | En Una Cajita De Oro. |

Mis Hijos Son Mi Tesoro.

Marili.

Suplica De Un Padre.

**Names:** Chavez, Jesus, Sr.

YELLOWCAKE, INC.



| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page