**ABRAMS, FENSTERMAN, FENSTERMAN,**
**EISMAN, FORMATO, FERRARA,**
**WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*admitted pro hac vice*)
   sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

**HEFNER STARK & MAROIS, LLP**
Thomas P. Griffin Jr., Esq. (SBN 155133)
   tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

Attorneys for Plaintiff YELLOWCAKE, INC., and Counterdefendants COLONIZE MEDIA, INC., and JOSE DAVID HERNANDEZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>HYPHY MUSIC, INC.,<br><br>          Defendant. | **Case No.:**<br>**1:20-cv-00988-DAD-BAM**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS DEFENDANT'S FIRST AMENDED COUNTERCLAIMS**<br><br>Judge: Hon. Dale A. Drozd<br>Date: November 3, 2020<br>Time: 9:30 a.m.<br>Courtroom: Courtroom 5, 7th floor |

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS DEFENDANT'S FIRST AMENDED COUNTERCLAIMS**

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

|  |  |
|---|---|
| HYPHY MUSIC, INC., | ) |
| Counterclaimant, | ) |
|  | ) |
| v. | ) |
|  | ) |
| YELLOWCAKE, INC.; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR, | ) |
|  | ) |
| Counterdefendants. | ) |

## **INTRODUCTION**

Plaintiff Yellowcake, Inc., ("Yellowcake") and Counterdefendants Colonize Media, Inc., ("Colonize") and Jose David Hernandez ("Hernandez"), respectfully request that pursuant to Rule 201 of the Federal Rules of Evidence, this Court take judicial notice of the U.S. Copyright Office records identified below, in connection with Plaintiff/Counterdefendants' Motion to Dismiss Defendant/Counterclaimant Hyphy Music Inc.'s ("Hyphy") First Amended Counterclaims.

The attached Documents, numbered 1-9, consist of records maintained and made publicly available online by the U.S. Copyright Office pertaining to the copyright registrations that are the subject of the First Amended Counterclaims that Plaintiff/Counterdefendants move to dismiss. Plaintiff/Counterdefendants have attached a copy of one or more of these records to the Declaration of Seth L. Berman, Esq., and Reply Declaration of Seth L. Berman, Esq., filed with the Plaintiff/Counterdefedant's initial Memorandum and Reply Memorandum in support of this Motion to Dismiss. Printouts of the online Copyright Office Catalog records are attached to this Request as Documents 1-9 as follows:

**1.** A copy of the U.S. Copyright Office's Online Catalog information for Defendant/Counterclaimant Hyphy's Sound Recording Registration No. SR

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS DEFENDANT'S FIRST AMENDED COUNTERCLAIMS**

0000869114 (**Exhibit "A"** to the Reply Declaration of Seth L. Berman, Esq., in support of Plaintiff and Counterdefendants' Motion to Dismiss Defendant/Counterclaimant's First Amended Counterclaims (also identified in Exhibit "B" to First Amended Counterclaims (ECF 15)).

**2.** A copy of the U.S. Copyright Office's Online Catalog information for Defendant/Counterclaimant Hyphy's Sound Recording Registration No. SR 0000876925 (**Exhibit "B"** to the Reply Declaration of Seth L. Berman, Esq., in support of Plaintiff and Counterdefendants' Motion to Dismiss Defendant/Counterclaimant's First Amended Counterclaims (also identified in Exhibit "B" to First Amended Counterclaims (ECF 15)).

**3.** A copy of the U.S. Copyright Office's Online Catalog information for Defendant/Counterclaimant Hyphy's Sound Recording Registration No. SR 0000820139 (**Exhibit "C"** to the Reply Declaration of Seth L. Berman, Esq., in support of Plaintiff and Counterdefendants' Motion to Dismiss Defendant/Counterclaimant's First Amended Counterclaims (also identified in Exhibit "B" to First Amended Counterclaims (ECF 15)).

