UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>HYPHY MUSIC, INC.,<br><br>    Defendant.<br>_____<br>HYPHY MUSIC, INC.,<br><br>    Counter Claimant,<br><br>  v.<br><br>YELLOWCAKE, INC.; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ, SR.,<br><br>    Counter Defendants. | Case No.  1:20-cv-00988-DAD-BAM<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME FOR DEFENDANT JESUS CHAVEZ, SR. TO RESPOND TO COMPLAINT**<br><br>(Doc. No. 31.) |

On December 14, 2020, Hyphy Music, Inc. and Jesus Chavez, Sr. filed a stipulation to

extend the time for Mr. Chavez to respond to the "cross-complaint" until after the ruling on

1

"Yellowcake, Inc.'s Motion to Dismiss (Doc. 23)." (Doc. No. 31 at 1.) The parties agree that resolution of the pending motion to dismiss may resolve issues raised by Mr. Chavez during meet and confer regarding the "Cross-complaint." (*Id.* at 2.)

The Court construes the stipulation as one to extend the time for Counter Defendant Jesus Chavez, Sr. to respond to the First Amended Counterclaim (Doc. No. 15.), which is the subject of Plaintiff Yellowcake, Inc. and Counter Defendants Colonize Media, Inc., and Jose David Hernandez's pending motion to dismiss (Doc. No. 31).

Pursuant to the parties' stipulation, and good cause appearing, the deadline for Counter Defendant Jesus Chavez, Sr. to respond to the First Amended Counterclaim is HEREBY EXTENDED until after resolution of Plaintiff Yellowcake, Inc. and Counter Defendants Colonize Media, Inc., and Jose David Hernandez's Motion to Dismiss Defendant's Counterclaims (Doc. No. 23).

IT IS SO ORDERED.

Dated: **December 16, 2020**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE