**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
   tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, FORMATO, FERRARA,
WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*admitted pro hac vice*)
   sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff YELLOWCAKE, INC.

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> HYPHY MUSIC, INC., <br><br> Defendant. | **Case No.: 1:20-CV-00988-DAD-BAM** <br><br> **NOTICE OF RELATED CASE** <br><br> Magistrate Judge: Barbara A. McAuliffe |

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Tel: 516.328.2300 | Fax: 516.328.6638

**NOTICE OF RELATED CASE**

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Tel: 516.328.2300 | Fax: 516.328.6638

HYPHY MUSIC, INC.,                     )
                                )
               Counterclaimant,    )
                                )
    v.                                 )
                                )
YELLOWCAKE, INC., COLONIZE       )
MEDIAL, INC., JOSE DAVID            )
HERNANDEZ, JESUS CHAVES, SR.,    )
                                
             Counterdefendants.

Plaintiff/Counter-defendants Yellowcake, Inc., Colonize Media, Inc., and Jose David Hernandez (the "Yellowcake Counter-Defendants") write to notify the Court that this case is related to *Yellowcake, Inc. v. Morena Music, Inc., Eduardo Leon, d/b/a Long Play Music* Case No. 1:20-CV-00787-AWI-BAM (the "Morena Matter"), also pending in the Eastern District of California. A true and correct copy of the Complaint filed in the Morena Matter is attached hereto as Exhibit 1.

Local Rule 123(a) requires that counsel file a Notice of Related Case if both actions appear:

(1) both actions involve the same parties and are based on the same or a similar claim;

(2) both actions involve the same property, transaction, or event;

(3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or

(4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

In the present case, all four of these reasons justify the filing of the Notice of Related Case.

**NOTICE OF RELATED CASE**

Both cases involve the same Plaintiff, Yellowcake, Inc. ("Yellowcake") and stem from the infringement of copyrighted sound recordings sold to Yellowcake by Jose Chavez, Sr.  Both the cases have similar parties and involve similar claims and questions of law.

It would be in the best interest of judicial economy that both matters be pending before Judge Anthony W. Ishii.

Dated:  May 7, 2021

ABRAMS, FENSTERMAN,
FENSTERMAN,
EISMAN, FORMATO, FERRARA,
WOLF & CARONE, LLP

By: _____

Seth L. Berman, Esq.
(*admitted pro hac vice*)

And

HEFNER, STARK & MAROIS, LLP
Thomas P. Griffin, Jr., Esq. (SBN 155133)

*Attorneys for Plaintiff/Counterdefendants Yellowcake, Colonize Media, Inc., and Jose David Hernandez*

NOTICE OF RELATED CASE