# SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: Yellowcake, Inc. v. HYPHY Music, Inc., et al.

CASE NO:  1:20-cv-00988-DAD-BAM

| Matter | Time | Weeks before trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|---|
| Trial (jury)(court)(length 8-10 days) (**Tuesday**) | 8:30 am | | 10/25/2022 | Same | |
| For Court Trial<br>Lodge Findings of Fact and Conclusions of Law, LR 52; File Exhibit & Witness Lists, LR 16-5,6; File Status Report Regarding Settlement; summaries of Direct Testimony (optional) | | 3 | 10/4/2022 | Same | |
| Pretrial Conference, LR 16;<br>Hearing on Motions in Limine (**Monday**) | | 4 | 9/26/2022 | Same | |
| For Jury Trial<br>Lodge Pretrial Conference Order, LR 16-File Agreed Set of Jury Instructions and Verdict Forms; Statement Regarding Disputed Instructions, Verdicts, etc., Oppositions to Motions in Limine | | 6 | 9/15/2022 | Same | |
| For Jury Trial<br>File Memo of Contentions of Fact and Law, LR 16-4;<br>Exhibits & Witness Lists, LR 16-5,6; Status Report Regarding Settlement; Motions in Limine (no more than five motions per side may be filed without Court permission) | | 7 | 9/8/2022 | Same | |
| Last Day to conduct ADR Proceeding, LR 16-15 | | 38+ | 2/3/2022 | Same | |
| Last day to hear motions (except motion to amend pleadings or add parties and motions in limine), LR 7 (**Monday**) | | 14 | 7/25/2022 | 8/1/2022 | |
| Non-expert Discovery Cut-off | | 30 | 3/28/2022 | Same | |
| Expert Disclosure (initial) | | 26 | 4/29/2022 | Same | |
| Expert Disclosure (rebuttal) | | 24+ | 5/16/2022 | Same | |
| Expert Discovery Cut-off | | 19 | 6/16/2022 | Same | |
| Last day to hear motion to amend pleadings or add parties (**Monday**) | | 32+ | 3/21/2022 | Same | |

LR 16-15 ADR Choice:   [X] USMJ          [ ] 3.  Outside ADR

[ ] 2.  Attorney Settlement Panel

Exhibit A