| | |
|---|---|
| 1 | **ABRAMS, FENSTERMAN, FENSTERMAN,** |
| 2 | **EISMAN, FORMATO, FERRARA,** |
|   | **WOLF & CARONE, LLP** |
| 3 | Seth L. Berman, Esq. (*admitted pro hac vice*) |
| 4 |    sberman@abramslaw.com |
| 5 | 3 Dakota Drive, Suite 300 |
|   | Lake Success, NY 11042 |
| 6 | Telephone: 516.328.2300 |
| 7 | Facsimile: 516.328.6638 |
| 8 | **HEFNER STARK & MAROIS, LLP** |
| 9 | Thomas P. Griffin Jr., Esq. (SBN 155133) |
|   |    tgriffin@hsmlaw.com |
| 10 | 2150 River Plaza Drive, Suite 450 |
| 11 | Sacramento, CA  95833 |
| 12 | Telephone: 916.925.6620 |
|    | Facsimile: 916.925.1127 |

Attorneys for Plaintiff YELLOWCAKE, INC., and Counterdefendants YELLOWCAKE, INC., COLONIZE MEDIA, INC., and JOSE DAVID HERNANDEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>HYPHY MUSIC, INC.,<br><br>            Defendant. | Case No.:<br>**1:20-cv-00988-DAD-BAM**<br>**DECLARATION OF HECTOR O. ROSALES IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS AND IN SUPPORT OF SUPPLEMENTAL BRIEF**<br>Judge: Hon. Anthony W. Ishii<br>Date: August 10, 2021<br>Time: 9:30 A.M.<br>Courtroom: Courtroom 2, 8th Floor |

---

1

DECLARATION OF HECTOR O. ROSALES IN SUPPORT OF PLAINTIFF AND
COUNTERDEFENDANTS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

|   |   |
|---|---|
| HYPHY MUSIC, INC., | ) |
| Counterclaimant, | ) |
| v. | ) |
| YELLOWCAKE, INC., COLONIZE MEDIA, INC., JOSE DAVID HERNANDEZ, and JESUS CHAVES, SR., | ) |
| Counterdefendants. | ) |

OMAR ROSALES, declares under penalty of perjury the following to be true and correct pursuant to 28 U.S.C. § 1746:

1. I make this declaration in further support of Plaintiff/Counterclaim Defendants' motion to dismiss Defendant/Counterclaim Plaintiff Hyphy Music, Inc's ("Hyphy") counterclaims and in connection with Plaintiff/Counterclaim Defendants' supplemental briefing.

2. I make this declaration from my own personal knowledge of the facts and circumstances of this matter.

3. Hyphy's allegations regarding the co-authorship and ownership of three albums by the band Los Originales de San Juan (the "Band") as works for hire are completely untrue.

4. I have been a professional audio engineer for approximately 28 years.

5. Between September 2013 and sometime in 2015, I was engaged by Jesus Chaves, Sr. ("Chavez") to act as audio engineer for the recording of a number albums by the Band including: (i) Los Originales de San Juan- El Campesino (ii) Los Originales de San Juan- Corridos de Poca M... and (iii) Los Originales de San Juan- Amigos y Contrarios (the "Albums").

2

DECLARATION OF HECTOR O. ROSALES IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

6. I was intimately involved in the recording process for all of the Albums from the first day of recording through final mastering, which is the process of making the sound recording as clear as possible and ready for distribution.

7. Contrary to Defendant's allegations, Jesus Chavez, Sr., ("Mr. Chavez") was the sole producer of the Albums and no employee or anybody else affiliated with Hyphy produced any songs on the Albums or provided any original creative material input into the recording of the Albums.

8. Contrary to Defendant's misrepresentations, neither Javier Elizando nor Marcelino Mendoza performed as a musician or vocalist on any of the Albums. Nor did they cowrite any of the music, contribute any musical direction, provide any arrangement services or otherwise provide any creative input or contribute any original authorship to the Albums.

9. It is my opinion that Jesus Chavez, Sr. was the sole producer and author of the sound recordings in the Albums.

10. At no time was I under the impression that anyone other than Mr. Chavez was the sole producer and author of the sound recordings of the Albums.

11. I would also like to advise the Court that all of the Albums were recorded digitally. As such, there is no one final physical master recording of any of the Albums and an infinite number of copies can be reproduced from the final version of the Albums that I recorded for the Band that were later distributed by Hyphy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: AUGUST, 2021

_____
HECTOR O. ROSALES

DECLARATION OF HECTOR O. ROSALES IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS