**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*admitted pro hac vice*)
   sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

**HEFNER STARK & MAROIS, LLP**
Thomas P. Griffin Jr., Esq. (SBN 155133)
   tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

Attorneys for Plaintiff YELLOWCAKE, INC., and Counterdefendants COLONIZE MEDIA, INC., and JOSE DAVID HERNANDEZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>           Plaintiff,<br><br>  v.<br><br>HYPHY MUSIC, INC.,<br><br>           Defendant. | Case No.:<br>**1:20-cv-00988-DAD-BAM**<br><br>**DECLARATION OF JESUS CHAVEZ, SR. IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS AND SUPPLEMENTAL BRIEF**<br>Judge: Hon. Dale A. Drozd<br>Date: August 10, 2021<br>Time: 9:30 A.M.<br>Courtroom: Courtroom 5, 7th floor |

---

1

DECLARATION OF JESUS CHAVEZ, SR. IN SUPPORT OF PLAINTIFF AND
COUNTERDEFENDANTS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

|   |   |
|---|---|
| HYPHY MUSIC, INC., | ) |
| Counterclaimant, | ) |
| v. | ) |
| YELLOWCAKE, INC., COLONIZE MEDIA, INC., JOSE DAVID HERNANDEZ, JESUS CHAVEZ, SR., | ) |
| Counterdefendants. | ) |

JESUS CHAVEZ, SR., declares under penalty of perjury the following to be true and correct pursuant to 28 U.S.C. § 1746:

1. I make this declaration in further support of the Plaintiff/Counterdefendants' motion to dismiss and supplemental briefing concerning Defendant/Counterclaim Plaintiff, Hyphy Music, Inc.'s, ("Hyphy") counterclaims.

2. I make this declaration based on my firsthand knowledge of the facts and circumstances of this matter. Further, I have reviewed all of the pleadings filed in this matter as well as the supplemental briefing documents submitted by Defendant Hyphy.

3. I am the founder and principal of the band Los Originales de San Juan (the "Band").

4. I founded the Band in approximately 1987.

5. Since its founding, the band has recorded approximately 39 albums and over 900 songs.

6. On or about September 16, 2013, I entered into an oral distribution agreement with Hyphy whereby Hyphy agreed to distribute three albums to be recorded by the Band.

7. Between September 2013 and sometime in 2015, the Band recorded the six albums including: (i) Los Originales de San Juan- El Campesino (ii) Los Originales

de San Juan- Corridos de Poca M... (iii) Los Originales de San Juan- En Vivo Desde La Cantina de Mi Barrio; (iv) Los Originales de San Juan- Nuestra Historia En Vivo; (v) Los Originales de San Juan- Amigos y Contrarios and (vi) Los Originales de San Juan- Naci Con Suerte de Rey Con Mariachi (the "Albums") which were subsequently distributed by Hyphy.

8. I was the primary producer and the sole author of the sound recordings of the Albums. At no time during the recording of the Albums did any shareholder principal, employee, or anybody else affiliated with Hyphy provide any creative input into the recording of the Albums or provide any original material with regards to the sound recordings of the Albums.

9. Hyphy's allegations in their counterclaim, amended counterclaim and supplemental briefing regarding the alleged artistic control they exerted over the albums is false. At no point did Hyphy select the musical compositions to be recorded on the Albums, commission and/or provide the sound engineers and audio-visual directors for the albums, produce the musical performances to be embodied on the albums, nor direct the recording and filming of musical and audiovisual performances to be embodied on the Albums. No employee of Hyphy contributed any creative input that could deem Hyphy a coauthor of any of the Albums.

10. Also, Contrary to the Declaration of Jose Martinez, neither Javier Elizando nor Marcelino Mendoza provided any services to me in connection with the recording or performance of the Albums and made no creative contributions that can be considered some sort of co-authorship. They were not members of my Band and were not involved with the recording of the Albums.

11. The only other person involved with the recording of the Albums other than the Band was an independent audio recording engineer named Omar Rosales who the Band engaged to record the Albums. Omar Rosales was not engaged, commissioned, nor hired by Hyphy.

DECLARATION OF JESUS CHAVEZ, SR. IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

12. I have never been employed by Hyphy, nor did Hyphy have control over the recording and production of the Albums. I never received any compensation from Hyphy other than as a royalty from net sales of the Albums.

13. The Albums were never produced as a "work-for-hire" for Hyphy nor was it ever understood or agreed that Hyphy would be deemed or agreed to be a co-author of the Albums.

14. Prior to 2019, I never agreed to transfer, sell or otherwise alienate any of my ownership interest in the sound recordings of the Albums to Hyphy or anyone else or deem anyone else a coauthor.

15. In or about 2019, I sold the entirety of all rights, title and interest in the copyrights of the sound recordings of the Albums to Plaintiff Yellowcake, Inc. ("Yellowcake") pursuant to a written agreement. Yellowcake is the sole and exclusive owner of the copyrights in the sound recordings of the Albums and has been since 2019.

16. Furthermore, I would like to advise the Court that Hyphy's claims regarding the master copies of the Albums have no merit whatsoever. The Albums were recorded via digital medium and there are no particular physical master recordings of the Albums. When I sold the rights to the sound recordings of the Albums to Yellowcake, I provided Yellowcake with digital copies of the final recordings of the Albums. I never delivered any original, unreproducible, physical master recordings of the Albums to either Yellowcake or Counterclaim Defendant Jose David Hernandez ("Mr. Hernandez").

17. Digital copies of the Albums are completely fungible and an infinite number of copies of the Albums can be reproduced in the same quality that is equal to the final copy produced at the original recording sessions and delivered to Hyphy for distribution.

18. To the best of my knowledge, Hyphy continues to possess digital copies of the master recordings of the Albums as they were recorded at the initial recording

sessions and could easily make copies of the Albums without any issue if it owned the rights to the sound recordings, although it does not. As such, Hyphy's allegations that Mr. Hernandez somehow converted the original master recordings of the Albums or interfered with Hyphy's ability to exploit the master recordings of the Albums, are blatantly false.

19. Lastly, Jose Martinez, the person who submitted a declaration in support of Hyphy's supplemental briefing, was never involved in the recording of the Albums and therefore has no firsthand knowledge regarding the true authorship of the Albums. He was never present in the recording studio and had absolutely no involvement in the recording of the Albums. Nor have I ever made any agreements with Mr. Martinez regarding ownership of the Albums.

20. I believe that the defendants in this action only filed copyright registrations in the sound recordings of the Albums, seven years after first publication and after they were sued by Yellowcake for copyright infringement, to countersue Yellowcake as part of a litigation strategy devised by their counsel to try and offset Defendants strict liability to Yellowcake.

21. I respectfully request that the Court determine that the copyright registrations filed by Hyphy in connection with the sound recordings of the Albums be canceled and that the Court grant Plaintiff/Counterdefendants' motion to dismiss the counterclaims in their entirety and grant Plaintiff/Counterdefendants judgment on their claims against the Defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 9, 2021

_/s/ Jesus Chavez_
JESUS CHAVEZ, SR.

DECLARATION OF JESUS CHAVEZ, SR. IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS