Whitney, Thompson & Jeffcoach LLP
Mandy L. Jeffcoach, #232313
 mjeffcoach@wtjlaw.com
970 W. Alluvial
Fresno, California 93711
Telephone:   (559) 753-2550
Facsimile:   (559) 753-2560

Attorneys for Jesus Chavez, Sr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| YELLOWCAKE, INC., A CALIFORNIA CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>HYPHY MUSIC, INC.,<br><br>            Defendant. | Case No. 1:20-CV-00988-DAD-BAM<br><br>**JESUS CHAVEZ SR. ANSWER TO FIRST AMENDED COUNTERCLAIMS**<br><br>The Hon. Dale A. Drozd |
| HYPHY MUSIC, INC.,<br><br>            Counterclaimant,<br><br>    v.<br><br>YELLOWCAKE, INC.; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ; JESUS CHAVEZ SR.,<br><br>            Counterdefendants. | |

Counterdefendant, JESUS CHAVEZ, ("Chavez") by and through his counsel, Whitney, Thompson & Jeffcoach LLP hereby responds to Defendant/Counterclaimant HYPHY MUSIC, INC.'s ("Hyphy") First Amended Counterclaim ("FAC") as follows:

337.0 05586944.000

JESUS CHAVEZ SR. ANSWER TO FIRST AMENDED COUNTERCLAIMS

## NATURE OF THE ACTION

1. Paragraph 1 of the First Amended Counterclaim does not contain any allegations or statements of fact to which a response is required. To the extent any such response is required, Chavez denies the remaining allegations in Paragraph 1 of the FAC.

## THE PARTIES

2. Chavez lacks knowledge or information to form a belief as to the allegations set forth in Paragraph 2 of the FAC.

3. Chavez lacks knowledge or information to form a belief as to the allegations set forth in Paragraph 3 of the FAC.

4. Chavez lacks knowledge or information to form a belief as to the allegations set forth in Paragraph 4 of the FAC.

5. Chavez lacks knowledge or information to form a belief as to the allegations set forth in Paragraph 2 of the FAC.

6. Chavez admits the allegations set forth in Paragraph 6 of the FAC.

7. Chavez denies the allegations set forth in paragraph 7 of the FAC.

## JURISDICTION

9. Chavez admits the FAC asserts claims for copyright infringement. Chavez states that the claims asserted in the FAC speak for themselves and deny that the claims have any merit. Chavez denies the remaining allegations in Paragraph 9 of the FAC.

10. The allegations in Paragraph 10 of the FAC assert legal conclusions to which no response is required. Chavez denies the remaining allegations in Paragraph 10 of the FAC.

11. The allegations in Paragraph 11 of the FAC assert legal conclusions to which no response is required. Chavez denies the remaining allegations in Paragraph 11 of the FAC.

12 The allegations in Paragraph 12 of the FAC assert legal conclusions to which no response is required. Chavez denies the remaining allegations in Paragraph 12 of the FAC.

## GENERAL ALLEGATIONS

13. Paragraph 13 of the FAC does not contain any allegations or statements of fact to

which a response is required.

14. Chavez lacks knowledge or information to form a belief as to the allegations set forth in Paragraph 14 of the FAC.

15. Chavez admits the allegations set forth in Paragraph 15 of the FAC.

16. Chavez denies the allegations set forth in Paragraph 16 of the FAC.

17. Chavez denies the allegations set forth in Paragraph 17 of the FAC.

18. Chavez denies the allegations set forth in Paragraph 18 of the FAC.

19. Chavez denies the allegations set forth in Paragraph 19 of the FAC.

20. Chavez denies the allegations set forth in Paragraph 20 of the FAC.

21. Chavez denies the allegations set forth in Paragraph 21 of the FAC.

22. Chavez denies the allegations set forth in Paragraph 22 of the FAC.

23. Chavez denies the allegations set forth in Paragraph 23 of the FAC.

24. Chavez denies the allegations set forth in Paragraph 24 of the FAC.

25. Chavez denies the allegations set forth in Paragraph 25 of the FAC.

26. Chavez denies the allegations set forth in Paragraph 26 of the FAC.

27. Chavez denies the allegations set forth in Paragraph 27 of the FAC.

28. Chavez denies the allegations set forth in Paragraph 28 of the FAC.

29. Chavez denies the allegations set forth in Paragraph 29 of the FAC.

30. Chavez denies the allegations set forth in Paragraph 30 of the FAC.

**FIRST CLAIM FOR RELIEF**

**Direct Infringement of Plaintiffs' Rights Under 17 U.S.C. § 101 et seq. as to the Los Originales Albums**

**(Against Counter-Defendants Yellowcake and Colonize)**

Pursuant to an Order of the Court dated July 20, 2021 (Docket No. 42), this cause of action has been dismissed and does not apply to Counterdefendant Chavez who was not named in the claim. Notwithstanding this dismissal, to the extent an answer is required, Chavez answers as follows:

31. Chavez repeats, realleges and incorporates by reference in this paragraph the

preceding responses to Paragraphs 1 through 30 of the FAC and incorporate them by reference as though set forth fully herein.

