JOSE MARTINEZ - JULY 26, 2022                              20

1     A    Yes.
2     Q    And what are the names of the lawyers that
3  Hyphy has retained?
4     A    Anthony Lopez, George Preheim (phonetic).
5     Q    And Mr. Lopez and Mr. Preheim that you just
6  referred to are also Hyphy's counsel in this action,
7  correct?
8     A    Correct.
9     Q    And clearly you believe Mr. Lopez and Mr.
10 Preheim to be capable counsel?
11         MR. BEGAKIS:  Objection.  Irrelevant,
12 outside the scope of this deposition, and I'm
13 instructing the witness to only respond to the extent
14 that he can respond without divulging any attorney-
15 client privilege information.
16         MR. BERMAN:  Okay.  That was an opinion -
17 - question regarding an opinion, and over your clients -
18 -
19         MR. BEGAKIS:  To the extent that that
20 opinion reflects confidential attorney-client privileged
21 information, the client is not to respond.
22         MR. BERMAN:  Over that speaking
23 objection, Mr. Martinez, you can answer.
24         MR. BEGAKIS:  If he's capable of it.
25         THE WITNESS:  Yeah.  I -- I can't say

1   whether or not they're good attorneys.
2   BY MR. BERMAN:
3       Q   When did you first retain Mr. Lopez to
4   represent Hyphy in any capacity?
5              MR. BEGAKIS:  Objection.  Outside of the
6   scope of this deposition.  I'm instructing the witness
7   not to answer.
8              MR. BERMAN:  John, it's way too early to
9   be getting into this.  Over your client's --
10             MR. BEGAKIS:  It's inappropriate -- it's
11  inappropriate to be asking questions about when my
12  client retained his legal counsel.  He's not answering
13  that question.  I'm objecting on the basis that it
14  potentially is disclosing attorney-client privileged
15  information.  It is outside of the scope of this
16  deposition unless counsel wants to point me to the
17  category of questioning in which this information is
18  relevant.  And the clients not -- the witness is not
19  going to answer.
20             MR. BERMAN:  As you're aware, unless you
21  -- unless I'm asking for the substance of a conversation
22  or communication between client and attorney, dates of
23  retaining, fees paid, are not subject to privilege --
24             MR. BEGAKIS:  That is -- that is not my
25  understanding of the law with respect to attorney-client