```
              JOSE MARTINEZ - JULY 26, 2022              138
 1   but nothing in writing.
 2              MR. BERMAN:  Off the record for a second?
 3              MR. BEGAKIS:  Sure.
 4              MR. BERMAN:  Do you guys want to take a
 5   break?
 6              MR. BEGAKIS:  We're not off the record,
 7   so --
 8              MR. BERMAN:  Yeah.  Ms. Reporter, if we
 9   can just go off the record for a second.
10       (Off the record.)
11              THE DIGITAL REPORTER:  It is 4:36 p.m.
12   Eastern Time, and we are back on the record.
13   BY MR. BERMAN:
14       Q    Mr. Martinez, so earlier we were -- you
15   testified that there was previous litigation between
16   Hyphy and Yellowcake, correct?
17       A    Correct.
18       Q    And in fact, there's been more than one
19   litigation between Hyphy and Yellowcake, correct?
20       A    Correct --
21              MR. BEGAKIS:  Objection.  Outside the
22   scope of this deposition.
23   BY MR. BERMAN:
24       Q    And you -- correct me if I'm wrong, but I
25   believe you testified earlier that you believe that the
```



REMOTE LEGAL
COURT REPORTING

646-461-3400

JOSE MARTINEZ - JULY 26, 2022                           139

1  album Chuy Chavez y Sus Amigos was subject to one of the
2  prior lawsuits; is that correct?
3      A    It was not subject to one of the prior
4  lawsuits; it was subject to one of the prior deals with
5  Chuy Chaves, Jr.
6      Q    Okay.  And just to be clear, you're claiming
7  that Hyphy had the right to distribute the album
8  pursuant to an oral agreement with Chuy Chavez, Jr.; is
9  that correct?
10     A    Correct --
11          MR. BEGAKIS:  Objection to the extent it
12 misstates the witnesses prior testimony.
13 BY MR. BERMAN:
14     Q    And you recall being -- or Hyphy being sued in
15 or about September 20, 2019, by Yellowcake in Fresno
16 County Superior Court, correct?
17          MR. BEGAKIS:  Objection.  Outside the
18 scope of this deposition.
19          THE WITNESS:  Can you remind me of the
20 case?
21          MR. BERMAN:  Okay.  I will.
22 BY MR. BERMAN:
23     Q    Before we do that, do you recall ever entering
24 into any sort of settlement agreement between Hyphy and
25 Yellowcake?

```
                JOSE MARTINEZ - JULY 26, 2022              140
 1              MR. BEGAKIS:  Same objection.
 2              THE WITNESS:  Yes.
 3              MR. BERMAN:  Okay.
 4              Please mark this document as Exhibit E,
 5   please.
 6        (Exhibit E Marked for identification.)
 7   BY MR. BERMAN:
 8        Q    Mr. Martinez, have you ever seen this document
 9   before?
10        A    Yes.
11        Q    And is this your signature on page 6 of the
12   document?
13        A    Yes.
14        Q    And what do you understand this document to
15   be?
16        A    I'm glancing over because it's been such a
17   long time.
18        Q    Sure.  You can take a look.
19              MR. BEGAKIS:  Yeah.  I'm going to object
20   to this whole line of questioning as being outside of
21   the scope of this deposition.
22              THE WITNESS:  I believe the document
23   speaks for itself.  It's a settlement with Yellowcake on
24   their claims on Chuy Chavez, Jr. and the catalog that
25   was previously being distributed by Hyphy Music under a
```