# EXHIBIT "A"





## DETAILS

**Format:** Digital
**Label:** JC
**Rel. Date:** 05/31/2016
**UPC:** 758381471420

Tweet   Share 0

| # | Track | Price | |
|---|---|---|---|
| 1. | El Campesino | $0.99 | DOWNLOAD |
| 2. | Solo Dios | $0.99 | DOWNLOAD |
| 3. | El Arbol | $0.99 | DOWNLOAD |
| 4. | El Paniqueado | $0.99 | DOWNLOAD |
| 5. | Dinero Manchado | $0.99 | DOWNLOAD |
| 6. | Corrido Del Cach | $0.99 | DOWNLOAD |
| 7. | El Corrido De Camilo | $0.99 | DOWNLOAD |
| 8. | El Martelito | $0.99 | DOWNLOAD |
| 9. | Chicano Jalicience | $0.99 | DOWNLOAD |
| 10. | Miguel Fuentes | $0.99 | DOWNLOAD |
| 11. | En Una Cajita De Oro | $0.99 | DOWNLOAD |
| 12. | Mis Hijos Son Mi Tesoro | $0.99 | DOWNLOAD |
| 13. | Marili | $0.99 | DOWNLOAD |
| 14. | Suplica De Un Padre | $0.99 | DOWNLOAD |

Powered by Broadtime Tuneportals











