# EXHIBIT "B"

## COPYRIGHT ASSIGNMENT AGREEMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and a payment of _____ $ 1. 00 _____ effective as of March 22, 2022 (the "Effective Date"), the undersigned Alfonso Vargas, an individual ("Assignor"), hereby irrevocably sells, assigns and transfers to and sets over to Hyphy Music, Inc., a California corporation ("Assignee"), in perpetuity, all of the following:

(a)    One hundred percent (100%) of all of Assignor's undivided right, title and interest in and to all audio-only and audiovisual master recordings, sound recordings and phonorecords embodying the musical performances of the musical group Los Originales De San Juan (individually and collectively, "Artist") (whether alone or together with other recording artists) and set forth on Schedule A annexed hereto and by this reference made a part hereof, or any direct or indirect interests therein or other rights arising therefrom, including without limitation all rights under United States federal or state copyright or foreign copyright and all renewals, extensions, continuations, restorations, revivals and reversions thereof (whether vested, contingent or inchoate, whether registered or unregistered and whether such renewals, extensions, continuations, restorations, revivals and reversions are now in existence or come into existence for any reason, including without limitation as a result of future legislation or the interpretation thereof) in all countries of the world or otherwise throughout the universe, as well as all United States or foreign applications for copyright registration and all causes of action and defenses, including without limitation those for infringement, arising from the date of creation of the work subject to such copyright, whether now known or unknown to Assignor or Assignee in all events, respecting which Assignor owns or controls any right, title or interest anywhere in the world, whether resulting from sole or partial ownership of the copyrights therein, a contract granting a right to participate in the proceeds of exploitation thereof, or otherwise (the "Masters");

(b)    with respect to any one or more of the Masters, the right to distribute, license, exploit, or otherwise exercise, or to permit or authorize any other entity to distribute, license, exploit, or otherwise exercise, an undivided one hundred percent (100%) interest in and to Assignor's interest in the Masters (including the right to reproduce, publish, rent, lease, lend, publicly perform or publicly display the Masters, the right to create derivative works based thereon, and all other rights reserved to the legal or beneficial owner of the copyrights in the Masters under the United States Copyright Act, 17 U.S.C. § 101, et. seq., or the copyright laws of any other country in the world), in whole or in part, on behalf of the copyright owner thereof, and to collect an undivided one hundred percent (100%) of any and all earnings, income, revenues, remuneration, royalties, advances, fees, monies, advances, settlement amounts and any other sums or amounts of any kind or description derived in connection therewith in any territory of the world or universe;

(c)    the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts and any other sums or amounts of any kind or description payable by any entity from and after anywhere in the universe to Assignor with respect to Assignor's interest in the Masters, whether pursuant to the Master Agreements (as defined below) or otherwise in connection with the use or exploitation of the Masters (the "Master Royalties");

(d)    all of Assignor's rights under any and all contracts entered into by Assignor relating to the acquisition, ownership, use or exploitation of the Masters (the "Master Agreements"), including without limitation the sole and exclusive right to exercise any and all of Assignor's approval rights and audit rights thereunder throughout the universe in perpetuity;

(e)      the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts and any other sums or amounts of any kind or description payable or becoming payable to Assignor by any neighboring rights or sound recording performing rights collection organization or society throughout the world or any other entity that licenses and collects income in respect of the public performance or broadcast of sound recordings in connection with the public performance of the Masters ("Neighboring Rights Organization"), including without limitation public performance by transmission, broadcast, digital broadcast, webcast, simulcast, satellite and cable transmission and retransmission and rental and lending communication, whether accorded pursuant to the laws and regulations currently in effect or hereinafter enacted in any country of the world or under any applicable agreement, including without limitation, the so-called "label share" and "artist share" of neighboring rights income from and after the Effective Date anywhere in the universe; and

(f)      all of Assignor's rights under any and all contracts entered into by Assignor, on the one hand, and any Neighboring Rights Organization, on the other hand, including without limitation the sole and exclusive right to exercise any and all of Assignor's approval rights and audit rights thereunder throughout the universe in perpetuity.

If any provision of this instrument of transfer shall be held void, invalid or inoperative, no other provision of this instrument of transfer shall be affected as a result thereof and, accordingly, the remaining provisions of this instrument of transfer shall remain in full force and effect.

IN WITNESS WHEREOF, the undersigned have duly executed this Assignment the date first stated above.

ASSIGNOR:


By: _____
    An individual


ASSIGNEE:


By: _____
    An authorized signatory of Hyphy Music, Inc.

