# EXHIBIT "E"

10/12/22, 7:20 PM
altView Law Group, LLP Mail - Yellowcake, Inc. v. Hyphy Music, Inc. - Notice of Intent to file Ex Parte Application for Leave to Supplement …

Case 1:20-cv-00988-JLT-BAM     Document 55-7     Filed 10/12/22     Page 2 of 2



John Begakis <john@altviewlawgroup.com>

## Yellowcake, Inc. v. Hyphy Music, Inc. - Notice of Intent to file Ex Parte Application for Leave to Supplement Record

**John Begakis** <john@altviewlawgroup.com>                                        Wed, Oct 12, 2022 at 11:15 AM
To: "Seth L. Berman" <SBerman@abramslaw.com>, Tom Griffin <tgriffin@hsmlaw.com>, Mandy Jeffcoach <mjeffcoach@wtjlaw.com>, Bill Littlewood <blittlewood@wtjlaw.com>, Kisten Jensen <kjensen@wtjlaw.com>, Nicole Lee <nlee@wtjlaw.com>

Counsel:

I have tried calling each of your respective offices, but have been unable to reach anyone.  Accordingly, this email serves as further formal notice of our intention to file an *ex parte* application requesting leave from the Court to supplement the evidentiary record with additional evidence our client has recently uncovered (the "Application").  Based on my email exchanges with Mr. Berman from yesterday, it is my understanding that at least his office will not stipulate to allowing us to so supplement, and will oppose our Application.  But please let me know expressly whether you intend to oppose the same, so that we can let the Court know.

Best,
John
--
**John M. Begakis, Esq.** | Partner
## AltView Law Group, LLP
T: 310.230.5580 x1
F: 310.943.2540
Email: John@altviewlawgroup.com
Website: www.altviewlawgroup.com/

 

**CONFIDENTIALITY NOTICE:  This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.