# EXHIBIT "B"





HYPHY000179

Los Originales De San Juan
# El Campesino
190374798310

| Project | | | | | |
|---|---|---|---|---|---|
| 🎵 El Campesino  ⋯ | | | | | |
| Digital • Full Length | | | | | |
| ● COMPLETE | | | | | |

+ NEW PRODUCT

## Product Overview
GO TO: ACCOUNTING | INSIGHTS | DELIVERY REPORT | CREATE AD CAMPAIGN

### Basics ✏ EDIT

| UPC * | PRODUCT CODE | PRODUCT NAME * | PRODUCT VERSION |
|---|---|---|---|
| 190374798310 | - | El Campesino | - |
| META LANGUAGE * | PRIMARY ARTIST * | FEATURING ARTIST(S) | DISPLAY FEATURING AS PRIMARY |
| Spanish; Castilian | Los Originales De San Juan | - | - |
| REMIXER | PRODUCER | GENRE * | SUBGENRE * |
| - | - | Latin Music | Ranchero |
| FORMAT * | IMPRINT * | (C) LINE * | |
| Full Length | Hyphy Music | 2016 Hyphy Music | |

### Internal Notes

| PRODUCT VERSION NOTES | SPECIAL INSTRUCTIONS |
|---|---|
| - | - |

### Artwork ✏ EDIT



### Promo Player

ENABLE PLAYER

🎵 NOT ENABLED

Provide early access to your tracklist via a secure audio player link.

### Tracks ✏ EDIT

| # | TRACK NAME | PRIMARY ARTIST(S) | ISRC | LENGTH |
|---|---|---|---|---|
| 1 | El Campesino | Los Originales de San Juan | QMFMF1523478 | ▶ 03:47 |
| 2 | Solo Dios | Los Originales de San Juan | QMFMF1523479 | ▶ 04:07 |
| 3 | El Arbol | Los Originales de San Juan | QMFMF1523480 | ▶ 03:09 |
| 4 | El Paniqueado | Los Originales de San Juan | QMFMF1523481 | ▶ 02:41 |
| 5 | Dinero Manchado | Los Originales de San Juan | QMFMF1523482 | ▶ 03:54 |
| 6 | Corrido del Cach | Los Originales de San Juan | QMFMF1523483 | ▶ 02:38 |
| 7 | El Corrido de Camilo | Los Originales de San Juan | QMFMF1523484 | ▶ 02:43 |
| 8 | El Martelito | Los Originales de San Juan | QMFMF1523485 | ▶ 03:12 |
| 9 | Chicano Jalicience | Los Originales de San Juan | QMFMF1523486 | ▶ 03:05 |
| 10 | Miguel Fuentes | Los Originales de San Juan | QMFMF1523487 | ▶ 03:21 |
| 11 | En una Cajita de Oro | Los Originales de San Juan | QMFMF1523488 | ▶ 03:25 |
| 12 | Mis Hijos Son Mi Tesoro | Los Originales de San Juan | QMFMF1523489 | ▶ 03:35 |
| 13 | Marili | Los Originales de San Juan | QMFMF1523490 | ▶ 03:35 |
| 14 | Suplica de un Padre | Los Originales de San Juan | QMFMF1523491 | ▶ 02:42 |



HYPHY000181



HYPHY000182

## Los Originales De San Juan
# Corridos de Poca M
889176663055

**Project**

♪ Corridos de Poca M
Digital · Full Length
● COMPLETE

**+ NEW PRODUCT**

## Product Overview   GO TO:   ACCOUNTING   INSIGHTS   DELIVERY REPORT   CREATE AD CAMPAIGN

### Basics   ✏ EDIT

| | | | |
|---|---|---|---|
| **UPC ***<br>889176663055 | **PRODUCT CODE**<br>- | **PRODUCT NAME ***<br>Corridos de Poca M | **PRODUCT VERSION**<br>- |
| **META LANGUAGE ***<br>Spanish; Castilian | **PRIMARY ARTIST ***<br>Los Originales de San Juan | **FEATURING ARTIST(S)**<br>- | **DISPLAY FEATURING AS PRIMARY**<br>- |
| **REMIXER**<br>- | **PRODUCER**<br>- | **GENRE ***<br>Latin Music | **SUBGENRE ***<br>Ranchero |
| **FORMAT ***<br>Full Length | **IMPRINT ***<br>Hyphy Music | **(C) LINE ***<br>2015 Hyphy Music | |

### Internal Notes

| | |
|---|---|
| **PRODUCT VERSION NOTES**<br>- | **SPECIAL INSTRUCTIONS**<br>- |

### Artwork   ✏ EDIT



### Promo Player

Provide early access to your tracklist via a secure audio player link.

