# EXHIBIT "C"

```
ype of Work:            Visual Material

egistration Number / Date:
                        VA0002204940 / 2020-05-01

pplication Title: Los Originales de San Juan - En Vivo Desde La Cantina De Mi
                  Bario" Album Artwork.

itle:                   Los Originales de San Juan - En Vivo Desde La Cantina De Mi
                            Bario" Album Artwork.

escription:             Electronic file (eService)

opyright Claimant:
                        Hyphy Music, Inc.

ate of Creation:  2017

ate of Publication:
                  2017-03-24

ation of First Publication:
                  United States

uthorship on Application:
                  Hyphy Music, Inc., employer for hire; Domicile: United
                      States. Authorship: photograph, 2-D artwork.

re-existing Material:
                  2-D artwork, 2-D Artwork is Band Logo.

asis of Claim:    photograph, 2-D artwork.

ights and Permissions:
                  Hyphy Music, Inc., cj@hyphymusicinc.com

opyright Note:    C.O. correspondence.

ames:             Hyphy Music, Inc.

==============================================================================
```

```
ype of Work:              Visual Material

egistration Number / Date:
                          VA0002204942 / 2020-05-04

pplication Title: Los Originales de San Juan - El Campesino (Album Cover)

itle:                     Los Originales de San Juan - El Campesino (Album Cover)

escription:               Electronic file (eService)

opyright Claimant:
                          Hyphy Music, Inc.

ate of Creation:   2016

ate of Publication:
                          2016-05-31

ation of First Publication:
                          United States

uthorship on Application:
                          Hyphy Music, Inc., employer for hire; Domicile: United
                              States. Authorship: photograph, 2-D artwork.

re-existing Material:
                          2-D artwork, 2-D Artwork is Band Logo.

asis of Claim:     photograph, 2-D artwork.

ights and Permissions:
                          Hyphy Music, Inc., cj@hyphymusicinc.com

opyright Note:     C.O. correspondence.

ames:              Hyphy Music, Inc.

================================================================================
```

```
ype of Work:            Visual Material

egistration Number / Date:
                        VA0002204354 / 2020-05-03

pplication Title: "Los Originales de San Juan - Corridos de Poca M..." Album
                    Cover.

itle:                   "Los Originales de San Juan - Corridos de Poca M..." Album
                          Cover.

escription:             Electronic file (eService)

opyright Claimant:
                        Hyphy Music, Inc.

ate of Creation:   2015

ate of Publication:
                        2015-02-24

ation of First Publication:
                        United States

uthorship on Application:
                        Hyphy Music, Inc., employer for hire; Domicile: United
                          States. Authorship: photograph, 2-D artwork.

re-existing Material:
                        2-D artwork, 2-D Artwork is Band Logo.

asis of Claim:     photograph, 2-D artwork.

ights and Permissions:
                        Hyphy Music, Inc., cj@hyphymusicinc.com

opyright Note:     C.O. correspondence.

ames:              Hyphy Music, Inc.

===============================================================================
```

```
ype of Work:          Visual Material

egistration Number / Date:
                      VA0002204356 / 2020-05-04

pplication Title: Los Originales de San Juan - Amigos y Contrarios (Album
                      Cover)

itle:                 Los Originales de San Juan - Amigos y Contrarios (Album
                      Cover)

escription:           Electronic file (eService)

opyright Claimant:
                      Hyphy Music, Inc.

ate of Creation:      2013

ate of Publication:
                      2013-02-21

ation of First Publication:
                      United States

uthorship on Application:
                      Hyphy Music, Inc., employer for hire; Domicile: United
                         States. Authorship: photograph, 2-D artwork.

re-existing Material:
                      2-D artwork, 2-D Artwork is Band Logo.

asis of Claim:        photograph, 2-D artwork.

ights and Permissions:
                      Hyphy Music, Inc., cj@hyphymusicinc.com

opyright Note:        C.O. correspondence.

ames:                 Hyphy Music, Inc.

================================================================================
```

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002204941 / 2020-05-04

Application Title: Chuy Chavez - Naci Con Suerte de Rey (Album Cover)

Title:              Chuy Chavez - Naci Con Suerte de Rey (Album Cover)

Description:        Electronic file (eService)

Copyright Claimant:
                    Hyphy Music, Inc.

Date of Creation:   2013

Date of Publication:
                    2013-12-31

Nation of First Publication:
                    United States

Authorship on Application:
                    Hyphy Music, Inc., employer for hire; Domicile: United
                       States. Authorship: 2-D artwork.

Pre-existing Material:
                    photographs.

Basis of Claim:     2-D artwork.

Rights and Permissions:
                    Hyphy Music, Inc., cj@hyphymusicinc.com

Copyright Note:     C.O. correspondence.

Names:              Hyphy Music, Inc.

============================================================================
```

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-9021984851

## Mail Certificate

Hyphy Music, Inc.
C.J. Ramirez
2727 N. Grove Industrial Drive, #155
Fresno, CA 93727 United States

**Priority:** Special Handling  **Application Date:** July 31, 2020

## Correspondent

**Organization Name:** Hyphy Music, Inc.
**Name:** C.J. Ramirez
**Email:** cj@hyphymusicinc.com
**Address:** 2727 N. Grove Industrial Drive, #155
Fresno, CA 93727 United States

Registration Number
# *-APPLICATION-*

## Title

    **Title of Work:** Los Originales de San Juan - Nuestra Historia En Vivo (Album Cover)

## Completion/Publication

    **Year of Completion:** 2017
    **Date of 1st Publication:** March 31, 2017
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Hyphy Music, Inc.
    **Author Created:** photograph, 2-D artwork
    **Work made for hire:** Yes
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Hyphy Music, Inc.
    2727 N. Grove Industrial Dr., #155, Fresno, CA, 93727, United States

## Limitation of copyright claim

    **Material excluded from this claim:** Hyphy Music does not own the "Los Originales de San Juan" logo

    **New material included in claim:** photograph, 2-D artwork, Album Cover Design

## Rights and Permissions

    **Email:** cj@hyphymusicinc.com

## Certification

    **Name:** C.J. Ramirez
    **Date:** July 31, 2020

Case 1:20-cv-00988-JLT-BAM   Document 78-4   Filed 05/19/23   Page 9 of 12




HYPHY000045



HYPHY000033



HYPHY000042