# EXHIBIT "D"



HYPHY000159







HYPHY000162











DETAILS

**Format:** Digital
**Label:** JC
**Rel. Date:** 03/24/2017
**UPC:** 758381471413

Tweet    Share 0

DISC: 1
MP3

| | | |
|---|---|---|
| 1. Mi Ultimo Deseo (En Vivo) | $0.99 | DOWNLOAD |
| 2. La Peda (En Vivo) | $0.99 | DOWNLOAD |
| 3. Paloma En Su Nido (En Vivo) | $0.99 | DOWNLOAD |
| 4. El Morralito (En Vivo) | $0.99 | DOWNLOAD |
| 5. Lineas De A Metro (En Vivo) | $0.99 | DOWNLOAD |
| 6. Naci Con Suerte De Rey (En Vivo) | $0.99 | DOWNLOAD |
| 7. El Tequilero (En Vivo) | $0.99 | DOWNLOAD |
| 8. El Clavo (En Vivo) | $0.99 | DOWNLOAD |
| 9. El Jabali (En Vivo) | $0.99 | DOWNLOAD |
| 10. Con Una Copa En Mi Mano (En Vivo) | $0.99 | DOWNLOAD |
| 11. La Cantina De Mi Barrio (En Vivo) | $0.99 | DOWNLOAD |
| 12. El Carlichi (En Vivo) | $0.99 | DOWNLOAD |
| 13. La Vida Prestada (En Vivo) | $0.99 | DOWNLOAD |

$9.99    BUY MP3 ALBUM

HYPHY000167