# EXHIBIT "E"

1  **HEFNER, STARK & MAROIS, LLP**
2  Thomas P. Griffin, Jr., Esq. (SBN 155133)
       tgriffin@hsmlaw.com
3  2150 River Plaza Drive, Suite 450
4  Sacramento, CA  95833
   Telephone: 916.925.6620
5  Facsimile: 916.925.1127

6
7  **ABRAMS FENSTERMAN, LLP**
   Seth L. Berman, Esq. (*admitted pro hac vice*)
8      sberman@abramslaw.com
9  3 Dakota Drive, Suite 300
   Lake Success, NY 11042
10 Telephone: 516.328.2300
11 Facsimile: 516.328.6638

12 Attorneys for Plaintiff YELLOWCAKE, INC.

13                **UNITED STATES DISTRICT COURT**
14                **EASTERN DISTRICT OF CALIFORNIA**

15 ———————————————————————
16 YELLOWCAKE, INC., a California )   **Case No.: 1:20-CV-00988-DAD-BAM**
   corporation,                  )
17                               )   **PLAINTIFF/COUNTER**
18              Plaintiff,        )   **DEFENDANT YELLOWCAKE,**
                                 )   **INC.'S RESPONSE TO**
19     v.                        )   **DEFENDANT/**
20                               )   **COUNTERCLAIMANT'S FIRST**
   HYPHY MUSIC, INC.,            )   **SET OF INTERROGATORIES TO**
21                               )   **PLAINTIFF/**
22            Defendant.          )   **COUNTERDEFENDANT**
                                 )   **YELLOWCAKE, INC.**
23 ———————————————————————
24
25
26
27
28 ———————————————————————
                        1

**PLAINTIFF/COUNTER DEFENDANT YELLOWCAKE, INC.'S RESPONSE
TO DEFENDANT/COUNTERCLAIMANT'S FIRST SET OF
INTERROGATORIES TO PLAINTIFF/COUNTERDEFENDANT
YELLOWCAKE, INC.**

ABRAMS FENSTERMAN, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

ABRAMS FENSTERMAN, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

1  HYPHY MUSIC, INC.,                          )
2                                              )
                  Counterclaimant,             )
3                                              )
4       v.                                     )
                                               )
5  YELLOWCAKE, INC., COLONIZE                  )
6  MEDIA, INC., JOSE DAVID                     )
7  HERNANDEZ, JESUS CHAVES, SR.,               )
8                  Counterdefendants.          )
9

10      Plaintiff/Counterdefendant Yellowcake, Inc. ("Plaintiff/Counterdefendant")
11 through its attorneys Abrams Fensterman, LLP, and local counsel, Hefner Stark &
12 Marois, LLP, and in accordance with Federal Rules of Civil Procedure 26 and 33, hereby
13 submit the following objections and responses to the First Set of Interrogatories to
14 Plaintiff/Counterdefendant Yellowcake, Inc (the "Interrogatories") propounded by
15 Defendant/Counterclaimant Hyphy Music, Inc. ("Defendant/Counterclaimant").
16 Plaintiff/Counterdefendant reserves the right to supplement, amend, or correct these
17 responses and any documents or responses produced as part of these disclosures.

## I.

## PRELIMINARY STATEMENT

20      Plaintiff/Counterdefendant has not, at this time, fully completed its discovery
21 and investigation in this action. All information contained herein is based solely upon
22 such information and evidence as is presently available and known to
23 Plaintiff/Counterdefendant upon information and belief at this time. Further discovery,
24 investigation, research and analysis may supply additional facts, and meaning to
25 currently known information. Plaintiff/Counterdefendant reserves the right to amend
26 any and all responses herein as additional facts are ascertained, legal research is
27 completed, and analysis is undertaken.
28 / / /

2

**PLAINTIFF/COUNTER DEFENDANT YELLOWCAKE, INC.'S RESPONSE
TO DEFENDANT/COUNTERCLAIMANT'S FIRST SET OF
INTERROGATORIES TO PLAINTIFF/COUNTERDEFENDANT
YELLOWCAKE, INC.**

The responses herein are made in a good faith effort to supply as much information as is presently known to Plaintiff/Counterdefendant.

## II.

## GENERAL OBJECTIONS

In addition to the objections stated in the specific responses to the Interrogatories, the following objections (the "General Objections") apply to all of the Interrogatories. The following General Objections are hereby incorporated by reference into the individual responses to the Interrogatories, and have the same force and effect as if fully set forth in the responses to the Interrogatories. Defendant/Counterclaimant objects as follows:

1.    Plaintiff/Counterdefendant objects to the Interrogatories to the extent that they seek information that is not relevant to the subject matter of this proceeding or is not reasonably calculated to lead to the discovery of admissible evidence.

