# EXHIBIT "H"

```
                                          Page 90                                               Page 91
 1  restricted to only YouTube and not other services.  That    1      Q   In general.
 2  sort of thing.                                              2      A   No.
 3      Q   I see.                                              3      Q   Okay.  So Yellowcake has -- so you said it's an
 4      A   So I say, "unrestricted."  It just -- I didn't      4  exclusive agreement, but Yellowcake distributes rights
 5  put the any restrictions on the monetization.               5  through other administrators as well?
 6      Q   That makes sense.  That makes sense.  I see         6      A   Correct.
 7  that.                                                       7      Q   So it's just inclusive to the extent that
 8          Is it an exclusive agreement?                       8  you -- that Yellowcake decides to distribute rights
 9      A   Yes.                                                9  through Colonize?
10      Q   And you mentioned that it's not for a term,        10      A   No.
11  it's terminable at will by the parties?                    11      Q   Then how is it exclusive if you are not -- if
12          MR. BERMAN:  Objection.  Misstates --              12  you are distributing rights through other
13          THE WITNESS:  I -- I believe it has -- sorry.      13  administrators, as well as Colonize?
14          MR. BERMAN:  Objection.  Mischaracterization of    14      A   Because sometimes I buy catalogs that are
15  testimony, but you can answer.                             15  currently under contract with other distributors, so
16          THE WITNESS:  I -- no, it's for a term, with an    16  I --
17  auto-renew clause, but I believe it can be terminated by   17      Q   Ah --
18  either side within 30 days notice, but it is still for a   18      A   -- inherit that contract.
19  term.                                                      19      Q   -- got it.
20  BY MR. BEGAKIS:                                            20          So when you have full right to distribute sound
21      Q   I see.                                             21  recordings however Yellowcake pleases, those rights are
22          Um, under that agreement, does Colonize            22  distributed through Colonize; correct?
23  distribute all of Yellowcake's rights in all sound         23      A   I prefer that, yes.
24  recordings?                                                24      Q   Well, I'm not asking what you prefer.
25      A   In connection with these albums or --              25          I'm asking:  What are the terms of the

                                          Page 92                                               Page 93
 1  arrangement?                                                 1  BY MR. BEGAKIS:
 2          Is it an exclusive arrangement you are              2      Q   What percentage of revenue from distribution
 3  obligated to?                                               3  does Colonize take when it distributes Yellowcake-owned
 4          MR. BERMAN:  Objection.  Argumentative.  Asked      4  works?
 5  and answered.                                               5          MR. BERMAN:  Objection.  Relevancy.
 6          THE WITNESS:  I believe that -- that is asking      6          THE WITNESS:  Well, that's a --
 7  for a legal conclusion.                                     7  BY MR. BEGAKIS:
 8          I'm not sure if I'm obligated to, but for           8      Q   What are the splits in the agreement?
 9  practical purposes, I certainly would.                      9      A   Okay.
10  BY MR. BEGAKIS:                                            10          MR. BERMAN:  Objection.  Asked and answered.
11      Q   Would or do?  We're not talking in                 11          THE WITNESS:  Let me answer -- I'll answer.
12  hypotheticals here.                                        12          Well, strictly speaking, it's -- it's zero.
13      A   Okay.                                              13          However, there's tradeoffs with that that
14      Q   If you distribute all rights that Yellowcake       14  aren't in writing in terms of who bears the cost of
15  owns through Colonize, that you're contractually           15  certain operating expenses that -- in our business
16  permitted to distribute?                                   16  relationship.
17          MR. BERMAN:  Objection.  Asked and answered.       17  BY MR. BEGAKIS:
18  Argumentative.                                             18      Q   You just testified that there are no oral
19          THE WITNESS:  I do, because they're the best       19  agreements between the company, but it sounds like there
20  distributor on the planet.                                 20  are oral agreements with the company to the extent you
21  BY MR. BEGAKIS:                                            21  also just testified that whatever financial arrangement
22      Q   Yeah, says a co-owner.                             22  there is is not necessarily in writing in that
23          MR. BERMAN:  Objection.  Argumentative.            23  Administration Agreement; correct?
24          Stop making comments to my client, Mr. Begakis.    24          MR. BERMAN:  Objection.  Irrelevant.
25  ///                                                        25          THE WITNESS:  Well, I'd like to clarify.  As I
```