# EXHIBIT "K"

DOMINGO TORRES FLORES - DECEMBER 7, 2022          47

1  speak to any attorneys on Monday about your deposition
2  today?
3      A    No.  I didn't.  No.
4      Q    Did your son talk to any attorneys on Monday
5  about your deposition today?
6          MR. BEGAKIS:  Objection.  To the extent
7  it calls for speculation.  Mr. Reporter, just give me --
8  just wait a beat if you could so I can get my objections
9  in before.  I appreciate it.
10         THE COURT REPORTER:  Okay.
11         THE WITNESS:  I don't know that.  You're
12 going to have to ask him.  My focus is music and that's
13 it.
14 BY MR. BERMAN:
15     Q    What is your relationship, if any, to the band
16 Los Originales de San Juan?
17         MR. BEGAKIS:  Objection.  Vague as to
18 relationship.
19         THE WITNESS:  An own -- there's no
20 relationship.
21         THE INTERPRETER:  Sorry.
22         THE WITNESS:  I'm an owner, I'm a
23 partner.  I'm a stylist and I designed the style of Los
24 Originales de San Juan.  I'm an owner and no one is
25 going to take the ownership from me.

```
            DOMINGO TORRES FLORES - DECEMBER 7, 2022        82
 1                  THE COURT REPORTER:  The time is now 4:35
 2     p.m. and we're off the record.  You may proceed.
 3                  MR. BEGAKIS:  I believe Mr. Court
 4     Reporter meant on the record.
 5                  THE COURT REPORTER:  On the record.  I'm
 6     sorry.  I keep doing that today.
 7                  MR. BEGAKIS:  It's okay.  It's all good.
 8     It's all good.
 9                          EXAMINATION
10     BY MR. BEGAKIS:
11         Q    Good afternoon, Mr. Torres.
12         A    Good afternoon.
13         Q    Mr. Torres, do you consider yourself to be a
14     co=owner in the band?
15         A    Yes.
16                  MR. BERMAN:  Please note my objection to
17     form and Ms. Interpreter, I'm also going to ask likewise
18     that you just pause for a second after -- before
19     translating the question so I can interpose an
20     objection.
21     BY MR. BEGAKIS:
22         Q    I'm going to ask the question again just for a
23     clean record.  Mr. Torres, do you consider yourself a
24     co-owner of the band.
25                  MR. BERMAN:  Objection to form.
```

DOMINGO TORRES FLORES - DECEMBER 7, 2022     83

1            MR. LITTLEWOOD: Joined.

2            THE WITNESS: I'm the owner of the group.

3   BY MR. BEGAKIS:

4      Q    As an owner of the group, do you believe you

5   co-owned all of the works that the band created when

6   they -- when those works were initially created?

7            MR. BERMAN: Objection. Misstates

8   previous testimony and assumes a fact not in evidence.

9            MR. LITTLEWOOD: Joined.

10           THE WITNESS: Since the very beginning, I

11   have owned. I've done the arrangement. I own the style

12   of the band and the productions have been done by me,

13   all of them.

14   BY MR. BEGAKIS:

15      Q    Did you ever sign anything in writing saying

16   that you didn't own any of the works the band has ever

17   created?

18           MR. BERMAN: Objection to form.

19           MR. LITTLEWOOD: Joined.

20           MR. BEGAKIS: Sounds like a parrot to me.

21           MR. LITTLEWOOD: John, you know what, you

22   can stop it. You are the most unprofessional attorney

23   I've ever run across. You can just stop it. I can't

24   believe you even made a comment like that in front of

25   the Judge. You should be embarrassed. She takes notes

DOMINGO TORRES FLORES - DECEMBER 7, 2022   84

1  of those things, and you're going to find yourself in
2  some pretty difficult positions if you keep this up.
3           MR. BEGAKIS:  Are you finished?
4           MR. LITTLEWOOD:  Are you finished calling
5  me a parrot?
6           MR. BEGAKIS:  I asked you a question.
7           MR. LITTLEWOOD:  I am finished as long as
8  you stop being an obstructive jerk, and you just focus
9  on the matter at hand.  I don't need your colloquy or
10 your commentary on my objection.
11          MR. BEGAKIS:  Likewise, Counsel.
12          MR. LITTLEWOOD:  Have I been making a
13 colloquy or commentary on your objections?  Calling me a
14 parrot --what kind of objection.  You unprofessional --
15          MR. BEGAKIS:  This is exactly what that
16 is.  This is exactly what that is.
17          MR. LITTLEWOOD:  You are unprofessional,
18 an embarrassment to our profession.
19          MR. BEGAKIS:  This is exactly what that
20 is.
21          MR. LITTLEWOOD:  Do you have any F bombs
22 that you want to drop?
23          MR. BEGAKIS:  I don't know.  Do you?
24          MR. LITTLEWOOD:  You're the one that
25 likes to use them freely.

```
                DOMINGO TORRES FLORES - DECEMBER 7, 2022         85
 1                 MR. BEGAKIS:  Okay, Counsel.
 2                 THE WITNESS:  No, never.
 3                 THE INTERPRETER:  Sorry, I couldn't
 4    understand the last part.  I'm going to ask.
 5                 THE WITNESS:  Ask me again?
 6    BY MR. BEGAKIS:
 7       Q    Did you ever sign anything in writing saying
 8    that you didn't jointly own any of the works the band
 9    has ever created?
10                 MR. BERMAN:  Objection.
11                 MR. LITTLEWOOD:  Objection.  Lacks
12    foundation.  Calls for speculation.  Vague and
13    ambiguous.  Irrelevant.  Not reasonably calculated to
14    lead the discovery of admissible evidence.
15                 MR. BEGAKIS:  Irrelevant?  Okay.
16                 MR. BERMAN:  Joined.
17                 MR. LITTLEWOOD:  Signing something that
18    he didn't give away, that he never had?  Okay.  Good
19    luck (indiscernible - simultaneous speech) on that,
20    buddy.
21                 MR. BEGAKIS:  Okay.  Okay.  Mr.
22    Littlewood.
23                 THE INTERPRETER:  The answer is no.
24    BY MR. BEGAKIS:
25       Q    As a co-owner, do you believe you were
```

DOMINGO TORRES FLORES - DECEMBER 7, 2022                86

1  entitled to an equal share of any profits that the band
2  generated?
3              MR. BERMAN:  Objection.  Sorry.
4  Objection based on mischaracterization of testimony and
5  based on facts not in evidence.
6              MR. LITTLEWOOD:  Lacks foundation.  Calls
7  for speculation.
8              MR. BERMAN:  I join those objections as
9  well.
10             THE WITNESS:  Yes.  I'm a partner.  I'm
11 an owner.
12 BY MR. BEGAKIS:
13     Q    As a partner and an owner, how were band
14 decisions supposed to be made?
15             MR. LITTLEWOOD:  Objection.  Lacks
16 foundation.  Calls for speculation.  Assumes facts not
17 in evidence.
18             MR. BERMAN:  Joined.
19             MR. LITTLEWOOD:  Calls for legal
20 conclusion.  Also compound.
21             THE WITNESS:  We make them together.
22 BY MR. BEGAKIS:
23     Q    Did all of the members of the band agree to
24 enter into an agreement with Hyphy Music for Hyphy Music
25 to acquire the works at issue in this case?