# EXHIBIT "L"

Page 18

1   repeat that.
2              Looks like they're frozen.
3              (Zoom connection interruption.)
4              MR. BEGAKIS:  Can you ask the question again,
5   Ms. Interpreter?
6              (Interpreter complies.)
7              THE WITNESS:  I believe it was around
8   33 years ago.
9   BY MR. BEGAKIS:
10       Q.   So what year would that have been?
11       A.   I don't recall.
12       Q.   Mr. Chavez, I'm going to refer to Los
13   Originales de San Juan as "the band," and if I do so,
14   do you understand what I'm saying?
15       A.   Yes.
16       Q.   Mr. Chavez, who -- when the band was formed,
17   was it formed as a business entity?
18              MR. BERMAN:  Objection to form, vague, and
19   compound question.
20              MR. LITTLEWOOD:  Join.
21              THE WITNESS:  Yes.
22   BY MR. BEGAKIS:
23       Q.   What kind of business entity was it?
24              MR. BERMAN:  Objection to form, vague.
25              MR. LITTLEWOOD:  Also calls for legal

Page 19

1   conclusion.
2              THE WITNESS:  We did a partnership, three
3   people.
4   BY MR. BEGAKIS:
5        Q.   Did you understand that partnership to be a,
6   quote, unincorporated partnership?
7              MR. BERMAN:  Objection to form, vague.
8   BY MR. BEGAKIS:
9        Q.   You can answer, Mr. Chavez.
10       A.   Could you ask that question again?
11       Q.   Did you understand that partnership to be an
12   unincorporated partnership?
13              MR. BERMAN:  Same objections.
14   BY MR. BEGAKIS:
15       Q.   You can answer, Mr. Chavez.
16              MR. LITTLEWOOD:  You broke up.  You broke up,
17   John.
18              MR. BEGAKIS:  Oh.
19              MR. LITTLEWOOD:  I'm sorry, I'll have to ask
20   you to repeat it again.
21              MR. BEGAKIS:  No problem.
22   BY MR. BEGAKIS:
23       Q.   Did you understand the partnership to be an
24   unincorporated partnership, Mr. Chavez?
25              MR. BERMAN:  Same objections.

Page 20

1              THE WITNESS:  No.
2   BY MR. BEGAKIS:
3        Q.   In what state was the partnership registered
4   with?
5              MR. BERMAN:  Objection to form, vague.
6              THE WITNESS:  Here in Fresno.
7   BY MR. BEGAKIS:
8        Q.   Okay.  Was there a written agreement for the
9   partnership?
10       A.   Yes, but --
11              THE INTERPRETER:  This is the interpreter
12   speaking, I just need to ask him what the last part of
13   his answer was because it cut out.
14              THE WITNESS:  Yes.  But then it was broken
15   because the person that played the accordion left, and
16   all that was left was Alfonso Vargas and myself.
17   BY MR. BEGAKIS:
18       Q.   Do you have a copy of that written agreement?
19       A.   I think it's at home.
20       Q.   Do you know if it's been produced in this
21   lawsuit?
22       A.   No.
23       Q.   Why not?
24              MR. BERMAN:  Objection.  Calls for
25   speculation.

Page 21

1   BY MR. BEGAKIS:
2        Q.   You can answer, Mr. Chavez.
3        A.   No.  Well, I did not know.
4        Q.   Who were the original founding members of the
5   band, Mr. Chavez?
6        A.   I did.  So it was Jesus, Domingo, Alfonso and
7   Jose Torres.
8              No, pardon me.  It was Jesus, Domingo and
9   Jose Torres.
10       Q.   And this written agreement that you referred
11   to was an agreement between the four of you?
12              MR. BERMAN:  Please note my objection to form
13   and vague and mischaracterizing prior testimony.
14              THE WITNESS:  Yes.
15   BY MR. BEGAKIS:
16       Q.   What were the percentages of ownership for
17   the partnership?
18              You can answer, Mr. Chavez.
19       A.   All four of us had the same share.
20       Q.   Mr. Chavez, how were band decisions made
21   amongst four members?
22              MR. BERMAN:  Objection to form and vague.
23              THE INTERPRETER:  This is the interpreter
24   speaking.
25              I believe there was an objection, so I might

