# EXHIBIT "M"

Page 14

1  conclusion and lacks foundation.
2        MR. BERMAN:  Joining Mr. Littlewood's
3  objection.  Also assumes facts not in evidence.
4        THE WITNESS:  No, it's mine.  The name of
5  Los Originales.
6  BY MR. BEGAKIS:
7     Q.  How many members were there in the band when the
8  band was formed?
9     A.  Five.
10    Q.  Who were they?
11    A.  Jose Torres, Jose Humberto Castro, Domingo
12 Torres, and Jesus Chavez.
13    Q.  Was there a written agreement between you and the
14 other band members when you formed the band?
15    A.  No.
16        MR. BERMAN:  Objection.  Lacks foundation.
17 Calls for a legal conclusion and vague.
18 BY MR. BEGAKIS:
19    Q.  Did you have any written agreement with any of
20 the band members at the time the band was formed?
21        MR. BERMAN:  Same objections.
22        MR. LITTLEWOOD:  Join.
23        THE WITNESS:  No.
24 BY MR. BEGAKIS:
25    Q.  Why not?

Page 15

1         MR. BERMAN:  Objection.  Calls for
2  speculation.  Maybe, Ms. Translator, if you can instruct
3  the witness maybe pause for a moment before answering
4  because counsel may interpose objections.  Thank you.
5         THE INTERPRETER:  Interpreter will ask the
6  witness to repeat his answer.
7         MR. LITTLEWOOD:  Before he testifies, I'm
8  objecting on the grounds of lacks foundation.  Calls for
9  speculation.  Assumes facts not in evidence.
10        THE WITNESS:  All right.
11        MR. BEGAKIS:  I didn't get his original
12 answer.
13        MR. LITTLEWOOD:  It may be helpful if you
14 restate the question with the understanding the
15 objection stands.
16        MR. BEGAKIS:  I wanted the original answer
17 but there was a lot of crosstalk so I'll ask it again.
18 BY MR. BEGAKIS:
19    Q.  Why did you not have written agreements with any
20 of the band members at the time the band was formed?
21        MR. BERMAN:  Objection.  Calls for
22 speculation.  Legal conclusion and vague.
23        THE WITNESS:  We were friends.  There was
24 trust.
25 ///

Page 16

1  BY MR. BEGAKIS:
2     Q.  When the band was formed how were band decisions
3  made?
4         MR. BERMAN:  Objection.  Vague.
5         THE WITNESS:  I was the one who gave it the
6  name.
7  BY MR. BEGAKIS:
8     Q.  And how were all other band decisions made
9  between the members?
10        MR. BERMAN:  Objection.  Vague.
11        THE WITNESS:  I made all of the decisions
12 myself.
13 BY MR. BEGAKIS:
14    Q.  Mr. Chavez, do you play an instrument in the
15 band?
16        THE INTERPRETER:  Interpreter needs a moment
17 to search for a term.
18        THE WITNESS:  The bajo sexto.
19        THE INTERPRETER:  The interpreter's
20 spelling.  B-a-j-o s-e-x-t-o.
21 BY MR. BEGAKIS:
22    Q.  Mr. Chavez, are you the lead vocalist of the
23 band?
24        MR. LITTLEWOOD:  Objection.  Vague as to
25 time.

