# EXHIBIT "N"

Page 45

1  that is going to be digitally distributed.

2      In addition to that, I actually am a -- I have

3  a client that I'm also a principal in -- that has --

4  that -- that owns or controls hundreds and hundreds of

5  musical recordings and those musical recordings are --

6  have all been -- are all being distributed by a handful

7  of different distributors and -- and in certain

8  instances, I'm actually the administrator in charge of

9  uploading the recordings.  And I'm very familiar with

10  then how those recordings each have an ISRC assigned to

11  it.  So I would say that more than qualifies me as an

12  expert on ISRCs.

13      Q   Move to strike as non-responsive.  The --

14      A   What?  How is that not responding?

15          MR. BEGAKIS:  Yeah.  It's ridiculous.

16          THE WITNESS:  Come on.

17          MR. BERMAN:  (indiscernible -

18  simultaneous speech).

19          MR. BEGAKIS:  Motion denied.

20          MR. BERMAN:  But I -- thank you for

21  talking on my record.

22  BY MR. BERMAN:

23      Q   (Indiscernible), you've never written any

24  professional â€" oh.  First of all, if you please --

25  sorry.  Withdrawn.

Page 46

1      Can you please explain for the record what

2  ISRC is?

3      A   It is a -- a code that -- it's a unique code

4  that is assigned to every single recording that ends up

5  being digitally distributed so that the recording can be

6  tracked for various purposes including the performance

7  of the recording and payments associated with the

8  recording.  It stands for International Standard

9  Recording Code, and within the code there are various

10  elements.

11      And again, in the context of working with a

12  client regarding ISRCs, like I had said before, I had

13  literally acquire -- I had set up my own account or like

14  I set up an account, I forgot if it was either through

15  my consulting company or my firm, my law firm, and with

16  a company called isrc.net.

17      And in the context of one particular situation

18  where the client was asking about whether or not they

19  were supposed to assign a new -- a new ISRC with respect

20  to a recording that was being transferred from one

21  distributor to another just to get a -- a -- this was

22  many years ago, but just to get a -- just a little more

23  guidance, I actually called the isrc.net company and

24  what they said to me was that the ISRC is like a Social

25  Security number and it's unique and -- and is never

Page 47

1  supposed to change like you don't change a Social

2  Security number.  And that's how it was explained to me.

3  And that's my -- that's my -- that's -- that's what --

4  that's what an ISRC is.

5      Q   Move to strike as non-responsive.  Could you

6  please explain to me what a UPC is?

7      A   Universal Product Code.  It does similar

8  things to an ISRC but it's -- it's assigned to products

9  not digital media.  And a -- a musical recording, as an

10  example, can have both and should have both, actually.

11  But it's more about products, but the products to which

12  UPCs are signed go way beyond just musical recordings.

13      As an example, a single recording, what we

14  call a single in the music business, would have an ISRC

15  â€" I'm sorry, a UPC.  The album that that single appears

16  on would have its own UPC.  So it's product driven and

17  then it serves the similar purpose, it's constructed

18  similarly and that's what a Universal Product Code is.

19      Q   Move to strike as non-responsive.  Just to

20  clarify --

21          MR. BEGAKIS:  Do we want to keep this

22  deposition going because everything he says is

23  apparently non-responsive to you, Counsel?

24  BY MR. BERMAN:

25      Q   Mr. Katz, you testified that you had a

Page 48

1  conversation with an individual associate -- withdrawn.

2      Who issues ISRC codes?

3      A   So there are various places you can get them.

4  In the United States, the RIAA is the official agency

5  for -- for, you know -- did you say ISRCs by the way?

6  I'm sorry.

7      Q   Yes.

8      A   Okay.  The RIAA is the -- is the designated

9  agent in the United States.  But there are -- there are

10  numerous other parties that become qualified to issue

11  them.  And so, as an example, a -- a music distributor

12  could be authorized as kind of like a manager of the

13  process and -- and they become a registrant.  And so

14  what happens is they're authorized to issue ISRCs to

15  their artist clients, their label clients, so that

16  they're in a position to be able to -- to issue those --

17  to assign those ISRCs to the recordings which -- which

18  then they -- which then -- as an example, again, the

19  distributor delivers to the digital retail streaming

20  platforms because they have --there has to be an ISRC in

21  the metadata that's -- that's delivered along with the

22  recordings to the digital streaming platforms.

23      Q   Is it your expert opinion that a ISRC code is

24  never supposed to change?

