**ALTVIEW LAW GROUP, LLP**
JOHN M. BEGAKIS (SBN 278681)
john@altviewlawgroup.com
12100 Wilshire Blvd., Suite 800
Los Angeles, California 90025
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

**SHERMAN LAW GROUP, LLP**
RICHARD LLOYD SHERMAN (SBN 106597)
richard@shermanlawgroup.com
9454 Wilshire Blvd., Suite 850
Beverly Hills, California 90212
Telephone: (310) 246-0321
Facsimile: (562) 246-0305

*Attorneys for Defendant/Counterclaimant* HYPHY MUSIC, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYPHY MUSIC, INC.,<br><br>Defendant. | **Case No.: 1:20-cv-00988-AWI-BAM**<br><br>[Assigned to the Hon. Jennifer L. Thurston]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT/COUNTERCLAIMANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| HYPHY MUSIC, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>YELLOWCAKE, INC.; COLONIZE MEDIA, INC; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR,<br><br>Counter-Defendants. | Date:  June 27, 2023<br>Time: 9:00 a.m.<br>Dept.: Courtroom 4 (7th Floor)<br>           2500 Tulare Street<br>           Fresno, CA 93721<br>Judge: Hon. Jennifer L. Thurston |

# [PROPOSED] ORDER

On June 27, 2023 at 9:00 a.m. in Courtroom 4 of the United States District Court, Eastern District of California, located at 2500 Tulare Street, Fresno, California 93721, the Honorable Jennifer L. Thurston presiding, the motion, pursuant to Rule 56 of the Federal Rules of Civil Procedure ("**FRCP**"), for summary judgment, or, in the alternative, summary adjudication (the "**Motion**") filed by Defendant/Counterclaimant HYPHY MUSIC, INC., ("**Hyphy**") (a) as to the Complaint filed by Plaintiff YELLOWCAKE, INC. ("**Yellowcake**") against Hyphy, in its entirety, and (b) in Hyphy's favor as to its Second and Sixth Claims for Relief set forth in its Amended Counterclaim against Counter-Defendants Yellowcake, JOSE DAVID HERNANDEZ ("**Hernandez**"), and COLONIZE MEDIA, INC. ("**Colonize**") (collectively "**Cross-Defendants**") came on regularly for hearing.

After considering Hyphy's Motion, the papers in support of and in opposition to the same, as well as the oral arguments of the parties and papers on file in the action, and finding good cause therefore, the Court hereby **GRANTS** the Motion.

**THEREFORE, IT IS SO ORDERED** that:

1. Yellowcake's Complaint is dismissed in its entirety, with prejudice, or, in the alternative, the _____ Claims are dismissed, with prejudice; and

2. Summary adjudication in favor of Hyphy is proper as to the _____ Counterclaims in Hyphy's Amended Counterclaim.

**IT IS SO ORDERED**

DATED: _____    _____
                                  The Honorable Jennifer L. Thurston
                                  United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing electronically filed document has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3.

Dated: May 19, 2023                    By:   /s/ John Begakis
                                             John M. Begakis