**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HYPHY MUSIC, INC.,<br><br>　　　　　　Defendant. | Case No.: 1:20-CV-00988-JTL-BAM<br><br>**STIPULATION TO EXTEND TIME**<br><br>Magistrate Judge: Barbara A. McAuliffe |
| HYPHY MUSIC, INC.,<br><br>　　　　　　Counterclaimant,<br><br>　v.<br><br>YELLOWCAKE, INC., COLONIZE MEDIA, INC., JOSE DAVID HERNANDEZ, JESUS CHAVEZ, SR.,<br><br>　　　　　　Counterdefendants. | |

　　　Plaintiff/Counterdefendants Yellowcake, Inc., Colonize Media, Inc and Jose David Hernandez ("Plaintiff/Counterdefendants"), Defendant/Counterclaimant Hyphy Music, Inc. ("HMI"), and Defendant Jesus Chavez, Sr. ("Chavez", and together with Plaintiff/Counterdefendants and HMI, the "Parties") hereby agree and stipulate to the following for the reasons set forth below:

---

1

**STIPULATION EXTENDING TIME**

1.      On February 22, 2023, this Court entered an amended scheduling order in this case (ECF No. 69) ("Amended Scheduling Order").

2.      Pursuant to the Amended Scheduling Order, the dispositive motion filing deadline is July 14, 2023.

3.      On May 19, 2023, HMI filed its Motion for Summary Judgment (ECF No. 78).

4.      The Parties met and conferred regarding the briefing schedule for the motion for summary judgment that has been filed in this case by HMI and the motions for summary judgment that may be filed in this case by Plaintiff/Counterdefendants and Chavez.

5.      Given that there have been three (3) motions filed (one motion filed thus far in this case and two motions for summary judgment filed in *Yellowcake v. Morena, et al.*, Case No. 1:20-cv-0787), given that Plaintiff/Counterdefendants and HMI are represented by the same counsel in both cases, given the past and upcoming holidays (Memorial Day, Jewish Holiday of Shavuot, and Independence Day), and given that the Court stated in its Minute Order dated May 23, 2023 (ECF No. 79) that "it is likely to be six <u>or more</u> months until the motion(s) in this matter be resolved," the Parties stipulate and agree as follows:

(a)   On or before July 14, 2023, Plaintiff/Counterdefendants and Chavez shall file their motion for summary judgment.

(b)   On or before August 15, 2023, the Parties shall file their respective oppositions to the Motions for Summary Judgment filed by the other Parties.

(c)   On or before September 15, 2023, the Parties shall file their respective replies to the opposition filed by the opposing Parties.

Good cause therefore exists to modify the Amended Scheduling Order as set forth above.

There has been no previous request for an extension of time in connection with this matter.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 31, 2023                    **ABRAMS, FENSTERMAN, LLP**

                                       By:      /s/ Seth L. Berman
                                           Seth L. Berman, Esq. (*pro hac vice*)
                                           ***Attorneys for Plaintiff/Counterdefendants
                                           Yellowcake, Inc., Colonize Media, Inc.,
                                           and Jose David Hernandez***

Dated: May 31, 2023                    ***ALTVIEW LAW GROUP, LLP***

                                       By:      /s/ John Begakis
                                           John Begakis, Esq.
                                           ***Attorney for Defendant/Counterclaimant***

Dated: May 31, 2023                    ***WHITNEY, THOMPSON & JEFFCOACH LLP***

                                       By:      /s/ William H. Littlewood
                                           William H. Littlewood, Esq.
                                           ***Attorneys for Counterdefendant
                                           Jesus Chavez, Sr.***

**STIPULATION EXTENDING TIME**