**ABRAMS FENSTERMAN, LLP**
Seth L. Berman, Esq. (*admitted pro hac vice*)
  sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

**HEFNER STARK & MAROIS, LLP**
Thomas P. Griffin Jr., Esq. (SBN 155133)
  tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

Attorneys for Plaintiff YELLOWCAKE, INC., and Counterdefendants YELLOWCAKE, INC., COLONIZE MEDIA, INC., and JOSE DAVID HERNANDEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>HYPHY MUSIC, INC.,<br><br>            Defendant. | **Case No.: 1:20-cv-00988-JLT-BAM**<br><br>**DECLARATION OF SETH L. BERMAN IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 56 MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION**<br>Judge: Hon. Jennifer L. Thurston<br>Date: August 4, 2023<br>Courtroom: Courtroom 4, 7th floor |

---

1

**DECLARATION OF SETH L. BERMAN IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 56 MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION**

| | |
|---|---|
| HYPHY MUSIC, INC., | ) |
| Counterclaimant, | ) ) ) |
| v. | ) ) |
| YELLOWCAKE, INC., A CALIFORNIA CORPORATION; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR, | ) ) ) ) ) ) |
| Counterdefendants. | ) ) |

SETH L. BERMAN, declares as follows:

1. I am a partner in the law firm of Abrams Fensterman, LLP and I am admitted *pro hac vice* in connection with this matter to practice before this Court. (ECF 6). I am counsel of record for Plaintiff Yellowcake, Inc. ("Yellowcake" or "Plaintiff") and Counterdefendants Yellowcake, Colonize Media, Inc., ("Colonize") and Jose David Hernandez ("Hernandez"), and as such, I have personal knowledge of the facts and circumstances in this matter.

2. This declaration is being submitted in support of Yellowcake and Colonize's Motion for Summary Judgment and Summary Adjudication pursuant to Federal Rule of Civil Procedure 56.

3. This declaration is based upon my personal knowledge obtained as attorney for Yellowcake and Colonize, as well as the Exhibits annexed hereto, the accompanying Memorandum of Points and Authorities, and all prior pleadings and proceedings had herein.

## FACTS & EXHIBITS

4. For the sake of brevity and judicial economy, the undersigned restates the facts set forth in the accompanying Statement of Uncontested Facts, Memorandum of Points and Authorities and Declarations of Kevin Berger and Jose David Hernandez

Abrams Fensterman, LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

and incorporates them as if fully set forth herein. 1

5. Attached hereto as Exhibits are true and correct copies of the documents referenced in the Memorandum of Points and Authorities ("MPA") submitted herewith.

6. Attached hereto as **Exhibit "A"** is a copy of excepts from the deposition transcript of Jose Martinez dated July 26, 2022.

7. Attached hereto as **Exhibit "B"** is a copy of the Asset Purchase and Assignment Agreement dated March 21, 2019 (Bates No. PFL000021-000040).

8. Attached hereto as **Exhibit "C"** is a copy of the email correspondence with The Orchard dated June 20, 2022 (Bates No. ORCHARD000068).

9. Attached hereto as **Exhibit "D"** is a copy of the royalty reports for Hyphy Music, Inc. extending to 2022 produced pursuant to subpoena from The Orchard together with Certification of Business Records dated April 29, 2022 (Bates No. ORCHARD001701).

10. Attached hereto as **Exhibit "E"** is a copy of Defendant/Counterlcaimant's Responses to Plaintiff/Counterdefendants' First Set of Interrogatories dated March 31, 2022 .

11. Attached hereto as **Exhibit "F"** is a copy of the email correspondence enclosing production pursuant to Plaintiff's Request for Production to Defendant – Set One dated January 18, 2022.

12. Attached hereto as **Exhibit "G"** is a copy of Defendant/Counterclaimant's Responses to Plaintiff/Counterdefendants' First Set of Request for Production dated March 31, 2022.

13. Attached hereto as **Exhibit "H"** is a copy of Defendant/Counterclaimant's Supplemental Responses to Plaintiff/Counterdefendants' First Set of Request for Production dated October 10, 2022.

---

1 All capitalized yet undefined terms used herein have the same meaning ascribed to them in the accompanying Statement of Uncontested Facts.

14. Attached hereto as **Exhibit "I"** is a copy of the Defendant/Counterclaimant's Responses to Plaintiff/Counterdefendants' Second Set of Requests for Production dated November 28, 2022.

15. Attached hereto as **Exhibit "J"** is a copy of excepts from the deposition transcript of Alfonso Vargas dated December 6, 2022.

16. Attached hereto as **Exhibit "K"** is a copy of excepts from the deposition transcript of Domingo Torres Flores dated December 7, 2022.

17. Attached hereto as **Exhibit "L"** are copies of the cease and desist letters addressed to Alfonso Vargas and Domingo Torres Flores dated March 2, 2022 (Bates Nos. PLF000092-000095).

**WHEREFORE**, the undersigned respectfully requests that this Court grant Plaintiff/Counterdefendant Yellowcake, Colonize and Hernandez's Motion for Summary Judgment and Summary Adjudication pursuant to Fed. R. Civ. P. 56, together with such other and further relief as this Court deems just and proper.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 14, 2023                    Respectfully submitted,

**ABRAMS FENSTERMAN, LLP**

By: /s/ Seth L. Berman
Seth L. Berman, Esq. (*admitted pro hac vice*)
***Attorneys for Plaintiff Yellowcake, Inc., and Counterdefendants Colonize Media, Inc., and Jose David Hernandez***

4

**DECLARATION OF SETH L. BERMAN IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 56 MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION**