# EXHIBIT C

**From:** Kevin kevin@bergerco.com
**Subject:** Yellowcake, Inc, / Los Originales de San Juan / Hyphy and Morena Music, et al
**Date:** June 29, 2020 at 4:50 PM
**To:** bwexler@theorchard.com
**Cc:** David Hernandez davidh@colonizemedia.com

Good afternoon Ben,

Long time no talk to. I own the attached assets, and of course, Hyphy is infringing upon them. It appears that others have joined the infringement party as well. Still amused by Mr. Martinez's last minute disavowance of our Mar International, Inc. settlement agreement he signed earlier in the year. His time is coming, should be fun. Anyway, please see the attached copyright information with the SR registration and UPC numbers. Please take down the assets from YouTube and any and all other platforms Immediately. Thank you very much for your prompt attention to this matter.

Sincerely,

Kevin Berger
YELLOWCAKE, INC.

| Artist | Album | Imprint | SR Registration | UPC |
|---|---|---|---|---|
| Los Originales de San Juan | Celebrando 39 | Los Play Music | SR0000863476 | 821691353127 |
| Los Originales de San Juan | 50 Mentadas | Los Play Music | SR0000863553 | 821691350324 |
| Los Originales de San Juan | 50 Mentadas | Recop Music | SR0000863553 | 821691922620 |
| Los Originales de San Juan | El Campesino | Hyphy Music | SR0000863321 | 190374798310 |
| Los Originales de San Juan | Corridos De Poca M | Hyphy Music | SR0000863319 | 190374772488 |
| Los Originales de San Juan | Corridos De Poca M | Hyphy Music | SR0000863319 | 889176663055 |
| Los Originales de San Juan | Amigos y Contrarios | Hyphy Music | SR0000863320 | 18736107528 |
| Los Originales de San Juan | 15 Corridos Inmortales | Los Play Music | SR0000864335 | 821691351628 |
| Los Originales de San Juan | Naci Con Suerte De Rey | Hyphy Music | SR0000864340 | 888003162808 |
| Los Originales de San Juan | Nuestra Historia En Vivo | Hyphy Music | SR0000864336 | 191018998745 |
| Los Originales de San Juan | Mariachi | JC RECORDS | SR0000864338 | 89269600237 |
| Los Originales de San Juan | Desde la Cantina de Mi Barrio | Hyphy Music | SR0000866471 | 191018998417 |