# EXHIBIT D

| Accounting Year | Accounting Month Num | Activity Year | Activity Month Num | DSP | Country Name | Label Name | Label Imprint | UPC | Artist Name | Album Name | ISRC | Track Title | Track Location | Sales Type | Units | Client Net Receipt USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494908 | Tan Solo Penas | 10 | S | 1 | 0.00637 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358716 | Devuelveme el Corazo | 9 | S | 1 | 0.00637 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494903 | El Original | 5 | S | 3 | 0.019045 |
| 2022 | 2 | 2021 | 12 | Tidal | Mexico | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358709 | Naci Con Suerte de Re | 1 | S | 1 | 0.002736 |
| 2022 | 2 | 2021 | 12 | Tidal | USA | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752267 | Ellado Mera | 15 | S | 5 | 0.031833 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | Mexico | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358710 | Volver a Vivir | 3 | S | 1 | 0.004875 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494907 | Mi Viejo | 9 | S | 3 | 0.019045 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752276 | El Jardinero | 9 | S | 5 | 0.031785 |
| 2022 | 2 | 2021 | 12 | Tidal | USA | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752273 | La Caspa del Diablo | 6 | S | 11 | 0.057382 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494902 | Javier Fernandez | 4 | S | 4 | 0.025415 |
| 2022 | 2 | 2021 | 12 | Tidal | Mexico | Hyphy Music | HYPHY MUSIC | 190374363334 | Los Originales De San | El Campesino | QMDA61551860 | El Campesino | 1 | S | 3 | 0.007395 |
| 2022 | 2 | 2021 | 12 | Tidal | Mexico | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752258 | Naci Con Suerte de Re | 6 | S | 4 | 0.010944 |
| 2022 | 2 | 2021 | 12 | Tidal | Chile | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358708 | Naci Con Suerte de Re | 1 | S | 1 | 0.002448 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358709 | Don Miguel Herrera | 2 | S | 3 | 0.019045 |
| 2022 | 2 | 2021 | 12 | Tidal | USA | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752260 | El Clavo | 8 | S | 6 | 0.036134 |
| 2022 | 2 | 2021 | 12 | Tidal | Mexico | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752269 | El Aguacatero | 2 | S | 1 | 0.001923 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494900 | Sin Fortuna | 2 | S | 15 | 0.095333 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752253 | Mi Ultimo Deseo | 1 | S | 4 | 0.025415 |
| 2022 | 2 | 2021 | 12 | Tidal | USA | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752270 | El Patas de Diablo | 3 | S | 3 | 0.015765 |
| 2022 | 2 | 2021 | 12 | Tidal | USA | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752271 | El Cara de Chango | 4 | S | 18 | 0.108105 |
| 2022 | 2 | 2021 | 12 | Tidal | USA | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752281 | El Corrido del Charapo | 14 | S | 2 | 0.012243 |
| 2022 | 2 | 2021 | 12 | Tidal | USA | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752256 | El Morralito | 4 | S | 5 | 0.029085 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752254 | La Peda | 2 | S | 2 | 0.01274 |
| 2022 | 2 | 2021 | 12 | Tidal | USA | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752277 | El Grande de Michoaca | 10 | S | 3 | 0.019293 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358715 | Sin Llorar y Como Ami | 8 | S | 2 | 0.01274 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494899 | El Carlichi | 1 | S | 67 | 0.420741 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358710 | Volver a Vivir | 3 | S | 1 | 0.00637 |
| 2022 | 2 | 2021 | 12 | Tidal | USA | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494900 | Sin Fortuna | 2 | S | 19 | 0.113894 |
| 2022 | 2 | 2021 | 12 | Rhapsody/Napster | USA | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752273 | La Caspa del Diablo | 6 | S | 1 | 0.00637 |
| 2022 | 2 | 2021 | 12 | Tidal | USA | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752279 | Pacas de a Kilo | 12 | S | 10 | 0.060323 |
| 2022 | 2 | 2022 | 1 | Spotify | United Kingdom | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494899 | El Carlichi | 1 | AS | 1 | 0.001109 |
| 2022 | 2 | 2022 | 1 | Deezer | Mexico | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358708 | Naci Con Suerte de Re | 1 | AS | 12 | 0.006746 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | Canada | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300327 | El Buchon | 3 | S | 1 | 0.00544 |
| 2022 | 2 | 2022 | 1 | YouTube-Red | Argentina | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358719 | Miraron Llorar a Este I | 12 | S | 1 | 0.000922 |
| 2022 | 2 | 2022 | 1 | MediaNet | USA | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300327 | El Buchon | 3 | S | 48 | 0.087742 |
| 2022 | 2 | 2022 | 1 | Amazon Unlimited | USA | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752269 | El Aguacatero | 2 | S | 11 | 0.05761 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | USA | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494900 | Sin Fortuna | 2 | CL | 20 | 0.007732 |
