# EXHIBIT F

| | |
|---|---|
| From: | John Begakis |
| To: | Seth L. Berman |
| Cc: | Tom Griffin; Sheena Tehrani |
| Subject: | Yellowcake, Inc. v. Hyphy Music, Inc., et al. (Case No. 1:20-cv-988) - Service of Documents |
| Date: | Tuesday, January 18, 2022 6:55:45 PM |
| Attachments: | Hyphy adv. Yellowcake - Ds Document Production (w BATES Nos) (Redacted) - 011722.pdf |

Caution: This email originated outside of the organization

Counsel:

Attached please find documents responsive to Plaintiff's Requests for Production. Please let us know if you have any issues accessing them.

Best,
John

--
John M. Begakis, Esq. | Partner

**AltView Law Group, LLP**
T: 310.230.5580 x1
F: 310.943.2540
Email: John@altviewlawgroup.com
Website: www.altviewlawgroup.com/



**CONFIDENTIALITY NOTICE: This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.