EXHIBIT H

1  ALTVIEW LAW GROUP, LLP
2  JOHN M. BEGAKIS CASBN 278681
   john@altviewlawgroup.com
3  12100 Wilshire Blvd., Suite 800
4  Los Angeles, California 90025
   Telephone: (310) 230-5580
5  Facsimile: (562) 275-8954
6
7  *Attorneys for Defendant/Counterclaimant* HYPHY MUSIC, INC.

8              UNITED STATES DISTRICT COURT
9            EASTERN DISTRICT OF CALIFORNIA

10
11  YELLOWCAKE, INC., California         **Case No.:**
    corporation,                        **1:20-cv-00988-DAD-BAM**
12
13              Plaintiff,              **DEFENDANT/COUNTERCLAIMANT'S**
                                        **SUPPLEMENTAL RESPONSES TO**
14       v.                             **PLAINTIFF/COUNTERDEFENDANTS'**
                                        **FIRST SET OF REQUESTS FOR**
15  HYPHY MUSIC, INC.,                  **PRODUCTION**
16
               Defendant.
17

18  HYPHY MUSIC, INC.,
19
               Counterclaimant,
20
21       v.
22  YELLOWCAKE, INC.; COLONIZE
    MEDIA, INC; JOSE DAVID
23  HERNANDEZ; and JESUS
24  CHAVEZ SR,
25             Counter-Defendants.
26
27
28
    DEFENDANT/COUNTERCLAIMANT'S SUPPLEMENTAL RESPONSES TO
    PLAINTIFFS/COUNTERDEFENDANTS' FIRST SET OF REQUESTS FOR
                         PRODUCTION

| | | |
|---|---|---|
| 1 | PROPOUNDING PARTY: | Plaintiff/Counter-Defendants |
| 2 | | YELLOWCAKE, INC., COLONIZE |
| 3 | | MEDIA, INC., and JOSE DAVID |
| 4 | | HERNANDEZ |
| 5 | RESPONDING PARTY: | Defendant/Counterclaimant |
| 6 | | HYPHY MUSIC, INC. |
| 7 | SET NUMBER: | ONE (1) |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure ("FRCP"), Defendant/Counterclaimant HYPHY MUSIC, INC. ("Responding Party"), hereby provides the following supplemental responses to Plaintiff/Counter-Defendants' YELLOWCAKE, INC., COLONIZE MEDIA, INC., and JOSE DAVID HERNANDEZ (collectively, "Requesting Party") First Set of Requests for Production.

**PRELIMINARY STATEMENT**

Responding Party makes these responses solely for the purpose of this action. Responding Party has not fully completed its investigation of the facts relating to this case, has not completed its discovery, and has not completed its preparation for trial in this matter. Accordingly, all of the responses contained herein are based solely upon information and documents that are presently available to and specifically known to Responding Party. Further discovery and independent investigation may supply additional facts and documents which may, in turn, clarify and add meaning to known facts as well as establish entirely new matters, all of which may lead to substantial additions to, changes in, and variations from the responses set forth herein. The following responses are given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact(s) or document(s) that later may be recalled. Accordingly, Responding Party reserves the right to produce at trial all facts, opinions, or documents, the existence of which

2

1   are subsequently discovered through investigation, discovery, or otherwise, which

2   support or tend to support its contentions at the time of trial.

3   Any information provided in response to the Requests is subject to any and all

4   objections regarding competence, relevance, materiality, propriety and admissibility.

5   Responding Party reserves these objections and any other objections not stated

6   herein that would require the exclusion of any information, if such information is

7   offered as evidence at any time during this action. Responding Party may interpose

8   these objections at any time prior to and during the trial of this case. Further,

9   attorneys' work product and/or privileged information are not referred to herein.

10  Any disclosure of or reference herein to attorney-client privileged information or

11  attorney work product is inadvertent and does not constitute a waiver such privilege.

