# EXHIBIT K

1

1   IN THE UNITED STATES DISTRICT COURT

2   EASTERN DISTRICT OF CALIFORNIA

3   _____

4   YELLOWCAKE, INC., a California

5   Corporation,

6           Plaintiff,

7       v.                                    Case No:

8   HYPHY MUSIC, INC.,                    1:20-CV-00988-DAD-BAM

9           Defendant.

10  _____

11  HYPHY MUSIC, INC.,

12          Counterclaimant,

13      v.

14  YELLOWCAKE, INC, COLONIZE MEDIA,

15  INC., JOSE DAVID HERNANDEZ,

16  JESUS CHAVES, SR.,

17          Counterdefendants.

18  _____

19      VIDEOTAPED DEPOSITION OF DOMINGO TORRES FLORES

20  DATE:          Wednesday, December 7, 2022

21  TIME:          1:14 p.m.

22  REPORTED BY:   Jaime Godinez

23  JOB No.:       13846

24  Conducted by videoconference via the Remote Legal

25  platform



DOMINGO TORRES FLORES - DECEMBER 7, 2022        57

1       A     At the bottom, yes.

2       Q     Okay.  Does he recognize either of these two

3  signatures?

4       A     At the bottom, yes.

5       Q     Does he recognize -- does he recognize either

6  of the two signatures on the document to be his

7  signature?

8       A     Well, it looks like it, you know.

9       Q     Okay.  Does he recall ever signing this

10 document?

11      A     Me?  No.  I don't remember anymore.  No, no,

12 no.

13      Q     My question is did he sign this document?

14      A     Well, I don't know what it says.  How could I

15 sign it?

16      Q     The question is yes or no, did he sign this

17 document?

18      A     I'm not sure, you know.  I'd have to see

19 the -- the signature better.

20      Q     Does he recall ever signing any document with

21 Hyphy music as the other party to the document?

22      A     Where I give the rights, the masters, that's

23 my part.

24      Q     Could you ask him to explain -- okay.

25 Withdrawn.



1   Do you recall having a meeting with Mr. Vargas

2   and Mr. Martinez at the offices of Hyphy Music in or

3   about March of 2022?

4   A    Around then?  Yes, no, I don't remember, but

5   maybe, yes.  My son's here with me.  He's the one who

6   knows.  I don't know.

7   Q    I'm asking if he knows.  He can answer the

8   question.

9   A    I didn't hear it.

10   Q    Does he recall meeting with Mr. Vargas and Mr.

11   Martinez at the offices of Hyphy Music in or about March

12   22, 2022?

13   A    I don't remember.  My son -- my son's the one

14   who knows.

15   Q    Tell him again I'm not asking what his son

16   knows.  I'm asking what he remembers.  He doesn't

17   remember there was such a meeting?

18   A    Yes.  We've had meetings, but I don't know the

19   date.

20   Q    And what were the meetings about?

21   A    I don't remember.

22   Q    Okay.  Who was at these meetings?

23   A    Well, perhaps it would have been my son

24   because he's the only one who goes with me.

25   Q    Was Mr. Vargas at any of these meetings?



DOMINGO TORRES FLORES - DECEMBER 7, 2022    60

1   to him -- withdrawn.

2            Did he ever have anybody translate this

3   agreement for him?

4            THE INTERPRETER:  Sorry, Counselor, just

5   because I have to translate every -- I want to make sure

6   we're not getting confused.  You're speaking to him,

7   correct?  Like you?  Just because if I translate him --

8            MR. BERMAN:  Yeah.  Did anybody ever --

9            THE INTERPRETER:  Yeah.  Thank you.

10  BY MR. BERMAN:

11       Q    Did anybody ever translate this document for

12  you?

13       A    This one right here?  No.  Well, it's just

14  that my son takes care of everything.  He takes care of

15  everything.  I just sign and that's it.  He does

16  everything.

17       Q    Okay.  Does he recall recording an album for

18  the band called El Campesino?

19       A    Of course I do, by the Originales de San Juan.

20       Q    All right.  Did he preform on that -- the

21  recording of that album?

22            MR. BEGAKIS:  Objection.  Vague.

23            THE INTERPRETER:  Again, he is Mr.

24  Torres, correct?  Not --

25            MR. BERMAN:  Mr. Torres, yes.

