# EXHIBIT L



**LAW OFFICES OF
DOROTHY B. RICHARDSON**

DOROTHY B. RICHARDSON
Attorney At Law

21900 Burbank Boulevard, Suite 500
Woodland Hills, California 91367

Tel  818.992.2926
Fax  818.676.0114
Email  drichardson@dbrlaw.net
Web  www.dbrlaw.net

March 2, 2022

*Via e-mail: avcoriginal@aol.com*

Alfonso Vargas

**Re:** "Nuevos Originales"

Dear Mr. Vargas:

I represent Jesus A. Chavez, the leader of the musical group professionally known as "Los Originales de San Juan."

It has come to our attention that you have promoted and are promoting a musical group under the names of "Nuevos Originales" and "La Nueva Ley Del Corrido." Please accept this correspondence as formal notice:

1. That Mr. Chavez is the sole and exclusive owner of the registered trademarks for "LOS ORIGINALES DE SAN JUAN" and LOS ORIGINALES DE SAN JUAN & Design, as evidenced in Registration Nos. 3598263 and 3598310, copies of which are attached.

2. That Mr. Chavez is sole and exclusive owner of the trademark "La Ley Del Corrido," which he has used in connection with live musical performances since 1990.

3. That Mr. Chavez did not enter into any agreement nor has authorized the appearance and performance of a musical group under the names "Nuevos Originales" or "La Nueva Ley Del Corrido" for any purpose whatsoever.

4. That your use of any advertisement, marketing and promotional materials which utilize the names "Nuevos Originales," "La Nueva Ley Del Corrido," or any variation thereof constitutes an infringement of Mr. Chavez's trademark rights, unfair competition and a violation of other laws.

5. That in an action for willful trademark infringement against you along with any other individual or entity involved in the use, advertising, marketing and promotion of any variation of the names "Nuevos Originales" or "La Nueva Ley Del Corrido," you may be liable for treble damages in addition to attorney's fees and costs.

Letter to Alfonso Vargas
Page 2

6. That your actions by utilizing the names "Nuevos Originales" and "La Nueva Ley Del Corrido" are causing a likelihood of confusion as to the source, nature or quality of "Los Originales de San Juan" and "La Ley Del Corrido."

Pursuant to federal and state laws, the use of the names "Nuevos Originales" and "La Nueva Ley Del Corrido" is directly infringing upon my client's trademarks and service marks.

On behalf of my client, demand is hereby made that you cease and desist from advertising, marketing, promoting, or using the names "Nuevos Originales" and/or "La Nueva Ley Del Corrido" and that you immediately confirm to us in writing that you will not advertise, market, promote or use the names "Nuevos Originales" and/or "La Nueva Ley Del Corrido" in connection with any performances or appearances.

Please provide written assurances within the next ten (10) days that you will discontinue all use of the names "Nuevos Originales" and/or "La Nueva Ley Del Corrido." Should you fail to immediately comply with the foregoing demand, my client shall be compelled to take such actions against you as may be necessary to protect his rights and interests, in which event you and all others acting in concert with you may be held individually and jointly liable for compensatory and punitive damages, profits, equitable relief, including without limitation an injunction, attorney's fees and court costs.

The foregoing is not intended to be a complete statement of the facts or of the law relevant to this matter, nor of my client's legal and equitable rights and remedies, and nothing herein above stated or omitted shall be deemed a waiver or limitation of any right, remedy or cause of action of any kind whatsoever, all of which are hereby expressly reserved to my client.

Sincerely,

*Dorothy Richardson*

Dorothy Richardson

Enclosures



**LAW OFFICES OF
DOROTHY B. RICHARDSON**

DOROTHY B. RICHARDSON
Attorney At Law

21900 Burbank Boulevard, Suite 300
Woodland Hills, California 91367

Tel  818.992.2926
Fax  818.676.0114
Email  drichardson@dbrlaw.net
Web  www.dbrlaw.net

March 2, 2022

*Via e-mail:  torresc82@gmail.com*

Domingo Torres

Re:    "Nuevos Originales"

Dear Mr. Torres:

I represent Jesus A. Chavez, the leader of the musical group professionally known as "Los Originales de San Juan."

It has come to our attention that you have promoted and are promoting a musical group under the names of "Nuevos Originales" and "La Nueva Ley Del Corrido." Please accept this correspondence as formal notice:

1. That Mr. Chavez is the sole and exclusive owner of the registered trademarks for "LOS ORIGINALES DE SAN JUAN" and LOS ORIGINALES DE SAN JUAN & Design, as evidenced in Registration Nos. 3598263 and 3598310, copies of which are attached.

2. That Mr. Chavez is sole and exclusive owner of the trademark "La Ley Del Corrido," which he has used in connection with live musical performances since 1990.

3. That Mr. Chavez did not enter into any agreement nor has authorized the appearance and performance of a musical group under the names "Nuevos Originales" or "La Nueva Ley Del Corrido" for any purpose whatsoever.

4. That your use of any advertisement, marketing and promotional materials which utilize the names "Nuevos Originales," "La Nueva Ley Del Corrido," or any variation thereof constitutes an infringement of Mr. Chavez's trademark rights, unfair competition and a violation of other laws.

5. That in an action for willful trademark infringement against you along with any other individual or entity involved in the use, advertising, marketing and promotion of any variation of the names "Nuevos Originales" or "La Nueva Ley Del Corrido," you may be liable for treble damages in addition to attorney's fees and costs.

PLF000094

Letter to Domingo Torres
Page 2

6. That your actions by utilizing the names "Nuevos Originales" and "La Nueva Ley Del Corrido" are causing a likelihood of confusion as to the source, nature or quality of "Los Originales de San Juan" and "La Ley Del Corrido."

Pursuant to federal and state laws, the use of the names "Nuevos Originales" and "La Nueva Ley Del Corrido" is directly infringing upon my client's trademarks and service marks.

On behalf of my client, demand is hereby made that you cease and desist from advertising, marketing, promoting, or using the names "Nuevos Originales" and/or "La Nueva Ley Del Corrido" and that you immediately confirm to us in writing that you will not advertise, market, promote or use the names "Nuevos Originales" and/or "La Nueva Ley Del Corrido" in connection with any performances or appearances.

Please provide written assurances within the next ten (10) days that you will discontinue all use of the names "Nuevos Originales" and/or "La Nueva Ley Del Corrido." Should you fail to immediately comply with the foregoing demand, my client shall be compelled to take such actions against you as may be necessary to protect his rights and interests, in which event you and all others acting in concert with you may be held individually and jointly liable for compensatory and punitive damages, profits, equitable relief, including without limitation an injunction, attorney's fees and court costs.

The foregoing is not intended to be a complete statement of the facts or of the law relevant to this matter, nor of my client's legal and equitable rights and remedies, and nothing herein above stated or omitted shall be deemed a waiver or limitation of any right, remedy or cause of action of any kind whatsoever, all of which are hereby expressly reserved to my client.

Sincerely,

*Dorothy Richardson*

Dorothy Richardson

Enclosures