# EXHIBIT A

Los Originales de San Music Cover Art



Desde la Cantina de Mi Barrio (En Vivo)
Los Originales de San Juan

YELLOWCAKE, INC.



Desde la Cantina de Mi Barrio
Los Originales de San Juan

HYPHY MUSIC, INC.

2. El Campesino



El Campesino
Los Originales de San Juan

HYPHY MUSIC, INC.



El Campesino
Los Originales de San Juan

YELLOWCAKE, INC.



Corridos de Poca M
Los Originales de San Juan

HYPHY MUSIC, INC.



Corridos de Poca M
Los Originales de San Juan

YELLOWCAKE, INC.



Amigos y Contrarios
Los Originales de San Juan



Amigos Y Contrarios
Los Originales de San Juan

 

Naci Con Suerte de Rey
Los Originales de San Juan

Naci Con Suerte de Rey
Los Originales de San Juan

HYPHY MUSIC, INC.

YELLOWCAKE, INC.