# EXHIBIT A

| | |
|---|---|
| From: | Nicholas Lindsay (Audible Magic Help Desk) |
| To: | Jeremy Paulson |
| Subject: | [Audible Magic Support] Re: Possibly Infringing Content |
| Date: | Thursday, March 23, 2023 3:33:39 PM |

##- Please type your reply above this line -##

Your request (79658) has been updated. To add additional comments, reply to this email.

Nicholas Lindsay (Audible Magic Support)
Mar 23, 2023, 12 33 PDT

Hi Jeremy,

Apologies for the delay.

Upon looking up these UPCs in our system I can confirm that these were all delivered to us via our catalog feed from The Orchard with the associated label "Long Play Music".

Please let me k now if you need any additional information or have any further questions and I'll be happy to assist.

Best regards,

Jeremy Paulson
Mar 22, 2023, 16 16 PDT

Hello? Any update on this?

Jeremy Paulson
Mar 9, 2023, 12:18 PST

Hello Audible Magic team,

I am hoping you can help me investigate a bit of an odd situation. Below are some links to possibly infringing content on a couple of record store sites. These sites primarily deal in physical sales, but also offer MP3 purchases through a company called Broadtime. Broadtime says all of their digital content is provided by Audible Magic. The info listed on the

record store sites seems to match the physical release, so I'm sure if it is coming from the record stores, Broadtime, or Audible Magic.

Is there any way to look into the MP3 downloads on the links below and look up who is providing them through Audible Magic?

https://broadtime.com/Home

https://daddykool.com/UPC/821691353127
https://daddykool.com/UPC/821691351628
https://daddykool.com/UPC/821691350324
https://millsrecordcompany.com/UPC/821691351628
https://millsrecordcompany.com/UPC/821691353127
https://millsrecordcompany.com/UPC/821691350324

Jeremy Paulson | Colonize Media Inc. | Turlock, CA

www.colonizemedia.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

This email is a service from Audible Magic Support. Delivered by Zendesk