**ABRAMS FENSTERMAN, LLP**
Seth L. Berman, Esq. (*admitted pro hac vice*)
    sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

**HEFNER STARK & MAROIS, LLP**
Thomas P. Griffin Jr., Esq. (SBN 155133)
    tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

Attorneys for Plaintiff YELLOWCAKE, INC., and Counterdefendants COLONIZE MEDIA, INC., and JOSE DAVID HERNANDEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HYPHY MUSIC, INC.,<br><br>　　　　　　　Defendant. | **Case No.: 1:20-cv-00988-JLT-BAM**<br><br>**STATEMENT OF UNDISPUTED FACTS CONCERNING PLAINTIFF AND COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[F. R. Civ. Pro. 57, L.R. 260]<br><br>Judge: Jennifer L. Thurston<br>Date: July 14, 2023<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 4, 7th floor |

1

**STATEMENT OF UNDISPUTED FACTS CONCERNING PLAINTIFF AND COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| 1 | HYPHY MUSIC, INC., | ) |
| 2 | | ) |
| 3 | Counterclaimant, | ) |
| 4 | v. | ) |
| 5 | | ) |
| 6 | YELLOWCAKE, INC., A CALIFORNIA CORPORATION; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR, | ) |
| 7 | | ) |
| 8 | | ) |
| 9 | Counterdefendants. | ) |

In accordance with Local Rule 56-260(a) of this Court, Plaintiff/Counterdefendants submit the following statement of undisputed facts with references to the supporting evidence.

| | Plaintiff/Counterdefendants' Undisputed Facts | Evidence in Support of Plaintiff/Counterdefendants' Undisputed Facts |
|---|---|---|
| 1 | Jesus Chavez Sr. ("Chavez") is the founder of the band Los Originales de San Juan (the "Band"). | Dkt. 46-2, ¶ 3-4. |
| 2 | Chavez was always the bandleader, principal performer, principal songwriter of the Band. | Dkt. 46-2, ¶ 3-4. |
| 3 | Chavez owned all intellectual property produced by the Band including all copyrights in its sound recordings and trademarks. | Dkt. 46-2, ¶ 3-4. |
| 4 | 2013 and 2015, Chavez, recording under the moniker Los Originales de San Juan, recorded six albums titled: (i) *Los Originales de San Juan- "El Campesino"*; (ii) *Los Originales de* | Dkt. 46-2, ¶ 7 |

Abrams Fensterman, LLP
3 Dakota Drive, Suite 300
Lake Success, New York 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

2

**STATEMENT OF UNDISPUTED FACTS CONCERNING PLAINTIFF AND COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| | | | |
|---|---|---|---|
| | | San Juan-"*Corridos de Poca M*"; (iii) *Los Originales de San Juan-"En Vivo Desde La Cantina de Mi Barrio"*; (iv) *Los Originales de San Juan-"Nuestra Historia En Vivo"*; (v) *Los Originales de San Juan- "Amigos y Contrarios"*; and (vi) *Los Originales de San Juan-"Naci Con Suerte de Rey Con Mariachi"* (collectively "Albums"). | |
| | 5 | Hector Omar Rosales ("Rosales") acted as the audio engineer for four (4) of the Albums recorded in his studio. | Rosales Dec. Dkt. 46-1, ¶ 5; Chavez Dec Dkt. 46-2, ¶ 11. |
| | 6 | Chavez was the sole producer of the Albums and no employee or anybody else affiliated with Morena produced any songs on the Albums or provided any original creative input into the recording of the Albums. | Rosales Dec. Dkt. 46-1, ¶ 9; Chavez Dec. Dkt. 46-2, ¶ 8. |
| | 7 | At no time during their recording or subsequent existence were there any other co-owners of the Copyrighted sound recordings in the albums besides Chavez. | Chavez Dec. Dkt. 46-2, ¶¶ 8-19. |
| | 8 | Martinez is the chief executive officer and owner of Hyphy Music, Inc. | *See* Martinez Trans, Pg. 12, Lns. 4-5. |
| | 9 | In or around February 2013, Chavez and Hyphy entered into an *oral distribution agreement* for the Albums to be *recorded by Chavez* under the name Los Originales de San | Chavez Dec., Dkt. 46-2, Hyphy's Counterclaims, Dkt. 7, ¶ 16; and First Amended Counterclaim, Dkt. 15, ¶ 16; Opposition to |

3

**STATEMENT OF UNDISPUTED FACTS CONCERNING PLAINTIFF AND COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Abrams Fensterman, LLP
3 Dakota Drive, Suite 300
Lake Success, New York 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

| | | |
|---|---|---|
| | | Juan and distributed by Hyphy ("Hyphy Distribution Agreement"). | Motion to Dismiss, Dkt. 27, Pg. 2 Lns. 1-5. |
| 10 | Moreover, Hyphy claimed on multiple occasions that it had allegedly "commissioned" Chavez, *and Chavez alone*, to record the Albums. | Hyphy's Counterclaims, Dkt. 7, ¶ 16; Hyphy's Amended Counterclaims, Dkt. 15, ¶ 16; Defendant's Opposition to Plaintiff-Counterdefendants' Motion to Dismiss Defendant-Counterclaimant's Counterclaims Dkt. 27, Pg. 1, Ln. 27-Pg. 2, Ln. 5; Hyphy's Reply to Counterdefendants' Challenge to The Validity of Certain Copyright Registrations Dkt. 45, Pg. 1, Lns. 16-18; Declaration of Jose Martinez in Support of Reply to Counterdefendants' Challenge to the Validity of Certain Copyright Registrations , Dkt. 45-1, Pg. 1, Lns. 8-16. |
| 11 | Chavez had no intent to transfer any ownership interest in the Albums to Hyphy nor is there | Chavez Dec. Dkt. 46-2, ¶ 14. |

