Whitney, Thompson & Jeffcoach LLP
Mandy L. Jeffcoach, #232313
 mjeffcoach@wtjlaw.com
William H. Littlewood, #202877
 blittlewood@wtjlaw.com
Jaskarn S. Chahal, #348641
 jchahal@wtjlaw.com
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:   (559) 753-2550
Facsimile:   (559) 753-2560

Attorneys for JESUS CHAVEZ, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>HYPHY MUSIC, INC.,<br><br>        Defendant.<br><br>HYPHY MUSIC, INC.,<br><br>        Cross-Complainant,<br><br>    v.<br><br>YELLOWCAKE, INC.; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR.,<br><br>        Cross-Defendants. | Case No. 1:20-CV-00988-JLT-BAM<br><br>**JESUS CHAVEZ, SR.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     September 29, 2023<br>Time:     9:00 a.m.<br>Crtrm.:   4<br><br>The Hon. District Judge Jennifer L. Thurston |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 29, 2023, at 9:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Jennifer L. Thurston, located in the United States Courthouse, 2550 Tulare Street, Courtroom 4, Fresno, CA 93721, Counter-

337.0 05755044.000

1

JESUS CHAVEZ, SR.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

Defendant JESUS CHAVEZ, SR. ("Chavez") will and hereby does move this Court for Summary Judgment pursuant to Federal Rules of Civil Procedures, Rule 56.

This Motion is made upon the following grounds:

1. Counterclaimant HYPHY MUSIC INC.'s ("Counterclaimant") breach of contract claim fails as a matter of law because the oral agreement regarding an alleged copyright transfer is not in writing as required by the Copyright Act of 1976. (17 U.S.C. § 204, subd. (a).)

2. The copyrighted sound recordings are not a work for hire because Chavez, and the other Los Originales de San Juan band members, were not employed by Counterclaimant. (17 U.S.C.A. § 101.)

3. The copyrighted sound recordings are not a work for hire because there is no written work for hire agreement between the parties. (17 U.S.C.A. § 101.)

This Motion is based on this Notice of Motion; Memorandum of Points and Authorities; Statement of Undisputed Material Facts; Statement of Evidence; the Declaration of William H. Littlewood; the Declaration of Jesus Chavez, Sr.; and Request for Judicial Notice all of which are filed concurrently herewith, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

Dated: July 14, 2023                    WHITNEY, THOMPSON & JEFFCOACH LLP

By: _____
Mandy L. Jeffcoach
William H. Littlewood
Jaskarn S. Chahal
Attorneys for JESUS CHAVEZ, SR.