Whitney, Thompson & Jeffcoach LLP
Mandy L. Jeffcoach, #232313
 mjeffcoach@wtjlaw.com
William H. Littlewood, #202877
 blittlewood@wtjlaw.com
Jaskarn S. Chahal, #348641
 jchahal@wtjlaw.com
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:   (559) 753-2550
Facsimile:   (559) 753-2560

Attorneys for JESUS CHAVEZ, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>HYPHY MUSIC, INC.,<br><br>              Defendant.<br><br>HYPHY MUSIC, INC.,<br><br>              Cross-Complainant,<br><br>      v.<br><br>YELLOWCAKE, INC.; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR.,<br><br>              Cross-Defendants. | Case No. 1:20-CV-00988-JLT-BAM<br><br>**JESUS CHAVEZ, SR.'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    September 29, 2023<br>Time:    9:00 a.m.<br>Crtrm.:   4<br><br>The Hon. District Judge Jennifer L. Thurston |

Pursuant to Federal Rules of Civil Procedure 56 and Eastern District Local Rule, Rule 260, Counter-Defendant JESUS CHAVEZ SR. ("Chavez") submits the following Statement of Undisputed Material Facts in support of his Motion for Summary Judgment as to the eighth claim for relief set forth in Counterclaimant HYPHY MUSIC, INC.'s ("Counterclaimant") First Amended Counterclaim.

# I.
## SUMMARY JUDGMENT SHOULD BE GRANTED IN FAVOR OF CROSS-DEFENDANT AS CROSSCLAIMANT CANNOT SHOW THAT CHAVEZ BREACHED THEIR AGREEMENT

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Evidence |
|---|---|
| 1. Counterclaimant alleges that it entered into an oral exclusive recordings agreement (the "Oral Agreement") with Chavez in or about February 2013.<br><br>**Supporting Evidence:**<br><br>Counterclaimant's First Amended Counterclaim ("FAC") ¶ 16, 78 attached as **Exhibit "B"** to the Statement of Evidence ("SOE"); Request for Judicial Notice ("RJN") at ¶ 1 attached as **Exhibit "C"** to the SOE. | 1. |
| 2. Counterclaimant alleges that the Oral Agreement was for a period of five (5) years pursuant to which Chavez was to exclusively provide services as a recording artist in the making of sound and audio-visual recordings with respect to the Los Originales Albums.<br><br>**Supporting Evidence:**<br><br>FAC ¶ 16, 78 attached as **Exhibit "B"** to the SOE; RJN at ¶ 1 attached as **Exhibit "C"** to the SOE. | 2. |
| 3. Counterclaimant alleges that, in consideration for the services provided and payment thereto, Chavez agreed that Counterclaimant would be the owner of all title, right, and interest in and to the Los Originales Albums (including without limitation the copyrights and any extensions and renewals thereto) from the inception of the creation of each Los Originales Album.<br><br>**Supporting Evidence:**<br><br>FAC ¶ 16, 78 attached as **Exhibit "B"** to the SOE; RJN at ¶ 1 attached as **Exhibit "C"** to the SOE. | 3. |

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Evidence |
|---|---|
| 4.  Counterclaimant alleges that, in or about April 2019, Chavez breached the Oral Agreement by without limitation, purportedly transferring, licensing, selling, and/or authorizing Counter-defendants Yellowcake, Inc. and Colonize Media, Inc. to exploit the Los Originales Albums and Cover Art.<br><br>**Supporting Evidence:**<br><br>FAC ¶ 79 attached as **Exhibit "B"** to the SOE; RJN at ¶ 1 attached as **Exhibit "C"** to the SOE. | 4. |
| 5.  Counterclaimant alleges that, at the time of the transfer to Yellowcake, Chavez possessed no transferable rights with respect to the Los Originales Albums.<br><br>**Supporting Evidence:**<br><br>FAC ¶ 23 attached as **Exhibit "B"** to the SOE; RJN at ¶ 1 attached as **Exhibit "C"** to the SOE. | 5. |
| 6.  Counterclaimant admits that Chavez was not an employee of Counterclaimant.<br><br>**Supporting Evidence:**<br><br>Deposition Transcript of Jose Martinez ("Martinez Dep.") at pp. 39:18-20 attached as **Exhibit "E"** to the SOE; Declaration of William H. Littlewood ("Littlewood Decl.") at ¶ 3 attached as **Exhibit "D"** to the SOE. Counterclaimant's Reponses to Counter-Defendants' First Set of Interrogatories, Response to Interrogatory ("SROG Response") No. 11 attached as **Exhibit "F"** to the SOE; Littlewood Decl. at ¶ 4 attached as **Exhibit "D"** to the SOE. Counterclaimant's Reponses to Counter-Defendants' First Set of Requests for Production of Documents ("RPD Response") Nos. 23-24 attached as **Exhibit "G"** to the SOE; Littlewood Decl. at ¶ 5 attached as **Exhibit "D"** to the SOE. | 6. |

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response and Evidence |
|---|---|
| 7. Counterclaimant admits that none of the Los Originales band members were employees of Counterclaimant.<br><br>**Supporting Evidence:**<br><br>Martinez Dep. at pp. 39:21-23 attached as **Exhibit "E"** to the SOE; Littlewood Decl. at ¶ 3 attached as **Exhibit "D"** to the SOE. | 7. |
| 8. There is no written agreement between Counterclaimant and Chavez substantiating an alleged work for hire relationship between the parties.<br><br>**Supporting Evidence:**<br><br>RPD Response Nos. 23-24 attached as **Exhibit "G"** to the SOE; Littlewood Decl. at ¶ 5 attached as **Exhibit "D"** to the SOE. | 8. |
| 9. There is no written agreement between Counterclaimant and Chavez whereby Chavez agreed that Counterclaimant would be the owner of all title, right, and interest in the Los Originales Albums.<br><br>**Supporting Evidence:**<br><br>Martinez Dep. at pp. 39:25-40:24; 125:19-126:11 attached as **Exhibit "E"** to the SOE; Littlewood Decl. at ¶ 3 attached as **Exhibit "D"** to the SOE. RPD Response Nos. 23-24 attached as **Exhibit "G"** to the SOE; Littlewood Decl. at ¶ 5 attached as **Exhibit "D"** to the SOE. | 9. |

Dated: July 14, 2023

WHITNEY, THOMPSON & JEFFCOACH LLP

By: _William Littlewood_ (signature)

Mandy L. Jeffcoach
William H. Littlewood
Jaskarn S. Chahal
Attorneys for JESUS CHAVEZ, SR.