**ABRAMS FENSTERMAN, LLP**
Seth L. Berman, Esq. (*admitted pro hac vice*)
　sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

**HEFNER STARK & MAROIS, LLP**
Thomas P. Griffin Jr., Esq. (SBN 155133)
　tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

Attorneys for Plaintiff YELLOWCAKE, INC., and Counterdefendants YELLOWCAKE, INC., COLONIZE MEDIA, INC., and JOSE DAVID HERNANDEZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HYPHY MUSIC, INC.,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00988-JLT-BAM<br><br>**DECLARATION OF SETH L. BERMAN IN OPPOSITION TO DEFENDANTS RULE 56 MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION**<br><br>Judge: Hon. Jennifer L. Thurston<br>Date: August 4, 2023<br>Courtroom: Courtroom 4, 7th floor |

| | |
|---|---|
| HYPHY MUSIC, INC., | ) |
| Counterclaimant, | ) ) ) |
| v. | ) ) |
| YELLOWCAKE, INC., A CALIFORNIA CORPORATION; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR, | ) ) ) ) ) |
| Counterdefendants. | ) ) |

SETH L. BERMAN, declares as follows:

1. I am a partner in the law firm of Abrams Fensterman, LLP and I am admitted *pro hac vice* in connection with this matter to practice before this Court. (ECF 6). I am counsel of record for Plaintiff Yellowcake, Inc. ("Yellowcake" or "Plaintiff") and Counterdefendants Yellowcake, Colonize Media, Inc., ("Colonize") and Jose David Hernandez ("Hernandez"), and as such, I have personal knowledge of the facts and circumstances in this matter.

2. This declaration is being submitted in opposition to the motion by the defendant, Hyphy Music, Inc. ("Hyphy"), for Summary Judgment and Summary Adjudication pursuant to Federal Rule of Civil Procedure 56.

3. This declaration is based upon my personal knowledge obtained as attorney for Yellowcake and Colonize, as well as the Exhibits annexed hereto, the accompanying Memorandum of Points and Authorities, and all prior pleadings and proceedings had herein.

## FACTS & EXHIBITS

4. For the sake of brevity and judicial economy, the undersigned restates the facts set forth in the Statement of Uncontested Facts (Dkt. 82-18), Memorandum of Points and Authorities (Dkt. 82) and Declarations of Kevin Berger (Dkt. 82-14) and

Jose David Hernandez (Dkt. 82-16), all of which were previously filed in support of Yellowcake, Colonize and Hernandez's Motion for Summary Judgment and Summary Adjudication, and incorporates them as if fully set forth herein.[1]

5. Attached hereto as Exhibits are true and correct copies of the documents referenced in Yellowcake's opposition to Hyphy's Motion for Summary Judgment submitted herewith.

6. Attached hereto as **Exhibit "A"** is a copy of excepts from the deposition transcript of Jose Martinez dated July 26, 2022.

**WHEREFORE**, the undersigned respectfully requests that this Court deny Hyphy's motion for Summary Judgment and Summary Adjudication pursuant to Federal Rule of Civil Procedure 56, together with such other and further relief as this Court deems just and proper.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 4, 2023                    Respectfully submitted,

                                         **ABRAMS FENSTERMAN, LLP**

                                         By: /s/ Seth L. Berman
                                         Seth L. Berman, Esq. (*admitted pro hac vice*)
                                         ***Attorneys for Plaintiff Yellowcake, Inc., and Counterdefendants Colonize Media, Inc., and Jose David Hernandez***

---

[1] All capitalized yet undefined terms used herein have the same meaning ascribed to them in the Statement of Uncontested Facts (Dkt. 82-18).

3

**DECLARATION OF SETH L. BERMAN IN OPPOSITION TO DEFENDANTS RULE 56 MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION**