1  **ALTVIEW LAW GROUP, LLP**
   JOHN M. BEGAKIS (SBN 278681)
2  john@altviewlawgroup.com
   12100 Wilshire Blvd., Suite 800
3  Los Angeles, California 90025
   Telephone: (310) 230-5580
4  Facsimile: (562) 275-8954

5  **SHERMAN LAW GROUP, LLP**
   RICHARD LLOYD SHERMAN (SBN 106597)
6  richard@shermanlawgroup.com
   9454 Wilshire Blvd., Suite 850
7  Beverly Hills, California 90212
   Telephone: (310) 246-0321
8  Facsimile: (310) 246-0305

9
10 *Attorneys for Defendant/Counterclaimant* HYPHY MUSIC, INC.

11              UNITED STATES DISTRICT COURT
12              EASTERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| YELLOWCAKE, INC., California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYPHY MUSIC, INC.,<br><br>Defendant. | **Case No.: 1:20-cv-00988-AWI-BAM**<br><br>[Assigned to the Hon. Jennifer L. Thurston]<br><br>**DECLARATION OF ABHAY KHOSLA IN SUPPORT OF HYPHY MUSIC, INC.'S OPPOSITION TO PLAINTIFF AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION** |
| HYPHY MUSIC, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>YELLOWCAKE, INC.; COLONIZE MEDIA, INC; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR,<br><br>Counter-Defendants. | Date:  September 29, 2023<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 4 (7th Floor)<br>       2500 Tulare Street<br>       Fresno, CA 93721<br>Judge: Hon. Jennifer L. Thurston |

i
DECLARATION OF ABHAY KHOSLA RE: HYPHY'S OPPOSITION TO MSJ

# DECLARATION OF ABHAY KHOSLA

I, Abhay Khosla, declare and state as follows:

1. I am an individual currently residing in Los Angeles, California, and am over 18 years of age. I am an attorney with the Sherman Law Group, counsel of record for Defendant and Counterclaimant Hyphy Music, Inc. ("**_Hyphy_**") I know all of the following facts of my own personal knowledge and, if called upon and sworn as a witness, could and would competently testify thereto.

2. I have reviewed a copy of the Declaration of Jose David Hernandez (the "**_Hernandez Declaration_**") and Exhibit A attached thereto, which was filed in the instant case of <u>Yellowcake Inc. v. Hyphy Music</u>, USDC Case No. 1:20-CV-00988 (the "**_Hyphy Lawsuit_**").

3. In the Hernandez Declaration, Mr. Hernandez claims that Daddy Kool Records received copies of the Albums at issue in the Hyphy Lawsuit "from Morena". Mr. Hernandez identifies the Albums at issue in the Hyphy Lawsuit in paragraph 7 of his Declaration as follows:

> "…(i) Los Originales de San Juan- El Campesino; (ii) Los Originales de San Juan-Corridos de Poca M; (iii) Los Originales de San Juan-En Vivo Desde La Cantina de Mi Barrio; (iv) Los Originales de San Juan- Nuestra Historia En Vivo; (v) Los Originales de San Juan- Amigos y Contrarios; and (vi) Los Originales de San Juan-Naci Con Suerte de Rey Con Mariachi (hereinafter the "Albums")[.]"

4. Mr. Hernandez appears to rely upon Exhibit A to his declaration, an e-mail from third party "Audible Magic" responding to a question from Jeremy Paulson asking about UPC Numbers 821691353127, 821691351628, and 81691350324 (the **_"Hernandez UPC Numbers"_**).

///

///

6.     In order to investigate this claim, I went to a website called Barcode Lookup <available at www.barcodelookup.com>, which states on its homepage "At Barcode Lookup, you get product information, photos and store pricing for millions of items worldwide—just by typing in the item's barcode number. We leverage the power of our gigantic database of barcodes and product data, sourced from big retailers and e-commerce sites all over the world, to bring you clear, useful info on any product you're interested in."

7.     I typed in the first of the three Hernandez UPC Numbers, 821691353127, into Barcode Lookup. A true and correct copy of the results is attached hereto as **Exhibit "A"**, evidencing that the first of the three Hernandez UPC Numbers refers to an album entitled "*Celebrando 39.*" As can be seen by paragraph 7 of the Hernandez Declaration, and as quoted above, this is <u>not</u> one of the Albums at issue in the Hyphy lawsuit.

8.     I typed in the second of the three Hernandez UPC Numbers, 821691351628, into Barcode Lookup. A true and correct copy of the results is attached hereto as **Exhibit "B"**, evidencing that the second of the three Hernandez UPC Numbers refers to an album entitled "*15 Corridos Immortales.*" As can be seen by paragraph 7 of the Hernandez Declaration, and as quoted above, this is <u>not</u> one of the Albums at issue in the Hyphy lawsuit.

9.     I typed in the third of the three Hernandez UPC Numbers, 81691350324, into Barcode Lookup. A true and correct copy of the results is attached hereto as **Exhibit "C"**, evidencing that the third of the three Hernandez UPC Numbers refers to an album entitled "*50 Mentadas.*" As can be seen by paragraph 7 of the Hernandez Declaration, and as quoted above, this is <u>not</u> one of the Albums at issue in the Hyphy lawsuit.

10.     I have reviewed the Exhibits to the Amended Counterclaim and the copyright infringement claim set forth there not based on any of the albums attached as Exhibits "A" through "C" to the Hernandez Declaration.

DECLARATION OF ABHAY KHOSLA RE: HYPHY'S OPPOSITION TO MSJ

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct, and that this Declaration was executed on August 14, 2023, at Beverly Hills, California.

*[signature]*

ABHAY KHOSLA

DECLARATION OF ABHAY KHOSLA RE: HYPHY'S OPPOSITION TO MSJ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing electronically filed document has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3.

Dated: August 15, 2023                    By: __/s/ John Begakis__
                                                               John M. Begakis

# EXHIBIT "A"

 BARCODE LOOKUP



# UPC 821691353127

EDIT PRODUCT

Celebrando 39

★★★★★ (Write a Review)

Share:

**Barcode Formats:** UPC-A 821691353127, EAN-13 0821691353127

**Category:** Media

**Artist:** Los Originales De San Juan

# EXHIBIT "B"

 BARCODE LOOKUP

Enter a barcode number or search term

🔍 Search



# UPC 821691351628

EDIT PRODUCT ✏️

15 Corridos Inmortales

★★★★★ (Write a Review)

Share:

**Barcode Formats:** UPC-A 821691351628, EAN-13 0821691351628

**Category:** Media

**Artist:** 15 Corridos Inmortales

# EXHIBIT "C"



BARCODE LOOKUP

Enter a barcode number or search term

**Search**

# UPC 821691350324

EDIT PRODUCT

50 Mentadas

★★★★★ (Write a Review)

Share:

**Barcode Formats:** UPC-A 821691350324, EAN-13 0821691350324

**Category:** Media

**Artist:** Los Originales De San Juan