**ALTVIEW LAW GROUP, LLP**
JOHN M. BEGAKIS (SBN 278681)
john@altviewlawgroup.com
12100 Wilshire Blvd., Suite 800
Los Angeles, California 90025
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

**SHERMAN LAW GROUP, LLP**
RICHARD LLOYD SHERMAN (SBN 106597)
richard@shermanlawgroup.com
9454 Wilshire Blvd., Suite 850
Beverly Hills, California 90212
Telephone: (310) 246-0321
Facsimile: (310) 246-0305

*Attorneys for Defendant/Counterclaimant* HYPHY MUSIC, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYPHY MUSIC, INC.,<br><br>Defendant. | **Case No.: 1:20-cv-00988-AWI-BAM**<br><br>[Assigned to the Hon. Jennifer L. Thurston]<br><br>**DECLARATION OF EDUARDO LEON IN SUPPORT OF HYPHY MUSIC, INC.'S OPPOSITION TO PLAINTIFF AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION** |
| HYPHY MUSIC, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>YELLOWCAKE, INC.; COLONIZE MEDIA, INC; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR,<br><br>Counter-Defendants. | Date: September 29, 2023<br>Time: 9:00 a.m.<br>Dept.: Courtroom 4 (7th Floor)<br>         2500 Tulare Street<br>         Fresno, CA 93721<br>Judge: Hon. Jennifer L. Thurston |

i

DECLARATION OF EDDIE LEON RE: HYPHY'S OPPOSITION TO MSJ

# DECLARATION OF EDUARDO LEON

I, Eduardo Leon, declare and state as follows:

1. I am an individual currently residing in Santa Barbara, California, and am over 18 years of age. I am the owner and Chief Executive Officer of Defendant MORENA MUSIC, INC. ("**Morena**"). I know all of the following facts of my own personal knowledge and, if called upon and sworn as a witness, could and would competently testify thereto.

2. I have reviewed a copy of the Declaration of Jose David Hernandez (the "**Hernandez Declaration**") and Exhibit A attached thereto, which was filed in the instant case of <u>Yellowcake Inc. v. Hyphy Music</u>, USDC Case No. 1:20-CV-00988 (the "**Hyphy Lawsuit**").

3. In the Hernandez Declaration, Mr. Hernandez falsely claims that (a) Daddy Kool Records received copies of the Albums at issue in the Hyphy Lawsuit "from Morena" through a distributor named The Orchard ("**Orchard**"), (b) Hyphy's Albums were provided to Orchard from Morena, and (c) Daddy Kool offering digital downloads of Hyphy's Albums (with Hyphy's artwork) evidences Morena acting "in corroboration" with Hyphy Music, Inc. ("**Hyphy**").

4. However, this is untrue. Morena does not have the relationship with Hyphy as has been alleged—in fact, Hyphy is a competitor of Morena in the music business. Morena never worked with or collaborated with Hyphy on the production or digital distribution of the Albums that we understand to be in dispute in the Hyphy Lawsuit.

5. Mr. Hernandez does not say what he is basing his claims on, other than Exhibit A to that declaration, wherein a third party "Audible Magic" responds to a question from Jeremy Paulson of Counter-Defendant Colonize Media, Inc. asking about UPC Numbers 821691353127, 821691351628, and 81691350324.

///

///

1

DECLARATION OF EDDIE LEON RE: HYPHY'S OPPOSITION TO MSJ

DocuSign Envelope ID: AB0DF72A-7CDF-493D-902C-9429AADEBA1D

6. However, I am informed that those UPC Numbers refer to the albums (1) "Celebrando 39"; (2) "50 Mentadas"; and (3) "15 Corridos Inmortales". These are the three albums that <u>Morena</u> co-authored and distributed that are at issue in <u>Yellowcake's lawsuit against Morena</u>, ***not*** the Albums at issue in the Hyphy Lawsuit, or any copyright infringement claim set forth therein.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this Declaration was executed on August 14, 2023, at Santa Barbara, California.

*Eduardo Leon* (DocuSigned)

EDUARDO LEON

---

2

DECLARATION OF EDDIE LEON RE: HYPHY'S OPPOSITION TO MSJ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing electronically filed document has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3.

Dated: August 15, 2023                    By: __/s/ John Begakis__
                                                        John M. Begakis