**ALTVIEW LAW GROUP, LLP**
JOHN M. BEGAKIS (SBN 278681)
john@altviewlawgroup.com
12100 Wilshire Blvd., Suite 800
Los Angeles, California 90025
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

**SHERMAN LAW GROUP, LLP**
RICHARD LLOYD SHERMAN (SBN 106597)
richard@shermanlawgroup.com
9454 Wilshire Blvd., Suite 850
Beverly Hills, California 90212
Telephone: (310) 246-0321
Facsimile: (310) 246-0305

*Attorneys for Defendant/Counterclaimant* HYPHY MUSIC, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYPHY MUSIC, INC.,<br><br>Defendant. | **Case No.: 1:20-cv-00988-JLT-BAM**<br><br>[Assigned to the Hon. Jennifer L. Thurston]<br><br>**EXHIBIT LIST TO HYPHY MUSIC INC.'S OPPOSITION TO YELLOWCAKE, INC., AND COLONIZE MEDIA, INC.'S MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION** |
| HYPHY MUSIC, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>YELLOWCAKE, INC.; COLONIZE MEDIA, INC; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR,<br><br>Counter-Defendants. | Date:  June 27, 2023<br>Time: 9:00 a.m.<br>Dept.: Courtroom 4 (7th Floor)<br>      2500 Tulare Street<br>      Fresno, CA 93721<br>Judge: Hon. Jennifer L. Thurston |

EXHIBIT LIST

# INDEX OF EXHIBITS

- Declaration of Abhay Khosla

| Exh. | Description |
|------|-------------|
| A | A copy of the results from the website, Barcode Lookup <available at www.barcodelookup.com>, of the UPC Number 821691353127. |
| B | A copy of the results from the website, Barcode Lookup <available at www.barcodelookup.com>, of the UPC Number 821691351628. |
| C | A copy of the results from the website, Barcode Lookup <available at www.barcodelookup.com>, of the UPC Number 81691350324. |

- Declaration of Jose Martinez

| Exh. | Description |
|------|-------------|
| D | Copies of the Copyright Assignment Agreements from Alfonso Vargas ("Vargas") and Domingo Torres Flores ("Flores"), respectively. |
| E | Copies of all documents already produced in discovery evidencing the amounts paid for "Amigos y Contrarios" and "Corridos de Poca M." |
| F | Copies of all documents already produced in discovery evidencing the amounts paid for "El Campesino." |
| G | Copies of all documents already produced in discovery evidencing the amounts paid for "Desde La Cantino de Mi Barrio (En Vivo)" and "Nuestra. Historia (En Vivo)." |
| H | Screenshots evidencing the assigned unique International Standard Recording Codes ("ISRCs") and Universal Product Codes ("UPCs") of Hyphy's Albums: El Campensino, Corridos De Poca M, and Desde La Cantina De Mi Barrio. |

EXHIBIT LIST

| Exh. | Description |
|---|---|
| I | Copyright Registrations obtained by Hyphy for the Album Artwork. |
| J | A copy of the screenshots from the website located at <daddykoolrecords.com> showing "Corridos de Poca M," "El Campesion" and "Desde La Cantina De Mi Barrio" being distributed by Yellowcake (as verified by the non-Hyphy UPC referenced under the "Details" of each such distribution) with Hyphy's Album Artwork. |
| K | Copies of pages from the Group's profile page located at <https://allmusic.com> (which were accessed at least as recently as August 14, 2023) showing –via the "Biography" and "Credits" tabs – the Group being credited solely as "Los Originales De San Juan." |

- Declaration of John Begakis

| Exh. | Description |
|---|---|
| L | Plaintiff/Counterdefendant Yellowcake, Inc.'s ("*Yellowcake*") Responses to Defendant/Counterclaimant Hyphy Music, Inc.'s ("*Hyphy*") First Set of Interrogatories (the "*Yellowcake Interrogatory Responses*") served on Hyphy on February 11, 2022. |
| M | Plaintiff/Counterdefendant Yellowcake, Inc.'s ("*Yellowcake*") Responses to Defendant/Counterclaimant Hyphy Music, Inc.'s ("*Hyphy*") First Set of Requests for Production of Documents (the "*Yellowcake Responses to Requests for Production*"), and the relevant documents produced therewith, served on Hyphy on February 11, 2022 |
| N | Portions of the deposition taken by Counter-Defendants on or about July 26, 2022 of Jose Martinez as the "Person Most knowledgeable" for Hyphy (the "*Martinez Depo*"), located at (page:line) 13:6-14:6, 26:2-12, 44:7-23, 44:24-9, 51:18-25, 51:22-25, 59:21-60:7, 61:10-16, 67:24-68:24, 67:24-69:5, 75:6-76:25, 83:11-84:22, 84:24-85:8, 85:14- 86:16, 111:24- |

| | | |
|---|---|---|
| | | 112:3, 127:12-21, 133:9-136:5, and 154:11-155:25 of the deposition transcript. |
| | O | Portions of the deposition taken by Hyphy on or about August 16, 2022 of Kevin Berger as the "Person Most Knowledgeable" for Yellowcake (the "***Berger Depo***"), located at (page:line) 91:19-23 of the deposition transcript. |
| | P | Portions of the first volume of the deposition taken by Hyphy on or about August 17, 2022 of Jose David Hernandez ("***Hernandez Depo I***"), located at (page:line) 51:9-11, 77:19-21, 80:3-20, 107:4-20, 109:22-110:11, 116:18-117:14, 148:24-149:5 and 211:24-212:6 of the deposition transcript |
| | Q | Portions of the deposition taken by Counter-Defendants on or about December 6, 2022 of Alfonso Vargas (the "***Vargas Depo***"), located at (page:line) 17:16-19, 27:17-22, 143:7-10, 143:14-16, 143:17-20, 143:25-144:3, and 144:4-7 of the deposition transcript. |
| | R | Portions of the deposition taken by Counter-Defendants on or about December 7, 2022 of Domingo Torres Flores (the "***Flores Depo***"), located at (page:line) 47:15-25, 48:19-23, 82:13-15, 82:22-83:2, 83:4-13, 85:25-86:11, and 86:13-21 of the deposition transcript. |
| | S | Portions of the first volume of the deposition taken by Hyphy on or about December 14, 2022 of Jesus Chavez Sr. ("***Chavez Depo I***"), located at (page:line) 18:16-19:3, 20:8-16, 21:16-19, 25:13-14 and 34:7- 11 of the deposition transcript. |
| | T | Portions of the second volume of the deposition taken by Hyphy on or about January 9, 2023 of Jesus Chavez Sr. ("***Chavez Depo II***"), located at (page:line) 16:22- 17:5, 19:14-17, 20:20-21:16, 22:20-23:3, 23:11-15, 26:13-20, 31:8-16, 32:16-20, 33:18-34:1, 35:12-21, 38:8-18, 41:13-42:2, 77:13-17, 79:7-9, 79:17-80:2, 80:5-13, 81:7-16 and 88:25-89:9 of the |

EXHIBIT LIST

| | |
|---|---|
| | deposition transcript. |
| U | Portions of the deposition taken by Yellowcake of Hyphy's designated expert, Larry Katz, Esq. (the "**_Katz Depo_**"), located at (page:line) 46:1-47:4, 46:23-47:4, and 47:5-18 of the deposition transcript. |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing electronically filed document has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3.

Dated: August 15, 2023          By:   /s/ John Begakis      
                                         John M. Begakis