1  **ALTVIEW LAW GROUP, LLP**
   JOHN M. BEGAKIS (SBN 278681)
2  john@altviewlawgroup.com
   12100 Wilshire Blvd., Suite 800
3  Los Angeles, California 90025
   Telephone: (310) 230-5580
4  Facsimile: (562) 275-8954

5  **SHERMAN LAW GROUP, LLP**
   RICHARD LLOYD SHERMAN (SBN 106597)
6  richard@shermanlawgroup.com
   9454 Wilshire Blvd., Suite 850
7  Beverly Hills, California 90212
   Telephone: (310) 246-0321
8  Facsimile: (310) 246-0305

9
   *Attorneys for Defendant/Counterclaimant* HYPHY MUSIC, INC.
10

11              UNITED STATES DISTRICT COURT

12             EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  YELLOWCAKE, INC., California corporation, | **Case No.: 1:20-cv-00988-JLT-BAM** |
| 15 | [Assigned to the Hon. Jennifer L. Thurston] |
| Plaintiff, | **DECLARATION OF JOSE MARTINEZ IN SUPPORT OF HYPHY MUSIC INC.'S OPPOSITION TO JESUS CHAVEZ, SR.'S MOTION FOR SUMMARY JUDGMENT** |
| 16  v. | |
| 17  HYPHY MUSIC, INC., | |
| 18  Defendant. | |
| 19 | |
| 20  HYPHY MUSIC, INC., | Date:  September 29, 2023 |
| | Time: 9:00 a.m. |
| 21  Counterclaimant, | Dept.: Courtroom 4 (7th Floor) |
| | 2500 Tulare Street |
| 22  v. | Fresno, CA 93721 |
| | Judge: Hon. Jennifer L. Thurston |
| 23  YELLOWCAKE, INC.; COLONIZE MEDIA, INC; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR, | |
| 24 | |
| 25 | |
| 26  Counter-Defendants. | |

27

28

DECLARATION OF JOSE MARTINEZ

## DECLARATION OF JOSE MARTINEZ

I, Jose Martinez, declare and state as follows:

1.    I am an individual currently residing in Fresno, California, and am over 18 years of age. I am the owner and Chief Executive Officer of Defendant and Counterclaimant Hyphy Music, Inc. ("*Hyphy*"). I know all of the following facts of my own personal knowledge and, if called upon and sworn as a witness, could and would competently testify thereto.

2.    Hyphy is a record label in the business of collaborating with recording artists to produce, distribute, and otherwise exploit sound and audiovisual recordings, coupled with artwork.

3.    In or about February 2013, I – through Hyphy – began working together – through member and lead singer Jesus Chavez, Sr. ("*Chavez*") – with the musical group Los Originales De San Juan ("the *Group*"), to co-create various sound recordings to be embodied on multiple albums, which we orally agreed were to be owned by Hyphy in exchange for payment of a fixed amount and other valuable consideration (the "*Agreement*"). The Group, which was comprised of Chavez, as the lead singer, Domingo Torres Flores ("*Flores*"), as the accordion player, and Alfonso Vargas ("*Vargas*"), as the drummer, performs a style of accordion music originating from Northern Mexico, and is popular with listeners primarily because of the accordion music contained within the songs the Group performs and records. It should also be noted that Counter-Defendant Jose David Hernandez ("*Hernandez*"), a party to this action who also co-owns and controls Plaintiff/Cross-Defendant Yellowcake, Inc. ("*Yellowcake*") and Counter-Defendant Colonize Media, Inc. ("*Colonize*"), is someone who also used to work with Hyphy. As such, Hernandez obtained valuable information about Hyphy throughout the course of his work therewith – including the knowledge that Hyphy's Agreement with the Group was oral.

///

4.    The albums created pursuant to the Agreement are entitled (1) "Amigos y Contrarios"; (2) "Corridos de Poca M"; (3) "El Campesino"; (4) "Desde La Cantina de Mi Barrio (En Vivo)"; and (5) "Nuestra Historia (En Vivo)" (collectively, the "***Los Originales Albums***" or "***Albums***"). One of the other two albums identified in Yellowcake's Complaint, entitled "Chuy Chavez y Sus Amigos," has no connection to this dispute and wasn't even recorded by Chavez.

5.    Though the Agreement was not initially memorialized in writing, Flores and Vargas executed Copyright Assignment Agreements on or about March 22, 2022 (collectively, the "***Assignments***"), which reflected their respective understandings of the Agreement's existence, and their respective original intent to convey all rights in and to their recording services rendered pursuant to the Agreement to Hyphy. Attached hereto as **Exhibit "A"** and incorporated herein by this reference are true and correct copies of the Assignments.

6.    Unlike the types of large, corporate record labels that most people think of when they think of a "record label," Hyphy closely collaborated with the Group to create the Albums. For the first three (of five) Albums, which were recorded in studio, Hyphy's close collaboration with the Group included, without limitation: (a) helping determine the "theme" and overall creative direction of each such Album; (b) selecting the songs to be included in each such Album; (c) selecting the recording studio, and paying for all costs associated with the recording of each such Album; (d) hiring the sound engineer; (e) paying the Group a substantial amount to record the Albums; and (f) overseeing and generally supervising the recording and production of each Album. For the final two (of five) Albums, which are each comprised of recordings from a previous live performance by the Group, Hyphy's close collaboration with the Group included, without limitation: (a) selecting and paying for the venue where the live performance occurred; (b) selecting the songs to be performed at the live performance; (c) directly employing, supervising and directing the services of the sound engineer and videographer who each recorded the

audio and video of the live performance, respectively; (d) writing the script for the history of the Group as part of the Group's live performance, and hiring an "MC"/commentator to narrate the script; and (e) re-recording whole portions of the guitarist's contributions to the live performance afterwards, using a new guitarist selected, hired and paid for by Hyphy.

