UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **YELLOWCAKE, INC.,** | CASE: | **1:20–CV–00988–DJC–JDP** |
| vs. | | |
| **HYPHY MUSIC, INC.,** | | **ORDER OF REASSIGNMENT** |

_____ /

The court, having considered Amended Local Rule 120 (Fed. R. Civ. P. 3), Sessions of Court - Intradistrict Venue, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** to **District Judge Daniel J. Calabretta and Magistrate Judge Jeremy D. Peterson** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is:  **1:20–CV–00988–DJC–JDP**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

DATED:  September 13, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE