**ABRAMS FENSTERMAN, LLP**
Seth L. Berman, Esq. (*admitted pro hac vice*)
   sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

**HEFNER STARK & MAROIS, LLP**
Thomas P. Griffin Jr., Esq. (SBN 155133)
   tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

Attorneys for Plaintiff YELLOWCAKE, INC., and Counterdefendants YELLOWCAKE, INC., COLONIZE MEDIA, INC., and JOSE DAVID HERNANDEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>HYPHY MUSIC, INC.,<br><br>    Defendant. | **Case No.: 1:20-cv-00988-DJC-JDP**<br><br>**REPLY DECLARATION OF SETH L. BERMAN IN FURTHER SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 56 MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION**<br><br>Judge: Hon. Daniel J. Calabretta<br>Date: September 29, 2023<br>Courtroom: Courtroom 10, 13th floor |

---

1

| | |
|---|---|
| HYPHY MUSIC, INC., | ) |
| Counterclaimant, | ) ) ) |
| v. | ) ) |
| YELLOWCAKE, INC., A CALIFORNIA CORPORATION; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR, | ) ) ) ) ) |
| Counterdefendants. | ) ) |

SETH L. BERMAN, declares as follows:

1. I am a partner in the law firm of Abrams Fensterman, LLP and I am admitted *pro hac vice* in connection with this matter to practice before this Court. (ECF 6). I am counsel of record for Plaintiff Yellowcake, Inc. ("Yellowcake" or "Plaintiff") and Counterdefendants Yellowcake, Colonize Media, Inc., ("Colonize") and Jose David Hernandez ("Hernandez"), and as such, I have personal knowledge of the facts and circumstances in this matter.

2. This declaration is being submitted in further support of Yellowcake and Colonize's Motion for Summary Judgment and Summary Adjudication pursuant to Federal Rule of Civil Procedure 56.

3. This declaration is based upon my personal knowledge obtained as attorney for Yellowcake and Colonize, as well as the Exhibits annexed hereto, the accompanying Memorandum of Points and Authorities, and all prior pleadings and proceedings had herein.

### **FACTS & EXHIBITS**

4. For the sake of brevity and judicial economy, the undersigned restates the facts set forth in the accompanying Statement of Uncontested Facts (Dkt. 82-18), Memorandum of Points and Authorities ("MPA") (Dkt. 82) and Declarations of Kevin Berger (Dkt. 82-14) and Jose David Hernandez (Dkt. 82-16) and incorporates them as if fully set

2

**REPLY DECLARATION OF SETH L. BERMAN IN FURTHER SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 56 MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION**

forth herein.[1]

5. Attached hereto as Exhibits are true and correct copies of the documents referenced in the MPA.

6. Attached hereto as **Exhibit "A"** is a copy of excepts from the deposition transcript of Jose Martinez dated July 26, 2022.

7. Attached hereto as **Exhibit "B"** is a copy of excepts from the deposition transcript of Jesus Chavez, Sr. dated January 9, 2023.

**WHEREFORE**, the undersigned respectfully requests that this Court grant Plaintiff/Counterdefendant Yellowcake, Colonize and Hernandez's Motion for Summary Judgment and Summary Adjudication pursuant to Fed. R. Civ. P. 56, together with such other and further relief as this Court deems just and proper.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  September 15, 2023

Respectfully submitted,

**ABRAMS FENSTERMAN, LLP**

By: /s/ Seth L. Berman
Seth L. Berman, Esq. (*admitted pro hac vice*)
***Attorneys for Plaintiff Yellowcake, Inc., and Counterdefendants Colonize Media, Inc., and Jose David Hernandez***

---

[1] All capitalized yet undefined terms used herein have the same meaning ascribed to them in the accompanying Statement of Uncontested Facts.

**REPLY DECLARATION OF SETH L. BERMAN IN FURTHER SUPPORT OF PLAINTIFF AND COUNTERDEFENDANTS' RULE 56 MOTION FOR SUMMARY JUDGMENT AND SUMMARY ADJUDICATION**