# EXHIBIT B

```
                UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| YELLOWCAKE, INC., California corporation, | Case No.: 1:20-cv-00988-AWI-BAM |
|     Plaintiffs, | |
|     v. | |
| HYPHY MUSIC, INC., | |
|     Defendants. | |
| _____ | |
| HYPHY MUSIC, INC., | |
|     Counterclaimant, | |
|     v. | |
| YELLOWCAKE, INC.; COLONIZE MEDIA, INC; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR, | |
|     Counterdefendants. | |
| _____ | |

```
            DEPOSITION OF JESUS CHAVEZ, SR.

                   REPORTED REMOTELY

                   JANUARY 9, 2023

                     10:19 A.M.
```

REPORTED BY:

MICHELLE GONZALEZ

CSR No. 13891

APPEARING REMOTELY FROM LOS ANGELES COUNTY, CALIFORNIA

```
 1            MR. BEGAKIS:  I'll withdraw the question.
 2   BY MR. BEGAKIS:
 3      Q.  When the band was first formed, were you the lead
 4   vocalist?
 5      A.  Yes.
 6      Q.  When the band was formed -- withdraw.  Please
 7   identify the instruments played by each of the band
 8   members when the band was formed, Mr. Chavez.
 9      A.  Jose Torres, percussion.  Jose Humberto,
10   electronic bass.  Domingo Torres, accordion.  And Jesus
11   Chavez, the bajo sexto.
12      Q.  Mr. Chavez, did the band record -- withdraw.
13   Mr. Chavez, do you know what Hyphy Music is?
14            MR. BERMAN:  Objection.  Vague.
15            THE WITNESS:  It's a music production
16   company.
17   BY MR. BEGAKIS:
18      Q.  Have you recorded albums at the direction of
19   Hyphy Music?
20            MR. BERMAN:  Objection --
21            MR. LITTLEWOOD:  Objection.  Vague.
22   Ambiguous.  Lacks foundation.
23            MR. BERMAN:  Objection.  Also vague.  Calls
24   for a legal conclusion.
25            THE WITNESS:  Not under its direction.
```