**ABRAMS FENSTERMAN, LLP**
Seth L. Berman, Esq. (*admitted pro hac vice*)
    sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

**HEFNER STARK & MAROIS, LLP**
Thomas P. Griffin Jr., Esq. (SBN 155133)
    tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

Attorneys for Plaintiff YELLOWCAKE, INC., and Counterdefendants YELLOWCAKE, INC., COLONIZE MEDIA, INC., and JOSE DAVID HERNANDEZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYPHY MUSIC, INC.,<br><br>Defendant. | Case No.:<br>1:20-cv-00900-JLT-BAM<br><br>**PLAINTIFF AND COUNTERDEFENDANTS YELLOWCAKE, INC., AND COLONIZE MEDIA, INC.'S RESPONSE TO DEFENDANTS' ADDITIONAL UNDISPUTED MATERIAL FACTS**<br><br>[F. R. Civ. Pro. 56, L.R. 260]<br><br>Judge: Hon. Daniel J. Calabretta<br>Date: 9/29/23<br>Courtroom: Courtroom 10, 13th floor |

1

**RESPONSE TO DEFENDANTS' ADDITIONAL UNDISPUTED MATERIAL FACTS**

| | |
|---|---|
| HYPHY MUSIC, INC., | ) |
| Counterclaimant, | ) ) ) |
| v. | ) ) |
| YELLOWCAKE, INC., A CALIFORNIA CORPORATION; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ; and JESUS CHAVEZ SR, | ) ) ) ) ) |
| Counterdefendants. | ) ) |

Pursuant to this Court's Local Rule 260, no response from Plaintiff/Counterdefendants is required to the Additional Undisputed Material Facts (the "AUMF") (*see* Dkt. 86-7 at Pgs. 15-53) that was served by Defendant in connection with its opposition to Plaintiff/Counterdefendants' motion for summary judgment. Notwithstanding same, Plaintiff/Counterdefendants hereby (i) dispute the purported statements of facts set forth in the AUMF; (ii) object to the statements of fact because they mischaracterize, misrepresent or are unsupported by the purported evidence they are based upon; (iii) object to the purported evidence underlying such statements because such evidence constitutes inadmissible conclusions of law, conclusory statements and/or hearsay, or is otherwise inadmissible; and (iv) respectfully refer the Court to their Statement of Undisputed Facts (*see* Dkt. 82-12) in support of their motion for summary judgment, and their Response to Defendant's Separate Statement of Undisputed Facts (*see* Dkt. 85-3) in opposition to Defendant's motion for summary judgment (in particular the latter document inasmuch as virtually all purported statements of fact found in the AUMF duplicate the purported statement of facts in Defendant's moving papers (*see* Dkt. 78-20)).

/ / /

/ / /

/ / /

/ / /

**RESPONSE TO DEFENDANTS' ADDITIONAL UNDISPUTED MATERIAL FACTS**

Dated: September 15, 2023

Respectfully submitted,

**ABRAMS FENSTERMAN, LLP**

By: /s/ Seth L. Berman
Seth L. Berman, Esq. (*admitted pro hac vice*)
*Attorneys for Plaintiff Yellowcake, Inc., and Counterdefendants Colonize Media, Inc., and Jose David Hernandez*