**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Jul 31 03:32:22 EDT 2023

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:     OR [Jump] to record:     **Record 1 out of 3**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LOS ORIGINALES DE SAN JUAN |
| **Translations** | The foreign wording in the mark translates into English as The Originals of San Juan. |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Audio and video recordings featuring music and musical dramatic themes; [ Audio tapes featuring music; Compact discs featuring music; Digital media, namely, pre-recorded video cassettes, digital video discs, digital versatile discs, downloadable audio and video recordings, DVDs, and high definition digital disks featuring music and musical dramatic themes; ]Downloadable musical sound recordings; [ Downloadable ring tones, graphics and music via a global computer network and wireless devices; ][ Downloadable video recordings featuring music and musical dramatic themes; DVDs featuring music and musical dramatic themes; ] Musical sound recordings; [ Musical video recordings ][; Prerecorded audio cassettes featuring music; Prerecorded audio tapes featuring music; Prerecorded video cassettes featuring music and musical dramatic themes; Prerecorded video tapes featuring music and musical dramatic themes ]. FIRST USE: 19910601. FIRST USE IN COMMERCE: 19910601

IC 041. US 100 101 107. G & S: [ Entertainment services, namely, non-downloadable ringtones, pre-recorded music, video and graphics presented to mobile communications devices via a global computer network and wireless networks; ]Entertainment services, namely, personal appearances by a musical group; [ Entertainment services, namely, providing a radio program in the field of music and musical dramatic themes via a global computer network; Entertainment services, namely, providing a television program in the field of music and musical dramatic themes via a global computer network; Entertainment services, namely, providing a web site featuring musical performances, musical videos, related film clips, photographs, and other multimedia materials; Entertainment services, namely, providing podcasts in the field of music; ] Entertainment, namely, live performances by a musical band [; Entertainment, namely, production of radio and television programs and movies; Production of sound and music video recordings ]. FIRST USE: 19910601. FIRST USE IN COMMERCE: 19910601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.13.02 - Advertising, signs, alone ; Street signs not attached to a support
07.15.04 - Beams, wood ; Lumber ; Parquet flooring ; Wood boards
09.01.13 - Braids ; Clotheslines ; Rope ; Shoe laces ; String ; Tightropes
18.13.01 - Horseshoes |

| | |
|---|---|
| Trademark Search Facility Classification Code | ART-07.13 Billboards, Signs<br>ART-07.15 Building materials<br>ART-09.01 Textiles other than clothing<br>ART-18.13 Equipment for animals<br>INAN Inanimate objects such as lighting,clouds,footprints,atomic configurations,snowflakes,rainbows,flames<br>SHAPES-ASTRO Astronomical shapes consisting of celestial bodies, globes and geographical maps<br>SHAPES-BAR-BANDS Designs with bar, bands or lines<br>SHAPES-COLORS-3-OR-MORE Design listing or lined for three or more colors<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| Serial Number | 77555064 |
| Filing Date | August 25, 2008 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | January 13, 2009 |
| Registration Number | 3598310 |
| Registration Date | March 31, 2009 |
| Owner | (REGISTRANT) Jesus A. Chavez INDIVIDUAL MEXICO 5196 East Drummond Avenue Fresno CALIFORNIA 93725 |
| Attorney of Record | Dorothy Richardson |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SAN JUAN" APART FROM THE MARK AS SHOWN |
| Description of Mark | The color(s) blue, white, brown, gold, silver and black is/are claimed as a feature of the mark. The mark consists of letters in a stylized font in which the words "Los" and "de San Juan" appear in white in a smaller font above and below "Originales" respectively. The word "Originales" appears in a larger font in which the top portion is blue and the bottom portion is white. All of the letters are outlined in black and the words are surrounded by a gold border which resembles a rope, in which two silver horse shoes linked together appear at the top center. The letters appear on a brown background which resembles a wood grain. Starbursts in the color white appear among the letters "O", "R", "A", and "S" and by the horseshoes. |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200724. |
| Renewal | 1ST RENEWAL 20200724 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Jul 31 03:32:22 EDT 2023

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:     OR [Jump] to record:     **Record 2 out of 3**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

## LOS ORIGINALES DE SAN JUAN

| | |
|---|---|
| **Word Mark** | LOS ORIGINALES DE SAN JUAN |
| **Translations** | The foreign wording in the mark translates into English as The Originals of San Juan. |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Audio and video recordings featuring music and musical dramatic themes; [ Audio tapes featuring music; Compact discs featuring music; Digital media, namely, pre-recorded video cassettes, digital video discs, digital versatile discs, downloadable audio and video recordings, DVDs, and high definition digital disks featuring music and musical dramatic themes; ] Downloadable musical sound recordings; [ Downloadable video recordings featuring music; DVDs featuring music and musical dramatic themes; ] Musical sound recordings; Musical video recordings; [ Prerecorded audio cassettes featuring music; Prerecorded audio tapes featuring music; Prerecorded video cassettes featuring music and musical dramatic themes; Prerecorded video tapes featuring music and musical dramatic themes ]. FIRST USE: 19910601. FIRST USE IN COMMERCE: 19910601

IC 041. US 100 101 107. G & S: [ Entertainment services, namely, non-downloadable ringtones, pre-recorded music, video and graphics presented to mobile communications devices via a global computer network and wireless networks; ] Entertainment services, namely, personal appearances by a musical group; [ Entertainment services, namely, providing a radio program in the field of music and musical dramatic themes via a global computer network; Entertainment services, namely, providing a television program in the field of music and musical dramatic themes via a global computer network; Entertainment services, namely, providing a web site featuring musical performances, musical videos, related film clips, photographs, and other multimedia materials; Entertainment services, namely, providing podcasts in the field of music; ] Entertainment, namely, live performances by a musical band [ ; Entertainment, namely, production of radio and television programs and movies; Production of sound and music video recordings ]. FIRST USE: 19910601. FIRST USE IN COMMERCE: 19910601 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77554144 |

| | |
|---|---|
| Filing Date | August 22, 2008 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | January 13, 2009 |
| Registration Number | 3598263 |
| Registration Date | March 31, 2009 |
| Owner | (REGISTRANT) Jesus A. Chavez INDIVIDUAL MEXICO 5196 East Drummond Avenue Fresno CALIFORNIA 93725 |
| Attorney of Record | Dorothy Blake Richardson |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SAN JUAN" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20191029. |
| Renewal | 1ST RENEWAL 20191029 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY