UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC.,<br>Plaintiff,<br>v.<br>HYPHY MUSIC, INC.,<br>Defendant.<br><br>RELATED COUNTERCLAIMS | Case No. 1:20-cv-00988-JLT-FJS<br><br>ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION |

On June 22, 2026, Plaintiff Yellowcake, Inc. ("Plaintiff") filed a motion to withdraw as attorney. (ECF No. 114.) Defendant Hyphy Music, Inc. ("Defendant") did not file an opposition, Plaintiff did not file a reply and the time to do so has since passed.

The court deems Plaintiff's motion, currently noticed for hearing on July 31, 2026, at 10:00 am before Magistrate Judge Frank J. Singer, suitable for decision without oral argument pursuant to Local Rule 230(g). As such, the court ORDERS the hearing VACATED, with the matter to be taken under submission as of that date.

IT IS SO ORDERED.

Dated: **July 22, 2026**

UNITED STATES MAGISTRATE JUDGE