UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YELLOWCAKE, INC., a California corporation,

Plaintiff,

v.

HYPHY MUSIC, INC.,

Defendants.

HYPHY MUSIC, INC.,

Counter Claimant,

v.

YELLOWCAKE, INC., A CALIFORNIA CORPORATION; COLONIZE MEDIA, INC.; JOSE DAVID HERNANDEZ,

Counter Defendants.

Case No. 1:20-CV-00988-JLT-FJS

ORDER REGARDING SUBSTITUTION OF ATTORNEY

(ECF No. 124)

On October 21, 2026, counsel for Counter Defendant Colonize Media Inc., filed a proposed substitution of attorney to substitute Brad Jefferson Landon, Esq., as counsel of record in place of Seth L. Berman, Esq. (*See* ECF No. 124.) The proposed substitution is signed by Mr.

Jose David Hernandez and Mr. Seth L. Berman. (*Id.*) The proposed substitution is also signed by new defense counsel, Mr. Brad Jefferson Landon. (*Id.*)

Accordingly, pursuant to Local Rule 182(g) of the Court and for good cause appearing, IT IS HEREBY ORDERED that attorney Seth L. Berman is withdrawn as counsel of record for Colonize Media, Inc. The Clerk of the Court is HEREBY DIRECTED to terminate attorney Seth L. Berman as counsel for Counter Defendant Colonize Media Inc., in the above-captioned matter.

IT IS SO ORDERED.

Dated: **October 23, 2026**

UNITED STATES MAGISTRATE JUDGE