**4.** A copy of the U.S. Copyright Office's Online Catalog information for Defendant/Counterclaimant Hyphy's Sound Recording Registration No. SR 0000810777 (**Exhibit "D"** to the Reply Declaration of Seth L. Berman, Esq., in support of Plaintiff and Counterdefendants' Motion to Dismiss Defendant/Counterclaimant's First Amended Counterclaims (also identified in Exhibit "B" to First Amended Counterclaims (ECF 15)).

**5.** A copy of the U.S. Copyright Office's Online Catalog information for Plaintiff/Counterdefendant Yellowcake's Sound Recording Registration No. SR 0000863319 (**Exhibit "E"** to the Reply Declaration of Seth L. Berman, Esq., in support of Plaintiff and Counterdefendants' Motion to Dismiss Defendant/Counterclaimant's First Amended Counterclaims (also identified in Exhibit "A" to Complaint (ECF 1)).

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

3

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS DEFENDANT'S FIRST AMENDED COUNTERCLAIMS**

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

**6.** A copy of the U.S. Copyright Office's Online Catalog information for Plaintiff/Counterdefendant Yellowcake's Sound Recording Registration No. SR 0000864336 (**Exhibit "F"** to the Reply Declaration of Seth L. Berman, Esq., in support of Plaintiff and Counterdefendants' Motion to Dismiss Defendant/Counterclaimant's First Amended Counterclaims (also identified in Exhibit "A" to Complaint (ECF 1)).

**7.** A copy of the U.S. Copyright Office's Online Catalog information for Plaintiff/Counterdefendant Yellowcake's Sound Recording Registration No. SR 0000866471 (**Exhibit "G"** to the Reply Declaration of Seth L. Berman, Esq., in support of Plaintiff and Counterdefendants' Motion to Dismiss Defendant/Counterclaimant's First Amended Counterclaims (also identified in Exhibit "A" to Complaint (ECF 1)).

**8.** A copy of the U.S. Copyright Office's Online Catalog information for Plaintiff/Counterdefendant Yellowcake's Sound Recording Registration No. SR 0000863321 (**Exhibit "H"** to the Reply Declaration of Seth L. Berman, Esq., in support of Plaintiff and Counterdefendants' Motion to Dismiss Defendant/Counterclaimant's First Amended Counterclaims (also identified in Exhibit "A" to Complaint (ECF 1)).

**9.** A copy of the U.S. Copyright Office's Online Catalog information for Plaintiff/Counterdefendant Yellowcake's Recordation of Assignment of ownership of the Sound Recordings from Chavez, Document No. V9970D519 (**Exhibit "E"** to the Declaration of Seth L. Berman, Esq., in support of Plaintiff and Counterdefendants' Motion to Dismiss Defendant/Counterclaimant's First Amended Counterclaims (ECF 23-6)).

## **LEGAL STANDARD**

Facts subject to judicial notice include those that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R.

///

---

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS DEFENDANT'S FIRST AMENDED COUNTERCLAIMS**

Evid. 201(b)(2). The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Courts regularly take judicial notice of "undisputed matters of public record [.]" *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (internal citations omitted); *see also, Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001); *Kurtz v. Intelius, Inc.*, 2011 U.S.Dist.LEXIS 101922, *3-*4 (E.D.Cal. Sept. 9, 2011) and *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002)). Such record may include the "[r]ecords and reports of administrative bodies," *Barron* v. *Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994). A court may take judicial notice of information on the Internet published and maintained by a government entity. *Daniels-Hall v. National Educ. Ass'n,* 629 F.3d 992, 998–99 (9th Cir. 2010). It accordingly has taken judicial notice of Copyright Office records in the past. *See*, *e.g.*, *Sybersound Records, Inc.* v. *UAV Corp.*, 517 F.3d 1137, 1146 (9th Cir. 2008) (taking judicial notice of Copyright Office records reflecting the registered owners of certain copyrighted songs); *Oroamerica, Inc.* v. *D & W Jewelry Co.*, 10 Fed. App'x 516, n.4 (9th Cir. 2001) (taking judicial notice of Copyright Office registration certificate); *Ajaxo, Inc., v. Bank of America Technology and Operations, Inc.*, No. 207CV645GEBGGH, 2007 WL 4180361 at *1 (E.D. Cal. Nov 21, 2007) (taking judicial notice of Copyright Office records showing transfer of ownership of copyright registrations).