32. Chavez denies the allegations set forth in Paragraph 32 of the FAC.
33. Chavez denies the allegations set forth in Paragraph 33 of the FAC.
34. Chavez denies the allegations set forth in Paragraph 34 of the FAC.
35. Chavez denies the allegations set forth in Paragraph 35 of the FAC.
36. Chavez denies the allegations set forth in Paragraph 36 of the FAC.
37. Chavez denies the allegations set forth in Paragraph 37 of the FAC.
38. Chavez denies the allegations set forth in Paragraph 38 of the FAC.
39. Chavez denies the allegations set forth in Paragraph 39 of the FAC.
40. Chavez denies the allegations set forth in Paragraph 40 of the FAC.
41. Chavez denies the allegations set forth in Paragraph 41 of the FAC.

**SECOND CLAIM FOR RELIEF**

**Direct Infringement of Plaintiffs' Rights Under 17 U.S.C. § 101 et seq. as to the Los Originales Cover Art**

**(Against Counter-Defendants Yellowcake and Colonize)**

Pursuant to an Order of the Court dated July 20, 2021 (Docket No. 42), this cause of action has been dismissed and does not apply to Counterdefendant Chavez who was not named in the claim. Notwithstanding this dismissal, to the extent an answer is required, Chavez answers as follows:

42. Chavez repeats, realleges and incorporates by reference in this paragraph the preceding responses to Paragraphs 1 through 30 of the FAC and incorporate them by reference as though set forth fully herein.
43. Chavez denies the allegations set forth in Paragraph 43 of the FAC.
44. Chavez denies the allegations set forth in Paragraph 44 of the FAC.
45. Chavez denies the allegations set forth in Paragraph 45 of the FAC.
46. Chavez denies the allegations set forth in Paragraph 46 of the FAC.
47. Chavez denies the allegations set forth in Paragraph 47 of the FAC.

48. Chavez denies the allegations set forth in Paragraph 48 of the FAC.
49. Chavez denies the allegations set forth in Paragraph 49 of the FAC.
50. Chavez denies the allegations set forth in Paragraph 50 of the FAC.
51. Chavez denies the allegations set forth in Paragraph 51 of the FAC.
52. Chavez denies the allegations set forth in Paragraph 52 of the FAC.

**THIRD CLAIM FOR RELIEF**

**Temporary, Permanent, and Injunctive Relief**

**(Against Counter-Defendants Yellowcake and Colonize)**

Pursuant to an Order of the Court dated July 20, 2021 (Docket No. 42), this cause of action has been dismissed and does not apply to Counterdefendant Chavez who was not named in the claim. Notwithstanding this dismissal, to the extent an answer is required, Chavez answers as follows:

53. Chavez repeats, realleges and incorporates by reference in this paragraph the preceding responses to Paragraphs 1 through 52 of the FAC and incorporate them by reference as though set forth fully herein.

54. Chavez denies the allegations set forth in Paragraph 54 of the FAC.

**FOURTH CLAIM FOR RELIEF**

**Intentional Interference with Prospective Business Advantage**

**(Against Counter-Defendants Yellowcake and Colonize)**

This cause of action does not apply to Counterdefendant Chavez who was not named in the claim. Notwithstanding this dismissal, to the extent an answer is required, Chavez answers as follows:

55. Chavez repeats, realleges and incorporates by reference in this paragraph the preceding responses to Paragraphs 1 through 54 of the FAC and incorporate them by reference as though set forth fully herein.

56. Chavez lacks knowledge or information to form a belief as to the allegations set forth in Paragraph 56 of the FAC as to any relationship between Hyphy and YouTube. Chavez denies the remaining allegations set forth in Paragraph 56 of the FAC.

57. Chavez denies the allegations set forth in Paragraph 57 of the FAC.

58. Chavez denies the allegations set forth in Paragraph 58 of the FAC.

59. Chavez denies the allegations set forth in Paragraph 59 of the FAC.

## FIFTH CLAIM FOR RELIEF

### Intentional Interference with Contractual Relations

### (Against Counter-Defendants Hernandez, Yellowcake and Colonize)

This cause of action does not apply to Counterdefendant Chavez who was not named in the claim. Notwithstanding this dismissal, to the extent an answer is required, Chavez answers as follows:

60. Chavez repeats, realleges and incorporates by reference in this paragraph the preceding responses to Paragraphs 1 through 59 of the FAC and incorporate them by reference as though set forth fully herein.

61. Chavez denies the allegations set forth in Paragraph 61 of the FAC except admit that Hernandez is a principal of Colonize.