Schedule A

El Campesino

1) El Campesino
2) Solo Dios
3) El Arbol
4) El Paniqueado
5) Dinero Manchado
6) Corrido del Cach
7) El Corrido de Camilo
8) El Martelito
9) Chicano Jalicience
10) Miguel Fuentes
11) En Una Cajita de Oro
12) Mis Hijos Son Mi Tesoro
13) Marili
14) Suplica De Un Padre

Corridos De Poca M

1) El Carlichi
2) Sin Fortuna
3) El Fantasma
4) Javier Fernandez
5) El Original
6) Manuel Gonzalez
7) Amanda Varela
8) Cuando No Se Nace Rico
9) Mi Viejo
10) Tan Solo Penas

Amigos y Contrarios

1) Amigos y Contrarios
2) El Tucan
3) El Buchon
4) El Puma de Tlazazalca
5) Custodio Alvarez
6) 2 Perros Malnacidos
7) Rolando Junior
8) Javier Guerrero
9) Hugo S. Salazar
10) Hoy Que Mis Hijos Se Fueron
11) Jesus Herrera
12) Corrido de Monchis
13) Hartate Mugroso
14) La Carera

En Vivo Desde La Cantina de Mi Barrio

1) Mi Ultimo Deseo
2) La Peda
3) Paloma En Su Nido
4) El Morralito
5) Me Llaman Lineas de A Metro
6) Naci Con Suerte de Rey
7) El Tequilero
8) El Clavo
9) El Jabali
10) Con Una Copa En Mi Mano
11) La Cantina de Mi Barrio
12) El Carlichi
13) Vida Prestada
14) Fuiste Todo Para Mi
15) Eladio Mora

Nuestra Historia En Vivo

1) El Rey del Cristal
2) El Aguacatero
3) El Patas de Diablo
4) El Cara de Chango
5) La Raza de Michoacan
6) La Caspa del Diablo
7) La Troca del Moño Negro
8) Deje de Engordar Maranos
9) El Jardinero
10) El Grande de Michoacan
11) Rey de Reyes
12) Pacas de A Kilo
13) La Muerte de Manuelon
14) El Corrido del Charapo
15) Los Cuatro Amigos
16) El Numero Gratis

## COPYRIGHT ASSIGNMENT AGREEMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and a payment of $1.00 effective as of March 22, 2022 (the "Effective Date"), the undersigned Domingo Torres Flores, an individual ("Assignor"), hereby irrevocably sells, assigns and transfers to and sets over to Hyphy Music, Inc., a California corporation ("Assignee"), in perpetuity, all of the following:

(a)    One hundred percent (100%) of all of Assignor's undivided right, title and interest in and to all audio-only and audiovisual master recordings, sound recordings and phonorecords embodying the musical performances of the musical group Los Originales De San Juan (individually and collectively, "Artist") (whether alone or together with other recording artists) and set forth on Schedule A annexed hereto and by this reference made a part hereof, or any direct or indirect interests therein or other rights arising therefrom, including without limitation all rights under United States federal or state copyright or foreign copyright and all renewals, extensions, continuations, restorations, revivals and reversions thereof (whether vested, contingent or inchoate, whether registered or unregistered and whether such renewals, extensions, continuations, restorations, revivals and reversions are now in existence or come into existence for any reason, including without limitation as a result of future legislation or the interpretation thereof) in all countries of the world or otherwise throughout the universe, as well as all United States or foreign applications for copyright registration and all causes of action and defenses, including without limitation those for infringement, arising from the date of creation of the work subject to such copyright, whether now known or unknown to Assignor or Assignee in all events, respecting which Assignor owns or controls any right, title or interest anywhere in the world, whether resulting from sole or partial ownership of the copyrights therein, a contract granting a right to participate in the proceeds of exploitation thereof, or otherwise (the "Masters");

(b)    with respect to any one or more of the Masters, the right to distribute, license, exploit, or otherwise exercise, or to permit or authorize any other entity to distribute, license, exploit, or otherwise exercise, an undivided one hundred percent (100%) interest in and to Assignor's interest in the Masters (including the right to reproduce, publish, rent, lease, lend, publicly perform or publicly display the Masters, the right to create derivative works based thereon, and all other rights reserved to the legal or beneficial owner of the copyrights in the Masters under the United States Copyright Act, 17 U.S.C. § 101, et. seq., or the copyright laws of any other country in the world), in whole or in part, on behalf of the copyright owner thereof, and to collect an undivided one hundred percent (100%) of any and all earnings, income, revenues, remuneration, royalties, advances, fees, monies, advances, settlement amounts and any other sums or amounts of any kind or description derived in connection therewith in any territory of the world or universe;