**ENABLE PLAYER**

♪ NOT ENABLED

### Tracks   ✏ EDIT

| | TRACK NAME | PRIMARY ARTIST(S) | ISRC | LENGTH |
|---|---|---|---|---|
| 1 | El Carlichi | Los Originales de San Juan | QM6N21494899 | ▶ 02:49 |
| 2 | Sin Fortuna | Los Originales de San Juan | QM6N21494900 | ▶ 03:40 |
| 3 | El Fantasma | Los Originales de San Juan | QM6N21494901 | ▶ 02:14 |
| 4 | Javier Fernandez | Los Originales de San Juan | QM6N21494902 | ▶ 02:59 |
| 5 | El Original | Los Originales de San Juan | QM6N21494903 | ▶ 02:37 |
| 6 | Manuel Gonzalez | Los Originales de San Juan | QM6N21494904 | ▶ 03:22 |
| 7 | Amanda Varela | Los Originales de San Juan | QM6N21494905 | ▶ 05:06 |
| 8 | Cuando Se Nace Rico | Los Originales de San Juan | QM6N21494906 | ▶ 03:44 |
| 9 | Mi Viejo | Los Originales de San Juan | QM6N21494907 | ▶ 04:58 |
| 10 | Tan Solo Penas | Los Originales de San Juan | QM6N21494908 | ▶ 02:36 |

### Scheduling & Pricing   ✏ EDIT

### Date Info

| | |
|---|---|
| **RELEASE DATE ***<br>2015-02-24 | **SALES DATE ***<br>2015-02-24 |

HYPHY000183

1/2



HYPHY000184



HYPHY000185

## Los Originales De San Juan
# Desde la Cantina de Mi Barrio
191018998417

**Project**

♪ Desde la Cantina de Mi Barrio  ...
Digital · Full Length
● COMPLETE

+ NEW PRODUCT

## Product Overview
GO TO:    ACCOUNTING    INSIGHTS    DELIVERY REPORT    CREATE AD CAMPAIGN

### Basics    ✎ EDIT

| | | | |
|---|---|---|---|
| **UPC ***<br>191018998417 | **PRODUCT CODE**<br>- | **PRODUCT NAME ***<br>Desde la Cantina de Mi Barrio | **PRODUCT VERSION**<br>- |
| **META LANGUAGE ***<br>Spanish; Castilian | **PRIMARY ARTIST ***<br>Los Originales De San Juan | **FEATURING ARTIST(S)**<br>- | **DISPLAY FEATURING AS PRIMARY**<br>- |
| **REMIXER**<br>- | **PRODUCER**<br>- | **GENRE ***<br>Latin Music | **SUBGENRE ***<br>Ranchero |
| **FORMAT ***<br>Full Length | **IMPRINT ***<br>Hyphy Music | **(C) LINE ***<br>2017 Hyphy Music | |

### Internal Notes

**PRODUCT VERSION NOTES**    **SPECIAL INSTRUCTIONS**
-     -

### Artwork    ✎ EDIT



### Promo Player

Provide early access to your tracklist via a secure audio player link.

**ENABLE PLAYER**

♪ NOT ENABLED

### Tracks    ✎ EDIT

| # | TRACK NAME | PRIMARY ARTIST(S) | ISRC | LENGTH |
|---|---|---|---|---|
| 1 | Mi Ultimo Deseo (En Vivo) | Los Originales De San Juan | QM4TX1752253 | ▶ 03:19 |
| 2 | La Peda (En Vivo) | Los Originales De San Juan | QM4TX1752254 | ▶ 02:24 |
| 3 | Paloma en Su Nido (En Vivo) | Los Originales De San Juan | QM4TX1752255 | ▶ 02:55 |
| 4 | El Morralito (En Vivo) | Los Originales De San Juan | QM4TX1752256 | ▶ 02:55 |
| 5 | Lineas de a Metro (En Vivo) | Los Originales De San Juan | QM4TX1752257 | ▶ 04:03 |
| 6 | Naci Con Suerte de Rey (En Vivo) | Los Originales De San Juan | QM4TX1752258 | ▶ 03:00 |
| 7 | El Tequilero (En Vivo) | Los Originales De San Juan | QM4TX1752259 | ▶ 03:05 |
| 8 | El Clavo (En Vivo) | Los Originales De San Juan | QM4TX1752260 | ▶ 03:49 |
| 9 | El Jabali (En Vivo) | Los Originales De San Juan | QM4TX1752261 | ▶ 03:17 |
| 10 | Con una Copa en Mi Mano (En Vivo) | Los Originales De San Juan | QM4TX1752262 | ▶ 02:56 |
| 11 | La Cantina de Mi Barrio (En Vivo) | Los Originales De San Juan | QM4TX1752263 | ▶ 03:18 |
| 12 | El Carlichi (En Vivo) | Los Originales De San Juan | QM4TX1752264 | ▶ 03:08 |
| 13 | La Vida Prestada (En Vivo) | Los Originales De San Juan | QM4TX1752265 | |

HYPHY000186