2.    Plaintiff/Counterdefendant objects to the Interrogatories as improper and unduly burdensome to the extent that they purport to impose upon Plaintiff/Counterdefendant any obligations or requirements broader than those set forth in the Federal Rules of Civil Procedure or rules otherwise applicable to this matter.

3.    Plaintiff/Counterdefendant objects to the Interrogatories to the extent that they call for information that is a matter of public record or otherwise routinely available to all parties.

4.    Plaintiff/Counterdefendant objects to the Interrogatories to the extent that they are duplicative or designed to harass.

5.    Plaintiff/Counterdefendant objects to the Interrogatories to the extent that they seek information that is protected from disclosure by the attorney-client privilege, the work product doctrine, or any other privilege or immunity from discovery. Any inadvertent disclosure of any such privileged information shall not constitute a waiver of any applicable privilege or any other ground for objecting to discovery with respect to such privileged information.

ABRAMS FENSTERMAN, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

**PLAINTIFF/COUNTER DEFENDANT YELLOWCAKE, INC.'S RESPONSE TO DEFENDANT/COUNTERCLAIMANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF/COUNTERDEFENDANT YELLOWCAKE, INC.**

6.      Plaintiff/Counterdefendant objects to the Interrogatories to the extent that they seek information regarding documents or materials that are not in Plaintiff/Counterdefendant' possession, custody, or control.

7.      Plaintiff/Counterdefendant objects to the Interrogatories to the extent that they state a legal conclusion, or assume or appear to assume that any fact, event, or assumption is true. By responding to any such Interrogatory, Plaintiff/Counterdefendant does not concede the correctness of any such conclusion or assumption.

8.      Plaintiff/Counterdefendant objects to the Interrogatories on the ground that they are unduly burdensome and premature in light of the fact that Plaintiff/Counterdefendant is still conducting discovery and that many of the facts are already known by Defendant/Counterclaimant. Plaintiff/Counterdefendant has made a good faith effort to respond to each Interrogatory in a timely manner. Plaintiff/Counterdefendant's responses herein are necessarily based solely on the information that is available to Plaintiff/Counterdefendant on the date of these responses. Plaintiff/Counterdefendant's investigation is ongoing, and Plaintiff/Counterdefendant reserves the right to amend, supplement, or withdraw any response or objection to the Interrogatories as it deems necessary or appropriate in light of information or knowledge obtained as discovery progresses in this action.

9.      In responding to the Interrogatories, Plaintiff/Counterdefendant does not concede that any of the information provided is relevant or material to the subject matter of this litigation or reasonably calculated to lead to the discovery of admissible evidence. Plaintiff/Counterdefendant reserves the right to object to the admissibility at trial of any of the information produced in response to the Interrogatories.

**III.**

**SPECIFIC OBJECTIONS AND RESPONSES TO THE INTERROGATORIES**

INTERROGATORY NO. 1:

State all facts regarding YOUR belief that YOU are the sole owner of all right, title, and interest in and to the COPYRIGHTED WORKS.

ABRAMS FENSTERMAN, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

**PLAINTIFF/COUNTER DEFENDANT YELLOWCAKE, INC.'S RESPONSE TO DEFENDANT/COUNTERCLAIMANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF/COUNTERDEFENDANT YELLOWCAKE, INC.**

**ABRAMS FENSTERMAN, LLP**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

**RESPONSE TO INTERROGATORY NO. 1**:

Subject to and without waiving any General Objections, Plaintiff/ Counterdefendant is the sole owner of all right, title, and interest in and to the COPYRIGHTED WORKS by virtue of the Asset Purchase Agreement dated March 21, 2019, between Yellowcake and Jesus Chavez, Sr., and the related copyright registrations.

INTERROGATORY NO. 2:

State all facts regarding YOUR purported acquisition of all right, title, and interest in and to the COPYRIGHTED WORKS from CHAVEZ.

**RESPONSE TO INTERROGATORY NO. 2**:

Subject to and without waiving any General Objections, Plaintiff/ Counterdefendant is the sole owner of all right, title, and interest in and to the COPYRIGHTED WORKS by virtue of the Asset Purchase Agreement dated March 21, 2019, between Yellowcake and Jesus Chavez, Sr., and the related copyright registrations.

INTERROGATORY NO. 3:

State all facts regarding each and every conversation CHAVEZ had with anyone for YOU regarding YOUR purported acquisition of all right, title, and interest in and to the COPYRIGHTED WORKS.