Jesus Chavez Sr. Volume I
December 14, 2022

Page 22

1  have missed part of his answer, so I'm going to ask
2  him to repeat that.
3      THE WITNESS:  I would make the decisions.
4  BY MR. BEGAKIS:
5      Q.  Did all four members agree to that?
6      A.  Yes.
7      Q.  Is that agreement reflected in the
8  partnership agreement that you state you have?
9      MR. BERMAN:  Objection to form, vague.
10     THE WITNESS:  Yes.
11  BY MR. BEGAKIS:
12     MR. BERMAN:  Also, Ms. Reporter [sic], I'm
13  going to ask you -- to remind you that after
14  Mr. Begakis asks his questions, will you allow me to
15  interject my objections before translating?
16     THE INTERPRETER:  You mean the interpreter?
17  Yes.
18     MR. BERMAN:  Thank you.
19  BY MR. BEGAKIS:
20     Q.  Mr. Chavez, are there any other documents
21  that reflect your understanding with the members
22  regarding what you are stating today, that you were
23  the one who made the decisions for the band?
24     MR. BERMAN:  Objection, vague.
25     THE WITNESS:  No.  Only the bank account at

Page 23

1  the bank.
2  BY MR. BEGAKIS:
3      Q.  What do you mean by that?
4      A.  So every weekend we would do the math, and we
5  would divide the profits.
6      Q.  Well, Mr. Chavez, you made a reference to the
7  bank account, so I'm asking, what did you mean when
8  you responded to my last question by referring to the
9  bank account?
10     MR. BERMAN:  Objection to form, vague.
11     THE WITNESS:  I don't have any other
12  documents.  I just have their names.
13  BY MR. BEGAKIS:
14     Q.  Okay.  So to be clear, Mr. Chavez, there are
15  no other documents, other than the purported
16  partnership agreement, which set forth how band
17  decisions were made, correct?
18     A.  That is correct.
19     Q.  Are there any other documents between you and
20  each of the band members regarding each band member's
21  role in the band?
22     MR. BERMAN:  Objection to form, vague.
23     MR. LITTLEWOOD:  Can you repeat the question,
24  please?  We froze.
25  BY MR. BEGAKIS:

Page 24

1      Q.  Are there any other written agreements
2  between you and the other band members regarding each
3  band member's role in the band?
4      A.  No.
5      Q.  What instrument do each of the band members
6  play, Mr. Chavez?
7      MR. BERMAN:  Objection to form, vague.
8      MR. LITTLEWOOD:  Vague as to time.
9  BY MR. BEGAKIS:
10     Q.  When the band was formed -- strike -- I'll
11  withdraw the question.
12     When the band was formed, what instruments
13  did each of the band members play?
14     THE INTERPRETER:  This is the interpreter
15  speaking.
16     I'm just going to inquire to make sure I
17  heard everything.
18     MR. BEGAKIS:  Ms. Interpreter, are we waiting
19  on you for a response?
20     Sorry.
21     THE WITNESS:  It was the accordion.  It was
22  the bass, electric bass, the six bass and the drums.
23  BY MR. BEGAKIS:
24     Q.  Who played what?
25     THE INTERPRETER:  The interpreter speaking,

Page 25

1  he cut out.
2      THE WITNESS:  So Simon Saucedo, he has now
3  passed away, and he would play the electric bass.
4  BY MR. BEGAKIS:
5      Q.  What did the other band members play?
6      A.  Domingo Torres would play the accordion,
7  Alfonso Vargas would play the drums.
8      THE INTERPRETER:  This is the interpreter
9  speaking.
10     I'm going to ask him to repeat that.
11     THE WITNESS:  And I would play the six bass.
12  BY MR. BEGAKIS:
13     Q.  Were you also the lead vocalist?
14     A.  Yes.
15     Q.  Did you write any of the songs?
16     A.  Several.
17     Q.  Did you create -- did you contribute anything
18  else creatively to the band other than the instrument
19  that you play and as a lead vocalist?
20     MR. LITTLEWOOD:  Objection.  Misstates his
21  testimony and vague.
22     THE WITNESS:  Yes.  I would write my own
23  songs.
24  BY MR. BEGAKIS:
25     Q.  Okay.  With respect to the partnership