Page 17

1         MR. BEGAKIS:  I'll withdraw the question.
2  BY MR. BEGAKIS:
3     Q.  When the band was first formed, were you the lead
4  vocalist?
5     A.  Yes.
6     Q.  When the band was formed -- withdraw.  Please
7  identify the instruments played by each of the band
8  members when the band was formed, Mr. Chavez.
9     A.  Jose Torres, percussion.  Jose Humberto,
10 electronic bass.  Domingo Torres, accordion.  And Jesus
11 Chavez, the bajo sexto.
12    Q.  Mr. Chavez, did the band record -- withdraw.
13 Mr. Chavez, do you know what Hyphy Music is?
14        MR. BERMAN:  Objection.  Vague.
15        THE WITNESS:  It's a music production
16 company.
17 BY MR. BEGAKIS:
18    Q.  Have you recorded albums at the direction of
19 Hyphy Music?
20        MR. BERMAN:  Objection --
21        MR. LITTLEWOOD:  Objection.  Vague.
22 Ambiguous.  Lacks foundation.
23        MR. BERMAN:  Objection.  Also vague.  Calls
24 for a legal conclusion.
25        THE WITNESS:  Not under its direction.

```
                                                Page 18
 1  BY MR. BEGAKIS:
 2     Q.  What have you recorded -- what albums have you
 3  recorded that Hyphy Music has been involved with?
 4          MR. BERMAN:  Objection.  Form.  Phrase
 5  involved with also lacks foundation.
 6          MR. LITTLEWOOD:  Join.
 7          THE INTERPRETER:  Interpreter needs to
 8  inquire for clarification of the witness.
 9          THE WITNESS:  Poca M Corridos.
10          THE INTERPRETER:  Interpreter's spelling,
11  P-o-c-a letter M.  Corridos.  Interpreter's spelling,
12  Corridos.
13          THE WITNESS:  And some others.
14  BY MR. BEGAKIS:
15     Q.  Did Hyphy Music pay you to record Corridos de
16  Poca M and these other albums you're referring to?
17          MR. BERMAN:  Objection.  Vague.  Misleading.
18  Mischaracterization.  Lack of foundation.
19          THE WITNESS:  No.
20  BY MR. BEGAKIS:
21     Q.  Just to get clarification is it correct,
22  Mr. Chavez, that you recorded the following works with
23  Hyphy Music; Amigos y Contreros, Corrido de Poca M,
24  Desde la Cantina de Mi Barrio en vivo, El Campesino,
25  Chuy Chavez Y Sus Amigos --
```

```
                                                Page 19
 1          THE INTERPRETER:  Mr. Begakis, could I have
 2  that slower, please.  I have Desde la Cantina.  That's
 3  where I left off.
 4          MR. BEGAKIS:  Desde la Cantina de Mi Barrio,
 5  en vivo, El Campesino, Chuy Chavez y sus Amigos, Naci
 6  Con Suerte De Rey, Mariachi and Nuestra Historia.
 7          MR. LITTLEWOOD:  I'll object on the grounds
 8  this is compound and the language could be confusing.
 9          MR. BERMAN:  Lack of foundation.  Assumes
10  facts not in evidence.
11          MR. BEGAKIS:  I'll withdraw then.  We'll go
12  one by one.
13  BY MR. BEGAKIS:
14     Q.  Mr. Chavez, did you record Amigos y Contreros
15  with Hyphy Music?
16          MR. BERMAN:  Objection.  Vague.
17          THE WITNESS:  Yes.
18  BY MR. BEGAKIS:
19     Q.  When did you record Amigos y Contreros with Hyphy
20  Music?
21          MR. BERMAN:  Objection to form.  And vague.
22          THE WITNESS:  I don't remember.  Some four
23  years already.
24  BY MR. BEGAKIS:
25     Q.  Who were the band members that participated in
```

```
                                                Page 20
 1  the recording of Amigos y Contreros?
 2     A.  The original ones.
 3     Q.  Yes.  You can answer, Mr. Chavez.
 4     A.  Jose Los Inquieeos del Norte.
 5          THE INTERPRETER:  Interpreter's spelling;
 6  Los, L-o-s I-n-q-u-i-e-e-o-s, del, d-e-l N-o-r-t-e.
 7  BY MR. BEGAKIS:
 8     Q.  Where did you record Amigos y Contreros?
 9     A.  At the Los Rios Studio.
10          THE INTERPRETER:  Interpreter's spelling;
11  L-o-s R-i-o-s Studio.
12  BY MR. BEGAKIS:
13     Q.  Who was the recording engineer when Amigos y
14  Contreros was recorded?
15     A.  Omar Rosales.
16     Q.  Did you pay Mr. Rosales to record the album?
17     A.  Yes.
18     Q.  How much?
19     A.  I don't remember exactly.
20     Q.  Did you pay each of the band members to record
21  the album?
22          MR. BERMAN:  Objection.  Vague.
23          THE WITNESS:  Yes.
24  BY MR. BEGAKIS:
25     Q.  How much did you pay each of the band members to
```

```
                                                Page 21
 1  record Amigos y Contreros?
 2          MR. BERMAN:  Objection.  Vague.
 3          THE WITNESS:  There was an agreement within
 4  the group --
 5          THE INTERPRETER:  Interpreter needs to
 6  request a repetition.
 7          THE WITNESS:  There was an agreement that it
 8  was going to be included within the weekly salary.
 9  BY MR. BEGAKIS:
10     Q.  So the cost of the performance by each performer
11  was included in each performer's weekly salary; is that
12  what you're --
13          MR. BERMAN:  Objection.  Vague.  Misleading.
14  Mischaracterization of testimony and speculation.
15          MR. LITTLEWOOD:  Join.
16          THE WITNESS:  That's right.
17  BY MR. BEGAKIS:
18     Q.  How much did each of the band members receive as
19  a weekly salary in 2013?
20          MR. BERMAN:  Objection.  Vague.
21  Mischaracterization of testimony and form.
22          MR. LITTLEWOOD:  Join.
23          THE WITNESS:  It depended on what we made
24  per night.
25  ///
```

Page 26

1  Poca M was recorded?
2     A.  Alfonso Vargas, percussion.  Romeo Pena, bajo
3  sexto -- electric base.  Domingo Torres at the
4  accordion.
5     Q.  Did you pay any of these band members for their
6  contributions to the recording of Corrido de Poca M?
7          MR. LITTLEWOOD:  Objection.  Vague and
8  ambiguous.  Lacks foundation.  Assumes facts not in
9  evidence.
10         MR. BERMAN:  Join.
11         THE WITNESS:  No.
12 BY MR. BEGAKIS:
13    Q.  Were they compensated by way of a weekly salary
14 as you testified you compensated the band members for
15 the recording of Amigos y Contreros?
16         MR. LITTLEWOOD:  Objection.  Assumes facts.
17 Lacks foundation.  Misstates testimony.  Vague and
18 ambiguous.
19         MR. BERMAN:  Compound question.  Join.
20         THE WITNESS:  That's right.
21 BY MR. BEGAKIS:
22    Q.  Where did you -- where did the band record
23 Corrido de Poca M?
24    A.  At Moreo Studio.
25    Q.  Who was the recording engineer when Corrido de