25      A   That is my expert opinion.  It is the -- that

Page 49

1   is the custom and practice in -- in the music business.
2   Now, just to clarify, do you mean if -- if a -- if the
3   same exact recording is rereleased or changes
4   distribution?  So let me just clarify my answer.  If the
5   same exact -- if a musical recording has been initially
6   distributed -- released, commercially released, on
7   streaming platforms, it cannot -- it cannot have been
8   done so without assigning a unique ISRC.
9       Even if that recording in -- in exactly the
10  form that it was initially released is -- is taken -- is
11  -- is moved from one distributor to another, the custom
12  and practice is that the -- that the ISRC originally
13  assigned to that recording does not change.  It should
14  not be changed.
15      Q   Okay.
16      A   The same when you issue your Social Security
17  number.
18      Q   Okay.  So what is the factual basis for your
19  opinion that it's the custom and practice in the music
20  industry that an original ISRC doesn't change when a
21  sound recording changes owners?
22      A   A -- a tremendous amount of experience in
23  guiding situations where clients have changed
24  distributors.
25      Q   Okay.  Is it your professional opinion that an

Page 50

1   ISRC code, could and should never be changed when a
2   sound recording changes ownership?
3       MR. BEGAKIS:  Objection.  Vague.
4       MR. SHERMAN:  Also, it misstates
5   testimony.
6   BY MR. BERMAN:
7       Q   (Indiscernible).
8       A   If -- if the -- if the recording in the same
9   exact form is being transferred from one distributor to
10  another, there -- the -- there's -- it is my expert
11  opinion that the ISRC code should not be changed.
12      Q   Okay.  So it's your professional opinion that
13  an ISRC code -- withdrawn.
14      And so it's your expert opinion that there are
15  no circumstances in which an ISRC code should ever be
16  changed when a sound recording changes from one
17  distributor to another; is that correct?
18      MR. SHERMAN:  Objection.  Misstates
19  testimony.
20      MR. BEGAKIS:  And vague as to change.
21      MR. BERMAN:  Okay.  Over their objection,
22  you can answer.
23      THE WITNESS:  So if nothing about the
24  recording changes other than ownership -- oh sorry,
25  other than the -- other than distribution rights.  The

Page 51

1   code should not be changed.
2       Q   Okay.  So my question to you, sir, is:  So
3   should it never be changed under any circumstances when
4   there's a change of distributor?
5       MR. BEGAKIS:  Objection.  Asked and
6   answered.  Vague, argumentative, misstates the witness's
7   prior testimony.
8       MR. BERMAN:  You can answer.
9       THE WITNESS:  If the -- if -- if the --
10  if the same recording is released -- rereleased, then
11  the ISRC should not be changed.
12  BY MR. BERMAN:
13      Q   Okay.  What I asked you again, sir, is that
14  are there any circumstances at all in which case an ISRC
15  should be changed when there's a change of distributor?
16      MR. BEGAKIS:  Objection.  Vague.
17  Misstates the witness's prior testimony.  Asked and
18  answered.
19      THE WITNESS:  I don't think I've come
20  across the situation yet.  I suppose it's possible, but
21  I don't think I've come across such a situation yet in
22  all of my years of dealing with the transfer of ISRCs
23  from one distributor to another, where there was a
24  reason -- there was -- there was a -- it became
25  necessary to change the ISRC.

Page 52

1   BY MR. BERMAN:
2       Q   Okay.  So you're saying that you've never come
3   across a reason to change it, but it's not your expert
4   testimony that it should never be changed under any
5   circumstances?
6       MR. BEGAKIS:  Objection.  Misstates
7   witness's prior testimony.
8       THE WITNESS:  Haven't come across a
9   situation yet where it would be appropriate to make the
10  change.
11  BY MR. BERMAN:
12      Q   Okay.  Notwithstanding that, are there any
13  circumstances whatsoever when an ISRC code could be
14  changed with a change of distributor?
15      MR. BEGAKIS:  Objection.  Vague.  Asked
16  and answered.
17      THE WITNESS:  Again, I have not come
18  across a situation yet where it became appropriate to
19  make the change.
20  BY MR. BERMAN:
21      Q   Okay.  So then is it your testimony that you
22  had --
23      A   Can I finish my question -â€" my answer, I mean?
24      Q   Go ahead.
25      A   In the event that the same exact recording was

Page 65

1    recording.

2    BY MR. BERMAN:

3        Q   Okay.  And may I ask you about the basis of

4    your belief.  Is that your own personal opinion or is

5    that based on any publication or other objective source?