| 2022 | 2 | 2022 | 1 | Spotify | Mexico | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752269 | El Aguacatero | 2 | S | 211 | 0.162614 |
| 2022 | 2 | 2022 | 1 | Deezer | Mexico | Hyphy Music | HYPHY MUSIC | 190374363334 | Los Originales De San | El Campesino | QMDA61551860 | El Campesino | 1 | S | 1 | 0.000231 |
| 2022 | 2 | 2022 | 1 | YouTube | USA | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494904 | Manuel Gonzalez | 6 | AS | 1697 | 2.30843 |
| 2022 | 2 | 2022 | 1 | Spotify | Mexico | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300334 | Hoy Que Mis Hijos Se I | 10 | AS | 1486 | 1.146938 |
| 2022 | 2 | 2022 | 1 | Spotify | Mexico | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752258 | Naci Con Suerte de Re | 6 | S | 353 | 0.272051 |
| 2022 | 2 | 2022 | 1 | YouTube-Red | Peru | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494907 | Mi Viejo | 9 | S | 2 | 0.008013 |
| 2022 | 2 | 2022 | 1 | YouTube | Mexico | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752265 | La Vida Prestada | 13 | AS | 2269 | 0.206767 |
| 2022 | 2 | 2022 | 1 | Pandora | USA | Hyphy Music | HYPHY MUSIC | 190374363334 | Los Originales De San | El Campesino | QMDA61551860 | El Campesino | 1 | AS | 14 | 0.02093 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | USA | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358716 | Devuelveme el Corazo | 9 | S | 23 | 0.087648 |
| 2022 | 2 | 2022 | 1 | Deezer | Mexico | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494901 | El Fantasma | 3 | AS | 31 | 0.014859 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | Mexico | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494908 | Tan Solo Penas | 10 | S | 14 | 0.027827 |
| 2022 | 2 | 2022 | 1 | Spotify | Australia | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494900 | Sin Fortuna | 2 | S | 1 | 0.002653 |
| 2022 | 2 | 2022 | 1 | SoundCloud Go | USA | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494899 | El Carlichi | 1 | S | 3 | 0.03835 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | USA | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752260 | El Clavo | 8 | CL | 7 | 0.002706 |
| 2022 | 2 | 2022 | 1 | Spotify | El Salvador | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494908 | Tan Solo Penas | 10 | AS | 1 | 0.000767 |
| 2022 | 2 | 2022 | 1 | YouTube | Guatemala | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494900 | Sin Fortuna | 2 | AS | 1744 | 0.078783 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | USA | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300327 | El Buchon | 3 | S | 679 | 2.892833 |
| 2022 | 2 | 2022 | 1 | Spotify | Canada | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494900 | Sin Fortuna | 2 | AS | 4 | 0.003435 |
| 2022 | 2 | 2022 | 1 | Spotify | Chile | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358709 | Don Miguel Herrera | 2 | S | 1 | 0.001122 |
| 2022 | 2 | 2022 | 1 | Spotify | Mexico | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358719 | Miraron Llorar a Este I | 12 | S | 127 | 0.097877 |
| 2022 | 2 | 2022 | 1 | YouTube-Red | Mexico | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300333 | Hugo Salazar | 9 | S | 38 | 0.040568 |
| 2022 | 2 | 2022 | 1 | Spotify | Honduras | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494900 | Sin Fortuna | 2 | S | 30 | 0.043321 |
| 2022 | 2 | 2022 | 1 | YouTube | Argentina | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300327 | El Buchon | 3 | AS | 1 | 0.000116 |
| 2022 | 2 | 2022 | 1 | YouTube | Brazil | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494900 | Sin Fortuna | 2 | AS | 1 | 0.000211 |
| 2022 | 2 | 2022 | 1 | YouTube | Spain | Hyphy Music | HYPHY MUSIC | 190374363334 | Los Originales De San | El Campesino | QMDA61551860 | El Campesino | 1 | AS | 9 | 0.017284 |
| 2022 | 2 | 2022 | 1 | YouTube-Red | Honduras | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300331 | Rolando Junior | 7 | S | 3 | 0.001012 |
| 2022 | 2 | 2022 | 1 | Spotify | Mexico | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752277 | El Grande de Michoaca | 10 | S | 104 | 0.080151 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | Canada | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300330 | Dos Perros Malnacidos | 6 | S | 7 | 0.038094 |
| 2022 | 2 | 2022 | 1 | Deezer | USA | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300335 | Jesus Herrera | 11 | AS | 3 | 0.002808 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | Guatemala | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494899 | El Carlichi | 1 | S | 6 | 0.024086 |
| 2022 | 2 | 2022 | 1 | Spotify | USA | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494908 | Tan Solo Penas | 10 | AS | 2309 | 3.876035 |
| 2022 | 2 | 2022 | 1 | YouTube-Red | Argentina | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752264 | El Carlichi | 12 | S | 1 | 0.000922 |
| 2022 | 2 | 2022 | 1 | Spotify | USA | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300337 | Hartate Mugroso | 13 | AS | 2701 | 4.534275 |