12  No incidental or implied admissions are intended by these responses.  The

13  fact that Responding Party responds to or objects to a Request should not be taken

14  as an admission that Responding Party accepts or admits the existence of any facts

15  or legal conclusions assumed or presumed by the Request.  The fact that Responding

16  Party responds to part or all of a Request is not intended to be, and shall not be,

17  construed as a waiver by Responding Party of any part of any objection to the

18  Request.

19  **SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION**

20  **REQUEST FOR PRODUCTION NO. 5:**

21  Produce all documents (including but not limited to emails, letters, texts and

22  other correspondence) by, between, or among Defendant and any third-party

23  concerning or regarding any of Yellowcake's Copyrighted Works.

24  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

25  Responding Party will comply with this Request and is producing all

26  documents presently in Responding Party's possession, custody and/or control,

27  identified as: HYPHY000168 - HYPHY000177. Additionally, discovery is ongoing.

28

DEFENDANT/COUNTERCLAIMANT'S SUPPLEMENTAL RESPONSES TO
PLAINTIFFS/COUNTERDEFENDANTS' FIRST SET OF REQUESTS FOR
PRODUCTION

1   Additionally, discovery is ongoing. As such, Responding Party reserves the right to
2   supplement, amplify or amend its responses to this Request.

3   **REQUEST FOR PRODUCTION NO. 12:**

4       Produce all contracts or other agreements, and any amendments thereto, by,
5   between, or among Defendant and any third-party that concerns any of
6   Yellowcake's Copyrighted Works.

7   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

8       Responding Party will comply with this Request and is producing all
9   documents presently in Responding Party's possession, custody and/or control,
10  identified as: HYPHY000168 - HYPHY000177. Additionally, discovery is ongoing.
11  As such, Responding Party reserves the right to supplement, amplify or amend its
12  responses to this Request.

13  **REQUEST FOR PRODUCTION NO. 26:**

14      Produce all documents that substantiate that Defendant is a co-author, co-
15  owner, and/or joint owner of all copyrights in the Los Originales Albums referenced
16  in paragraph 16 of the Counterclaim.

17  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

18      Responding Party will comply with this Request and is producing all
19  documents presently in Responding Party's possession, custody and/or control,
20  identified as: HYPHY000168 - HYPHY000177. Additionally, discovery is ongoing.
21  As such, Responding Party reserves the right to supplement, amplify or amend its
22  responses to this Request.

23  **REQUEST FOR PRODUCTION NO. 29:**

24      Produce all documents that allegedly support Defendant's Counterclaim.

25  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

26      Responding Party will comply with this Request and is producing all
27  documents presently in Responding Party's possession, custody and/or control,

28

DEFENDANT/COUNTERCLAIMANT'S SUPPLEMENTAL RESPONSES TO
PLAINTIFFS/COUNTERDEFENDANTS' FIRST SET OF REQUESTS FOR
PRODUCTION

1  identified as: HYPHY000159 - HYPHY000167. Additionally, discovery is ongoing.
2  As such, Responding Party reserves the right to supplement, amplify or amend its
3  responses to this Request.

4  **REQUEST FOR PRODUCTION NO. 31:**

5      Produce all documents Defendant intends to rely on in the defense of this
6  action not already demanded herein.

7  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

8      Responding Party will comply with this Request and is producing all
9  documents presently in Responding Party's possession, custody and/or control,
10 identified as: HYPHY000168 - HYPHY000177. Additionally, discovery is ongoing.
11 As such, Responding Party reserves the right to supplement, amplify or amend its
12 responses to this Request.

14 DATED:  October 10, 2022              **ALTVIEW LAW GROUP, LLP**

16                                        By: _____
17                                            JOHN M. BEGAKIS
18                                            *Attorneys for Defendant/Counterclaimant*
                                             HYPHY MUSIC, INC.