4

**STATEMENT OF UNDISPUTED FACTS CONCERNING PLAINTIFF AND COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| | any evidence in the record to suggest that he did. | |
| 12 | Jose Martinez, as a sophisticated music business executive, testified that he intentionally entered into an oral-only agreement with to distribute the Albums. | Pg. 114, Ln. 25- Pg. 115, Lns. 1-3 of the Deposition Transcript of Jose Martinez |
| 13 | Plaintiff Yellowcake, Inc. ("Yellowcake") is primarily engaged in the business of exploiting various intellectual property rights. | Kevin Berger Declaration, ¶ 2 |
| 14 | Colonize is a company engaged in the business of digital music distribution and distributes the Albums on behalf of Yellowcake. | Berger Dec., ¶ 13 |
| 15 | Counter-defendant Jose David Hernandez ("Hernandez") is a principal of Colonize. | Hernandez Dec., ¶ 1. |
| 16 | On or about March 21, 2019, Yellowcake and Chavez entered into an Asset Purchase and Assignment Agreement ("APA Agreement"), whereby Yellowcake purchased Chavez's entire ownership of the rights, title and interests in the sound recordings which comprised the works of Los Originales De San Juan, including the Albums. | Berger Dec., ¶ 9. |
| 17 | In the APA, Chavez represented that he owned all rights transferred to Yellowcake therein. | Berman Dec. Exh. "B" ¶ 13(e). |
| 18 | Prior to entering into the APA, Yellowcake did due diligence and searched the United States Copyright Office ("USCO") to determine | Berger Dec., ¶¶ 7-8 |

5

**STATEMENT OF UNDISPUTED FACTS CONCERNING PLAINTIFF AND COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| | | | |
|---|---|---|---|
| | | whether there were any potential competing copyright registrations filed for the Albums and found none, *because there were none*. | |
| | 19 | Following its execution of the APA Agreement, Yellowcake complied with all requirements set forth by the Copyright Act, 17 U.S.C. § 101, *et seq.*, by registering copyrights for each sound recording acquired by the APA Agreement in addition to recording the APA with the USCO. | Dkt. 1, Exh. "A" |
| | 20 | Sometime after execution of the APA Agreement and the issuance of the copyright registrations by the USCO, Yellowcake learned that Morena had been distributing copies of songs on the Albums and created and/or uploaded videos containing unauthorized derivative works of songs on the Albums to www.YouTube.com when Colonize found that YouTube was reporting "conflicts" between Yellowcake and Morena because both were distributing videos with the same sound recordings on the Albums. | Complaint, Dkt. 1, Exh. "A", ¶ 1.  Berger Dec. at ¶ 18. |
| | 21 | This Court already took judicial notice of Yellowcake's copyright registrations in the Albums in its prior Order dated March 1, 2021. | Dkt. 42, Pg. 5, fn. 1. |
| | 22 | Shortly thereafter, in or about June 2020, Yellowcake filed "Takedown Notices" | Berman Dec. **Exh. "C"**. |

Abrams Fensterman, LLP
3 Dakota Drive, Suite 300
Lake Success, New York 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

6

**STATEMENT OF UNDISPUTED FACTS CONCERNING PLAINTIFF AND COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| | pursuant to 17 U.S.C. § 512 *et seq.* through YouTube claiming ownership of the songs and notified Hyphy's distributor, The Orchard, that Hyphy was infringing Yellowcake's copyrighted Albums. | |
| 23 | Hyphy completely disregarded these notices and continued to exploit the copyrighted Albums, including but not limited to selling and streaming them on multiple digital service providers like Spotify, Apple Music, iTunes and Amazon Music, even after Yellowcake filed this lawsuit.  As such, Yellowcake was required under 17 U.S.C. § 512 *et seq.* and YouTube's protocols to file this action to protect its rights and prevent further conflicts with the digital service providers. | Hyphy's royalty reports extending to 2022 annexed to Berman Dec. as **Exh. "D"**. |
| 24 | Hyphy admitted to receiving the following gross amounts for the exploitation of each Album: <br>(i) "*El Campesino*," – approximately $20,000; <br>(ii) *Des de la Cantina de Mi Barrio*," – approximately $20,000; <br>(iii) "*Nuestra Historia en Vivo*," – approximately $20,000; <br>(iv) "*Corridos de Poca M*," – approximately $20,000; | Berman Dec. Exh. "E", Response 2(vii) and 4(iii) |

7

**STATEMENT OF UNDISPUTED FACTS CONCERNING PLAINTIFF AND COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

(v) "*Amigos y Contrarios*" – approximately $20,000; and

(vi) "*Naci Con Suerte de Rey (Mariachi)*" – approximately $20,000.

Dated: July 14, 2023

Respectfully submitted,

**ABRAMS FENSTERMAN, LLP**

By: /s/ Seth L. Berman
Seth L. Berman, Esq. (*admitted pro hac vice*)
***Attorneys for Plaintiff Yellowcake, Inc., and Counterdefendants Colonize Media, Inc., and Jose David Hernandez***

Abrams Fensterman, LLP
3 Dakota Drive, Suite 300
Lake Success, New York 11042
Phone: (516) 328-2300 / Fax: (516) 328-6638

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system on this 14th day of July 2023, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those that are indicated as non- registered participants, if any.

/s/ Seth L. Berman
Seth L. Berman, Esq.

**STATEMENT OF UNDISPUTED FACTS CONCERNING PLAINTIFF AND COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**