7.    In addition to Hyphy's original contributions to the production, recording and overall creation of the Los Originales Albums, Hyphy also designed and created artwork featured on the cover of each Album (the "***Album Artwork***").

8.    Hyphy released the Albums, with the Album Artwork, for distribution through all available digital service providers (the "***DSPs***") upon each Album's creation, between 2013 and 2017. When each of such Albums were released, they were each assigned unique International Standard Recording Codes ("***ISRCs***") and Universal Product Codes ("***UPCs***"). Attached hereto as **Exhibit "B"** and incorporated herein by this reference are true and correct copies of screenshots evidencing the UPCs associated with each of the Albums as distributed by Hyphy.

9.    In or about May of 2020, Hyphy obtained copyright registrations for all of the Album Artwork. True and correct copies of the copyright registrations for all of such Album Artwork are attached hereto as **Exhibit "C"** and incorporated herein by this reference.

10.    Hyphy was never, at any point during all times alleged, made aware by Yellowcake or anyone else that Yellowcake had apparently entered into an "Asset Purchase and Assignment Agreement" with Chavez on or about March 21, 2019 (the "***Asset Purchase Agreement***"), which purportedly granted Yellowcake rights in the Albums. I and everyone else at Hyphy had a healthy, working relationship with the Group, and Hyphy was making significant efforts to revive the Group's popularity, including by investing in radio and social media advertising campaigns promoting the Group, and by providing the Group with all of the financial support the Group needed to produce albums. As such, no one in the Group ever told anyone

4

DECLARATION OF JOSE MARTINEZ

for Hyphy that they were unhappy with their arrangement with Hyphy, wanted to terminate such arrangement, or believed that anyone other than Hyphy actually possessed the rights in the Albums Hyphy possesses. In fact, at the time of apparent execution of the Asset Purchase Agreement, the Group had just posed for pictures to be incorporated into the Album Artwork of a new album to be released.

11.    If Chavez did indeed have the ability to assign rights in the Albums to any other record label, Hyphy would have expected such record label to reach out to Hyphy to coordinate the transfer of the sound recording files, and the unique ISRCs and UPCs assigned to each Album upon initial release by Hyphy. Instead, Hyphy simply discovered in or about April of 2019 that Yellowcake was distributing versions of the Albums with Hyphy's Album Artwork.

12.    Accordingly, Hyphy brought Counterclaims against Yellowcake, Colonize and Hernandez, including a Second Counterclaim for Copyright Infringement of the Album Artwork and a Sixth Counterclaim for Unfair Competition.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on August 15, 2023, at Fresno, California.

JOSE MARTINEZ

DECLARATION OF JOSE MARTINEZ

1    **CERTIFICATE OF SERVICE**

2        I HEREBY CERTIFY that a copy of the foregoing electronically filed

3    document has been served via a "Notice of Electronic Filing" automatically

4    generated by the CM/ECF System and sent by e-mail to all attorneys in the case who

5    are registered as CM/ECF users and have consented to electronic service pursuant to

6    L.R. 5-3.3.

7

8    Dated: August 15, 2023                    By:    /s/ John Begakis

9                                                      John M. Begakis

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

## COPYRIGHT ASSIGNMENT AGREEMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and a payment of _____ $ 1. 00 _____ effective as of March 22, 2022 (the "Effective Date"), the undersigned Alfonso Vargas, an individual ("Assignor"), hereby irrevocably sells, assigns and transfers to and sets over to Hyphy Music, Inc., a California corporation ("Assignee"), in perpetuity, all of the following:

(a)    One hundred percent (100%) of all of Assignor's undivided right, title and interest in and to all audio-only and audiovisual master recordings, sound recordings and phonorecords embodying the musical performances of the musical group Los Originales De San Juan (individually and collectively, "Artist") (whether alone or together with other recording artists) and set forth on Schedule A annexed hereto and by this reference made a part hereof, or any direct or indirect interests therein or other rights arising therefrom, including without limitation all rights under United States federal or state copyright or foreign copyright and all renewals, extensions, continuations, restorations, revivals and reversions thereof (whether vested, contingent or inchoate, whether registered or unregistered and whether such renewals, extensions, continuations, restorations, revivals and reversions are now in existence or come into existence for any reason, including without limitation as a result of future legislation or the interpretation thereof) in all countries of the world or otherwise throughout the universe, as well as all United States or foreign applications for copyright registration and all causes of action and defenses, including without limitation those for infringement, arising from the date of creation of the work subject to such copyright, whether now known or unknown to Assignor or Assignee in all events, respecting which Assignor owns or controls any right, title or interest anywhere in the world, whether resulting from sole or partial ownership of the copyrights therein, a contract granting a right to participate in the proceeds of exploitation thereof, or otherwise (the "Masters");

(b)    with respect to any one or more of the Masters, the right to distribute, license, exploit, or otherwise exercise, or to permit or authorize any other entity to distribute, license, exploit, or otherwise exercise, an undivided one hundred percent (100%) interest in and to Assignor's interest in the Masters (including the right to reproduce, publish, rent, lease, lend, publicly perform or publicly display the Masters, the right to create derivative works based thereon, and all other rights reserved to the legal or beneficial owner of the copyrights in the Masters under the United States Copyright Act, 17 U.S.C. § 101, et. seq., or the copyright laws of any other country in the world), in whole or in part, on behalf of the copyright owner thereof, and to collect an undivided one hundred percent (100%) of any and all earnings, income, revenues, remuneration, royalties, advances, fees, monies, advances, settlement amounts and any other sums or amounts of any kind or description derived in connection therewith in any territory of the world or universe;