Documents 1 through 9 are records from the online database compiled and maintained by the United States Copyright Office, made publicly available on its website. The Copyright Office records included in this request plainly meet the standard for judicial notice set forth above. Information published and maintained by the Copyright Office regarding the ownership and authorship of the copyrighted sound recordings at issue in this litigation are clearly relevant to Plaintiff/Counterdefendant's Motion to Dismiss Defendant/Counterclaimant's First Amended Counterclaims as copyright ownership, proper acquisition thereof by written transfer, and validity of the ///

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS DEFENDANT'S FIRST AMENDED COUNTERCLAIMS**

copyright registrations serving as the statutory prerequisite to bringing an action under the Copyright Act pursuant to Section 411 are at issue.

<u>**CONCLUSION**</u>

In sum, the records enumerated above meet the requirements of Rule 201(b)(2) of the Federal Rules of Evidence, and therefore, it is respectfully submitted that the Court must take judicial notice of them pursuant to Rule 201(c)(2) of the Federal Rules of Evidence.

Dated:  October 27, 2020          Respectfully submitted,

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**

By: /s/ Seth L. Berman
Seth L. Berman, Esq. (*admitted pro hac vice*)
***Attorneys for Plaintiff Yellowcake, Inc., and Counterdefendants Colonize Media, Inc., and Jose David Hernandez***

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
3 Dakota Drive, Suite 300
Lake Success, NY  11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS DEFENDANT'S FIRST AMENDED COUNTERCLAIMS**

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system on this 27th day of October 2020, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those that are indicated as non-registered participants, if any.

/s/ Seth L. Berman
Seth L. Berman, Esq.

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS DEFENDANT'S FIRST AMENDED COUNTERCLAIMS**

# DOCUMENT 1



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000869114
Search Results: Displaying 1 of 1 entries



Labeled View

---

### *Los Originales de San Juan - Corridos De Poca M...*

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000869114 / 2020-04-13 |
| **Application Title:** | Los Originales de San Juan - Corridos De Poca M... |
| **Title:** | Los Originales de San Juan - Corridos De Poca M... |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Hyphy Music, Inc. Address: 2727 N. Grove Industrial Dr., #155, Fresno, CA, 93727, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-02-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hyphy Music, Inc., employer for hire; Domicile: United States. Authorship: sound recording. |
| **Rights and Permissions:** | Hyphy Music, Inc., cj@hyphymusicinc.com |
| **Copyright Note:** | C.O. correspondence. |
| | Basis for Registration: collective work. |
| **Contents:** | El Carlichi. |
| | Sin Fortuna. |
| | El Fantasma. |
| | Javier Fernandez. |
| | El Original. |
| | Manuel Gonzalez. |
| | Amanda Varela. |
| | Cuando No Se Nace Rico. |
| | Mi Viejo. |
| | Tan Solo Penas. |
| **Names:** | Hyphy Music, Inc. |



---

**Save, Print and Email (Help Page)**

Select Download Format Full Record Format for Print/Save

Enter your email address: [                    ] [ Email ]

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# DOCUMENT 2



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000876925
Search Results: Displaying 1 of 1 entries



Labeled View

### *Los Originales de San Juan - Nuestra Historia (En Vivo)*

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000876925 / 2020-08-02 |
| **Application Title:** | Los Originales de San Juan - Nuestra Historia (En Vivo) |
| **Title:** | Los Originales de San Juan - Nuestra Historia (En Vivo) |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Hyphy Music, Inc. Address: 2727 N. Grove Industrial Drive, #155, Fresno, CA, 93727, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-03-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hyphy Music, Inc., employer for hire; Domicile: United States. Authorship: sound recording of entire concert. |
| **Rights and Permissions:** | cj@hyphymusicinc.com |
| **Copyright Note:** | C.O. correspondence. |
| **Contents:** | El Rey del Cristal. |
| | El Aguacatero. |
| | El Patas de Diablo. |
| | El Cara de Chango. |
| | La Raza de Michoacan. |
| | La Caspa del Diablo (ft. El Sinaloa) |
| | La Troca del Mono Negro. |
| | Deje de Engordar Maranos. |
| | El Jardinero. |
| | El Grande de Michoacan. |
| | Rey de Reyes. |
| | Pacas de a Kilo. |
| | La Muerte de Manuelon. |
| | El Corrido del Charapo. |
| | Los Cuatro Amigos. |
| | El Numero Gratis. |