62. Chavez denies the allegations set forth in Paragraph 62 of the FAC.

63. Chavez denies the allegations set forth in Paragraph 63 of the FAC.

64. Chavez denies the allegations set forth in Paragraph 64 of the FAC.

65. Chavez denies the allegations set forth in Paragraph 65 of the FAC.

66. Chavez denies the allegations set forth in Paragraph 66 of the FAC.

## SIXTH CLAIM FOR RELIEF

### Unfair Competition Under California Business and Professions Code § 17200

### (Against Counter-Defendants Hernandez, Yellowcake and Colonize)

This cause of action does not apply to Counterdefendant Chavez who was not named in the claim. Notwithstanding this dismissal, to the extent an answer is required, Chavez answers as follows:

67. Chavez repeats, realleges and incorporates by reference in this paragraph the preceding responses to Paragraphs 1 through 66 of the FAC and incorporate them by reference as though set forth fully herein.

68. Chavez denies the allegations set forth in Paragraph 68 of the FAC.
69. Chavez denies the allegations set forth in Paragraph 69 of the FAC.
70. Chavez denies the allegations set forth in Paragraph 70 of the FAC.
71. Chavez denies the allegations set forth in Paragraph 71 of the FAC.

## SEVENTH CLAIM FOR RELIEF

### Conversion

### (Against Counter-Defendants Yellowcake)

This cause of action does not apply to Counterdefendant Chavez who was not named in the claim. Notwithstanding this dismissal, to the extent an answer is required, Chavez answers as follows:

72. Chavez repeats, realleges and incorporates by reference in this paragraph the preceding responses to Paragraphs 1 through 71 of the FAC and incorporate them by reference as though set forth fully herein.
73. Chavez denies the allegations set forth in Paragraph 73 of the FAC.
74. Chavez denies the allegations set forth in Paragraph 74 of the FAC.
75. Chavez denies the allegations set forth in Paragraph 75 of the FAC.

## EIGHTH CLAIM FOR RELIEF

### Breach of Oral Contract

### (Against Counter-Defendants Jesus Chavez, Sr.)

76 Chavez repeats, realleges and incorporates by reference in this paragraph the preceding responses to Paragraphs 1 through 75 of the FAC and incorporate them by reference as though set forth fully herein.

77. Chavez denies the allegations set forth in Paragraph 77 of the FAC.
78. Chavez denies the allegations set forth in Paragraph 78 of the FAC.
79. Chavez denies the allegations set forth in Paragraph 79 of the FAC.
80. Chavez denies the allegations set forth in Paragraph 80 of the FAC.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

81. The FAC fails to state a counterclaim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

82. The counterclaims in the FAC are barred in whole or in part by the applicable statute of limitations in 17 U.S.C. § 507(b).

### THIRD AFFIRMATIVE DEFENSE

83. The counterclaims in the FAC are barred in whole or in part by implied license or contract.

### FOURTH AFFIRMATIVE DEFENSE

84. The counterclaims in the FAC are barred in whole or in part by the doctrine of "fair use."

### FIFTH AFFIRMATIVE DEFENSE

85. The counterclaims in the FAC are barred in whole or in part by the doctrines of equitable estoppel, consent, and/or waiver.

### SIXTH AFFIRMATIVE DEFENSE

86. The counterclaims in the FAC are barred in whole or in part by the doctrine of copyright misuse.

### SEVENTH AFFIRMATIVE DEFENSE

87. The common law counterclaims in the FAC fare preempted by federal law.

### EIGHTH AFFIRMATIVE DEFENSE

88. The counterclaims in the FAC are barred in whole or in part by the doctrine of unclean hands.

### NINTH AFFIRMATIVE DEFENSE

89. The counterclaims in the FAC are barred by the Statute of Frauds.

### TENTH AFFIRMATIVE DEFENSE

90. The counterclaims in the FAC are barred by documentary evidence.

**ELEVENTH AFFIRMATIVE DEFENSE**

91. Counterclaimant failed to follow the notice procedures required by 17 U.S.C. § 512 *et seq*.

**TWELFTH AFFIRMATIVE DEFENSE**

92. Counterclaimant lacks standing to bring this action.

**THIRTEENTH AFFIRMATIVE DEFENSE**

93. Chavez is entitled to offset against any claims by Counterclaimant.

**FOURTEENTH AFFIRMATIVE DEFENSE**

94. Chavez' investigation into the claims asserted in the FAC are ongoing. Chavez reserves all defenses available under the Federal Rules of Civil Procedure and the Copyright Act and all other applicable law and at equity that may now exist or in the future become available based upon discovery.

**WHEREFORE**, Chavez respectfully requires this Court:

1. Enter Judgment against Counterclaimant and in favor of Chavez on all counterclaims asserted in the FAC;

2. Dismiss the FAC with prejudice;

3. Award Chavez his reasonable attorneys' fees and costs in accordance with applicable law; and

4. Award Chavez such further relief as the Court deems just and proper.

Dated: August 17, 2021         WHITNEY, THOMPSON & JEFFCOACH LLP

By:  */s/ Mandy L. Jeffcoach*
     Mandy L. Jeffcoach
     Attorneys for Jesus Chavez, Sr.