(c)    the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts and any other sums or amounts of any kind or description payable by any entity from and after anywhere in the universe to Assignor with respect to Assignor's interest in the Masters, whether pursuant to the Master Agreements (as defined below) or otherwise in connection with the use or exploitation of the Masters (the "Master Royalties");

(d)    all of Assignor's rights under any and all contracts entered into by Assignor relating to the acquisition, ownership, use or exploitation of the Masters (the "Master Agreements"), including without limitation the sole and exclusive right to exercise any and all of Assignor's approval rights and audit rights thereunder throughout the universe in perpetuity;

(e)    the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts and any other sums or amounts of any kind or description payable or becoming payable to Assignor by any neighboring rights or sound recording performing rights collection organization or society throughout the world or any other entity that licenses and collects income in respect of the public performance or broadcast of sound recordings in connection with the public performance of the Masters ("Neighboring Rights Organization"), including without limitation public performance by transmission, broadcast, digital broadcast, webcast, simulcast, satellite and cable transmission and retransmission and rental and lending communication, whether accorded pursuant to the laws and regulations currently in effect or hereinafter enacted in any country of the world or under any applicable agreement, including without limitation, the so-called "label share" and "artist share" of neighboring rights income from and after the Effective Date anywhere in the universe; and

(f)    all of Assignor's rights under any and all contracts entered into by Assignor, on the one hand, and any Neighboring Rights Organization, on the other hand, including without limitation the sole and exclusive right to exercise any and all of Assignor's approval rights and audit rights thereunder throughout the universe in perpetuity.

If any provision of this instrument of transfer shall be held void, invalid or inoperative, no other provision of this instrument of transfer shall be affected as a result thereof and, accordingly, the remaining provisions of this instrument of transfer shall remain in full force and effect.

IN WITNESS WHEREOF, the undersigned have duly executed this Assignment the date first stated above.

ASSIGNOR:

By: _DOMINGO PLOVES_
An individual

ASSIGNEE:

By: _____
An authorized signatory of Hyphy Music, Inc.

Schedule A

El Campesino

1) El Campesino
2) Solo Dios
3) El Arbol
4) El Paniqueado
5) Dinero Manchado
6) Corrido del Cach
7) El Corrido de Camilo
8) El Martelito
9) Chicano Jalicience
10) Miguel Fuentes
11) En Una Cajita de Oro
12) Mis Hijos Son Mi Tesoro
13) Marili
14) Suplica De Un Padre

Corridos De Poca M

1) El Carlichi
2) Sin Fortuna
3) El Fantasma
4) Javier Fernandez
5) El Original
6) Manuel Gonzalez
7) Amanda Varela
8) Cuando No Se Nace Rico
9) Mi Viejo
10) Tan Solo Penas

Amigos y Contrarios

1) Amigos y Contrarios
2) El Tucan
3) El Buchon
4) El Puma de Tlazazalca
5) Custodio Alvarez
6) 2 Perros Malnacidos
7) Rolando Junior
8) Javier Guerrero
9) Hugo S. Salazar
10) Hoy Que Mis Hijos Se Fueron
11) Jesus Herrera
12) Corrido de Monchis
13) Hartate Mugroso
14) La Carera

En Vivo Desde La Cantina de Mi Barrio

1) Mi Ultimo Deseo
2) La Peda
3) Paloma En Su Nido
4) El Morralito
5) Me Llaman Lineas de A Metro
6) Naci Con Suerte de Rey
7) El Tequilero
8) El Clavo
9) El Jabali
10) Con Una Copa En Mi Mano
11) La Cantina de Mi Barrio
12) El Carlichi
13) Vida Prestada
14) Fuiste Todo Para Mi
15) Eladio Mora

Nuestra Historia En Vivo

1) El Rey del Cristal
2) El Aguacatero
3) El Patas de Diablo
4) El Cara de Chango
5) La Raza de Michoacan
6) La Caspa del Diablo
7) La Troca del Moño Negro
8) Deje de Engordar Maranos
9) El Jardinero
10) El Grande de Michoacan
11) Rey de Reyes
12) Pacas de A Kilo
13) La Muerte de Manuelon
14) El Corrido del Charapo
15) Los Cuatro Amigos
16) El Numero Gratis