**RESPONSE TO INTERROGATORY NO. 3**:

Plaintiff/Counterdefendant objects to this Interrogatory for the reasons set forth in the General Objections and on the grounds that it is overly broad, unduly burdensome and vague.

INTERROGATORY NO. 4:

State all facts regarding each and every conversation between or among anyone who works for YOU regarding YOUR purported acquisition of all right, title, and interest in and to the COPYRIGHTED WORKS.

/ / /

5

**PLAINTIFF/COUNTER DEFENDANT YELLOWCAKE, INC.'S RESPONSE
TO DEFENDANT/COUNTERCLAIMANT'S FIRST SET OF
INTERROGATORIES TO PLAINTIFF/COUNTERDEFENDANT
YELLOWCAKE, INC.**

**RESPONSE TO INTERROGATORY NO. 4**:

Plaintiff/Counterdefendant objects to this Interrogatory for the reasons set forth in the General Objections and on the grounds that it is overly broad, unduly burdensome and vague.

INTERROGATORY NO. 5:

State all of the terms of YOUR purported agreement with CHAVEZ to transfer all right, title, and interested in and to the COPYRIGHTED WORKS to YOU.

**RESPONSE TO INTERROGATORY NO. 5**:

Plaintiff/Counterdefendant objects to this interrogatory as overbroad and unduly burdensome to the extent it calls for Plaintiff/Counterdefendant to reproduce, in narrative answer format, material that has already been produced to Defendant/Counterclaimant. *See* Federal Rule of Civil Procedure 33(d). Subject to and without waiving these objections and the General Objections, Defendant/ Counterclaimant is referred to the Asset Purchase Agreement dated March 21, 2019, between Yellowcake and Jesus Chavez, Sr.

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff/Counterdefendant reserves the right to supplement, amend, or correct these responses and any documents or responses produced as part of theses disclosures.

Dated: February 11, 2022

**ABRAMS FENSTERMAN, LLP**

By: */s/ Seth L. Berman*
     Seth L. Berman, Esq. (*pro hac vice*)
     ***Attorneys for Plaintiff/Counterdefendant***
     ***Yellowcake, Inc.***

**PLAINTIFF/COUNTER DEFENDANT YELLOWCAKE, INC.'S RESPONSE TO DEFENDANT/COUNTERCLAIMANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF/COUNTERDEFENDANT YELLOWCAKE, INC.**

ABRAMS FENSTERMAN, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

# <u>VERIFICATION OF INTERROGATORY ANSWERS</u>

State of California,

County of Stanislaus           , ss:

      Kevin Berger, being first duly sworn, states that I am a shareholder and the Chief Executive Officer of Plaintiff/Counterdefendant Yellowcake, Inc.  I have read the above document and knows the contents of it, and that all of the statements contained in that document are true and correct, to the best of my knowledge and belief.

 

Kevin Berger

Sworn to and subscribed before me

this _____ day of February, 2022.



*See attached*
_____
Notary Public

ABRAMS FENSTERMAN, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

7

**PLAINTIFF/COUNTER DEFENDANT YELLOWCAKE, INC.'S RESPONSE TO DEFENDANT/COUNTERCLAIMANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF/COUNTERDEFENDANT YELLOWCAKE, INC.**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of STANISLAUS

Subscribed and sworn to (or affirmed) before me on this 10TH day of FEBRUARY , 20 22 , by KEVIN BERGER
_____ ,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

JENNIFER MURRY
Notary Public - California
Stanislaus County
Commission # 2258800
My Comm Expires Oct 16, 2022

(Seal)                                    Signature _____

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF/COUNTER DEFENDANT YELLOWCAKE, INC.'S RESPONSE TO DEFENDANT/COUNTERCLAIMANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF/COUNTERDEFENDANT YELLOWCAKE, INC.** has been served upon the Attorneys for Defendant/Counterclaimant via Electronic Mail addressed to:

> ALTVIEW LAW GROUP, LLP
>
> John M. Begakis, Esq.
>
> john@altviewlawgroup.com
>
> 12100 Wilshire Blvd., Suite 800
>
> Los Angeles, California 90025
>
> Telephone: (310) 230-5580
>
> Facsimile: (562) 275-8954

on February 11, 2022.

_____

Seth L. Berman

ABRAMS FENSTERMAN, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

8

**PLAINTIFF/COUNTER DEFENDANT YELLOWCAKE, INC.'S RESPONSE TO DEFENDANT/COUNTERCLAIMANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF/COUNTERDEFENDANT YELLOWCAKE, INC.**