Page 34

1  the band at that time?
2          MR. BERMAN:  Objection to form, vague, lacks
3  foundation, mischaracterizes testimony.
4          MR. LITTLEWOOD:  Join.  Assumes facts.
5          THE WITNESS:  No.
6  BY MR. BEGAKIS:
7      Q.   Okay.  Mr. Chavez, did you record five albums
8  with Hyphy Music from 2013 to 2017?
9          MR. BERMAN:  Objection to form, vague.  Also,
10  assumes a fact not in evidence.
11          THE WITNESS:  Yes.
12  BY MR. BEGAKIS:
13      Q.   Mr. Chavez, can you state the names of those
14  five albums for me, please?
15      A.   I don't recall the names of the albums.
16      Q.   Was Amigos y Contrarios one of those albums?
17      A.   Yes.
18      Q.   When did you record Amigos y Contrarios?
19      A.   I don't remember.
20      Q.   Who were the other band members at the time
21  that you recorded Amigos y Contrarios?
22      A.   The Inquietos del Norte.
23          MR. BEGAKIS:  I'm sorry, was that supposed to
24  be his answer in English?
25          THE INTERPRETER:  This is the interpreter

Page 35

1  speaking.  I believe he mentioned the name of a band,
2  Los Inquietos del Norte.
3          MR. BEGAKIS:  Oh, okay.
4  BY MR. BEGAKIS:
5      Q.   So, Mr. Chavez, it is your testimony that you
6  recorded Amigos y Contrarios through this other band?
7      A.   So this singer was only the second singer for
8  me, but it was only the singer.
9      Q.   Did any of the other original band members
10  record Amigos y Contrarios with the band?
11          MR. LITTLEWOOD:  Objection.  Lacks
12  foundation, vague.
13          THE WITNESS:  No.
14  BY MR. BEGAKIS:
15      Q.   Where did the band record Amigos y
16  Contrarios?
17          MR. LITTLEWOOD:  Objection.  Lacks
18  foundation, misstates testimony.
19          THE WITNESS:  In a studio in Selma.
20  BY MR. BEGAKIS:
21      Q.   You recall the name of the studio?
22          THE INTERPRETER:  This is the interpreter
23  speaking.
24          I'm just going to ask him to repeat that
25  again.

Page 36

1          THE WITNESS:  Morillo Studio.
2  BY MR. BEGAKIS:
3      Q.   Who paid for the recording studio?
4      A.   I did.
5      Q.   Who was the recording engineer at the studio?
6      A.   Omar Rosales.
7      Q.   So it is your testimony that only you and one
8  other singer recorded Amigos y Contrarios?
9          MR. BERMAN:  Objection to form, vague and
10  assumes a fact not in evidence.
11          THE WITNESS:  That's right.
12  BY MR. BEGAKIS:
13      Q.   Did you have a written agreement with this
14  singer for her contribution or for this singer's
15  contribution to the work?
16      A.   No.
17      Q.   Why not?
18      A.   Because we're friends.
19      Q.   How much did you pay this singer?
20          MR. LITTLEWOOD:  Objection.  Assumes facts.
21          THE WITNESS:  The singer did not charge me
22  anything.
23  BY MR. BEGAKIS:
24      Q.   Did the singer obtain anything of value for
25  recording Amigos y Contrarios?

Page 37

1      A.   No.
2      Q.   How much did Hyphy Music pay you to record
3  Amigos y Contrarios?
4          MR. LITTLEWOOD:  Objection.  Assumes facts,
5  lacks foundation.
6          THE WITNESS:  We made an agreement, but they
7  never -- they never carried out the agreement.
8  BY MR. BEGAKIS:
9      Q.   That's not what I asked you, Mr. Chavez.
10          How much did Hyphy Music pay you to record
11  Amigos y Contrarios?
12          MR. LITTLEWOOD:  Same objections.
13          MR. BERMAN:  Please note my objection.
14  Objection to form, vague, misleading question,
15  misstates his testimony.
16          THE WITNESS:  I was not paid anything.
17  BY MR. BEGAKIS:
18      Q.   What were the terms of your agreement with
19  Hyphy Music to record Amigos y Contrarios?
20          MR. BERMAN:  Objection to form.
21          MR. LITTLEWOOD:  Objection.  Assumes facts,
22  lacks foundation, calls for speculation.
23          MR. BERMAN:  Join.
24          THE INTERPRETER:  This is the interpreter
25  speaking.