Page 27

1  Poca M was recorded?
2     A.  Omar Rosales.
3     Q.  Did you pay Omar Rosales for his work as the
4  recording engineer?
5     A.  Yes.
6     Q.  How much?
7     A.  I don't remember what he charged back then.  It
8  would vary.
9     Q.  Did you have a written agreement with Omar
10 Rosales regarding his work as the recording engineer on
11 the recording of Corrido de Poca M?
12    A.  No.
13    Q.  Did you have a written agreement with any of the
14 band members regarding their contribution with the
15 recordings of Corrido de Poca M?
16         MR. LITTLEWOOD:  Objection.  Assumes facts
17 not in evidence.  Lacks foundation.  Vague and
18 ambiguous.
19         MR. BERMAN:  Join.
20         THE WITNESS:  No.
21 BY MR. BEGAKIS:
22    Q.  Did Hyphy Music pay you anything for the
23 recording of Corrido de Poca M?
24    A.  No.
25    Q.  Did Hyphy Music ultimately distribute Corrido de

Page 28

1  Poca M?
2     A.  Yes.
3     Q.  How did Hyphy Music acquire the ability or the
4  rights to distribute Corrido de Poca M?
5          MR. BERMAN:  Objection to form.  Vague and
6  ambiguous.
7          MR. LITTLEWOOD:  Join.
8          THE WITNESS:  I gave them the right.
9  BY MR. BEGAKIS:
10    Q.  Did they pay you anything of value or give you
11 anything of value in exchange for you giving them the
12 rights to distribute Corrido de Poca M?
13    A.  No.  They were going to give me a percentage of
14 the sales.
15    Q.  Did Hyphy Music contribute anything to the
16 recording of Corrido de Poca M?
17         MR. LITTLEWOOD:  Objection.  Vague and
18 ambiguous.  Lacks foundation.  Calls for legal
19 conclusion.
20         MR. BERMAN:  Join.
21         THE WITNESS:  No.
22 BY MR. BEGAKIS:
23    Q.  Did Hyphy Music contribute anything to the
24 creation of Amigos y Contreros?
25         MR. LITTLEWOOD:  Objection.  Lacks

Page 29

1  foundation.  Calls for a legal conclusion.  Assumes
2  facts not in evidence.
3          MR. BERMAN:  Join.
4          THE WITNESS:  No.
5  BY MR. BEGAKIS:
6     Q.  Did the band record the album El Campesino with
7  Hyphy Music?
8          MR. BERMAN:  Objection.  Form.  Vague.
9  Misleading.  Lacks foundation.
10         THE WITNESS:  No.
11 BY MR. BEGAKIS:
12    Q.  When did the band record El Campesino?
13    A.  I don't remember.
14    Q.  Who were the members of the band at the time --
15 withdraw.  Who were the members in the band involved in
16 recording the album El Campesino?
17    A.  Alfonso Vargas for percussion.  Romeo Pena, bajo
18 sexto.  Antonio Rios, electric base.  And Domingo
19 Torres, the accordion.
20    Q.  Did you have written agreements -- withdraw.  Did
21 you have written agreements with any of these band
22 members for their contributions for the recording of El
23 Campesino?
24         MR. LITTLEWOOD:  Objection.  Vague and
25 ambiguous.  Lacks foundation.  Calls for a legal

Page 30
1  conclusion.  Assumes facts not in evidence.
2          THE WITNESS:  No.
3  BY MR. BEGAKIS:
4      Q.  Where did the band record El Campesino?
5      A.  In Selma.
6      Q.  Is that in California?
7      A.  Yes.
8      Q.  Do you remember the name of the recording studio?
9      A.  Morios Studio.
10     Q.  Who was the recording engineer when El Campesino
11 was recorded?
12     A.  Omar Rosales.
13     Q.  Did you pay Omar Rosales for his work as the
14 recording engineer on the recording of El Campesino?
15     A.  Yes.
16     Q.  How much?
17     A.  I don't remember.
18     Q.  Do you have anything in writing with Mr. Rosales
19 regarding his work as the recording engineer on El
20 Campesino?
21         MR. BERMAN:  Objection to form.  Vague and
22 ambiguous.
23         THE WITNESS:  No.
24 BY MR. BEGAKIS:
25     Q.  Did you pay any of the band members for their

Page 31
1  contributions for the recording of El Campesino?
2          MR. LITTLEWOOD:  Objection.  Vague and
3  ambiguous.  Lacks foundation.  Assumes facts not in
4  evidence.
5          MR. BERMAN: Join.
6          THE WITNESS:  No.
7  BY MR. BEGAKIS:
8      Q.  Were the band members paid by way of a weekly
9  salary, which you testified was how they were
10 compensated for the recording of Corrido de Poca M and
11 Amigos y Contreros?
12         MR. LITTLEWOOD:  Objection.  Vague and
13 ambiguous.  Compound.  Misstates prior testimony.
14 Assumes facts not in evidence.  Lacks foundation.
15         MR. BERMAN:  Vague.  Form.  And join.
16         THE WITNESS:  Yes, that's right.
17 BY MR. BEGAKIS:
18     Q.  Did Hyphy Music pay you to record El Campesino?
19     A.  No.
20     Q.  Did Hyphy Music distribute El Campesino?
21     A.  Yes.
22     Q.  How did Hyphy Music obtain the rights to
23 distribute El Campesino?
24     A.  I gave them the rights.
25     Q.  In exchange for what?