6        A   It's based on my -- again, based on my vast

7    experience in terms of my presiding over the change from

8    one distributor to another and conversations that I've

9    had with various distributors when -- from time to time,

10   the -- the question came up as to the -- basically the -

11   - the whole transfer process and within those

12   discussions of making sure that all of the information

13   would change hands from one distributor to another.

14   There have been conversations that I've had in various

15   capacities, when I say capacities, meaning representing

16   various types of different clients about why the ISRC

17   code shouldn't change.

18       Q   Just to be clear, so it's your opinion that an

19   ISRC code shouldn't change, but not that it can't

20   change, correct?

21       A   It can physically happen, but it's not

22   supposed to.

23       Q   Okay.  Is there any legal -- are you aware of

24   any legal prohibition against changing an ISRC code?

25           MR. BEGAKIS:  Objection.  Vague.  Calls

Page 66

1    for a legal conclusion.

2           THE WITNESS:  I -- I don't believe it's

3    illegal to do it.

4    BY MR. BERMAN:

5        Q   Okay.  And --

6           MR. SHERMAN:  Can we take a five-minute

7    break?

8           MR. BEGAKIS:  Thank you.  I was just --

9           MR. SHERMAN:  I need to use the restroom.

10          MR. BEGAKIS:  Me too.

11          THE REPORTER:  Going of the record at

12   2:58 p.m., Eastern.

13       (Off the record.)

14          THE REPORTER:  Back on the record, 3:11

15   p.m., Eastern.

16   BY MR. BERMAN:

17       Q   Mr. Katz, would you agree with me that there's

18   no technical prohibition for a new owner of a sound

19   recording -- or withdrawn.  Let me ask it again

20   differently.

21          Mr. Katz, would you agree with me that there's

22   no technical prohibition preventing the new owner of a

23   sound recording from changing the ISRC code?

24          MR. BEGAKIS:  Objection.  Vague.

25          THE WITNESS:  I'm not aware -- I'm not --

Page 67

1    I'm not at -- Okay.  Can I answer?

2           MR. BERMAN:  Yeah.

3           THE WITNESS:  I'm not aware that it would

4    be technically impossible to do it.

5    BY MR. BERMAN:

6        Q   And is it true that there's no penalty of any

7    kind for a new owner of a sound recording for changing

8    the ISRC code?

9           MR. BEGAKIS:  Objection.  Vague.

10          THE WITNESS:  I'm not aware of any

11   consequence from a technical standpoint although I

12   suppose that on the discovery that there was a change,

13   there -- there could be some consequences at various

14   levels of the entire commercial recording release

15   process.  But other than consequences that may befall

16   the situation, I'm -- I'm not aware of that either, like

17   a punitive situation.

18   BY MR. BERMAN:

19       Q   Just to clarify for the record, you've defined

20   the Hyphy Albums as -- To clarify for the record, you've

21   clarified in your record the Hyphy Albums as the

22   following:  "El Compesino, Corridos De Poca M, Amigos y

23   Contrarios, En Vivo Desde La Cantina de Mi Barrio," and

24   "Nuestra Historia En Vivo," correct?

25       A   I see that I've listed those titles and

Page 68

1    referred to them as the "Hyphy Albums."

2        Q   Okay.  And is it your belief that a company

3    called The Orchard had initially procured ISRC codes in

4    connection with each of these Hyphy Albums and assigned

5    them to each of the albums?

6        A   I wasn't actually there so I'm assuming that

7    since that is the practice, that that's what occurred.

8        Q   So you wrote here in your report, "In turn, it

9    would have been the responsibility and obligation of The

10   Orchard, again, on behalf of Hyphy, to obtain the ISRC

11   with respect to each of the Hyphy Recordings contained

12   on each of the Hyphy Albums, as well as any UPC as

13   applicable, and to provide these ISRCs and any UPCs to

14   the streaming platforms in conjunction with the delivery

15   of the Hyphy Albums and Hyphy Recordings directly to the

16   streaming platforms."  That's what you wrote, correct?

17       A   I wasn't following you, but I'll take your

18   word for it that you were reading from my report.

19       Q   And do you have any firsthand knowledge as to

20   whether or not The Orchard had actually procured ISRCs

21   and UPCs in connection with the Hyphy Albums?

22       A   I -- as I stated before, I don't -- I wasn't

23   there, so I don't actually know for sure that's exactly

24   how those codes were acquired and assigned.  So the way

25   I wrote it was to say that that would normally be the

Page 69

1  practice.