| 2022 | 2 | 2022 | 1 | YouTube-Red | Honduras | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494900 | Sin Fortuna | 2 | S | 39 | 0.021556 |
| 2022 | 2 | 2022 | 1 | Spotify | Mexico | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752260 | El Clavo | 8 | S | 171 | 0.131787 |
| 2022 | 2 | 2022 | 1 | Deezer | Mexico | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494908 | Tan Solo Penas | 10 | S | 1 | 0.002868 |
| 2022 | 2 | 2022 | 1 | YouTube-Red | Costa Rica | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752264 | El Carlichi | 12 | S | 1 | 0.001938 |
| 2022 | 2 | 2022 | 1 | Spotify | Mexico | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300332 | Javier Guerrero | 8 | S | 100 | 0.077068 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | Mexico | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752269 | El Aguacatero | 2 | S | 27 | 0.066068 |
| 2022 | 2 | 2022 | 1 | YouTube-Red | Chile | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752274 | La Troca del Mono Neg | 7 | S | 2 | 0.002539 |
| 2022 | 2 | 2022 | 1 | AMI Entertainment | USA | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752269 | El Aguacatero | 2 | S | 17 | 0.248446 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | USA | Hyphy Music | HYPHY MUSIC | 190374363334 | Los Originales De San | El Campesino | QMDA61551860 | El Campesino | 1 | DT | 1 | 0.455 |
| 2022 | 2 | 2022 | 1 | YouTube | Colombia | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494899 | El Carlichi | 1 | AS | 15 | 0.002627 |
| 2022 | 2 | 2022 | 1 | Spotify | USA | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752266 | Fuiste Todo para Mi | 14 | S | 158 | 0.476269 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | Mexico | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752257 | Lineas de a Metro | 5 | S | 1 | 0.001085 |
| 2022 | 2 | 2022 | 1 | Spotify | Mexico | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494899 | El Carlichi | 1 | AS | 14290 | 11.02946 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | USA | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752269 | El Aguacatero | 2 | DT | 1 | 0.455 |
| 2022 | 2 | 2022 | 1 | Pandora | USA | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358710 | Volver a Vivir | 3 | NR | 5 | 0.01525 |
| 2022 | 2 | 2022 | 1 | Spotify | Peru | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300334 | Hoy Que Mis Hijos Se I | 10 | AS | 2 | 0.000057 |
| 2022 | 2 | 2022 | 1 | Amazon | USA | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300327 | El Buchon | 3 | AS | 1 | 0.00182 |
| 2022 | 2 | 2022 | 1 | YouTube-Red | El Salvador | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494907 | Mi Viejo | 9 | S | 2 | 0.000714 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | Mexico | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358711 | Fiesta en Mi Rancho | 4 | S | 2 | 0.006141 |
| 2022 | 2 | 2022 | 1 | YouTube-Red | Mexico | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300331 | Rolando Junior | 7 | S | 145 | 0.15822 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | USA | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752261 | El Jabali | 9 | S | 261 | 1.199736 |
| 2022 | 2 | 2022 | 1 | Spotify | Canada | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300325 | Amigos Y Contrarios | 1 | AS | 3 | 0.002576 |
| 2022 | 2 | 2022 | 1 | YouTube-Red | Japan | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494899 | El Carlichi | 1 | S | 7 | 0.094187 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | Mexico | Hyphy Music | HYPHY MUSIC | 888003162808 | Los Originales De San | Naci Con Suerte de Rey | QMFMG1358711 | Fiesta en Mi Rancho | 4 | CL | 1 | 0.000182 |
| 2022 | 2 | 2022 | 1 | Deezer | Mexico | Hyphy Music | HYPHY MUSIC | 889176663055 | Los Originales De San | Corridos de Poca M | QM6N21494902 | Javier Fernandez | 4 | AS | 18 | 0.007839 |
| 2022 | 2 | 2022 | 1 | Deezer | USA | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752273 | La Caspa del Diablo | 6 | AS | 1 | 0.000836 |
| 2022 | 2 | 2022 | 1 | Deezer | USA | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300326 | El Tucan | 2 | S | 4 | 0.020445 |
| 2022 | 2 | 2022 | 1 | YouTube | USA | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300326 | El Tucan | 2 | AS | 3265 | 2.714355 |
| 2022 | 2 | 2022 | 1 | iTunes/Apple | USA | Hyphy Music | HYPHY MUSIC | 18736107528 | Los Originales De San | Amigos Y Contrarios | USZBG1300327 | El Buchon | 3 | CL | 24 | 0.009278 |
| 2022 | 2 | 2022 | 1 | Spotify | Mexico | Hyphy Music | HYPHY MUSIC | 191018998745 | Los Originales De San | Nuestra Historia (En Vivo) | QM4TX1752271 | El Cara de Chango | 4 | AS | 32 | 0.024699 |
| 2022 | 2 | 2022 | 1 | Spotify | Denmark | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752254 | La Peda | 2 | S | 3 | 0.011877 |
| 2022 | 2 | 2022 | 1 | Spotify | Canada | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752254 | La Peda | 2 | AS | 1 | 0.000859 |
| 2022 | 2 | 2022 | 1 | Spotify | Chile | Hyphy Music | HYPHY MUSIC | 191018998417 | Los Originales De San | Desde la Cantina de Mi Barri | QM4TX1752254 | La Peda | 2 | S | 1 | 0.001122 |