5

DEFENDANT/COUNTERCLAIMANT'S SUPPLEMENTAL RESPONSES TO
PLAINTIFFS/COUNTERDEFENDANTS' FIRST SET OF REQUESTS FOR
PRODUCTION

**VERIFICATION**

**STATE OF CALIFORNIA**            )
                                   )    ss.
**COUNTY OF LOS ANGELES**          )

I have read the foregoing **DEFENDANT/COUNTERCLAIMANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF/COUNTERDEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION** and know its contents.

_____I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

__X_ I am __X_ an Officer ___ a partner of Hyphy Music Inc., a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. _____I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. __X__The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

_____I am one of the attorneys for _____, a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on October 10, 2022, at Fresno, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Jose Martinez | |
|---|---|
| **Type or Print Name** | **Signature** |

6

DEFENDANT/COUNTERCLAIMANT'S SUPPLEMENTAL RESPONSES TO
PLAINTIFFS/COUNTERDEFENDANTS' FIRST SET OF REQUESTS FOR
PRODUCTION

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

4

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 12100 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

5

On October 10, 2022, I served the documents described as:

6

7

**DEFENDANT/COUNTERCLAIMANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF/COUNTERDEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION**

8

9

on all interested parties in this action by placing _____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

10

11

12

| Thomas P. Griffin, Jr., Esq.<br>HEFNER, STARK & MAROIS, LLP<br>2150 River Plaza Drive, Suite 450<br>Sacramento, CA 95833<br>tgriffin@hsmlaw.com | Seth L. Berman, Esq.<br>ABRAMS, FENSTERMAN, EISMAN<br>LLP<br>3 Dakota Drive, Suite 300<br>Lake Success, NY 11042<br>SBerman@abramslaw.com |
|---|---|
| Mandy L. Jeffcoach, Esq.<br>WHITNEY, THOMPSON &<br>JEFFCOACH, LLP<br>970 W. Alluvial Avenue<br>Fresno, CA 93711<br>Mjeffcoach@wtjlaw.com | |

13

14

15

16

17

[X]:    BY ELECTRONIC MAIL:

18

19

20

21

As follows: I hereby certify that I served the above-described document on the interested parties in this action by attaching an electronic copy of the document to an email addressed to the parties listed below at their most recent e-mail address of record in this action. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

22

[X]:    (FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

23

I declare under penalty of perjury that the foregoing is true and correct.

24

EXECUTED on October 10, 2022, in Los Angeles, California.

25

26

27

John Begakis

28

PROOF OF SERVICE



HYPHY000159





**DETAILS**

Format: Digital
Label: JC
Rel. Date: 05/31/2016
UPC: 758381471420

🐦 Tweet   📘 Share 0

| ▶ 1. El Campesino | $0.99 | DOWNLOAD |
| ▶ 2. Solo Dios | $0.99 | DOWNLOAD |
| ▶ 3. El Arbol | $0.99 | DOWNLOAD |
| ▶ 4. El Paniqueado | $0.99 | DOWNLOAD |
| ▶ 5. Dinero Manchado | $0.99 | DOWNLOAD |
| ▶ 6. Corrido Del Cach | $0.99 | DOWNLOAD |
| ▶ 7. El Corrido De Camilo | $0.99 | DOWNLOAD |
| ▶ 8. El Martelito | $0.99 | DOWNLOAD |
| ▶ 9. Chicano Jalicience | $0.99 | DOWNLOAD |
| ▶ 10. Miguel Fuentes | $0.99 | DOWNLOAD |
| ▶ 11. En Una Cajita De Oro | $0.99 | DOWNLOAD |
| ▶ 12. Mis Hijos Son Mi Tesoro | $0.99 | DOWNLOAD |
| ▶ 13. Marili | $0.99 | DOWNLOAD |
| ▶ 14. Suplica De Un Padre | $0.99 | DOWNLOAD |

**Powered by** Broadtime Tuneportals

HYPHY000161



HYPHY000162



**Corridos De Poca M...**

## DETAILS

**Format:** Digital
**Label:** J/C
**Rel. Date** 02/24/2015
**UPC:** 758381471406

🐦 Tweet   f Share 0

## Corridos De Poca M

Artist: Los Originales De San Juan

**Format: Digital**

$9.99  ⬇ DOWNLOAD

## FORMATS AND EDITIONS

Corridos De Poca M...