(c)    the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts and any other sums or amounts of any kind or description payable by any entity from and after anywhere in the universe to Assignor with respect to Assignor's interest in the Masters, whether pursuant to the Master Agreements (as defined below) or otherwise in connection with the use or exploitation of the Masters (the "Master Royalties");

(d)    all of Assignor's rights under any and all contracts entered into by Assignor relating to the acquisition, ownership, use or exploitation of the Masters (the "Master Agreements"), including without limitation the sole and exclusive right to exercise any and all of Assignor's approval rights and audit rights thereunder throughout the universe in perpetuity;

HYPHY000168

(e)    the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts and any other sums or amounts of any kind or description payable or becoming payable to Assignor by any neighboring rights or sound recording performing rights collection organization or society throughout the world or any other entity that licenses and collects income in respect of the public performance or broadcast of sound recordings in connection with the public performance of the Masters ("Neighboring Rights Organization"), including without limitation public performance by transmission, broadcast, digital broadcast, webcast, simulcast, satellite and cable transmission and retransmission and rental and lending communication, whether accorded pursuant to the laws and regulations currently in effect or hereinafter enacted in any country of the world or under any applicable agreement, including without limitation, the so-called "label share" and "artist share" of neighboring rights income from and after the Effective Date anywhere in the universe; and

(f)    all of Assignor's rights under any and all contracts entered into by Assignor, on the one hand, and any Neighboring Rights Organization, on the other hand, including without limitation the sole and exclusive right to exercise any and all of Assignor's approval rights and audit rights thereunder throughout the universe in perpetuity.

If any provision of this instrument of transfer shall be held void, invalid or inoperative, no other provision of this instrument of transfer shall be affected as a result thereof and, accordingly, the remaining provisions of this instrument of transfer shall remain in full force and effect.

IN WITNESS WHEREOF, the undersigned have duly executed this Assignment the date first stated above.

ASSIGNOR:


By: _____
An individual


ASSIGNEE:


By: _____
An authorized signatory of Hyphy Music, Inc.


HYPHY000169

Schedule A

El Campesino

1) El Campesino
2) Solo Dios
3) El Arbol
4) El Paniqueado
5) Dinero Manchado
6) Corrido del Cach
7) El Corrido de Camilo
8) El Martelito
9) Chicano Jalicience
10) Miguel Fuentes
11) En Una Cajita de Oro
12) Mis Hijos Son Mi Tesoro
13) Marili
14) Suplica De Un Padre

Corridos De Poca M

1) El Carlichi
2) Sin Fortuna
3) El Fantasma
4) Javier Fernandez
5) El Original
6) Manuel Gonzalez
7) Amanda Varela
8) Cuando No Se Nace Rico
9) Mi Viejo
10) Tan Solo Penas

HYPHY000170

Amigos y Contrarios

1) Amigos y Contrarios
2) El Tucan
3) El Buchon
4) El Puma de Tlazazalca
5) Custodio Alvarez
6) 2 Perros Malnacidos
7) Rolando Junior
8) Javier Guerrero
9) Hugo S. Salazar
10) Hoy Que Mis Hijos Se Fueron
11) Jesus Herrera
12) Corrido de Monchis
13) Hartate Mugroso
14) La Carera

En Vivo Desde La Cantina de Mi Barrio

1) Mi Ultimo Deseo
2) La Peda
3) Paloma En Su Nido
4) El Morralito
5) Me Llaman Lineas de A Metro
6) Naci Con Suerte de Rey
7) El Tequilero
8) El Clavo
9) El Jabali
10) Con Una Copa En Mi Mano
11) La Cantina de Mi Barrio
12) El Carlichi
13) Vida Prestada
14) Fuiste Todo Para Mi
15) Eladio Mora

Nuestra Historia En Vivo

1) El Rey del Cristal
2) El Aguacatero
3) El Patas de Diablo
4) El Cara de Chango
5) La Raza de Michoacan
6) La Caspa del Diablo
7) La Troca del Moño Negro
8) Deje de Engordar Maranos
9) El Jardinero
10) El Grande de Michoacan
11) Rey de Reyes
12) Pacas de A Kilo
13) La Muerte de Manuelon
14) El Corrido del Charapo
15) Los Cuatro Amigos
16) El Numero Gratis

HYPHY000172

## COPYRIGHT ASSIGNMENT AGREEMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and a payment of $1.00 _____ effective as of March 22, 2022 (the "Effective Date"), the undersigned Domingo Torres Flores, an individual ("Assignor"), hereby irrevocably sells, assigns and transfers to and sets over to Hyphy Music, Inc., a California corporation ("Assignee"), in perpetuity, all of the following:

(a)  One hundred percent (100%) of all of Assignor's undivided right, title and interest in and to all audio-only and audiovisual master recordings, sound recordings and phonorecords embodying the musical performances of the musical group Los Originales De San Juan (individually and collectively, "Artist") (whether alone or together with other recording artists) and set forth on Schedule A annexed hereto and by this reference made a part hereof, or any direct or indirect interests therein or other rights arising therefrom, including without limitation all rights under United States federal or state copyright or foreign copyright and all renewals, extensions, continuations, restorations, revivals and reversions thereof (whether vested, contingent or inchoate, whether registered or unregistered and whether such renewals, extensions, continuations, restorations, revivals and reversions are now in existence or come into existence for any reason, including without limitation as a result of future legislation or the interpretation thereof) in all countries of the world or otherwise throughout the universe, as well as all United States or foreign applications for copyright registration and all causes of action and defenses, including without limitation those for infringement, arising from the date of creation of the work subject to such copyright, whether now known or unknown to Assignor or Assignee in all events, respecting which Assignor owns or controls any right, title or interest anywhere in the world, whether resulting from sole or partial ownership of the copyrights therein, a contract granting a right to participate in the proceeds of exploitation thereof, or otherwise (the "Masters");