**Names:** Hyphy Music, Inc.



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [         ]  [Email] |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# DOCUMENT 3



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
| --- | --- | --- | --- | --- |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000820139
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

Labeled View

### *Los Originales de San Juan - En Vivo Desde La Cantina de Mi Barrio.*

| | |
| --- | --- |
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000820139 / 2018-05-09 |
| **Application Title:** | Los Originales de San Juan - En Vivo Desde La Cantina de Mi Barrio. |
| **Title:** | Los Originales de San Juan - En Vivo Desde La Cantina de Mi Barrio. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Hyphy Music, Inc. Address: 2727 N. Grove Industrial Drive, #155, Fresno, CA, 93727, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-03-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hyphy Music, Inc., employer for hire; Domicile: United States. Authorship: sound recording. |
| **Rights and Permissions:** | info@hyphymusicinc.com |
| **Copyright Note:** | Basis for Registration: collective work. |
| **Contents:** | Mi Ultimo Deseo. |
| | La Peda. |
| | Paloma En Su Nido. |
| | El Morralito. |
| | Me Llamen Lineas De A Metro. |
| | Naci Con Suerte De Rey. |
| | El Tequilero. |
| | El Clavo. |
| | El Jabali. |
| | Con Una Copa En Mi Mano. |
| | La Cantina De Mi Barrio. |
| | El Carlichi. |
| | Vida Prestada. |
| | Fuiste Todo Para Mi. |
| | Eladio Mora. |
| **Names:** | Hyphy Music, Inc. |

Case 1:20-cv-00988-JLT-BAM     Document 29     Filed 10/27/20     Page 16 of 42



| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ⌄ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# DOCUMENT 4



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000810777
Search Results: Displaying 1 of 1 entries

◄ previous     next ►

Labeled View

### *Los Originales de San Juan - El Campesino.*

|   |   |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000810777 / 2017-03-17 |
| **Application Title:** | Los Originales de San Juan - El Campesino. |
| **Title:** | Los Originales de San Juan - El Campesino. |
| **Description:** | Compact Disc. |
| **Copyright Claimant:** | Hyphy Music, Inc., Transfer: By written agreement. Address: 2660 West Shaw Lane, Suite 110, Fresno, CA, 93711, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-05-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Veronica Portillo; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
|  | Jesus Chavez, Jr.; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
|  | Eliodoro Barajo; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
|  | Mario Delgado; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
|  | Jesus Chavez; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
|  | Gabino Ayala; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
|  | Manuel Uzueta; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| **Pre-existing Material:** | sound recording. |
| **Basis of Claim:** | sound recording. |
| **Rights and Permissions:** | C.J. Ramirez, Hyphy Music, Inc., 2660 West Shaw Lane, Suite 110, Fresno, CA, 93711, United States, cj@hyphymusicinc.com |
| **Copyright Note:** | C.O. correspondence. |
|  | Basis for Registration: Collective work |
| **Contents:** | El Campesino. |

Saña Dios.

El Arbol.

El Paniqueado.

Dinero Manchado.

El Corrido Del Cach.

El Corrido De Camilo.

El Martelito.

Chicano Jaliciense.

Miguel Fuentes.

En Una Cajita De Oro.

Mis Hijos Son Mi Tesoro.

Marili.

Suplica De Un Padre.

**Names:** Portillo, Veronica

Chavez, Jesus, Jr.