Page 32
1          MR. LITTLEWOOD:  Objection.  Assumes facts.
2          THE WITNESS:  In exchange for a percentage
3  of the profit.
4  BY MR. BEGAKIS:
5      Q.  Was this agreement with Hyphy Music in writing?
6      A.  No.
7      Q.  Did Hyphy Music contribute anything to the
8  creation of El Campesino?
9          MR. LITTLEWOOD:  Objection.  Vague and
10 ambiguous.  Lacks foundation.  Calls for a legal
11 conclusion.  Assumes facts.
12         MR. BERMAN:  Calls for speculation and form
13 as well.
14         THE WITNESS:  No.
15 BY MR. BEGAKIS:
16     Q.  Did you record Desde la Cantina de Mi Barrio with
17 Hyphy Music?
18         MR. LITTLEWOOD:  Assumes facts.  Lacks
19 foundation.  Calls for speculation.
20         THE WITNESS:  Yes.
21 BY MR. BEGAKIS:
22     Q.  When did the band record Desde la Cantina de Mi
23 Barrio?
24     A.  I don't remember.
25     Q.  Who were the band members involved in the

Page 33
1  recording of Desde la Cantina de Mi Barrio?
2      A.  Alfonso Vargas, Romero Pena, Antonio Rios and
3  Jesus Chavez.
4      Q.  Did you have written agreements with any of the
5  band members regarding their contributions to Desde la
6  Cantina de Mi Barrio?
7          MR. LITTLEWOOD:  Objection.  Vague and
8  ambiguous.  Lacks foundation.  Assumes facts not in
9  evidence.  Calls for a legal conclusion.
10         THE WITNESS:  No.
11 BY MR. BEGAKIS:
12     Q.  Did you pay the band members anything for their
13 contributions of the recording for Desde la Cantina de
14 Mi Barrio?
15         MR. LITTLEWOOD:  Same objections.
16         THE WITNESS:  No.
17 BY MR. BEGAKIS:
18     Q.  Were the band members compensated by way of a
19 weekly salary the same way you testified that the band
20 members were compensated for their contributions to El
21 Campesino, Corrido de Poca M and Amigos y Contreros?
22         MR. LITTLEWOOD: Objection.  Vague and
23 ambiguous.  Lacks foundation.  Calls for speculation.
24 Calls for a legal conclusion.
25         MR. BERMAN: Join.

```
                                           Page 34
1            THE WITNESS:  That's right.
2   BY MR. BEGAKIS:
3      Q.  Where did you record -- where did the band record
4   Desde la Cantina de Mi Barrio?
5            THE INTERPRETER:  The interpreter needs to
6   request a repetition.
7            THE WITNESS:  At Altos here in Fresno.
8   BY MR. BEGAKIS:
9      Q.  Is that a recording studio?
10     A.  No.  It's a nightclub.
11     Q.  Who was the recording engineer?
12     A.  Joaquim Pererira.
13     Q.  Did you pay Mr. Pererira for in his capacity as
14  the recording engineer for the recording of Desde la
15  Cantina de Mi Barrio?
16     A.  Yes.
17     Q.  How much did you pay him?
18     A.  $500.
19     Q.  Did you pay him in cash or by check?
20     A.  In cash.
21     Q.  Is there any written agreement evidencing his
22  involvement as the recording engineer for the recording
23  of Desde la Cantina de Mi Barrio?
24           MR. LITTLEWOOD:  Objection.  Vague and ambiguous.
25           MR. BERMAN:  Join.
```

```
                                           Page 35
1            THE WITNESS:  No.
2   BY MR. BEGAKIS:
3      Q.  Is it true that there was an individual named
4   Jesus Ramirez, who was also operating as a recording
5   engineer or was operating as a recording engineer for
6   the recording of Desde la Cantina de Mi Barrio?
7            MR. LITTLEWOOD:  Objection.  Compound.
8   Assumes facts not in evidence.  Argumentative.
9            MR. BERMAN:  Join.
10           THE WITNESS:  I don't know him.
11  BY MR. BEGAKIS:
12     Q.  Did Hyphy Music pay you anything for the
13  recording of Desde la Cantina de Mi Barrio?
14           MR. BERMAN:  Objection.  Vague.
15           THE WITNESS:  My group was paid, Los
16  Originales for playing that night at the nightclub.
17  BY MR. BEGAKIS:
18     Q.  By Hyphy Music?
19           MR. BERMAN:  Objection.  Vague.  Confusing.
20  Assumes facts not in evidence.
21           THE WITNESS:  Yes.
22  BY MR. BEGAKIS:
23     Q.  Who paid the venue?
24           MR. LITTLEWOOD:  Objection.  Calls for
25  speculation.
```

```
                                           Page 36
1            MR. BERMAN: Relevancy.  Please add
2   relevancy to the objection.
3            THE WITNESS:  No one.
4   BY MR. BEGAKIS:
5      Q.  Venue was not paid to have Desde la Cantina de Mi
6   Barrio recorded there?
7            MR. BERMAN:  Objection.  Asked and answered.
8            THE INTERPRETER:  Interpreter will ask for
9   repetition.
10           THE WITNESS:  I did not pay them.
11  BY MR. BEGAKIS:
12     Q.  Do you know if anybody paid them?
13           MR. BERMAN: Objection.  Relevancy.
14           MR. LITTLEWOOD: Objection.  Vague.
15           THE WITNESS:  I don't know.
16  BY MR. BEGAKIS:
17     Q.  Did Hyphy Music ultimately distribute Desde la
18  Cantina de Mi Barrio?
19     A.  Yes.
20     Q.  How did Hyphy Music acquire the right to
21  distribute Desde la Cantina de Mi Barrio?
22     A.  I gave them the rights.
23     Q.  In exchange for what?
24     A.  A percentage after sales.
25     Q.  What percent?
```

```
                                           Page 37
1      A.  75 percent.
2      Q.  Was this agreement with Hyphy Music in writing?
3      A.  No.
4      Q.  Did you record Nuestra Historia with Hyphy Music?
5            MR. LITTLEWOOD:  Objection.  Vague and
6   ambiguous.  Lacks foundation.
7            MR. BERMAN:  Join.
8            THE WITNESS:  No.
9   BY MR. BEGAKIS:
10     Q.  When did you record Nuestra Historia?
11     A.  I don't remember.
12     Q.  Who were the band members involved in the
13  recording of Nuestra Historia?
14     A.  Alfonso Vargas for percussion.  Jose Humberto
15  Castro, electric base.  Romero Pena, bajo sexto.  And
16  Domingo Torres, accordion.
17     Q.  Did you have written agreements with any of the
18  band members regarding their contribution with the
19  recording of Nuestra Historia?
20           MR. LITTLEWOOD:  Objection.  Vague and
21  ambiguous.  Lacks foundation.  Calls for legal
22  conclusion.
23           MR. BERMAN:  Join.
24           THE WITNESS:  No.
25  ///
```