2      Q   Okay.  And then, I'm reading for the next

3  paragraph, on paragraph on page 5 of Exhibit B.  "Once

4  the ISRCs were signed by The Orchard and delivered to

5  the streaming platforms as part of the metadata with

6  respect to the Hyphy Recordings, those ISRCs are

7  supposed to remain associated with each respective Hyphy

8  Recording in perpetuity without change or replacement,

9  regardless of whether the rights to Hyphy Recordings

10  were assigned to another distributor and rereleased by

11  such other distributor."  Do you see where you wrote

12  that?

13      A   I have to scroll, but I'm just assuming you're

14  reading from -- sounds like you're reading from the

15  report, so I'm going to take your word for it.

16      Q   Yes.  To be clear from the record, I'm reading

17  from the second paragraph from the bottom of page 5 of

18  Exhibit B.

19      A   Yeah.  I've seen that.  Yes.  Okay.  I see the

20  paragraph, but sounds like you're reading from the

21  report, so I see that -- I see that I wrote that.

22      Q   Okay.  And just be clear that you have no

23  firsthand knowledge as to whether or not The Orchard

24  actually did, in fact, assign ISRCs to the Hyphy

25  Recordings or Albums?

Page 70

1      MR. BEGAKIS:  Objection.  Asked and

2  answer.

3      MR. BERMAN:  Just trying to clarify.

4      THE WITNESS:  Yeah.  I -- I answered that

5  question already.  I -- I wasn't involved in the

6  process, so I can't say for sure exactly who acquired

7  them.

8  BY MR. BERMAN:

9      Q   And I would ask you, what is the basis for

10  your statement that those ISRCs are supposed to remain

11  associated with each respective Hyphy Recording in

12  perpetuity without change or replacement, regardless of

13  whether the rights for the Hyphy Recordings were

14  assigned to another distributor and they rereleased by

15  such other distributor?

16      A   I -- God, I believe we've talked through all

17  of the reasons and what is my experience custom practice

18  regarding the initial assignment of an ISRC and that

19  regardless of whether the distributor changes hands, the

20  ISRC should not be changed.  And I'll just refer back to

21  the record of this deposition in which we've discussed

22  at length that idea.

23      Q   Move to strike as non-responsive.

24      I'm going to read from the next paragraph.

25  "It appears that Yellowcake, Inc., 'Yellowcake'

Page 71

1  delivered these same Hyphy Recordings to Yellowcake's

2  distributor apparently Colonize Media, at some point in

3  the process of Yellowcake commercially distributing the

4  Hyphy Recordings and in connection with such rerelease

5  by Yellowcake/Colonize of the Hyphy Recordings new ISRCs

6  were assigned to the Hyphy Recordings, and new UPCs were

7  assigned to the Hyphy Albums."  You see where you wrote

8  that?

9      A   Yes.

10      Q   Okay.  What's your factual basis for that

11  representation in the expert report that Yellowcake had

12  assigned new ISRCs to the recordings?

13      A   I -- I believe I -- I researched these

14  recordings by looking into the resources provided by

15  SoundExchange because SoundExchange is the -- has been

16  designated -- is designated in the U.S. as the

17  authoritative source.

18      I'm sorry guys, I'm getting an Adobe Flash

19  update.  Hang on one second.  Sorry.  Weird.  Okay.  All

20  right.  Oh, God.  Right in the middle of -- there we go.

21  Okay.  I'm back.

22      Yeah.  So I -- I looked in -- in the Sound --

23  I looked at SoundExchange being the source, and I

24  noticed that there were -- there was -- there was a

25  second ISRC assigned to the -- what looked like the same

Page 72

1  exact recording.

2      Q   Okay.  And you didn't include the findings of

3  your research in connection with the expert report

4  marked as Exhibit B, correct?

5      MR. BEGAKIS:  Objection.  Misstates

6  witness's prior testimony.  Assumes facts not in

7  evidence.

8      THE WITNESS:  I'm sorry.  What was the

9  question?

10  BY MR. BERMAN:

11      Q   You didn't include the findings of your

12  research on SoundExchange that you just testified to as

13  an exhibit with your -- to your expert report, correct?

14      MR. BEGAKIS:  Same objection.

15      THE WITNESS:  No.  But I believe I listed

16  in my sources that, that was the -- a source that I had

17  consulted.

18  BY MR. BERMAN:

19      Q   Okay.  But you didn't actually produce any

20  documents referencing or related to the -- to your

21  research, correct?

22      A   You mean like a screenshot?

23      Q   Correct.

24      A   Okay.  It was my understanding that was

25  already in the record.  But if it isn't, then my bad.

Page 73

1  So -- but I did list it as a source, but I didn't attach

2  it as an exhibit.