ORCHARD001701

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYPHY MUSIC, INC.,<br><br>Defendant. | No.: 1:20-CV-00988-DAD-BAM<br><br>**CERTIFICATION OF BUSINESS RECORDS** |
| HYPHY MUSIC, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>YELLOWCAKE, INC., COLONIZE MEDIA, INC., JOSE DAVID HERNANDEZ, JESUS CHAVES, SR.,<br><br>Counterdefendants. | |

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

---

1

Certification of Business Records

I, William Tucker de Bernieres McCrady, the undersigned, hereby certify that:

1. I am an attorney duly certified in the State of New York, and a custodian of the business records subpoenaed by the defendants and counterclaim-plaintiff in the above-captioned action by subpoena duces tecum served on or about March 4, 2022, and have the authority to make this certification.

2. To the best of my knowledge, after reasonable inquiry, the records or copies thereof are accurate versions of the documents described in the subpoena duces tecum served upon Orchard on or about March 4, 2022, that are in the possession, custody, or control of Orchard.

3. To the best of my knowledge, after reasonable inquiry, the records or copies attached hereto accurately represent the documents produced by Orchard in response to the subpoena duces tecum served upon Orchard on or about March 4, 2022.

4. The records or copies produced were made by the personnel or staff of Orchard, or persons acting under their control, in the regular course of business, at the time of the act, transaction, occurrence or event recorded therein, or within a reasonable time thereafter, and it was the regular course of business of Orchard to make such records.

5. I certify, under the penalty of perjury, that the foregoing is true and correct.

W. TUCKER MCCRADY

By: *[signature]*
Name: Tucker McCrady
Title: EVP & General Counsel
Date: Apr 29, 2022

Certification of Business Records