$9.99   ⬇ BUY MP3 ALBUM

**DISC 1**
⦿ MP3

▶ 1. El Carlichi                    $0.99

▶ 2. Sin Fortuna                    $0.99

▶ 3. El Fantasma                    $0.99

▶ 4. Javier Fernandez               $0.99

▶ 5. El Original                    $0.99

▶ 6. Manuel Gonzalez                $0.99

▶ 7. Amanda Varela                  $0.99

⬇ DOWNLOAD
⬇ DOWNLOAD
⬇ DOWNLOAD
⬇ DOWNLOAD
⬇ DOWNLOAD
⬇ DOWNLOAD
⬇ DOWNLOAD

⚙ SHARE

HYPHY000163
https://daddykool.com/UPC/758381471406



Los Originales De San Juan - C ✕    +

daddykool.com/UPC/758381471406

Reload this page    Corridos De Poca M...

$9.99    BUY MP3 ALBUM

**DETAILS**

**Format:** Digital
**Label:** JC
**Rel. Date:** 02/24/2015
**UPC:** 758381471406

Tweet    Share 0

**DISC: 1**
MP3

| | | |
|---|---|---|
| ▶ 1. El Carlichi | $0.99 | DOWNLOAD |
| ▶ 2. Sin Fortuna | $0.99 | DOWNLOAD |
| ▶ 3. El Fantasma | $0.99 | DOWNLOAD |
| ▶ 4. Javier Fernandez | $0.99 | DOWNLOAD |
| ▶ 5. El Original | $0.99 | DOWNLOAD |
| ▶ 6. Manuel Gonzalez | $0.99 | DOWNLOAD |
| ▶ 7. Amanda Varela | $0.99 | DOWNLOAD |
| ▶ 8. Cuando Se Nace Rico | $0.99 | DOWNLOAD |
| ▶ 9. Mi Viejo | $0.99 | DOWNLOAD |
| ▶ 10. Tan Solo Penas | $0.99 | DOWNLOAD |

**Powered by** Broadtime Tuneportals

HYPHY000164



HYPHY000165



HYPHY000466



## COPYRIGHT ASSIGNMENT AGREEMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and a payment of _____ 4 / 05 _____ effective as of March 22, 2022 (the "Effective Date"), the undersigned Alfonso Vargas, an individual ("Assignor"), hereby irrevocably sells, assigns and transfers to and sets over to Hyphy Music, Inc., a California corporation ("Assignee"), in perpetuity, all of the following:

(a)    One hundred percent (100%) of all of Assignor's undivided right, title and interest in and to all audio-only and audiovisual master recordings, sound recordings and phonorecords embodying the musical performances of the musical group Los Originales De San Juan (individually and collectively, "Artist") (whether alone or together with other recording artists) and set forth on Schedule A annexed hereto and by this reference made a part hereof, or any direct or indirect interests therein or other rights arising therefrom, including without limitation all rights under United States federal or state copyright or foreign copyright and all renewals, extensions, continuations, restorations, revivals and reversions thereof (whether vested, contingent or inchoate, whether registered or unregistered and whether such renewals, extensions, continuations, restorations, revivals and reversions are now in existence or come into existence for any reason, including without limitation as a result of future legislation or the interpretation thereof) in all countries of the world or otherwise throughout the universe, as well as all United States or foreign applications for copyright registration and all causes of action and defenses, including without limitation those for infringement, arising from the date of creation of the work subject to such copyright, whether now known or unknown to Assignor or Assignee in all events, respecting which Assignor owns or controls any right, title or interest anywhere in the world, whether resulting from sole or partial ownership of the copyrights therein, a contract granting a right to participate in the proceeds of exploitation thereof, or otherwise (the "Masters");