(b)  with respect to any one or more of the Masters, the right to distribute, license, exploit, or otherwise exercise, or to permit or authorize any other entity to distribute, license, exploit, or otherwise exercise, an undivided one hundred percent (100%) interest in and to Assignor's interest in the Masters (including the right to reproduce, publish, rent, lease, lend, publicly perform or publicly display the Masters, the right to create derivative works based thereon, and all other rights reserved to the legal or beneficial owner of the copyrights in the Masters under the United States Copyright Act, 17 U.S.C. § 101, et. seq., or the copyright laws of any other country in the world), in whole or in part, on behalf of the copyright owner thereof, and to collect an undivided one hundred percent (100%) of any and all earnings, income, revenues, remuneration, royalties, advances, fees, monies, advances, settlement amounts and any other sums or amounts of any kind or description derived in connection therewith in any territory of the world or universe;

(c)  the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts and any other sums or amounts of any kind or description payable by any entity from and after anywhere in the universe to Assignor with respect to Assignor's interest in the Masters, whether pursuant to the Master Agreements (as defined below) or otherwise in connection with the use or exploitation of the Masters (the "Master Royalties");

(d)  all of Assignor's rights under any and all contracts entered into by Assignor relating to the acquisition, ownership, use or exploitation of the Masters (the "Master Agreements"), including without limitation the sole and exclusive right to exercise any and all of Assignor's approval rights and audit rights thereunder throughout the universe in perpetuity;

HYPHY000173

(e)      the sole and exclusive right to collect an undivided one hundred percent (100%) of any and all royalties, fees, credits, earnings, income, revenues, remuneration, monies, advances, settlement amounts and any other sums or amounts of any kind or description payable or becoming payable to Assignor by any neighboring rights or sound recording performing rights collection organization or society throughout the world or any other entity that licenses and collects income in respect of the public performance or broadcast of sound recordings in connection with the public performance of the Masters ("<u>Neighboring Rights Organization</u>"), including without limitation public performance by transmission, broadcast, digital broadcast, webcast, simulcast, satellite and cable transmission and retransmission and rental and lending communication, whether accorded pursuant to the laws and regulations currently in effect or hereinafter enacted in any country of the world or under any applicable agreement, including without limitation, the so-called "label share" and "artist share" of neighboring rights income from and after the Effective Date anywhere in the universe; and

(f)      all of Assignor's rights under any and all contracts entered into by Assignor, on the one hand, and any Neighboring Rights Organization, on the other hand, including without limitation the sole and exclusive right to exercise any and all of Assignor's approval rights and audit rights thereunder throughout the universe in perpetuity.

If any provision of this instrument of transfer shall be held void, invalid or inoperative, no other provision of this instrument of transfer shall be affected as a result thereof and, accordingly, the remaining provisions of this instrument of transfer shall remain in full force and effect.

IN WITNESS WHEREOF, the undersigned have duly executed this Assignment the date first stated above.

ASSIGNOR:

By: _____
        An individual

ASSIGNEE:

By: _____
        An authorized signatory of Hyphy Music, Inc.

Schedule A

El Campesino

1)  El Campesino
2)  Solo Dios
3)  El Arbol
4)  El Paniqueado
5)  Dinero Manchado
6)  Corrido del Cach
7)  El Corrido de Camilo
8)  El Martelito
9)  Chicano Jalicience
10) Miguel Fuentes
11) En Una Cajita de Oro
12) Mis Hijos Son Mi Tesoro
13) Marili
14) Suplica De Un Padre

Corridos De Poca M

1)  El Carlichi
2)  Sin Fortuna
3)  El Fantasma
4)  Javier Fernandez
5)  El Original
6)  Manuel Gonzalez
7)  Amanda Varela
8)  Cuando No Se Nace Rico
9)  Mi Viejo
10) Tan Solo Penas

HYPHY000175

Amigos y Contrarios

1) Amigos y Contrarios
2) El Tucan
3) El Buchon
4) El Puma de Tlazazalca
5) Custodio Alvarez
6) 2 Perros Malnacidos
7) Rolando Junior
8) Javier Guerrero
9) Hugo S. Salazar
10) Hoy Que Mis Hijos Se Fueron
11) Jesus Herrera
12) Corrido de Monchis
13) Hartate Mugroso
14) La Carera

En Vivo Desde La Cantina de Mi Barrio

1) Mi Ultimo Deseo
2) La Peda
3) Paloma En Su Nido
4) El Morralito
5) Me Llaman Lineas de A Metro
6) Naci Con Suerte de Rey
7) El Tequilero
8) El Clavo
9) El Jabali
10) Con Una Copa En Mi Mano
11) La Cantina de Mi Barrio
12) El Carlichi
13) Vida Prestada
14) Fuiste Todo Para Mi
15) Eladio Mora

Nuestra Historia En Vivo

1) El Rey del Cristal
2) El Aguacatero
3) El Patas de Diablo
4) El Cara de Chango
5) La Raza de Michoacan
6) La Caspa del Diablo
7) La Troca del Moño Negro
8) Deje de Engordar Maranos
9) El Jardinero
10) El Grande de Michoacan
11) Rey de Reyes
12) Pacas de A Kilo
13) La Muerte de Manuelon
14) El Corrido del Charapo
15) Los Cuatro Amigos
16) El Numero Gratis