Barajo, Eliodoro

Delgado, Mario

Chavez, Jesus

Ayala, Gabino

Uzueta, Manuel

Hyphy Music, Inc.





| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

---

Help  |  Search  |  History  |  Titles  |  Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# DOCUMENT 5



United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

 Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = SR0000863319

Search Results: Displaying 1 of 1 entries

◀ previous   next ▶



Labeled View

***Album Title: Corridos de Poca M [performed by] Los Originales de San Juan.***

|  |  |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000863319 / 2020-02-07 |
| **Application Title:** | Album Title: Corridos de Poca M [performed by] Los Originales de San Juan. |
| **Title:** | Album Title: Corridos de Poca M [performed by] Los Originales de San Juan. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | YELLOWCAKE, INC., Transfer: By written contract. Address: 701 E Canal Drive, Turlock, CA, 95380, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-02-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jesus Chavez, Sr.; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| **Rights and Permissions:** | YELLOWCAKE, INC., 701 E Canal Drive, Turlock, CA, 95380, United States, (209) 632-9938, (415) 735-8236, yellowcakecorp@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
|  | Basis for Registration: Collective work. |
| **Contents:** | El Carlichi. |
|  | Sin Fortuna. |
|  | El Fantasma. |
|  | Javier Fernandez. |
|  | El Original. |
|  | Manuel Gonzalez. |
|  | Amanda Varela. |
|  | Cuando Se Nace Rico. |
|  | Mi Viejo. |
|  | Tan Solo Penas. |

Names: Chavez, Jesus, Sr.
YELLOWCAKE, INC.



---

**Save, Print and Email (Help Page)**

| Select Download Format | Full Record | Format for Print/Save |
|---|---|---|
| Enter your email address: | | Email |

---

Help    Search    History    Titles    Start Over

---

# DOCUMENT 6



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000864336
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

Labeled View

***Album Title: Nuestra Historia En Vivo [performed by] Los Originales De San...***

|  |  |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000864336 / 2020-02-11 |
| **Application Title:** | Album Title: Nuestra Historia En Vivo [performed by] Los Originales De San Juan. |
| **Title:** | Album Title: Nuestra Historia En Vivo [performed by] Los Originales De San Juan. |
| **Description:** | Compact disc (CD) |
| **Copyright Claimant:** | YELLOWCAKE, INC., Transfer: By written contract. Address: 701 E Canal Drive, Turlock, CA, 95380, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-03-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jesus Chavez, Sr.; Domicile: United States; Citizenship: United States. Authorship: a sound recording of entire concert. |
| **Rights and Permissions:** | YELLOWCAKE, INC., 701 E Canal Drive, Turlock, CA, 95380, United States, (209) 632-9938, (415) 735-8236, yellowcakecorp@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Contents:** | El Rey Del Cristal (En Vivo) |
|  | El Aguacatero (En Vivo) |
|  | El Patas de Diablo (En Vivo) |
|  | El Cara De Chango (En Vivo) |
|  | La Raza De Michoacan (En Vivo) |
|  | La Caspa Del Diablo (En Vivo) |
|  | La Troca Del Mono Negro (En Vivo) |
|  | Deje De Engordar Marranos (En Vivo) |
|  | El Jadrinero (En Vivo) |
|  | El Grande Michoacan (En Vivo) |
|  | Rey De Reyes (En Vivo) |
|  | Pakas De A Kilo (En Vivo) |

La Muerte De Mamaleon (En Vivo)
El Corrido Del Charapo (En Vivo)
Los Cuatro Amigos (En Vivo)
El Numero Gratis (En Vivo)

**Names:** Chavez, Jesus, Sr.
YELLOWCAKE, INC.



<table>
<tr><td colspan="2" align="center"><strong>Save, Print and Email (<u>Help Page</u>)</strong></td></tr>
<tr><td>Select Download Format  Full Record ▾</td><td>Format for Print/Save</td></tr>
<tr><td>Enter your email address:</td><td>Email</td></tr>
</table>

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# DOCUMENT 7



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|-----------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000866471
Search Results: Displaying 1 of 1 entries