### Page 38

1  BY MR. BEGAKIS:
2  Q. Did you pay the band members for their
3  contributions to the recording of Nuestra Historia?
4       MR. LITTLEWOOD: Same objections.
5       MR. BERMAN: Join.
6       THE WITNESS: No.
7  BY MR. BEGAKIS:
8  Q. Were the band members compensated for their
9  contributions to Nuestra Historia in the same way you
10 testified the band members were compensated for their
11 recording for their contributions to Desde la Cantina de
12 Mi Barrio, El Campesino, Corrido de Poca M, and Amigos y
13 Contreros being by way of a weekly salary?
14      MR. LITTLEWOOD: Objection. Vague and
15 ambiguous. Lacks foundation. Misstates prior
16 testimony. Calls for a legal conclusion.
17      MR. BERMAN: Join.
18      THE WITNESS: Yes. That's right.
19 BY MR. BEGAKIS:
20 Q. Where was Nuestra Historia recorded?
21 A. Morios Sound. Morios Studio.
22 Q. That's a recording studio, not a nightclub?
23 A. It's a recording studio.
24 Q. Who was the recording engineer when -- at this
25 recording studio when Nuestra Historia was recorded?

### Page 39

1  A. Omar Rosales.
2  Q. Was Mr. Rosales paid for his work as a recording
3  engineer in the recording of Nuestra Historia?
4  A. Yes.
5  Q. How much?
6  A. I don't remember.
7  Q. Was there a written agreement between you and
8  Mr. Rosales for his work as the recording engineer in
9  the recording of Nuestra Historia?
10 A. No.
11 Q. Did Hyphy Music pay you to record Nuestra
12 Historia?
13      MR. BERMAN: Objection. Vague.
14      MR. LITTLEWOOD: Join.
15      THE WITNESS: No.
16 BY MR. BEGAKIS:
17 Q. Did Hyphy Music ultimately distribute Nuestra
18 Historia?
19 A. Yes.
20 Q. How did Hyphy Music acquire the rights to
21 distribute Nuestra Historia?
22 A. I gave them the rights.
23 Q. In exchange for what?
24 A. In exchange for a percentage after sales.
25 Q. What percentage?