3      Q.  Okay.  What's your -- the basis for your

4  opinion that SoundExchange is the definitive database

5  for ISRC code?

6          MR. BEGAKIS:  Objection, to the extent of

7  misstates the witness's prior testimony.

8          THE WITNESS:  Just common knowledge that

9  that is the definitive source that has been assigned by

10  the RIAA.  So common knowledge.

11  BY MR. BERMAN:

12      Q.  Isn't it true that SoundExchange is a

13  collective rights management organization that collects

14  and distributes digital performance royalties for sound

15  recording?

16      A.  That is my understanding as to one of the

17  functions.

18      Q.  And is it true that SoundExchange does not

19  issue ISRC codes?

20      A.  I don't know if you can get -- I don't think

21  you can get -- I don't know if SoundExchange is a -- is

22  a source.  I just know that they're the designated

23  authoritative source for data relating to ISRCs.  But I

24  don't know whether or not you can actually go to

25  SoundExchange to acquire an ISRC.

Page 74

1      Q.  I'm going to read the next line, which is on

2  page 6 of Exhibit B.  It's the second paragraph.  "As

3  mentioned above, the new ISRCs should not have been

4  assigned to each of the Hyphy Recordings.  Such actions

5  causes confusion and issues indicates that Yellowcake

6  and Colonize failed to take the customary and

7  appropriate steps in order to secure the transfer and

8  assignment of the original ISRCs previously assigned to

9  the Hyphy Recordings and failed to attempt to

10  cooperate/coordinate with Hyphy/The Orchard.

11          It is clear that for numerous reasons that

12  Yellowcake and Colonize knew that the Hyphy Recordings

13  had been previously commercially released by Hyphy/The

14  Orchard.  Yellowcake and Colonize knew there would be

15  issues with Yellowcake/Colonize commercially releasing

16  duplicates of the Hyphy Recordings.  So Yellowcake and

17  Colonize apparently chose to ignore the issues of

18  Hyphy's prior release of the Hyphy's Recordings and

19  rerelease/redistribute the Hyphy Recordings regardless

20  of these issues and prior releases thereof."  Do you see

21  that?

22      A.  Yes, sir.

23      Q.  Okay.  So again, if the assignment of new

24  ISRCs causes confusion and issues -- withdrawn.

25          How does the issuance of new ISRC codes

Page 75

1  necessarily mean that Yellowcake and Colonize failed to

2  take customary and appropriate steps in order to secure

3  the transfer of the original ISRCs previously assigned

4  to Hyphy?

5      A.  The customary process is that the new

6  distributor would contact the or coordinate with the

7  former distributor if there was a changing hands of the

8  distribution rights from one distributor to another.

9  Again, going back to it is not the customary practice.

10  It is not the appropriate practice to assign a new ISRC

11  to the exact same recording in the exact same form that

12  it was originally commercially released, distributed,

13  and -- and delivered to a streaming platform.

14          And so the fact that Yellowcake and Colonize

15  assign new ISRCs tells me that they did not take the

16  customary in appropriate steps and didn't do the proper

17  thing.

18      Q.  Okay.  So why is it inappropriate to change an

19  ISRC code?

20      A.  As stated in my report and many times over in

21  this deposition, it's problematic.  It causes confusion.

22  It causes issues at every level, including that the

23  streaming platform level, in terms of their own ability

24  to track the performance of a recording and causes

25  conflict within their systems.

Page 76

1      Q.  Would you agree with me that regardless of the

2  problems that you believe it may cause to change in ISRC

3  code, that it would be the prerogative of the new owner

4  of a sound recording to decide whether or not to keep an

5  old ISRC code or obtain a new one?

6          MR. BEGAKIS:  Objection.  Vague.

7          THE WITNESS:  Absolutely not.  It's --

8  it's not the custom and practice, and so it shouldn't be

9  the prerogative.  They shouldn't have a choice.  It's --

10  it's not appropriate.

11  BY MR. BERMAN:

12      Q.  Okay.  But the appropriateness is based on the

13  potential problems that changing the ISRC code causes

14  that you testified to, correct?

15          MR. BEGAKIS:  Objection, to the extent of

16  misstates to witness's prior testimony, and vague.

17          THE WITNESS:  It's not the practice to

18  change the code for all the reasons that we've discussed

19  at great length.

20  BY MR. BERMAN:

21      Q.  Okay.  But again, then you agree with me that

22  the -- there is no prohibition, either technical or

23  legal from changing an ISRC code by a new owner of a

24  sound record?

25          MR. BEGAKIS:  Objection.  Asked and