(b)    with respect to any one or more of the Masters, the right to distribute, license, exploit, or otherwise exercise, or to permit or authorize any other entity to distribute, license, exploit, or otherwise exercise, an undivided one hundred percent (100%) interest in and to Assignor's interest in the Masters (including the right to reproduce, publish, rent, lease, lend, publicly perform or publicly display the Masters, the right to create derivative works based thereon, and all other rights reserved to the legal or beneficial owner of the copyrights in the Masters under the United States Copyright Act, 17 U.S.C. § 101, et. seq., or the copyright laws of any other country in the world), in whole or in part, on behalf of the copyright owner thereof, and to collect an undivided one hundred percent (100%) of any and all earnings, income, revenues, remuneration, royalties, advances, fees, monies, advances, settlement amounts and any other sums or amounts of any kind or description derived in connection therewith in any territory of the world or universe;

(c)    the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts and any other sums or amounts of any kind or description payable by any entity from and after anywhere in the universe to Assignor with respect to Assignor's interest in the Masters, whether pursuant to the Master Agreements (as defined below) or otherwise in connection with the use or exploitation of the Masters (the "Master Royalties");

(d)    all of Assignor's rights under any and all contracts entered into by Assignor relating to the acquisition, ownership, use or exploitation of the Masters (the "Master Agreements"), including without limitation the sole and exclusive right to exercise any and all of Assignor's approval rights and audit rights thereunder throughout the universe in perpetuity;

HYPHY000168

(e)     the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts and any other sums or amounts of any kind or description payable or becoming payable to Assignor by any neighboring rights or sound recording performing rights collection organization or society throughout the world or any other entity that licenses and collects income in respect of the public performance or broadcast of sound recordings in connection with the public performance of the Masters ("Neighboring Rights Organization"), including without limitation public performance by transmission, broadcast, digital broadcast, webcast, simulcast, satellite and cable transmission and retransmission and rental and lending communication, whether accorded pursuant to the laws and regulations currently in effect or hereinafter enacted in any country of the world or under any applicable agreement, including without limitation, the so-called "label share" and "artist share" of neighboring rights income from and after the Effective Date anywhere in the universe; and

(f)     all of Assignor's rights under any and all contracts entered into by Assignor, on the one hand, and any Neighboring Rights Organization, on the other hand, including without limitation the sole and exclusive right to exercise any and all of Assignor's approval rights and audit rights thereunder throughout the universe in perpetuity.

If any provision of this instrument of transfer shall be held void, invalid or inoperative, no other provision of this instrument of transfer shall be affected as a result thereof and, accordingly, the remaining provisions of this instrument of transfer shall remain in full force and effect.

IN WITNESS WHEREOF, the undersigned have duly executed this Assignment the date first stated above.

ASSIGNOR:

By: _____
An individual

ASSIGNEE:

By: _____
An authorized signatory of Hyphy Music, Inc.

Schedule A

El Campesino

1) El Campesino
2) Solo Dios
3) El Arbol
4) El Paniqueado
5) Dinero Manchado
6) Corrido del Cach
7) El Corrido de Camilo
8) El Martelito
9) Chicano Jalicience
10) Miguel Fuentes
11) En Una Cajita de Oro
12) Mis Hijos Son Mi Tesoro
13) Marili
14) Suplica De Un Padre

Corridos De Poca M

1) El Carlichi
2) Sin Fortuna
3) El Fantasma
4) Javier Fernandez
5) El Original
6) Manuel Gonzalez
7) Amanda Varela
8) Cuando No Se Nace Rico
9) Mi Viejo
10) Tan Solo Penas

HYPHY000170

Amigos y Contrarios

1) Amigos y Contrarios
2) El Tucan
3) El Buchon
4) El Puma de Tlazazalca
5) Custodio Alvarez
6) 2 Perros Malnacidos
7) Rolando Junior
8) Javier Guerrero
9) Hugo S. Salazar
10) Hoy Que Mis Hijos Se Fueron
11) Jesus Herrera
12) Corrido de Monchis
13) Hartate Mugroso
14) La Carera