HYPHY000177

# EXHIBIT "B"



# SoundExchange ISRC Search
*global sound recording database*

**SOUNDEXCHANGE**

| SEARCH | ADVANCED | LOOKUP BY CODE |

| ISRC | | Lookup | | 758381471420 ✕ | | Lookup |

## 14 Recording Results   [Clear]

[Add all to cart]   [< Previous] [1] of [2] [Next >]    Recordings Per Page: [10]   [Hide Releases]

| | Artist | Title | Version | Year | Duration | ISRC | Release | Release Label | Release Date | Release Artist | UPC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊕ | Los Originales De San Juan | Suplica de un Padre | | 2016 | 2:42 | QM6DC1999029 | El Campesino | JC | 2016-05-31 | Los Originales De San Juan | 758381471420 |
| ⊕ | Los Originales De San Juan | En una Cajita de Oro | | 2016 | 3:25 | QM6DC1999026 | El Campesino | JC | 2016-05-31 | Los Originales De San Juan | 758381471420 |
| ⊕ | Los Originales De San Juan | El Arbol | | 2016 | 3:09 | QM6DC1999018 | El Campesino | JC | 2016-05-31 | Los Originales De San Juan | 758381471420 |
| ⊕ | Los Originales De San Juan | Chicano Jalicience | | 2016 | 3:05 | QM6DC1999024 | El Campesino | JC | 2016-05-31 | Los Originales De San Juan | 758381471420 |
| ⊕ | Los Originales De San Juan | El Campesino | | 2016 | 3:47 | QM6DC1999016 | El Campesino | JC | 2016-05-31 | Los Originales De San Juan | 758381471420 |
| ⊕ | Los Originales De San Juan | Mis Hijos Son Mi Tesoro | | 2016 | 3:35 | QM6DC1999027 | El Campesino | JC | 2016-05-31 | Los Originales De San Juan | 758381471420 |
| ⊕ | Los Originales De San Juan | Marili | | 2016 | 3:35 | QM6DC1999028 | El Campesino | JC | 2016-05-31 | Los Originales De San Juan | 758381471420 |
| ⊕ | Los Originales De San Juan | Miguel Fuentes | | 2016 | 3:21 | QM6DC1999025 | El Campesino | JC | 2016-05-31 | Los Originales De San Juan | 758381471420 |



### SoundExchange ISRC Search
*global sound recording database*

SEARCH | ADVANCED | **LOOKUP BY CODE**

ISRC | Lookup | 190374798310 | Lookup

## 14 Recording Results    Clear

**Add all to cart**    < Previous | 1 | of **2** | Next >    Recordings Per Page: 10 | Hide Releases

| | Artist | Title | Version | Year | Duration | ISRC | Release | Release Label | Release Date | Release Artist | UPC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊕ | Los Originales de San Juan | En una Cajita de Oro | | 2016 | 3:25 | QMFMF1523488 | El Campesino | Hyphy Music | 2016-05-31 | Los Originales De San Juan | 190374798310 |
| ⊕ | Los Originales de San Juan | Marili | | 2016 | 3:35 | QMFMF1523490 | El Campesino | Hyphy Music | 2016-05-31 | Los Originales De San Juan | 190374798310 |
| ⊕ | Los Originales de San Juan | Miguel Fuentes | | 2016 | 3:21 | QMFMF1523487 | El Campesino | Hyphy Music | 2016-05-31 | Los Originales De San Juan | 190374798310 |
| ⊕ | Los Originales de San Juan | El Arbol | | 2016 | 3:09 | QMFMF1523480 | El Campesino | Hyphy Music | 2016-05-31 | Los Originales De San Juan | 190374798310 |
| ⊕ | Los Originales de San Juan | Solo Dios | | 2016 | 4:07 | QMFMF1523479 | El Campesino | Hyphy Music | 2016-05-31 | Los Originales De San Juan | 190374798310 |
| ⊕ | Los Originales de San Juan | El Campesino | | 2016 | 3:47 | QMFMF1523478 | El Campesino | Hyphy Music | 2016-05-31 | Los Originales De San Juan | 190374798310 |
| ⊕ | Los Originales de San Juan | Suplica de un Padre | | 2016 | 2:42 | QMFMF1523491 | El Campesino | Hyphy Music | 2016-05-31 | Los Originales De San Juan | 190374798310 |
| ⊕ | Los Originales de San Juan | Dinero Manchado | | 2016 | 3:54 | QMFMF1523482 | El Campesino | Hyphy Music | 2016-05-31 | Los Originales De San Juan | 190374798310 |

Los Originales De San Juan

# El Campesino
190374798310



| | Project |
|---|---|
| ♫ | El Campesino    ⋯ |
| | Digital · Full Length |
| | ● COMPLETE |

**+ NEW PRODUCT**

## Product Overview

GO TO:   ACCOUNTING    INSIGHTS    DELIVERY REPORT    CREATE AD CAMPAIGN

### Basics    ✎ EDIT

| | | | |
|---|---|---|---|
| **UPC \*** 190374798310 | **PRODUCT CODE** - | **PRODUCT NAME \*** El Campesino | **PRODUCT VERSION** - |
| **META LANGUAGE \*** Spanish; Castilian | **PRIMARY ARTIST \*** Los Originales De San Juan | **FEATURING ARTIST(S)** - | **DISPLAY FEATURING AS PRIMARY** |
| **REMIXER** - | **PRODUCER** - | **GENRE \*** Latin Music | **SUBGENRE \*** Ranchero |
| **FORMAT \*** Full Length | **IMPRINT \*** Hyphy Music | **(C) LINE \*** 2016 Hyphy Music | |

### Internal Notes

| | |
|---|---|
| **PRODUCT VERSION NOTES** - | **SPECIAL INSTRUCTIONS** - |

### Artwork    ✎ EDIT

### Promo Player

Provide early access to your tracklist via a secure audio player link.