◀ previous      next ▶

---

Labeled View

***Album Title: Desde La Cantina De Mi Barrio [performed by] Los Originales De...***

|  |  |
|--|--|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000866471 / 2020-02-11 |
| **Application Title:** | Album Title: Desde La Cantina De Mi Barrio [performed by] Los Originales De San Juan. |
| **Title:** | Album Title: Desde La Cantina De Mi Barrio [performed by] Los Originales De San Juan. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | YELLOWCAKE, INC., Transfer: By written contract. Address: 701 E Canal Drive, Turlock, CA, 95380, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-03-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jesus Chavez, Sr.; Domicile: United States; Citizenship: United States. Authorship: a sound recording of entire concert. |
| **Rights and Permissions:** | YELLOWCAKE, INC., 701 E Canal Drive, Turlock, CA, 95380, United States, (209) 632-9938, (415) 735-8236, yellowcakecorp@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
|  | Regarding deposit: Special Relief granted under 37 CFR 202.20(d) of Copyright Office regulations. |
| **Contents:** | 1. Mi Ultimo Deseo (En Vivo); 2. La Peda (En Vivo); 3. Paloma En Su Nido (En Vivo); 4. El Morralito (En Vivo); 5. Lineas de a Metro (En Vivo); 6. Naci Con Suerte De Rey (En Vivo); 7. El Tequilero (En Vivo); 8. El Clavo (En Vivo); 9. El Jabali (En Vivo); 10. Con Una Copa En Mi Mano (En Vivo); 11. La Cantina De Mi Barrio (En Vivo); 12. El Carlichi (En Vivo); 13. La Vida Prestada (En Vivo); 14. Fuiste Todo Para Mi (En Vivo); 15. Eladio Mora (En Vivo) |
| **Names:** | Chavez, Sr., Jesus |
|  | YELLOWCAKE, INC. |

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format Full Record ⌄ | Format for Print/Save |
| Enter your email address: | Email |

---

Help    Search    History    Titles    Start Over

# DOCUMENT 8



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000863321
Search Results: Displaying 1 of 1 entries

◄ previous    next ►



***Album Title: El Campesino [performed by] Los Originales De San Juan)***

|  |  |
|--|--|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000863321 / 2020-02-07 |
| **Application Title:** | Album Title: El Campesino [performed by] Los Originales De San Juan) |
| **Title:** | Album Title: El Campesino [performed by] Los Originales De San Juan) |
| **Description:** | Compact disc (CD) |
| **Copyright Claimant:** | YELLOWCAKE, INC., Transfer: By written contracts. Address: 701 E Canal Drive, Turlock, CA, 95380, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-05-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jesus Chavez, Sr.; Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| **Rights and Permissions:** | YELLOWCAKE, INC., 701 E Canal Drive, Turlock, CA, 95380, United States, (209) 632-9938, (415) 735-8236, yellowcakecorp@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
|  | Basis for Registration: collective work |
| **Contents:** | El Campesino. |
|  | Solo Dios. |
|  | El Arbol. |
|  | El Paniqueado. |
|  | Dinero Manchado. |
|  | Corrido del Cach. |
|  | El Corrido De Camilo. |
|  | El Martelito. |
|  | Chicano Jalicience. |
|  | Miguel Fuentes. |
|  | En Una Cajita De Oro. |

Mis Hijos Son Mi Tesoro.
Marili.
Suplica De Un Padre.

**Names:** Chavez, Jesus, Sr.
YELLOWCAKE, INC.



| | Save, Print and Email (**Help Page**) |
|---|---|
| Select Download Format | Full Record ▾  [Format for Print/Save] |
| Enter your email address: | [                    ]  [Email] |

---

Help    Search    History    Titles    Start Over

---

# DOCUMENT 9

# EXHIBIT E



United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Yellowcake, Inc.
Search Results: Displaying 19 of 23 entries