### Page 40

1  A. 75 percent.
2  Q. Was this agreement in writing?
3  A. No.
4  Q. Did Hyphy Music contribute anything else --
5  withdraw. Did Hyphy Music contribute anything to the
6  creation of Nuestra Historia.
7       MR. LITTLEWOOD: Objection. Vague and
8  ambiguous. Calls for legal conclusion.
9       THE WITNESS: No.
10      MR. BEGAKIS: I just need a five-minute
11 break. Off the record.
12      (Recess)
13      MR. BEGAKIS: Back on.
14 BY MR. BEGAKIS:
15 Q. Mr. Chavez, were all of the band members paid a
16 weekly salary?
17      MR. LITTLEWOOD: Objection. Vague as to
18 time. Lacks foundation. Assumes facts not in evidence.
19      MR. BERMAN: Join.
20      MR. BEGAKIS: Madam Interpreter, can you
21 please instruct him to put his phone away.
22      THE WITNESS: I'm going to turn it off.
23      MR. BEGAKIS: Off the record until he turns
24 it off.
25      (Recess)

### Page 41

1       MR. BEGAKIS: Let's try that again.
2  BY MR. BEGAKIS:
3  Q. Were all of the band members paid a salary?
4       MR. LITTLEWOOD: Objection. Vague and
5  ambiguous as to time.
6       MR. BERMAN: Join. Again relevancy.
7       THE WITNESS: What they were paid per week.
8       MR. BEGAKIS: I'm sorry, Ms. Interpreter. I
9  didn't hear what you said. Can you repeat that.
10      THE INTERPRETER: Interpreter repeating.
11 What they were paid per week.
12 BY MR. BEGAKIS:
13 Q. Okay. So when the band was formed at that time
14 were all band members paid a salary?
15      MR. BERMAN: Objection. Relevancy.
16      MR. LITTLEWOOD: Same objection.
17      THE WITNESS: Yes. Depending on how much we
18 earned per week.
19 BY MR. BEGAKIS:
20 Q. Okay. And was that salary for each band member
21 inclusive of their services for live performances and
22 recordings?
23      MR. BERMAN: Objection. Form. Vague and
24 ambiguous. Misstates testimony. Lacks foundation and
25 relevancy.

```
                                    Page 42                                         Page 44
 1           MR. LITTLEWOOD:  Join.  Also compound.    1   Mischaracterizes prior testimony and asked and answered.
 2           THE WITNESS:  Yes.                        2           MR. LITTLEWOOD:  Join.
 3   BY MR. BEGAKIS:                                   3           THE WITNESS:  It could be like a guarantee
 4      Q.  How was the amount calculated?             4   after paying the people, the employees, between Alfonso,
 5           MR. BERMAN: Objection.  Form.  Vague and  5   Jesus and Domingo.
 6   ambiguous.                                        6   BY MR. BEGAKIS:
 7           MR. LITTLEWOOD:  Join.                    7      Q.  So you just decided the amount of money on your
 8           MR. BEGAKIS:  I'll withdraw.              8   own?
 9   BY MR. BEGAKIS:                                   9      A.  Yes, I made the decision.
10      Q.  How was the weekly amount to each band member 10      Q.  And it wasn't based on anything other than I
11   calculated?                                      11   think $900 is what you should be paid a week?
12           MR. BERMAN:  Objection.  Asked and answered. 12          MR. LITTLEWOOD:  Objection.  Argumentative.
13   Vague.                                           13   Lacks foundation.  Misstates testimony.
14           MR. LITTLEWOOD:  Join.                   14           MR. BERMAN:  I'm going to add relevancy.
15           THE WITNESS:  Money was put in from what we 15          THE WITNESS:  We shared in three equal
16   got.  Money was taken out for the costs and then that 16  portions at the end.
17   was what the calculation was derived from.  Depending on 17 BY MR. BEGAKIS:
18   each band member, that would be their wage.      18      Q.  Okay.  So when the band was first formed how were
19   BY MR. BEGAKIS:                                  19   monies shared?
20      Q.  Okay.  What was the percentage of money earned 20          MR. BERMAN:  Objection to form.  Vague and
21   that was paid to each band member as their wage under 21   ambiguous.
22   this purported salary?                           22           MR. LITTLEWOOD:  Join.
23           MR. BERMAN:  Objection.  Form.  Vague and 23           THE WITNESS:  The same.
24   ambiguous.  Relevancy.                           24   BY MR. BEGAKIS:
25           MR. LITTLEWOOD:  Join.                   25      Q.  Okay.  Got it.  So Alfonso Vargas and Domingo

                                    Page 43                                         Page 45
 1           THE WITNESS:  Like I said, it depends on  1   Torres shared in the revenue of the band with --
 2   each band member.  900.  1,000.  800.  500.  It varied. 2  withdraw.  At the formation of the band, you, Alfonso
 3   BY MR. BEGAKIS:                                   3   Vargas and Domingo Torres shared equally in the revenue
 4      Q.  Let's start with Alfonso Vargas.  What percentage 4  derived from the band; correct?
 5   of band revenues was paid to Alfonso Vargas as a salary 5          MR. LITTLEWOOD:  Objection.  Calls for a
 6   when the band was formed?                         6   legal conclusion.  Lacks foundation.  Assumes facts not
 7           MR. LITTLEWOOD:  Objection.  Assumes facts 7   in evidence.
 8   --                                                8           MR. BERMAN:  Also mischaracterizes
 9           MR. BERMAN:  Relevancy and mischaracterizes 9  testimony.  Join.
10   testimony.                                       10           THE WITNESS:  That's right.