En Vivo Desde La Cantina de Mi Barrio

1) Mi Ultimo Deseo
2) La Peda
3) Paloma En Su Nido
4) El Morralito
5) Me Llaman Lineas de A Metro
6) Naci Con Suerte de Rey
7) El Tequilero
8) El Clavo
9) El Jabali
10) Con Una Copa En Mi Mano
11) La Cantina de Mi Barrio
12) El Carlichi
13) Vida Prestada
14) Fuiste Todo Para Mi
15) Eladio Mora

HYPHY000171

Nuestra Historia En Vivo

1) El Rey del Cristal
2) El Aguacatero
3) El Patas de Diablo
4) El Cara de Chango
5) La Raza de Michoacan
6) La Caspa del Diablo
7) La Troca del Moño Negro
8) Deje de Engordar Maranos
9) El Jardinero
10) El Grande de Michoacan
11) Rey de Reyes
12) Pacas de A Kilo
13) La Muerte de Manuelon
14) El Corrido del Charapo
15) Los Cuatro Amigos
16) El Numero Gratis

HYPHY000172

## COPYRIGHT ASSIGNMENT AGREEMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and a payment of $\underline{\text{₦1.00}}$ effective as of March 22, 2022 (the "Effective Date"), the undersigned Domingo Torres Flores, an individual ("Assignor"), hereby irrevocably sells, assigns and transfers to and sets over to Hyphy Music, Inc., a California corporation ("Assignee"), in perpetuity, all of the following:

(a)     One hundred percent (100%) of all of Assignor's undivided right, title and interest in and to all audio-only and audiovisual master recordings, sound recordings and phonorecords embodying the musical performances of the musical group Los Originales De San Juan (individually and collectively, "Artist") (whether alone or together with other recording artists) and set forth on Schedule A annexed hereto and by this reference made a part hereof, or any direct or indirect interests therein or other rights arising therefrom, including without limitation all rights under United States federal or state copyright or foreign copyright and all renewals, extensions, continuations, restorations, revivals and reversions thereof (whether vested, contingent or inchoate, whether registered or unregistered and whether such renewals, extensions, continuations, restorations, revivals and reversions are now in existence or come into existence for any reason, including without limitation as a result of future legislation or the interpretation thereof) in all countries of the world or otherwise throughout the universe, as well as all United States or foreign applications for copyright registration and all causes of action and defenses, including without limitation those for infringement, arising from the date of creation of the work subject to such copyright, whether now known or unknown to Assignor or Assignee in all events, respecting which Assignor owns or controls any right, title or interest anywhere in the world, whether resulting from sole or partial ownership of the copyrights therein, a contract granting a right to participate in the proceeds of exploitation thereof, or otherwise (the "Masters");

(b)     with respect to any one or more of the Masters, the right to distribute, license, exploit, or otherwise exercise, or to permit or authorize any other entity to distribute, license, exploit, or otherwise exercise, an undivided one hundred percent (100%) interest in and to Assignor's interest in the Masters (including the right to reproduce, publish, rent, lease, lend, publicly perform or publicly display the Masters, the right to create derivative works based thereon, and all other rights reserved to the legal or beneficial owner of the copyrights in the Masters under the United States Copyright Act, 17 U.S.C. § 101, et. seq., or the copyright laws of any other country in the world), in whole or in part, on behalf of the copyright owner thereof, and to collect an undivided one hundred percent (100%) of any and all earnings, income, revenues, remuneration, royalties, advances, fees, monies, advances, settlement amounts and any other sums or amounts of any kind or description derived in connection therewith in any territory of the world or universe;

(c)     the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts and any other sums or amounts of any kind or description payable by any entity from and after anywhere in the universe to Assignor with respect to Assignor's interest in the Masters, whether pursuant to the Master Agreements (as defined below) or otherwise in connection with the use or exploitation of the Masters (the "Master Royalties");