**ENABLE PLAYER**

🎵 NOT ENABLED

### Tracks    ✎ EDIT

| | TRACK NAME | PRIMARY ARTIST(S) | ISRC | LENGTH |
|---|---|---|---|---|
| 1 | El Campesino | Los Originales de San Juan | QMFMF1523478 | ▷ 03:47 |
| 2 | Solo Dios | Los Originales de San Juan | QMFMF1523479 | ▷ 04:07 |
| 3 | El Arbol | Los Originales de San Juan | QMFMF1523480 | ▷ 03:09 |
| 4 | El Paniqueado | Los Originales de San Juan | QMFMF1523481 | ▷ 02:41 |
| 5 | Dinero Manchado | Los Originales de San Juan | QMFMF1523482 | ▷ 03:54 |
| 6 | Corrido del Cach | Los Originales de San Juan | QMFMF1523483 | ▷ 02:38 |
| 7 | El Corrido de Camilo | Los Originales de San Juan | QMFMF1523484 | ▷ 02:43 |
| 8 | El Martelito | Los Originales de San Juan | QMFMF1523485 | ▷ 03:12 |
| 9 | Chicano Jalicience | Los Originales de San Juan | QMFMF1523486 | ▷ 03:05 |
| 10 | Miguel Fuentes | Los Originales de San Juan | QMFMF1523487 | ▷ 03:21 |
| 11 | En una Cajita de Oro | Los Originales de San Juan | QMFMF1523488 | ▷ 03:25 |
| 12 | Mis Hijos Son Mi Tesoro | Los Originales de San Juan | QMFMF1523489 | ▷ 03:35 |
| 13 | Marili | Los Originales de San Juan | QMFMF1523490 | ▷ 03:35 |
| 14 | Suplica de un Padre | Los Originales de San Juan | QMFMF1523491 | ▷ 02:42 |

HYPHY000180



HYPHY000181



Los Originales De San Juan

# Corridos de Poca M

889176663055

| Project |
| --- |

♫ Corridos de Poca M  ⋯
Digital · Full Length
● COMPLETE

+ NEW PRODUCT

## Product Overview
GO TO:  ACCOUNTING     INSIGHTS     DELIVERY REPORT     CREATE AD CAMPAIGN

### Basics                                                              ✎ EDIT

| | | | |
| --- | --- | --- | --- |
| UPC *<br>889176663055 | PRODUCT CODE<br>- | PRODUCT NAME *<br>Corridos de Poca M | PRODUCT VERSION<br>- |
| META LANGUAGE *<br>Spanish; Castilian | PRIMARY ARTIST *<br>Los Originales de San Juan | FEATURING ARTIST(S)<br>- | DISPLAY FEATURING AS PRIMARY<br>- |
| REMIXER<br>- | PRODUCER<br>- | GENRE *<br>Latin Music | SUBGENRE *<br>Ranchero |
| FORMAT *<br>Full Length | IMPRINT *<br>Hyphy Music | (C) LINE *<br>2015 Hyphy Music | |

### Internal Notes

PRODUCT VERSION NOTES          SPECIAL INSTRUCTIONS
-                                             -

### Artwork                    ✎ EDIT



### Promo Player

Provide early access to your tracklist via a
secure audio player link.

ENABLE PLAYER

♫ NOT ENABLED

### Tracks                                                               ✎ EDIT

| | TRACK NAME | PRIMARY ARTIST(S) | ISRC | LENGTH |
| --- | --- | --- | --- | --- |
| 1 | El Carlichi | Los Originales de San Juan | QM6N21494899 | ▷ 02:49 |
| 2 | Sin Fortuna | Los Originales de San Juan | QM6N21494900 | ▷ 03:40 |
| 3 | El Fantasma | Los Originales de San Juan | QM6N21494901 | ▷ 02:14 |
| 4 | Javier Fernandez | Los Originales de San Juan | QM6N21494902 | ▷ 02:59 |
| 5 | El Original | Los Originales de San Juan | QM6N21494903 | ▷ 02:37 |
| 6 | Manuel Gonzalez | Los Originales de San Juan | QM6N21494904 | ▷ 03:22 |
| 7 | Amanda Varela | Los Originales de San Juan | QM6N21494905 | ▷ 05:06 |
| 8 | Cuando Se Nace Rico | Los Originales de San Juan | QM6N21494906 | ▷ 03:44 |
| 9 | Mi Viejo | Los Originales de San Juan | QM6N21494907 | ▷ 04:58 |
| 10 | Tan Solo Penas | Los Originales de San Juan | QM6N21494908 | ▷ 02:36 |

### Scheduling & Pricing                                                  ✎ EDIT

### Date Info

RELEASE DATE *          SALES DATE *
2015-02-24               2015-02-24

HYPHY000183





| Artist | Title | Version | Year | Duration | ISRC | Release | Release Label | Release Date | Release Artist | UPC |
|---|---|---|---|---|---|---|---|---|---|---|
| Los Originales De San Juan | Lineas de a Metro | En Vivo | 2017 | 4:03 | QM4TX1752257 | Desde la Cantina de Mi Barrio | Hyphy Music | 2017-03-24 | Los Originales De San Juan | 191018998417 |
| Los Originales De San Juan | El Carlichi | En Vivo | 2017 | 3:08 | QM4TX1752264 | Desde la Cantina de Mi Barrio | Hyphy Music | 2017-03-24 | Los Originales De San Juan | 191018998417 |
| Los Originales De San Juan | Eliado Mora | En Vivo | 2017 | 4:15 | QM4TX1752267 | Desde la Cantina de Mi Barrio | Hyphy Music | 2017-03-24 | Los Originales De San Juan | 191018998417 |
| Los Originales De San Juan | La Peda | En Vivo | 2017 | 2:23 | QM4TX1752254 | Desde la Cantina de Mi Barrio | Hyphy Music | 2017-03-24 | Los Originales De San Juan | 191018998417 |
| Los Originales De San Juan | El Clavo | En Vivo | 2017 | 3:49 | QM4TX1752260 | Desde la Cantina de Mi Barrio | Hyphy Music | 2017-03-24 | Los Originales De San Juan | 191018998417 |
| Los Originales De San Juan | Paloma en Su Nido | En Vivo | 2017 | 2:55 | QM4TX1752255 | Desde la Cantina de Mi Barrio | Hyphy Music | 2017-03-24 | Los Originales De San Juan | 191018998417 |
| Los Originales De San Juan | El Morralito | En Vivo | 2017 | 2:55 | QM4TX1752256 | Desde la Cantina de Mi Barrio | Hyphy Music | 2017-03-24 | Los Originales De San Juan | 191018998417 |
| Los Originales De San Juan | Fuiste Todo para Mi | En Vivo | 2017 | 3:30 | QM4TX1752266 | Desde la Cantina de Mi Barrio | Hyphy Music | 2017-03-24 | Los Originales De San Juan | 191018998417 |