Labeled View

***Los Principios (Album: 15 Corridos Inmortales ) & 137 other titles.***

**Type of Work:** Recorded Document
**Document Number:** V9970D519
**Date of Recordation:** 2020-02-24
**Entire Copyright Document:** V9970 D519 P1-19
**Date of Execution:** effective as of 21Mar19
**Date of Certification:** 02/20/2020
**Title:** Los Principios (Album: 15 Corridos Inmortales ) & 137 other titles.
**Notes:** Asset purchase & assignment agreement.
**Party 1:** Jesus Chavez, Sr.,, dba Enoch Records.
**Party 2:** Yellowcake, Inc.
**Links:** List of Titles
**Names:** Chavez, Sr.,, Jesus
Enoch Records
Yellowcake, Inc.



| Save, Print and Email (**Help Page**) | |
|------|------|
| Select Download Format [Full Record ▾] | [Format for Print/Save] |
| Enter your email address: [_____] | [Email] |



Help   Search   History   Titles   Start Over

Case 1:20-cv-00988-JLT-BAM   Document 29   Filed 10/27/20   Page 36 of 42

This list contains titles in document **V9970D519**

Document title: Los Principios (Album: 15 Corridos Inmortales ) & 137 other titles.

The complete document is: **V9970 D519 P1-19**

---

List of titles:

   001    Los Principios (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   002    Santos Cantu (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   003    El Regio Traficante (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   004    Se Les Pelo Baltazar (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   005    Juan Martha (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   006    El Rayo de Sinaloa (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   007    El Cabo de Michoacan (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   008    El Corrido de los Perez (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   009    El Malvado (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   010    La Raza Contenta (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   011    Charlando Con la Muerte (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   012    Gallo de Raza Fina (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   013    El Preso de Nuevo Leon (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   014    Juan Perez (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From (Album)