11           THE WITNESS:  900 a week.                11   BY MR. BEGAKIS:
12   BY MR. BEGAKIS:                                  12      Q.  In 2013 is it true that you, Alfonso Vargas and
13      Q.  How did you come to the decision to pay $900 a 13   Domingo Torres shared equally in the revenue derived
14   week?                                            14   from the band?
15      A.  Because the income was good.              15           MR. BERMAN:  Objection.  Form.  Vague and
16      Q.  Was that number based off of a particular 16   ambiguous.
17   percentage of band revenue collected at any given time? 17          MR. LITTLEWOOD:  Same objection.
18           MR. BERMAN:  Objection.  Vague.  Misleading. 18           THE WITNESS:  Yes, that's right.
19   Assumes facts not in evidence and relevance.     19   BY MR. BEGAKIS:
20           MR. LITTLEWOOD:  Join.                   20      Q.  In 2014 is it true that you, Alfonso Vargas and
21           THE WITNESS:  Yes.                       21   Domingo Torres shared equally in the revenue derived in
22   BY MR. BEGAKIS:                                  22   the band?
23      Q.  What was the percentage that was used that was 23           MR. LITTLEWOOD:  Same objections.  Vague.
24   determined that Alfonso Vargas would make $900 a week? 24           THE WITNESS:  Yes, that's correct.
25           MR. BERMAN:  Objection.  Form.           25   ///
```

```
                                              Page 74                                                Page 76
 1  -- no, we're not.  I'll pose my objection on the record    1  Mischaracterizes testimony.  Lacks foundation.  I don't
 2  --                                                          2  believe there is any distribution agreement between my
 3          MR. BEGAKIS:  Do it.  Do it.  Do it.                3  client and Yellowcake.
 4          MR. BERMAN:  You can ask again and clarify          4          THE WITNESS:  Yes.
 5  and we can resolve this issue very quickly.                 5  BY MR. BEGAKIS:
 6          MR. BEGAKIS:  I'm getting everything I need,        6     Q.  Did you approach Yellowcake about selling rights
 7  so you do whatever you want to do.                          7  in the relevant works to them?
 8          MR. BERMAN:  I know you think you do.  You          8     A.  Could you repeat the question for me.
 9  can ask again or we can have an ambiguity that is going     9     Q.  Did you approach Yellowcake about selling rights
10  to cause a problem.                                        10  in the relevant works to them or did they approach you?
11          MR. SHERMAN:  You're allowed to ask                11          MR. BERMAN:  Objection to form.  Vague.
12  questions.  So you can clean it up on your cross.          12          MR. LITTLEWOOD:  Join.
13          MR. BEGAKIS:  Exactly.  He just likes to           13          THE WITNESS:  They searched me out.
14  interrupt me.                                              14  BY MR. BEGAKIS:
15          MR. BERMAN:  I haven't interrupted at all          15     Q.  Who searched you out?
16  for this entire deposition except to the extent that we    16     A.  David Garcia.  David Hernandez.
17  have an issue with the translation.  Trying to resolve     17     Q.  Okay.  So did David Hernandez approach you first
18  it without any further dispute.  That's on you if you      18  or did he approach your son -- withdraw.  You have a
19  want to move forward or leave the ambiguity.               19  son; correct?
20          MR. SHERMAN:  No issue with the                    20     A.  Yes, that is right.
21  translation.  It's how he answered the question.  He       21     Q.  What is a your son's name?
22  said he.  It's not up to the interpreter to try to         22     A.  He's named the same as me.
23  figure out who he was.                                     23     Q.  So would you understand what I mean if I refer to
24          MR. BERMAN: Okay.  Fine, leave the                 24  your son as Chavez junior?
25  ambiguity.  That's fine.                                   25     A.  Yes.

                                              Page 75                                                Page 77
 1          MR. SHERMAN:  Until you fix it, I'm sure.           1     Q.  Okay.  So is Chavez junior involved in your
 2          MR. BERMAN:  Okay.                                  2  business?
 3  BY MR. BEGAKIS:                                             3          MR. LITTLEWOOD:  Objection.  Vague.
 4     Q.  Okay.  So I'm going to ask it again because it       4          THE WITNESS:  No.
 5  hasn't been answered.  Mr. Chavez, how do you know that     5  BY MR. BEGAKIS:
 6  Hyphy Music owes you money if you have never conducted      6     Q.  Your son does not help you negotiate deals with
 7  an accounting?                                              7  distributors?
 8          MR. BERMAN: Objection to form.                      8          MR. BERMAN:  Objection.  Vague.
 9  Mischaracterizes testimony and it's a misleading            9  Argumentative.
10  question.                                                  10          MR. LITTLEWOOD:  Join.
11          MR. LITTLEWOOD:  Join.                             11          THE WITNESS:  No.
12          THE WITNESS:  Okay.  It's logical.  My group       12  BY MR. BEGAKIS:
13  sells every day.                                           13     Q.  Okay.  Did Mr. Hernandez approach your son first