(d)     all of Assignor's rights under any and all contracts entered into by Assignor relating to the acquisition, ownership, use or exploitation of the Masters (the "Master Agreements"), including without limitation the sole and exclusive right to exercise any and all of Assignor's approval rights and audit rights thereunder throughout the universe in perpetuity;

(e)     the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts and any other sums or amounts of any kind or description payable or becoming payable to Assignor by any neighboring rights or sound recording performing rights collection organization or society throughout the world or any other entity that licenses and collects income in respect of the public performance or broadcast of sound recordings in connection with the public performance of the Masters ("Neighboring Rights Organization"), including without limitation public performance by transmission, broadcast, digital broadcast, webcast, simulcast, satellite and cable transmission and retransmission and rental and lending communication, whether accorded pursuant to the laws and regulations currently in effect or hereinafter enacted in any country of the world or under any applicable agreement, including without limitation, the so-called "label share" and "artist share" of neighboring rights income from and after the Effective Date anywhere in the universe; and

(f)     all of Assignor's rights under any and all contracts entered into by Assignor, on the one hand, and any Neighboring Rights Organization, on the other hand, including without limitation the sole and exclusive right to exercise any and all of Assignor's approval rights and audit rights thereunder throughout the universe in perpetuity.

If any provision of this instrument of transfer shall be held void, invalid or inoperative, no other provision of this instrument of transfer shall be affected as a result thereof and, accordingly, the remaining provisions of this instrument of transfer shall remain in full force and effect.

IN WITNESS WHEREOF, the undersigned have duly executed this Assignment the date first stated above.

ASSIGNOR:

By: _DOMINGT PlOVUS_
An individual

ASSIGNEE:

By: _____
An authorized signatory of Hyphy Music, Inc.

Schedule A

El Campesino

1) El Campesino
2) Solo Dios
3) El Arbol
4) El Paniqueado
5) Dinero Manchado
6) Corrido del Cach
7) El Corrido de Camilo
8) El Martelito
9) Chicano Jalicience
10) Miguel Fuentes
11) En Una Cajita de Oro
12) Mis Hijos Son Mi Tesoro
13) Marili
14) Suplica De Un Padre

Corridos De Poca M

1) El Carlichi
2) Sin Fortuna
3) El Fantasma
4) Javier Fernandez
5) El Original
6) Manuel Gonzalez
7) Amanda Varela
8) Cuando No Se Nace Rico
9) Mi Viejo
10) Tan Solo Penas

HYPHY000175

Amigos y Contrarios

1) Amigos y Contrarios
2) El Tucan
3) El Buchon
4) El Puma de Tlazazalca
5) Custodio Alvarez
6) 2 Perros Malnacidos
7) Rolando Junior
8) Javier Guerrero
9) Hugo S. Salazar
10) Hoy Que Mis Hijos Se Fueron
11) Jesus Herrera
12) Corrido de Monchis
13) Hartate Mugroso
14) La Carera

En Vivo Desde La Cantina de Mi Barrio

1) Mi Ultimo Deseo
2) La Peda
3) Paloma En Su Nido
4) El Morralito
5) Me Llaman Lineas de A Metro
6) Naci Con Suerte de Rey
7) El Tequilero
8) El Clavo
9) El Jabali
10) Con Una Copa En Mi Mano
11) La Cantina de Mi Barrio
12) El Carlichi
13) Vida Prestada
14) Fuiste Todo Para Mi
15) Eladio Mora

HYPHY000176

Nuestra Historia En Vivo

1) El Rey del Cristal
2) El Aguacatero
3) El Patas de Diablo
4) El Cara de Chango
5) La Raza de Michoacan
6) La Caspa del Diablo
7) La Troca del Moño Negro
8) Deje de Engordar Maranos
9) El Jardinero
10) El Grande de Michoacan
11) Rey de Reyes
12) Pacas de A Kilo
13) La Muerte de Manuelon
14) El Corrido del Charapo
15) Los Cuatro Amigos
16) El Numero Gratis

HYPHY000177