Los Originales De San Juan

# Desde la Cantina de Mi Barrio

191018998417



**Project**

🎵 Desde la Cantina de Mi Barrio    ⋯
Digital · Full Length
🟢 COMPLETE

\+ NEW PRODUCT

## Product Overview

GO TO:   ACCOUNTING      INSIGHTS      DELIVERY REPORT      CREATE AD CAMPAIGN

### Basics                                                                   ✏ EDIT

| | | | |
|---|---|---|---|
| **UPC** * | **PRODUCT CODE** | **PRODUCT NAME** * | **PRODUCT VERSION** |
| 191018998417 | - | Desde la Cantina de Mi Barrio | - |
| **META LANGUAGE** * | **PRIMARY ARTIST** * | **FEATURING ARTIST(S)** | **DISPLAY FEATURING AS PRIMARY** |
| Spanish; Castilian | Los Originales De San Juan | - | |
| **REMIXER** | **PRODUCER** | **GENRE** * | **SUBGENRE** * |
| - | - | Latin Music | Ranchero |
| **FORMAT** * | **IMPRINT** * | **(C) LINE** * | |
| Full Length | Hyphy Music | 2017 Hyphy Music | |

### Internal Notes

**PRODUCT VERSION NOTES**          **SPECIAL INSTRUCTIONS**
-

### Artwork                ✏ EDIT

### Promo Player

Provide early access to your tracklist via a secure audio player link.

ENABLE PLAYER

🎵 NOT ENABLED

### Tracks                                                          ✏ EDIT

| | TRACK NAME | PRIMARY ARTIST(S) | ISRC | LENGTH |
|---|---|---|---|---|
| 1 | Mi Ultimo Deseo (En Vivo) | Los Originales De San Juan | QM4TX1752253 | ▶ 03:19 |
| 2 | La Peda (En Vivo) | Los Originales De San Juan | QM4TX1752254 | ▶ 02:24 |
| 3 | Paloma en Su Nido (En Vivo) | Los Originales De San Juan | QM4TX1752255 | ▶ 02:55 |
| 4 | El Morralito (En Vivo) | Los Originales De San Juan | QM4TX1752256 | ▶ 02:55 |
| 5 | Lineas de a Metro (En Vivo) | Los Originales De San Juan | QM4TX1752257 | ▶ 04:03 |
| 6 | Naci Con Suerte de Rey (En Vivo) | Los Originales De San Juan | QM4TX1752258 | ▶ 03:00 |
| 7 | El Tequilero (En Vivo) | Los Originales De San Juan | QM4TX1752259 | ▶ 03:05 |
| 8 | El Clavo (En Vivo) | Los Originales De San Juan | QM4TX1752260 | ▶ 03:49 |
| 9 | El Jabali (En Vivo) | Los Originales De San Juan | QM4TX1752261 | ▶ 03:17 |
| 10 | Con una Copa en Mi Mano (En Vivo) | Los Originales De San Juan | QM4TX1752262 | ▶ 02:56 |
| 11 | La Cantina de Mi Barrio (En Vivo) | Los Originales De San Juan | QM4TX1752263 | ▶ 03:18 |
| 12 | El Carlichi (En Vivo) | Los Originales De San Juan | QM4TX1752264 | ▶ 03:08 |
| 13 | La Vida Prestada (En Vivo) | Los Originales De San Juan | QM4TX1752265 | ▶ 03:01 |

HYPHY 000186

# EXHIBIT "C"

ype of work:        Visual Material

egistration Number / Date:
                    VA0002204940 / 2020-05-01

pplication Title: Los Originales de San Juan - En Vivo Desde La Cantina De Mi
                    Bario" Album Artwork.

itle:               Los Originales de San Juan - En Vivo Desde La Cantina De Mi
                    Bario" Album Artwork.

escription:         Electronic file (eService)

opyright Claimant:
                    Hyphy Music, Inc.

ate of Creation:  2017

ate of Publication:
                    2017-03-24

ation of First Publication:
                    United States

uthorship on Application:
                    Hyphy Music, Inc., employer for hire; Domicile: United
                    States. Authorship: photograph, 2-D artwork.

re-existing Material:
                    2-D artwork, 2-D Artwork is Band Logo.

asis of Claim:    photograph, 2-D artwork.

ights and Permissions:
                    Hyphy Music, Inc., cj@hyphymusicinc.com

opyright Note:    C.O. correspondence.

ames:              Hyphy Music, Inc.