   015    El Corrido de Joselo (Album: 15 Corridos Inmortales); Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

   016    50 Mentadas; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

   017    El Costal Lleno de Piedras; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

Case 1:20-cv-09083-LTS-BAM Document 28-3 Filed 10/23/20 Page 37 of 42

018 Ni Pobre Ni Rico; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

019 Volver a Vivir; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

020 El Ahijado de la Muerte; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

021 El Fierros; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

022 Don Miguel Magan�?�?a; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

023 Maldito Compadre; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

024 Maldito Vicio; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

025 Por Alguien; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

026 El Tartanero; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

027 Corre y Dile; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

028 La Muerte de Manuelon; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

029 Falsa y Mentirosa; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

030 Fiesta en Mi Rancho; Sound Recording / Los Originales de San Juan; From 50 Mentadas (Album)

031 Regalo Equivocado; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

032 Amigos Y Contrarios; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

033 El Tucan; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

034 El Buchon; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

035 El Puma De Tlazazaca; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

036 Custodio Alvarez; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

037 Dos Perros Malnacidos; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

038 Rolando Junior; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

039 Javier Guerrero; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

040 Hugo Salazar; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

041 Hoy Que Mis Hijos Se Fueron; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

042 Jesus Herrera; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

043 Corrido Del Mochis; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

044 Hartate Mugroso; Sound Recording / Los Originales de San Juan; From AmigosYContrarios (Album)

045 La Carera; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

046 El Dia Que Me Dejaste; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

047 Tra Case 1:20-cv-00986-LTB-MV Document 29-1 Filed 10/27/20 Page 38 of 42

047 Tragos Amargos; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

048 Los Consejos; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

049 Tomando Licores; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

050 Mujer Bonita; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

051 Ensename a Olvidar; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

052 Vaciando Botellas; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

053 La Palomita; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

054 Te Llevaste; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

055 Corazones Rotos; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

056 El Sinaloense; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

057 Celebrando; Sound Recording / Los Originales de San Juan; From Celebrando 39 (Album)

058 El Carlichi; Sound Recording / Los Originales de San Juan; From (Album)

059 Sin Fortuna ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

060 El Fantasma ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

061 Javier Fernandez ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

062 El Original ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

063 Manuel Gonzalez ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

064 Amanda Varela( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

065 Cuando Se Nace Rico ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

066 Mi Viejo ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

067 Tan Solo Penas ( Album: Corridos de Poca M); Sound Recording / Los Originales de San Juan; From (Album)

068 Mi Ultimo Deseo (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

069 La Peda (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

070 Paloma en Su Nido (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

071 El Morralito (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

Case 1:20-cv-00983-LTB-MN Document 23-6 Filed 9/37/20 Page 39 of 43

072    Linea de la Vida (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

073    Naci Con Suerte de Rey (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

074    El Tequilero (En Vivo(Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

075    El Clavo (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

076    El Jabali (En Vivo)(Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

077    Con una Copa en Mi Mano (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

078    La Cantina de Mi Barrio (En Vivo)(Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

079    El Carlichi (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

080    La Vida Prestada (En Vivo)(Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

081    Fuiste Todo para Mi (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From (Album)

082    Eliado Mora (En Vivo) (Album: Desde la Cantina de Mi Barrio); Sound Recording / Los Originales de San Juan; From El Campesino (Album)

083    El Campesino; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

084    Solo Dios; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

085    El Arbol; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

086    El Paniqueado; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

087    Dinero Manchado; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

088    Corrido del Cach; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

089    El Corrido de Camilo; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

090    El Martelito; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

091    Chicano Jalicience; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

092    Miguel Fuentes; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

093    En una Cajita de Oro; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

094    Mis Hijos Son Mi Tesoro; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

095    Marili; Sound Recording / Los Originales de San Juan; From El Campesino (Album)

Case 1:20-cv-00988-JLT-BAM Document 23-5 Filed 10/02/20 Page 40 of 43

096   Super... (Case 1:20-cv-00988-JLT-BAM Document 23-5 Filed 10/02/20 Page 8 of 44 Campeón (Album)

097   Me Voy; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

098   Amigo Martin; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

099   Segundo Lugar; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

100   El Huerfanito; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

101   Nube Viajera; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

102   No Te Puedes Ir; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

103   Padre; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

104   Que Bueno; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

105   Que Te Vaya Bonito; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

106   Tu Camino y El Mio; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

107   Ya Es Por Demas; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

108   Cuando Dos Almas; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

109   El Fierros; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

110   Mi Padre Querido; Sound Recording / Los Originales de San Juan; From Mariachi (Album)

111   Naci Con Suerte de Rey (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

112   Don Miguel Herrera(Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

113   Volver a Vivir (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

114   Fiesta en Mi Rancho (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

115   Que Bonito (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

116   Que Vuelva Conmigo (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

117   Padre (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

118   Sin Llorar y Como Amigos (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

119   Devuelveme el Corazon (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

120   Que de Raro Tiene (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

Case 1:20-cv-00088-LT-BAM; Document 29; Filed 08/28/20; Page 41 of 42

121  Tarde Sin Ti (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

122  Miraron Llorar a Este Hombre (Album: Naci Con Suerte de Rey); Sound Recording / Los Originales de San Juan; From (Album)

123  El Rey del Crystal (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

124  El Aguacatero (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

125  El Patas de Diablo (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

126  El Cara de Chango (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

127  La Raza de Michoacan (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

128  La Caspa del Diablo (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

129  La Troca del Mono Negro (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

130  Deje de Engordar Maranos (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

131  El Jardinero (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

132  El Grande de Michoacan (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

133  Rey de Reyes (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

134  Pacas de a Kilo (En Vivo)(Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

135  La Muerte de Manuelon (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

136  El Corrido del Charapo (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

137  Los Cuatro Amigos (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

138  El Numero Gratis (En Vivo) (Album: Nuestra Historia En Vivo); Sound Recording / Los Originales de San Juan; From (Album)

End of titles list for document **V9970D519**

*This is not a legal document.*

Case 1:20-cv-00098-JLT-RAW    Document 39    Filed 10/27/20    Page 42 of 42
Case 1:20-cv-00098-JLT-RAW    Document 39    Filed 10/27/20    Page 42 of 42

**How to obtain copies of records in this document:**

*U.S. Copyright Office*

*101 Independence Ave., S.E.*

*Washington, D.C. 20559-6000*

*(202) 707-3000*