14  BY MR. BEGAKIS:                                            14  or you?
15     Q.  Got it.  Because -- so because you think your       15          MR. LITTLEWOOD:  Objection.  Compound.
16  group sells music every day then you believe that Hyphy    16  Assumes facts.
17  Music owes you money?                                      17          THE WITNESS:  Me.
18          MR. BERMAN:  Objection.  Asked and answered.       18  BY MR. BEGAKIS:
19  Argumentative.                                             19     Q.  Okay.  Was your son part of the negotiations
20          MR. LITTLEWOOD:  Join.                             20  between you and Yellowcake?
21          THE WITNESS:  Yes.                                 21          MR. BERMAN:  Objection to form.
22  BY MR. BEGAKIS:                                            22          MR. LITTLEWOOD:  Join.
23     Q.  Is that why you did a deal to sell the same         23          THE WITNESS:  No.
24  rights to Yellowcake that you sold to Hyphy Music?         24  BY MR. BEGAKIS:
25          MR. LITTLEWOOD:  Objection.                        25     Q.  So he was not present for any negotiations
```

```
                                                      Page 78
 1   between you and David Hernandez?
 2           MR. BERMAN:  Note my objection to form.
 3   Vague and ambiguous.
 4           THE INTERPRETER:  The interpreter asked the
 5   witness to repeat the answer.  She was not able to hear
 6   it.
 7           THE WITNESS:  No.
 8   BY MR. BEGAKIS:
 9       Q.  Approximately when did Mr. Hernandez initially
10   approach you about selling rights in the works at issue
11   in this case to Yellowcake?
12           MR. BERMAN:  Objection to form.  Vague and
13   ambiguous.
14           THE WITNESS:  I don't remember but it's been
15   some time already.
16   BY MR. BEGAKIS:
17       Q.  What year was it?
18           MR. BERMAN:  Objection.  Asked and answered.
19           THE WITNESS:  In '20.
20   BY MR. BEGAKIS:
21       Q.  I'm sorry, is it your testimony that he
22   approached you in 2020?
23           MR. BERMAN:  Objection.  Asked and answered.
24   Argumentative.
25           THE WITNESS:  Yes.
```

```
                                                      Page 79
 1   BY MR. BEGAKIS:
 2       Q.  Okay.  Was that meeting in person or over the
 3   phone?
 4       A.  By phone.
 5       Q.  Okay.  Was anybody else on that call?
 6       A.  No.
 7       Q.  What did Mr. Hernandez say?
 8       A.  That he would buy from me the albums that Hyphy
 9   Music had.
10       Q.  How did he know that Hyphy Music had the rights
11   in those albums?
12           MR. LITTLEWOOD:  Objection.  Assumes facts.
13   Lacks foundation.  It's vague.
14           MR. BERMAN:  Mischaracterizes.
15           MR. BEGAKIS:  Withdraw.
16   BY MR. BEGAKIS:
17       Q.  To the best of your knowledge how did
18   Mr. Hernandez know that Hyphy Music had rights in the
19   works at issue at that point?
20           MR. LITTLEWOOD:  Objection.  Lacks
21   foundation.  Vague and ambiguous.  Calls for a legal
22   conclusion.
23           MR. BERMAN:  Also speculative and
24   mischaracterizes prior testimony and if it wasn't
25   already said, assuming facts not in evidence.
```

```
                                                      Page 80
 1           THE WITNESS:  I believe he worked for Hyphy.
 2   BY MR. BEGAKIS:
 3       Q.  Did he tell you he worked for Hyphy?
 4       A.  No.
 5       Q.  How much did he offer to pay you for the works
 6   that Hyphy already had rights to?
 7           MR. LITTLEWOOD:  Objection.  Lacks
 8   foundation.  Assumes facts not in evidence.
 9   Argumentative.  Vague.
10           MR. BERMAN:  Also states a legal confusion
11   -- legal conclusion.
12           MR. LITTLEWOOD:  Join.
13           THE WITNESS:  $500,000.
14   BY MR. BEGAKIS:
15       Q.  Did he offer anything else of value in exchange
16   for rights in the works that Hyphy already had the right
17   to distribute?
18           MR. LITTLEWOOD:  Objection.  Lacks
19   foundation.  Calls for speculation.  Assumes facts not
20   no evidence.
21           MR. BERMAN:  I want to add vague and
22   ambiguous.
23           THE WITNESS:  No.
24   BY MR. BEGAKIS:
25       Q.  So Yellowcake didn't offer to pay for your legal
```

```
                                                      Page 81
 1   fees in defense of any action that would arise from your
 2   sale of rights in the relevant works to Yellowcake?
 3       A.  No.
 4       Q.  Is Yellowcake presently paying for the cost of
 5   your defense in this dispute?
 6       A.  No.
 7       Q.  When Mr. Hernandez approached you and said that
 8   he wanted to buy rights in the works that Hyphy was
 9   already distributing, did you tell him that Hyphy was
10   already distributing those rights?
11           MR. LITTLEWOOD:  Objection.  Vague as to
12   time.  Lacks foundation.  Mischaracterizes testimony.
13   Assumes facts not in evidence.
14           MR. BERMAN:  Also based on which one?  I
15   join in counsel's prior objections.
16           THE WITNESS:  Yes.
17   BY MR. BEGAKIS:
18       Q.  What was his response to that?
19       A.  He didn't care.
20       Q.  Did you care that you were about to do a deal to
21   sell rights to a third party that you had already sold
22   to Hyphy Music?
23           MR. LITTLEWOOD:  Objection.  Argumentative.
24   Lacks foundation.  Calls for speculation.  Assumes facts
25   not in evidence.
```