===========================================================================

ype of work:       Visual Material

egistration Number / Date:
                    VA0002204942 / 2020-05-04

pplication Title: Los Originales de San Juan - El Campesino (Album Cover)

itle:              Los Originales de San Juan - El Campesino (Album Cover)

escription:        Electronic file (eService)

opyright Claimant:
                    Hyphy Music, Inc.

ate of Creation:  2016

ate of Publication:
                    2016-05-31

ation of First Publication:
                    United States

uthorship on Application:
                    Hyphy Music, Inc., employer for hire; Domicile: United
                       States. Authorship: photograph, 2-D artwork.

re-existing Material:
                    2-D artwork, 2-D Artwork is Band Logo.

asis of Claim:    photograph, 2-D artwork.

ights and Permissions:
                    Hyphy Music, Inc., cj@hyphymusicinc.com

opyright Note:    C.O. correspondence.

ames:             Hyphy Music, Inc.

===============================================================================

ype of work:         Visual Material

egistration Number / Date:
                     VA0002204354 / 2020-05-03

pplication Title: "Los Originales de San Juan - Corridos de Poca M..." Album
                     Cover.

itle:                "Los Originales de San Juan - Corridos de Poca M..." Album
                     Cover.

escription:          Electronic file (eService)

opyright Claimant:
                     Hyphy Music, Inc.

ate of Creation:  2015

ate of Publication:
                     2015-02-24

ation of First Publication:
                     United States

uthorship on Application:
                     Hyphy Music, Inc., employer for hire; Domicile: United
                        States. Authorship: photograph, 2-D artwork.

re-existing Material:
                     2-D artwork, 2-D Artwork is Band Logo.

asis of Claim:    photograph, 2-D artwork.

ights and Permissions:
                     Hyphy Music, Inc., cj@hyphymusicinc.com

opyright Note:    C.O. correspondence.

ames:                Hyphy Music, Inc.

===============================================================================

ype of work:      Visual Material

egistration Number / Date:
                  VA0002204356 / 2020-05-04

pplication Title: Los Originales de San Juan - Amigos y Contrarios (Album
                  Cover)

itle:             Los Originales de San Juan - Amigos y Contrarios (Album
                  Cover)

escription:       Electronic file (eService)

opyright Claimant:
                  Hyphy Music, Inc.

ate of Creation:  2013

ate of Publication:
                  2013-02-21

ation of First Publication:
                  United States

uthorship on Application:
                  Hyphy Music, Inc., employer for hire; Domicile: United
                  States. Authorship: photograph, 2-D artwork.

re-existing Material:
                  2-D artwork, 2-D Artwork is Band Logo.

asis of Claim:    photograph, 2-D artwork.

ights and Permissions:
                  Hyphy Music, Inc., cj@hyphymusicinc.com

opyright Note:    C.O. correspondence.

ames:             Hyphy Music, Inc.

===============================================================================

ype of work:        Visual Material

                    VA0002204941 / 2020-05-04

pplication Title: Chuy Chavez - Naci Con Suerte de Rey (Album Cover)

itle:               Chuy Chavez - Naci Con Suerte de Rey (Album Cover)

escription:         Electronic file (eService)

opyright Claimant:
                    Hyphy Music, Inc.

ate of Creation:   2013

ate of Publication:
                    2013-12-31

ation of First Publication:
                    United States

uthorship on Application:
                    Hyphy Music, Inc., employer for hire; Domicile: United
                       States. Authorship: 2-D artwork.

re-existing Material:
                    photographs.

asis of Claim:     2-D artwork.

ights and Permissions:
                    Hyphy Music, Inc., cj@hyphymusicinc.com

opyright Note:     C.O. correspondence.

ames:              Hyphy Music, Inc.

===============================================================================

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-9021984851

## Mail Certificate

Hyphy Music, Inc.
C.J. Ramirez
2727 N. Grove Industrial Drive, #155
Fresno, CA 93727 United States

**Priority:** Special Handling    **Application Date:** July 31, 2020

## Correspondent

**Organization Name:** Hyphy Music, Inc.
**Name:** C.J. Ramirez
**Email:** cj@hyphymusicinc.com
**Address:** 2727 N. Grove Industrial Drive, #155
Fresno, CA 93727 United States

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:**  Los Originales de San Juan - Nuestra Historia En Vivo (Album Cover)

## Completion/Publication _____

**Year of Completion:**  2017
**Date of 1st Publication:**  March 31, 2017
**Nation of 1ˢᵗ Publication:**  United States

## Author _____

- **Author:**  Hyphy Music, Inc.
  **Author Created:**  photograph, 2-D artwork
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant _____

**Copyright Claimant:**  Hyphy Music, Inc.
2727 N. Grove Industrial Dr., #155, Fresno, CA, 93727, United States

## Limitation of copyright claim _____

**Material excluded from this claim:**  Hyphy Music does not own the "Los Originales de San Juan" logo

**New material included in claim:**  photograph, 2-D artwork, Album Cover Design

## Rights and Permissions _____

**Email:**  cj@hyphymusicinc.com

## Certification _____

**Name:**  C.J. Ramirez
**Date:**  July 31, 2020

Page 1 of 2





℗ & © 2016 HYPHY MUSIC INC. Fabricado y Distribuido por: HYPHY MUSIC INC. Tel: 559-255-5518
Derechos Reservados. Prohibida la Reproduccion Parcial O Total. WARNING: All rights reserved.
Unauthorized duplication is a violation of applicable laws.

1. El Campesino 3:47   2. Solo Dios 4:07   3. El Arbol 3:09
4. El Paniqueado 2:41   5. Dinero Manchado 3:54   6. Corrido Del Cach 2:38
7. El Corrido De Camilo 2:43   8. El Martelito 3:12   9. Chicano Jaliciense 3:05
10. Miguel Fuentes 3:21   11. En Una Cajita De Oro 3:25
12. Mis Hijos Son Mi Tesoro 3:35   13. Marili 3:35
14. Suplica De Un Padre 2:42

HyphyMusicInc.com



HYPHY000033



HYPHY000042